# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BROTHERS CAR WASH INC. DBA KWIK KAR WASH OF LANTANA,<br><br>*Plaintiff,*<br><br>vs.<br><br>TRI-STATE INSURANCE COMPANY OF MINNESOTA,<br><br>*Defendant*. | § § § § § § § § § § § § § CIVIL ACTION NO.: 4:25-cv-00994 |

# EXHIBIT A
# INDEX OF DOCUMENTS

Pursuant to 28 U.S.C. § 1447(b) and L.R. CV-81, Defendant Tri- State Insurance Company of Minnesota ("Defendant"), through undersigned counsel, states that the following are exhibits to its Notice of Removal:

1. Exhibit A - Index of Documents;
2. Exhibit B - State Court Docket Sheet;
3. Exhibit C - Plaintiff's Amended Petition, dated July 25, 2025*;*
4. Exhibit D - Request for Citation, dated July 28, 2025*;*
5. Exhibit E -  Waiver of Service of Citation by Defendant's Counsel dated August 15, 2025;
6. Exhibit F - Defendant's Original Answer, dated September 5, 2025;
7. Exhibit G - List of all parties and counsel of record, including addresses, telephone numbers and parties represented