# EXHIBIT B

9/8/25, 9:45 AM justice1.dentoncounty.gov/PublicAccessDC/CaseDetail.aspx?CaseID=3224739

Case 4:25-cv-00994     Document 1-2     Filed 09/09/25     Page 2 of 2 PageID #: 11

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                Location : ------ All District Courts ------  Help

# REGISTER OF ACTIONS
## CASE NO. 25-5343-431

| | | | |
|---|---|---|---|
| Brothers Car Wash Inc. v. Union Standard Insurance Group | § § § § § § | Case Type:<br>Date Filed:<br>Location:<br>Judicial Officer:<br>File Custody/Location: | **Insurance**<br>**05/29/2025**<br>**431st Judicial District Court**<br>**Johnson, James S.**<br>**District Clerk's Office** |

## PARTY INFORMATION

|   |   |   |
|---|---|---|
|   |   | **Lead Attorneys** |
| **Defendant** | **Tri-State Insurance Company of Minnesota** | **Todd M Tippett**<br>  *Retained*<br>901 Main St<br>STE 4000<br>Dallas, TX 75202-3975<br><br>214-742-3000(W)<br>214-760-8994(F) |
| **Defendant** | **Union Standard Insurance Group** | |
| **Plaintiff** | **Brothers Car Wash Inc.**  *Doing Business As*  **Kwik Kar Wash of Lantana** | **Anthony Pastor**<br>  *Retained*<br>6330 Manor Lane Suite 200<br>Miami, FL 33143<br><br>833-701-4110(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 05/29/2025 | **Plaintiff's Original Petition**<br>  *Complaint* |
| 05/29/2025 | **Request for Issuance of**<br>  *Citation*<br>  Made by:  Brothers Car Wash Inc. |
| 05/30/2025 | **Jury fee paid**<br>  (This entry only represents the payment of the jury fee - not a document filed with the clerk.)<br>  By:  Brothers Car Wash Inc. |
| 05/30/2025 | **Citation**<br>  *Env #101420162*<br>    Union Standard Insurance Group                            Unserved |
| 07/25/2025 | **First Amended (Original) Petition** |
| 07/28/2025 | **Request for Issuance of**<br>  *of Citation to Tri-State Insurance Company of Minnesota* |
| 08/05/2025 | **Citation**<br>  *Env# 103998093*<br>    Tri-State Insurance Company of Minnesota              Unserved |
| 08/15/2025 | **Waiver of Service or Citation**<br>  *by Defendant's Counsel*<br>  Party:  Tri-State Insurance Company of Minnesota |
| 09/05/2025 | **Defendant's Original Answer** |

## FINANCIAL INFORMATION

| | |
|---|---|
| **Plaintiff** Brothers Car Wash Inc. | |
| Total Financial Assessment | 376.00 |
| Total Payments and Credits | 376.00 |
| **Balance Due as of 09/08/2025** | **0.00** |

| Date | Type | Receipt | Payer | Amount |
|---|---|---|---|---|
| 05/30/2025 | Transaction Assessment | | | 368.00 |
| 05/30/2025 | TexFile Payment | Receipt # 2025-17425 | BROTHERS CAR WASH INC. | (231.00) |
| 05/30/2025 | State Credit | | | (137.00) |
| 07/29/2025 | Transaction Assessment | | | 8.00 |
| 07/29/2025 | TexFile Payment | Receipt # 2025-24345 | Brothers Car Wash Inc. | (8.00) |