# EXHIBIT

# C

FILED 7/25/2025 10:37 AM
David Trantham
Denton County District Clerk
By: Teena Millsap, Deputy

25-5343-431

IN THE DISTRICT COURT OF DENTON COUNTY, TEXAS 431ST
JUDICIAL DISTRICT

BROTHERS CAR WASH                              GENERAL JURISDICTION
INC. DBA KWIK KAR
WASH OF LANTANA,

Plaintiff

v.

TRI-STATE INSURANCE                            CASE NO.: 25-5343-431
COMPANY OF
MINNESOTA,

Defendant.

_____/

## AMENDED PETITION

COMES NOW, BROTHERS CAR WASH INC. DBA KWIK KAR WASH OF LANTANA., (hereinafter "Plaintiff") by and through the undersigned counsel, and hereby file this Amended Petition against TRI-STATE INSURANCE COMPANY OF MINNESOTA ("Defendant") and in support thereof allege the following:

### PARTIES

1.      Plaintiff Brothers Car Wash dba Kwik Kar Wash of Lantana is a for-profit corporation registered in the State of Texas and principally located at 7120 FM 407 Lantana, TX 76226. Plaintiff is the owner of the real property or properties located at 7120 FM 407 Lantana, TX 76226 in Denton County.

2.      Defendant is a foreign corporation registered and licensed to sell insurance in the State of Texas. Defendant's principal address is 11201 Douglas Avenue Urbandale, IA 50322-3707, and its registered agent for service of process in Iowa is Michelle Rodemeyer, 11201 Douglas Avenue Urbandale, IA 50322-3707.

Copy from re:SearchTX

## JURISDICTION & VENUE

3.     This Court has subject matter jurisdiction over this action pursuant to the Texas Constitution and the Texas Government Code § 24.007, as this is a civil matter within the general jurisdiction of the District Court, and the amount in controversy exceeds the jurisdictional minimum.

4.     Venue is proper in this Court pursuant to Texas Civil Practice and Remedies Code § 15.002(a) because all or a substantial part of the events or omissions giving rise to this cause of action occurred in this county, and/or the property that is the subject of this dispute is located in this county, and/or Defendant resides or maintains its principal office in this county.

5.     This Court has personal jurisdiction over Defendant because Defendant is a resident of the State of Texas, is authorized to do business in Texas, has engaged in business activities within the State of Texas, has committed acts or omissions in Texas giving rise to this cause of action, and/or has sufficient minimum contacts with Texas such that the exercise of jurisdiction over Defendant comports with traditional notions of fair play and substantial justice.

## BASIC PREMISE

6.     This is a breach of contract case which arises from a property insurance policy contract entered into by Plaintiff and Defendant. Plaintiff is an insured under the subject insurance policy. Said underlying insurance policy contract contains property insurance coverage for wind and hail. Despite Plaintiff's demand to Defendant to pay Plaintiff their full benefits consistent with the damages to their property, Defendant has refused Plaintiff's request and demand.

Copy from re:SearchTX

**FACTUAL BACKGROUND**

7.      This lawsuit arises out of the following transactions, acts, omissions, and/or events.

8.      In consideration for the premium paid by Plaintiff to Defendant, Defendant provided property insurance coverage to Plaintiff for the property or properties (hereafter referred to as "the Properties") listed under the insurance policy bearing number ADV910866613 (hereafter referred to as the "Policy"). Please see attached hereto as Exhibit A the Policy. Plaintiff reserves the right to supplement this Amended Petition by attaching a full copy of the policy.

9.      The Policy purchased by Plaintiff covers direct physical loss of or damage to scheduled Buildings, Business Income and Extra Expense.

10.     All payments on the policy were current, and the Policy was in full force and effect between the dates of 07-28-2023 through 07-28-2024, and during the subject date of loss.

11.     On or about 06-11-2023 during the policy period, the Plaintiff's insured Properties at 7120 FM 407 Lantana, TX 76226 sustained severe wind and hail damage. These perils are covered under the policy.

12.     Upon discovery of the damages, and in accordance with the terms of the Policy, Plaintiff promptly reported the claim.

13.     Defendant assigned claim number 80 PC 000000312235 to the loss, and assigned Christopher Michels to investigate and adjust the claim.

14.     Defendant scheduled and inspected the Properties on 08-02-2024 00:00, where Plaintiff allowed Defendant's field adjuster, , access to the Properties.

15.     Plaintiff and/or their representatives did not prevent or obstruct the Defendant's field adjuster from inspecting and documenting the damages at the Properties.

16.     Plaintiff complied with any and all of Defendant's requests for information, and provided Defendant with all information necessary for them to render a coverage decision in favor of Plaintiff.

17.     Following the initial inspection, Plaintiff followed up with Defendant for updates and offers of assistance.

18.     Despite there being visible and documented damage from a covered peril, the Defendant has breached the Policy by failing to pay Plaintiff their full benefits due and owing under the Policy.

19.     As a result, Plaintiff sent Defendant a notice of intent to sue letter on or about 01-23-2025 in accordance with Texas Insurance Code Chapter 542, which was set to expire on or about 04-23-2025.

20.     Included in Plaintiff's Notice of Intent to Sue was an estimate for damages totaling $ 229,782.30. See attached as Exhibit B Plaintiff's Estimate of Damages.

21.     Defendant let Plaintiff's Notice of Intent to Sue letter expire without curing their breach.

22.     To date Defendant has failed to: 1) conduct a reasonable investigation into the cause of loss; 2) issue timely payment for the undisputed damages; 3) issue payment for all lines of coverage owed under the policy; and 4) failed to confirm or deny the claim within a reasonable amount of time.

23.     Plaintiff has attempted to obtain full and complete payment for the covered damages pursuant to the insurance policy.

Copy from re:SearchTX

24.     Defendant, acting through its agents, servants, representatives, and employees has failed to properly investigate, evaluate, and adjust Plaintiff's claim for benefits in good faith and has further failed to deal fairly with Plaintiff.

25.     Defendant has failed to pay for all covered damages on a timely basis as required by the insurance contract and as required by the Texas Insurance Code Chapter 541 & 542. Instead, Defendant has denied coverage for the damage when coverage for those damages under the policy was reasonably clear.

26.     Plaintiff has cooperated with every request made by Defendant and has displayed, at reasonable times, all their relevant records, documents, buildings and contents that are the subject of this loss.

27.     Defendant has persisted in delay or denial to pay the full amounts due to Plaintiff even though a person of ordinary prudence and care would have done otherwise.

28.     No reasonable basis exists for Defendant to delay and/or refuse to provide covered benefits due and owing under the insurance policy in question.

29.     No reasonable basis exists for Defendant to delay and/or refuse to pay covered benefits due and owing under the insurance policy in question.

30.     Defendant has misrepresented to Plaintiff that the damage to the Properties was not due to the covered peril from the storms of 06-11-2023, even though the damages were caused by the covered peril.

31.     Defendant failed to settle the claim in a fair manner, although Defendant was aware of liability to Plaintiff under the Policy, in violation of Texas Insurance Code Chapter 541 & 542.

Copy from re:SearchTX

32.     Defendant refused and/or failed to properly evaluate the covered damage to Plaintiff's Properties, forcing Plaintiff to hire their own experts and incur additional expenses.

33.     Defendant refused to fully compensate Plaintiff, under the terms of the Policy because the Defendant failed to conduct a reasonable investigation, in violation of the Texas Insurance Code Chapter 541 & 542.

34.     Defendant performed an outcome-oriented investigation of Plaintiff's claim, which resulted in a biased, unfair and inequitable evaluation of Plaintiff's losses on the Properties. Defendant's conduct constitutes violations of the Texas Insurance Code Chapter 541 & 542.

35.     Defendant failed to meet its obligations under the Texas Insurance Code Chapter 541 & 542 regarding payment of claims without delay. Specifically, Defendant has delayed full payment of claims longer than allowed and to date Plaintiff has not yet received full payment for the claim. Defendant is in violation of Texas Insurance Code Chapter 541 & 542.

36.     From and after the time Plaintiff's claim was presented to Defendant, its liability to pay the full claims in accordance with the terms of the Policy was reasonably clear. However, Defendant has refused to pay Plaintiff in full, despite there being no basis whatsoever on which a reasonable insurance company would have relied on to deny the full payment.

37.     As a result of Defendant's acts and omissions, Plaintiff was forced to retain the undersigned attorney who represents Plaintiff in this cause of action.

38.     Plaintiff's experience is not an isolated case. The acts and omissions committed by Defendant, in this case, or similar acts and omissions, occur with such frequency that they constitute a general business practice of Defendant, with regard to handling these types of

claims. Defendant's entire process is unfairly designed to reach favorable outcomes for the insurance company at the expense of the policyholder.

39.     Plaintiff has complied with all post-loss obligations under the Policy and the Defendant was not prejudiced in its investigation.

40.     Plaintiff satisfied all conditions precedent required before filing the instant action.

41.     Defendant's delay in paying the amounts due and owing to Plaintiff subjects Defendant to payment for accrued interest, attorney fees, and any other relief provided for by law.

## COUNT I– BREACH OF CONTRACT

42.     Plaintiff hereby re-alleges the allegations contained in paragraph 1 through 43 as set forth above, and incorporates the same herein by reference.

43.     This is a cause of action for damages by Plaintiff against Defendant for Breach of the subject insurance contract.

44.     Plaintiff and Defendant executed a valid and enforceable written insurance contract providing insurance coverage to the insured locations at:

   a.  7120 FM 407 Lantana, TX 76226

45.     The insurance contract provided coverage for the perils of wind and hail among other perils. Defendant has a complete copy of the Policy in its possession.

46.     All damages and loss to Plaintiff's Properties were the direct result of a peril for which Plaintiff's insured pursuant to the Policy herein, wind and hail.

47.     Defendant sold the Policy insuring the Properties in its "as is" condition.

48.     Plaintiff suffered a loss with respect to the Properties at issue and additional expenses as a result of the hail and wind damage.

49.     Plaintiff submitted a claim to Defendant pursuant to the contract of insurance for damages as a result of the hail and wind damage.

50.     Plaintiff provided Defendant with proper notice of damage to the Properties.

51.     Defendant by and through its agents failed to properly evaluate the damage resulting from the covered cause of loss, hail and wind.

52.     Defendant by and through its agents failed to retain the appropriate experts and/or consultants to evaluate the hail and wind damage to the subject Properties.

53.     As of this date, Defendant has failed to pay for the hail and wind damages to Plaintiff.

54.     Plaintiff has attempted to obtain full and complete payment for covered losses pursuant to Defendant's Policy.

55.     Defendant, acting through its agents, servants, representatives, and employees, has failed to properly investigate, evaluate and adjust Plaintiff's claim for benefits in good faith and has further failed to deal fairly with Plaintiff.

56.     Defendant has failed and refused to evaluate the information surrounding facts regarding Plaintiff's covered claim, choosing instead to hide behind palpably incorrect assumptions and conclusions of its agents, employees, or consultants.

57.     As a direct result of Defendant's breach of the Policy, Plaintiff was required to hire the undersigned attorney and has become obligated to pay attorneys' fees and costs in connection with the prosecution of this action.

**WHEREFORE**, Plaintiff prays that this Honorable Court enter an award against Defendant for compensatory damages, pre-judgment interest, attorneys' fees, and costs, and all other and further relief this Honorable Court deems just and proper.

Copy from re:SearchTX

## COUNT II – VIOLATIONS OF TEXAS INSURANCE CODE CHAPTER 541 (UNFAIR CLAIM SETTLEMENT PRACTICES)

58.     Plaintiff hereby re-alleges the allegations contained in paragraphs 1 through 57 as set forth above and incorporates the same herein by reference.

59.     This is a cause of action for damages by Plaintiff against Defendant for committing acts in violation of the unfair claims settlement practices of Texas Insurance Code Chapter 541.

60.     Defendant is an entity that is required to comply with Texas Insurance Code Chapter 541.

61.     Texas Insurance Code Chapter 541 prohibits insurers from engaging in unfair methods of competition and unfair or deceptive acts or practices in the business of insurance (Tex. Ins. Code § 541.003)**.** This includes making misrepresentations about policies, failing to act in good faith, and refusing to reasonably investigate claims. Defendant has violated these statutory requirements.

62.     Defendant's conduct constitutes multiple violations of Chapter 541, including but not limited to:

    a.  Misrepresentation of Material Facts (Tex. Ins. Code § 541.061): Defendant either made untrue statements or misrepresented material facts, including:

        i.  Failing to state a material fact necessary to make other statements not misleading;

        ii.  Making misleading statements about the policy's benefits, coverage, and/or meaning;

      iii.   Making a statement in a manner that would mislead a reasonably prudent person to a false conclusion of a material fact;

      iv.   Making a material misstatement of law; or

      v.   Failing to disclose a matter required by law to be disclosed, including failing to make a disclosure in accordance with another provision of this code.

b.   Failure to Attempt a Fair Settlement (Tex. Ins. Code § 541.060(a)(2)): Defendant failed to settle the claim in good faith when liability became reasonably clear.

c.   Failure to Provide a Reasonable Explanation for Denial (Tex. Ins. Code § 541.060(a)(3)): Defendant did not provide a prompt or reasonable explanation for their coverage and payment decision.

d.   Refusal to Conduct a Reasonable Investigation Before Denial (Tex. Ins. Code § 541.060(a)(7)): Defendant denied the subject claim without conducting a proper investigation.

63.    Defendant's unfair claims practice, as described above, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance.

64.    By accepting insurance premiums but refusing without a reasonable basis to pay benefits due and owing, Defendant has engaged in an unconscionable action or course of action as prohibited by Texas Insurance Code Chapter 541, taking advantage of Plaintiff's lack of knowledge, ability, experience, and capacity to a grossly unfair degree, resulting in a gross disparity between the consideration paid in the transaction and the value received.

65.    Defendant's delay of the payment of Plaintiff's claim following its receipt of all items, statements, and forms reasonably requested and required, took longer than the amount of

Copy from re:SearchTX

time statutorily allowed, as described above, and is a violation of Texas Insurance Code Chapter 541. Such conduct constitutes a non-payment of the claim.

66.     As a direct result of Defendant's unfair claims practices, Plaintiff was required to hire the undersigned attorney and has become obligated to pay attorneys' fees and costs in connection with the prosecution of this action.

67.     Defendant's failure to comply with the prompt payment provisions of Texas law has caused Plaintiff additional economic harm, necessitating this legal action.

**WHEREFORE**, Plaintiff demands judgment against Defendant for actual damages suffered as a result of Defendant's violations of Texas Insurance Code Chapter 541; treble damages pursuant to Tex. Ins. Code § 541.152(b) for knowing violations; reasonable attorney's fees and court costs; pre- and post-judgment interest at the maximum rate allowed by law; and any other relief this Court deems just and proper.

## COUNT III – VIOLATIONS OF TEXAS INSURANCE CODE CHAPTER 542 (PROMPT PAYMENT OF CLAIMS ACT)

68.     Plaintiff hereby re-alleges the allegations contained in paragraphs 1 through 67 as set forth above and incorporates the same herein by reference.

69.     This is a cause of action for damages by Plaintiff against Defendant for committing acts in violation of the Texas Insurance Code Chapter 542, also known as the Prompt Payment of Claims Act.

70.     Defendant is an entity that is required to comply with Texas Insurance Code Chapter 542.

71.     Texas Insurance Code Chapter 542 establishes strict deadlines for insurers to acknowledge, investigate, and pay claims. Failure to comply with these deadlines results in

statutory penalties, including interest and attorney's fees. Defendant has violated these statutory requirements.

72.     Defendant's conduct constitutes multiple violations of Chapter 542, including but not limited to:

a.  Failure to Acknowledge Receipt of Claim (Sec. 542.055): Defendant failed to acknowledge receipt of the claim within the time required by law.

b.  Failure to Timely Investigate the Claim (Sec. 542.055 & 542.056): Defendant failed to begin an investigation or request necessary documentation within 15 days of receiving notice of the claim.

c.  Failure to Approve or Deny the Claim Within Required Timeframe (Sec. 542.056): Defendant failed to notify Plaintiff of acceptance or denial of the claim within 15 business days after receiving all requested information.

d.  Failure to Pay the Claim Within Required Timeframe (Sec. 542.057): Defendant failed to issue payment within 5 business days after agreeing to pay the claim.

e.  Unjustified Delay in Payment (Sec. 542.058): Defendant delayed payment beyond 60 days without a valid reason, thereby subjecting itself to penalties under Texas law.

73.     Defendant's delay of the payment of Plaintiff's claim following its receipt of all items, statements, and forms reasonably requested and required, took longer than the amount of time statutorily allowed, as described above, and is a violation of Texas Insurance Code Chapter 542.058. Such conduct constitutes a non-payment of the claim.

74.     Defendant's failure to comply with the prompt payment provisions of Texas law has caused Plaintiff additional economic harm, necessitating this legal action.

Copy from re:SearchTX

75.     As a direct result of Defendant's failure to timely investigate and pay the claim, Plaintiff was required to hire the undersigned attorney and has become obligated to pay attorneys' fees and costs in connection with the prosecution of this action.

**WHEREFORE**, Plaintiff demands judgment against Defendant for statutory damages, including 18% annual interest on the claim amount pursuant to Tex. Ins. Code § 542.060; reasonable attorney's fees and court costs; pre- and post-judgment interest at the maximum rate allowed by law; and any other relief this Court deems just and proper.

## COUNT IV – DECLERATORY JUDGMENT

76.     Plaintiff hereby re-alleges the allegations contained in paragraphs 1 through 75 as set forth above and incorporates the same herein by reference.

77.     This is an action for declaratory relief brought pursuant to Chapter 37 of the Texas Civil Practice and Remedies Code, also known as the Texas Uniform Declaratory Judgments Act.

78.     An actual, justiciable controversy exists between Plaintiff and Defendant regarding the interpretation, application, and enforceability of the insurance contract issued by Defendant bearing policy number ADV910866613 (the "Policy") and whether coverage exists under the Policy for the losses sustained by Plaintiff as a result of the wind and/or hailstorm occurring on or about 06-11-2023.

79.     Plaintiff contends that the damages sustained at the insured Properties are covered losses under the Policy. Defendant, however, has failed and refused to acknowledge coverage for the full extent of the loss or to make full payment, thereby creating uncertainty and a bona fide dispute regarding the parties' rights and obligations under the Policy.

80.     Plaintiff seeks a declaration from this Court that:

Copy from re:SearchTX

    a.   The damage to Plaintiff's Properties resulting from the 06-11-2023 wind and/or hailstorm constitutes a covered loss under the Policy;

    b.   Defendant is obligated to pay Plaintiff for the full amount of covered damages pursuant to the terms of the Policy; and

    c.   Defendant's failure to pay constitutes a breach of contract and/or violation of applicable insurance law.

81.    Plaintiff has complied with all conditions precedent and has presented a claim for benefits under the Policy, but Defendant has failed to tender full payment in violation of its contractual and legal obligations..

**WHEREFORE**, Plaintiff demands judgment against Defendant for compensatory damages resulting from Defendant's breach of contract, recovery of reasonable and necessary attorney's fees and costs incurred in pursuing this declaratory relief Pursuant to Tex. Civ. Prac. & Rem. Code § 37.009, and any other relief this Court deems just and proper.

## KNOWLEDGE AND INTENT

82.    Each of the acts described above, together and singularly, was done "knowingly" and "intentionally" and was a producing cause of Plaintiff's damages described herein.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury for those issues that are so triable against Defendant pursuant to law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant as follows:

1.   Defendant breached the contract, entitling Plaintiff to recover the benefit of their bargain.

Copy from re:SearchTX

The Court further finds that Plaintiffs are entitled to actual damages, including the loss of benefits that should have been paid under the policy..

2.  Defendant violated Texas Insurance Code Chapter 542, entitling Plaintiff 18% annual interest on the claim amount pursuant to Tex. Ins. Code § 542.060; reasonable attorney's fees and court costs; pre- and post-judgment interest at the maximum rate allowed by law; and any other relief this Court deems just and proper.

3.  Defendant violated Texas Insurance Code Chapter 541 and  542, entitling Plaintiff to treble damages pursuant to Tex. Ins. Code § 541.152(b) for knowing violations; reasonable attorney's fees and court costs; pre- and post-judgment interest at the maximum rate allowed by law; and any other relief this Court deems just and proper.

4.  Recovery of reasonable and necessary attorney's fees and costs incurred in pursuing this declaratory relief Pursuant to Tex. Civ. Prac. & Rem. Code § 37.009, and any other relief this Court deems just and proper.

5.  Awarding such other relief as this Court deems just and proper.

Respectfully submitted,

**NATIONAL INSURANCE ADVOCATES, LLP**
*/s/ Anthony Pastor, Esq*

Bar No.: 24144592
*Attorneys for Plaintiff*
6330 Manor Lane
Suite 200
Miami, Fl 33143
Primary Email: service@nia.law
Secondary Email: anthony@nia.law
PH: (833) 701-4110

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Anthony Pastor on behalf of Anthony Pastor
Bar No. 24144592
service@nia.law
Envelope ID: 103586240
Filing Code Description: First Amended (Original) Petition
Filing Description:
Status as of 7/25/2025 11:52 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Anthony Pastor | | service@nia.law | 7/25/2025 10:37:55 AM | SENT |

Copy from re:SearchTX

# EXHIBIT A

Copy from re:SearchTX

AI CL BN R 01 00

# RENEWAL

Policy No.:     ADV 9108666 - 13

Global Financial & Insurance Services, Inc.

Policy Period:   07/28/2023   to   07/28/2024

Processed On:   06/27/2023

Total Premium:   $25,885

Processor Id:   tpsmith

This policy is:   __x__ Direct Bill   __EF__ Pay Plan
_____ Agency Billed

Brothers Car Wash Inc
dba Kwik Kar Wash of Lantana
7120 FM 407
Lantana, TX 76226

Copy from re:SearchTX

CL PN 01 20 11 10

**THIS NOTICE SUMMARIZES CHANGES TO YOUR POLICY.  PLEASE READ IT CAREFULLY.**

# NOTICE TO TEXAS POLICYHOLDER

# ASBESTOS EXCLUSION

This notice has been prepared in conjunction with the implementation of changes to your policy.  It contains a brief synopsis of any significant restrictions and clarifications of coverage that were made in each of the policy forms and endorsements shown below.

This notice is a summary only.  No coverage is provided by this summary, nor can it be construed to replace any provision of the actual endorsement or your policy. If there is a conflict between the form or endorsement provisions and this summary, the form and endorsement provisions shall prevail.

**Please read your policy, and the endorsements attached to your policy, carefully.**

**CL CG 21 08 11 10, Asbestos Exclusion** (Commercial General Liability Coverage Form)

**CL CG 21 09 11 10, Asbestos Exclusion** (Owners And Contractors Protective Liability Coverage Form, Railroad Protective Liability Coverage Form, Products/Completed Operations Liability Coverage Form)

When either of these endorsements is attached to your policy, the following reductions in coverage apply to the **Liability** coverage:

- Coverage is excluded for any claim, suit, judgment or settlement that alleges loss from or because of the actual, alleged or threatened presence of, contact with or exposure to asbestos in any form, or to harmful substances emanating from asbestos.  Also excluded are any costs, expenses, fines or penalties arising out of the testing for, treating, cleaning up, removing, containing, neutralizing, remediating, disposing of, or in any way responding to, asbestos.

- A new defined term, "reduction in value", is also added to your policy.  "Reduction in value" means any claim, demand or suit that alleges diminution, impairment, or devaluation of property.

Other insurance companies may or may not have these exclusions in their current policy.

**PLEASE CONSULT YOUR AGENT FOR ASSISTANCE WITH QUESTIONS REGARDING THESE CHANGES OR OTHER INSURANCE MATTERS.**

Copy from re:SearchTX

CL PN 01 36 11 02

**THIS NOTICE SUMMARIZES CHANGES TO YOUR POLICY.
PLEASE READ IT CAREFULLY**

**NOTICE TO TEXAS POLICYHOLDER**

# RESTRICTIONS OF COVERAGE

**An additional exclusion endorsement, which may not have been in your previous policy, is included in this policy.**  This notice has been prepared in conjunction with the implementation of this change to your policy.  It summarizes the significant restrictions and clarifications of coverage that have been made in each of the policy forms and endorsements shown below.  Not every endorsement or form shown below may be applicable to your policy.

This notice is summary only.  No coverage is provided by this summary, nor can it be construed to replace any provision of the actual endorsement or your policy.  If there is a conflict between the form or endorsement provisions and this summary, the form and endorsement provisions shall prevail.

**Please read your policy, and the endorsements attached to your policy, carefully.**

**CL CP 99 04 07 02 - Fungus, Wet Or Dry Rot, Bacteria Or Other Microbes Exclusion** (Commercial Property Coverage Part)

**CL BP 01 08 10 02 - Fungus or Bacteria Limitation** (Businessowners Coverage Form - Property)

When either of these endorsements is attached to your policy, the **Property** coverage does not apply to:

**1.**   Any loss or damage caused by or resulting from the presence, existence, growth, proliferation, spread, or any activity of mold, fungus (as defined in the endorsement), wet or dry rot, or bacteria of other microbes;

**2.**   Any cost or expense arising out of or associated with any request, demand, order, or statutory or regulatory requirement that you or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of fungus, fungi, wet or dry rot, or bacteria or other microbes.

These endorsements also clarify that the **Ordinance Or Law Coverage**, if applicable, will not respond to the enforcement of, or costs associated with the enforcement of, any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread, or any activity of fungus, fungi, wet or dry rot, bacteria or other microbes.

Please refer to the endorsement for the definition of "fungus" or "fungi" and for the other specific provisions.

Other insurance companies may or may not have these exclusions and/or limitations in their current policy.

**PLEASE CONSULT YOUR AGENT FOR ASSISTANCE WITH QUESTIONS REGARDING
THESE CHANGES OR OTHER INSURANCE MATTERS.**

Copy from re:SearchTX

CL PN 01 47 01 21

**Brothers Car Wash Inc**
**dba Kwik Kar Wash of Lantana**
**ADV 9108666-13**
**07/28/2023**

### POLICYHOLDER DISCLOSURE
### NOTICE OF TERRORISM
### INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019,  that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, *as defined in Section 102(1)*: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—as meeting all of the following requirements:

  a.  The act is an act of terrorism.

  b.  The act is violent or dangerous to human life, property, or infrastructure.

  c.  The act resulted in damage within the United States, or outside the United States in the case of certain premises of United States missions or certain air carriers or vessels.

  d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Coverage under your policy is affected as follows:

For property located in standard fire policy states, there are state statutory exceptions covering certain fire losses if you decline coverage for "acts of terrorism" defined under the Act.  If an "act of terrorism" certified under the Act results in fire, we are required to pay for the loss or damage caused by that fire.  Such coverage for fire applies only to direct loss or damage by fire to covered property and is subject to any limitations of any terrorism exclusion, or inapplicability or omission of a terrorism exclusion.  This notice does not serve to create coverage for any loss which would otherwise be excluded under your policy.

The portion of your premium that is attributable to coverage for direct loss or damage that is caused by an "act of Terrorism" certified under the Act and where fire ensues is  $ 0, and does not include any charges for the portion of losses covered by the United States Government under the Act.  Note, this premium is applied to your policy regardless if you accept or decline coverage for "acts of terrorism" below.

You should know that where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government reimburses 80% of such Insured losses, beginning on January 1, 2021 through December 31, 2027, exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage is provided below and does not include any charges for the portion of loss that may be covered by the Federal Government under the Act.

You should also know that the Act, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

**Acceptance or Rejection of Terrorism Insurance Coverage**

| | |
|---|---|
| | I hereby elect to purchase terrorism coverage, subject to the limitations of the Act, for acts of terrorism as defined above for a premium of $ 101.00 . |
| | I hereby decline to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism. |

_____
Policyholder/Applicant's Signature

_____
Print Name

_____
Date

Tri-State Insurance Company of
Insurance Company
ADV 9108666 - 13
Quotation/ Policy Number

Copy from re:SearchTX

**Brothers Car Wash Inc**
**dba Kwik Kar Wash of Lantana**
**ADV 9108666-13**
**07/28/2023**

**CL PN 02 49 01 21**

### POLICYHOLDER DISCLOSURE
### NOTICE OF TERRORISM
### INSURANCE COVERAGE

Coverage for acts of terrorism, as defined in the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019 is included in your policy.

As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States— as meeting all of the following requirements:

a. The act is an act of terrorism.

b. The act is violent or dangerous to human life, property, or infrastructure.

c. The act resulted in damage within the United States, or outside the United States in the case of certain premises of United States missions or certain air carriers or vessels.

d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Act. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events.  Under the formula, the United States Government reimburses 80% of such Insured losses, beginning January 1, 2021 through December 31, 2027, exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Act contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism, as defined in the Act, is:

  $ 101 _____ and does not include any charges for the portion of losses covered by the United States Government under the Act.

Name of Insurer:  Tri-State Insurance Company of Minnesota

Policy Number:  ADV 9108666 - 13

Copy from re:SearchTX

CL PN 03 29 01 22



**Named Insured and Address**

Brothers Car Wash Inc
7120 FM 407
Lantana TX 76226

**Policy No.** 9108666 - 13

**Agent Name, Address, Phone**

Global Financial & Insurance Services, Inc.
PO Box 810510
Dallas TX 75381-0510
(972)812-5410

**Issued by** Tri-State Insurance Company of
Minnesota

*Welcome to Union Standard Insurance Group!*

*On behalf of our employees and the agents who represent US, we would like to thank you for selecting us as your insurance provider. The insurance buying decision can be a difficult one. Once made however, you should feel confident in the people and resources you have selected.*

*As a regional group of insurance companies, we are committed to satisfying the needs of our agents and our policyholders and will strive to exceed your service expectations. Thank you for placing your business through an independent agent and for choosing Union Standard Insurance Group.*

*John Henle*

*John Henle*
*President*



**Union Standard Insurance Group on behalf of**
Acadia Insurance Company · Continental Western Insurance Company · Firemen's Insurance Company of Washington, D.C. ·
Tri-State Insurance Company of Minnesota ·Union Insurance Company · Union Standard Lloyds
Refer to the policy for the applicable Insurer, each of which has sole financial responsibility for its own products and services

Copy from re:SearchTX

CL PN 04 34 07 19

# IMPORTANT NOTICE
# CYBER COVERAGE INSURANCE

This Important Notice does not form part of your policy. No coverage is provided by this notice, nor can it be construed to replace any provision of the actual endorsement or your policy. If there is a conflict between the endorsement or policy provisions and this notice, THE ENDORSEMENT AND POLICY PROVISIONS SHALL PREVAIL.

## Cyber Coverage Insurance Risk Management Service

This notice has been prepared in conjunction with the implementation of the Cyber Coverage Risk Management service. As an adjunct of your policy, your company now has access to the **eRiskHub®, powered by NetDiligence®**. The eRiskHub is a private web-based portal that features news, content, and available services from leading practitioners in risk management, computer forensics, forensic accounting, crisis communications, legal counsel, and other highly-specialized support to assist you in reporting and responding should a privacy event occur.

Please note the following:

1. The eRiskHub portal is a private site for our customers only. Do not share portal access instructions with anyone outside your organization. You are responsible for maintaining the confidentiality of the **Access Code** provided to you.

2. Up to three (3) individuals from your organization may register and use the portal. Ideal candidates include your company's Risk Manager, Compliance Manager, Privacy Officer, IT Operations Manager, or Legal Counsel.

3. This portal contains a directory of experienced providers of cyber risk management and breach recovery services. We do not endorse these companies or their respective services. Before you engage any of these companies, we urge you to conduct your own due diligence to ensure the companies and their services meet your needs. Unless otherwise indicated or approved, payment for services provided by these companies is your responsibility.

4. Should you experience a data breach event, you may choose to call one of the Breach Coaches listed in the portal for immediate triage assistance. Your initial consultation is free of charge. Please be aware that the BreachCoach® service is provided by a third-party law firm.

## To register for the eRiskHub:

1. Go to https://eriskhub.com/usiq

2. Complete the **New User Registration** form in the center of the webpage. Create your own Username and Password. Enter **096405-743** in the **Access Code** field.

3. After registering, you may login by entering the Username and Password you just created in the **Login** box in the top right corner of the screen.

Copy from re:SearchTX

## To report a claim:

If you suspect your business has encountered a data breach you may initiate the claims process in one of two ways:

**1. During Business Hours (8:00 AM – 5:00 PM CST)**

Contact our Claims Department to report the data breach. You may report the data breach via phone, email, or fax.

- Call **1-800-444-0049**
- Email the Loss Notice at <u>USIGclaims@usic.com</u>
- Fax the Loss Notice **1-866-256-8744**

A Representative will obtain your contact and policy information and you will be contacted shortly by your Claims Representative.  They will review your claim and explain the process, as well as confirm that a Breach Coach will also assist in the resolution of the breach.

**2. After Normal Business Hours:**

We realize there are times that the discovery of a possible data breach event occurs outside standard business hours. You may access immediate assistance by calling **1-844-300-3480**. As part of your request for assistance, be sure to provide your company name, along with the names of all other companies and/or individuals that may be involved in the data breach event, as well as the name and number of the best person to contact. A Breach Coach will be available to respond to your immediate needs and will help you determine:

- Is a computer forensics investigation needed?
- Are breach notifications required?
- What is the potential for regulatory fines or penalties?
- What is the potential for legal action?
- What are your next steps?

The Breach Coach will also contact our Claims Department. Our Claims Representative will contact you to explain the claims process.

**PLEASE CONSULT YOUR AGENT FOR ASSISTANCE WITH ANY QUESTIONS REGARDING THIS IMPORTANT NOTICE OR ANY OTHER INSURANCE MATTERS.**

Copy from re:SearchTX

# TEXAS FLOOD DISCLOSURE NOTICE

To comply with amended Chapter 2002, Insurance Code, Section 2002.103, we wish to provide the following information concerning your policy:

**FLOOD INSURANCE:  You may also need to consider the purchase of flood insurance.  Your insurance policy does not include coverage for damage resulting from a flood even if hurricane winds and rain caused the flood to occur.   Without separate flood insurance coverage, you may have uncovered losses caused by flood.  Please discuss the need to purchase separate flood insurance coverage with your insurance agent or insurance company, or visit www.floodsmart.gov.**

The above statement is a state requirement; however, it does not change, expand or reduce the coverage or any other provisions contained in your policy.  THE PROVISIONS OF THE POLICY PREVAIL if there is any conflict between this Notice and the policy.

**PLEASE CONSULT YOUR AGENT FOR ASSISTANCE WITH QUESTIONS
REGARDING THIS CHANGE OR OTHER INSURANCE MATTERS**

Copy from re:SearchTX

# EXCLUSION - CYBER - WITH LIMITED EXCEPTION
# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. It provides information concerning the following new exclusion which applies to your renewal policy being issued by us. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

This is to notify you that when your policy renews, the following exclusionary endorsement will be attached to your policy:

**CL CA 23 54 - Exclusion - Cyber - With Limited Exception - Auto And Garagekeepers**

When this exclusion is attached to your policy your insurance coverage is reduced, or limited; meaning this insurance does not apply to any "loss", damages, costs and expenses, either directly or indirectly because of, caused by, arising out of, or resulting from:

**1.** Any:

    **a.** Unauthorized access to, acquisition, use, collection, copying, processing, storage, dissemination, publication or disclosure of;

    **b.** Theft, alteration, misuse, loss, misappropriation, disruption of, or damage to; or

    **c.** Failure to provide access to, remove, rectify, destroy, protect or secure, including, but not limited to, failure to encrypt;

    any person's or organization's  "confidential information", whether it is "electronic data" or in any other form or media.

**2.** Theft of, loss of, loss of use of, corruption or impairment of, damage to, disruption or destruction of, or inability to access, alter or manipulate "electronic data";

**3.** Any of the following:

    **a.** Denial of service attack on;

    **b.** Misappropriation, diversion, loss or misuse of; or

    **c.** Denial of access to or service of, interruption of service, degradation, loss of use, alteration, failure, destruction, corruption or impairment of;

    any "computer system", including any insured's or other person's or organization's "computer system".

**4.** Malicious code, virus or any other harmful code that:

    **a.** Is directed at, enacted upon or introduced into "electronic data" or any"computer system"; or

    **b.** Is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use, prevent or restrict access to, or otherwise disrupt the normal functioning or operation of "electronic data" or any "computer system".

**5.** Transfer, payment or delivery of money or any other form of currency, including virtual currency, in response to a fraudulent instruction or demand.

**6.** Demand for a ransom payment (in money, or any form of currency, including virtual currency, or property or services) made in connection with the actual or threatened perpetuation of that which is described in paragraphs **1.** through **5.** above.

regardless of any other cause or event that contributes concurrently or in any sequence to the liability, "loss", cost, expense, damages or injury, other than as provided below.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, payment card replacement costs, forensic expenses, public relations expenses or any other loss, cost or expense incurred

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Copy from re:SearchTX

by you or others arising out of that which is described in paragraphs **1.** through **6.** above.

If any of that which is described in Paragraphs **1.** through **6.** results in:

**a.** The covered "auto's" or "customer's auto's" collision with another object;

**b.** The covered "auto's" or "customer's auto's" overturn;

**c.** The covered "auto's" or "customer's auto's" fire or explosion; or

**d.** The covered "auto's" or "customer's auto's" total theft, other than "loss" due to theft or conversion of a "customer's auto" caused in any way by you, your "employees" or by your stockholders;

We will pay the:

**(a)** Sums an "insured" legally must pay as damages because of "bodily injury", "property damage", or "covered pollution cost or expense" that is caused by an "accident" and one or more of the causes of loss specified in paragraphs **1.** through **4.** above and resulting from the ownership, maintenance or use of the covered "auto" as provided under Covered Autos Liability Coverage;

**(b)** "Loss" to a covered "auto" or its equipment that is caused by one or more of the causes of loss specified in paragraphs **1.** through **4.** as provided under Physical Damage Coverage; and

**(c)** Sums an "insured" legally must pay as damages for "loss", including loss of use, to a "customer's auto" or "customer's auto" equipment left in the "insured's" care that is caused by one or more of the causes of loss specified in paragraphs **1.** through **4.** above and while the "insured" is attending, servicing, repairing, parking or storing it in your "garage operations", as provided under Garagekeepers Coverage;

but only if otherwise covered under the policy to which this endorsement is attached.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

CL PN 52 04 07 22

Copy from re:SearchTX

**INTERLINE**
**CL PN 52 10 09 22**

# POLICYHOLDER NOTICE -
# REVISIONS TO CYBER COVERAGE INSURANCE

This Notice does not form part of your policy. No coverage is provided by this notice, nor can it be construed to replace any provision of the actual endorsement or your policy. If there is a conflict between the endorsement or policy provisions and this notice, THE ENDORSEMENT AND POLICY PROVISIONS SHALL PREVAIL. Please carefully read your policy and the endorsements attached to your policy.

This notice has been prepared in conjunction with the implementation of a change in the **Cyber Coverage Insurance** endorsement- **CL IL 01 21**.

Key Changes to the Liability (Third Party) Coverage Insuring Agreement:

- In your expiring policy, Regulatory Proceeding Coverage had its own Insuring Agreement with a limit equal to fifty percent of the Cyber Coverage Aggregate, subject to $25,000 minimum and $100,000 maximum limits. With your renewal policy, Regulatory Proceeding Coverage is now part of the Liability Coverage Insuring Agreement, with a limit equal to the Coverage Aggregate Limit.  This change represents a broadening of coverage.  There is no change to the Regulatory Fines $10,000 sublimit, which is part of, and not in addition to the Aggregate Limit.
- In your expiring policy, PCI Fines was a Third-Party Liability Coverage.  Third Party Liability Coverage was equal to the Cyber Coverage Aggregate.  With your renewal policy, PCI Fines is part of the First Party Coverage Insuring Agreement. The First Party Coverage Limit is equal to fifty percent of the Cyber Aggregate Limit, subject to $250,000 maximum.  There is no change to the PCI Fines $10,000 sublimit, which is part of, and not in addition to the First Party Coverage Limit. The change may be considered a reduction in coverage as the First Party Coverage Limit will now be eroded by the PCI Fines. The sub limited amount did not change however, it will now reduce the first party coverage limit instead of the aggregate.
- In your expiring policy, the Insuring Agreement contained language "first discovered by you during the Endorsement Period or within (30) days after the end of the Endorsement Period."  With your renewal policy, this language is revised to indicate that all events must be discovered during the Endorsement Period.  This change represents a reduction in coverage.

Key Changes to the First Party Coverage Insuring Agreement:

- A new Funds Transfer Fraud Coverage is added to the First Party Coverage Insuring Agreement to provide reimbursement coverage for a Funds Transfer Fraud Event.  The Funds Transfer Fraud sublimit, which is part of, and not in addition to the First Party Coverage Limit is $10,000. This change represents a broadening of coverage.
- In your expiring policy, the Insuring Agreement contained language "first discovered by you during the Endorsement Period or within (30) days after the end of the Endorsement Period."  With your renewal policy, language is revised to indicate that all events must be discovered during the Endorsement Period.  This change represents a reduction in coverage.
- In your expiring policy, there is a one (1) day Business Interruption Waiting Period.  In your renewal policy, the language is clarified to indicate there is a twenty-four (24) hour Per Event Business Interruption Waiting Period. This change reinforces the waiting period duration and that the waiting period applies to each Business Interruption Event.

Key changes to Limits of Insurance and Deductible:

- Section II - Limits of Insurance and Deductible replaces Section IV - Limits of Insurance and Deductible in your expiring policy.

Copy from re:SearchTX

- Paragraph B. indicates that a single deductible applies to all Damages and Losses arising from the same Event or Related Event. This change is a clarification of coverage.
- A new Section C. is added to clarify that each event, claim or loss and its related events, claims and losses will be treated as a single event, claim or loss. This change represents a clarification in coverage.
- A new Section D. is added to clarify that no event, claim or loss, whether or not related, will constitute an event, claim or loss in more than one Endorsement period. This change represents a clarification in coverage.

Key changes to Defense and Settlement:

- Section III - Defense and Settlement is added. In your expiring policy, our rights and duties in the event of a claim including duty to defend were interspersed throughout the form.
- With your renewal policy, our duty to defend ends when a claim arises from an event not first discovered during the Endorsement Period; when a claim is not covered by the Endorsement, or when a claim is seeking relief not covered by the Endorsement. This change represents a clarification in coverage.

Key changes to Reporting Requirements:

- Section IV- Reporting Requirements is added. In your expiring policy, notice requirements were included within Section V - Conditions.
- In Paragraph A.1., as a precedent to coverage, written notice must be provided no later than the earlier of thirty (30) days after discovery and prior to the effective date of the cancellation for non-payment of premium. This change represents a reduction in coverage.
- Paragraph A.2. Information to be Included in Notices is added. This paragraph lists the required information to be included on the notice. This change clarifies the reporting requirements.
- Paragraph A.3. Reports of Malicious Codes and Exploits is added. This paragraph lists several requirements including the need to provide a written report by a forensic Vendor no later than thirty days after first discovery of the event. This change clarifies the reporting requirements.
- Paragraph B. No Coverage is added. Paragraph B.1. instructs that there is no coverage for any Damages or Loss incurred or paid prior to the time the Company is notified (not applicable to a covered loss of defrauded funds or covered Business Income loss). This replaces Section V. Conditions. B.4. in your expiring policy.
- Paragraph B.2. excludes coverage if the Insured reports any matter knowing it to be false or fraudulent. This replaces Section V. Conditions L. in your expiring policy. This change clarifies the reporting requirements.
- Paragraph C. Determination of First Discovery is added. This section states that all Claims, Losses or Events and their Related Claims, Losses or Events (whenever made or occurring, as applicable) will be deemed a single Claim, Loss or Event and that the time of discovery will be the earlier of when it was first Discovered or could have been Discovered through due diligence. This replaces Section V. Condition A. in your expiring policy. This change clarifies the reporting requirements.

New Provision for Due Diligence and Cooperation:

- Section V- Due Diligence and Cooperation is added.
- In your expiring policy, an exclusion existed for failure to take reasonable and prudent steps to use, design, maintain and upgrade security. In your renewal policy, Section V-Due Diligence and Cooperation lists steps you need to take to prevent and mitigate losses. This is a reduction in coverage.
- In your renewal policy, additional duties are required with respect to Funds Transfer Fraud Coverage. The Funds Transfer Fraud Coverage requires a written policy be in place prior to loss. This change represents a reinforcement of coverage.
- A new Cooperation section is added. This requires the Insured to provide reports of forensic vendors that identify the Malicious Code or Exploit as soon as possible; such reports are also referenced in the Section IV Reporting Requirements. The additional steps listed could be interpreted as a reduction in coverage.

Copy from re:SearchTX

Key Changes to Exclusions:

- Section VI-Exclusions replaces Section III- Exclusions in your expiring policy.
- Your renewal policy contains new, revised and replaced exclusions.
- Exclusion A.2. replaces Exclusion A.2. The term Mass Event is now specifically defined.
- Exclusion A.3. is new. This exclusion specifies the categories of third-party events that are not covered.
- Exclusion A.5. is new. This exclusion focuses on Claims, Losses or Damages that are caused by shortcomings, errors or mistakes in instructions that are present as a result of an update or manufacturing.
- Exclusion A.7. replaces Exclusion A.20. This exclusion includes reference to pathogenic, poisonous, biological and communicable disease events.
- Exclusion A.8. replaces Exclusion A.6.  This exclusion has a carve back for Privacy Breach Expenses, Regulatory Proceeding Claims, and PCI Claims that arise from a Privacy Breach Event that is otherwise covered.  The carve back language prevents voiding coverage for the traditional data breach, hacker theft of personally identifiable information, if it is otherwise covered.
- Exclusion A.16. replaces Exclusions A.18. and A.19.  The exclusion now specifies that false, misleading, deceptive or fraudulent statements in advertising will not apply to a Claim for Media Wrongful Event.
- Exclusion A.18. replaces Exclusion A.15.  The exclusion now includes reference to a potential indemnitor. This was added to specify that the exclusion applies when there is indemnity from a third party that third party was given notice prior to this Endorsement Period.
- Exclusion B. replaces Exclusion B.  Paragraph B.1. maintains the Privacy Wrongful Act carve back provided in the Insuring Agreement for claims or damages from a Privacy Breach Event. Paragraph B.2. confirms that claims or damages from a Privacy Breach Event that weren't brought by an Impacted Individual, Impacted Entity or federal or state regulatory body are excluded.

Key Changes to General Conditions:

- Section VII-General Conditions replaces Section V-Conditions in your expiring policy.
- Paragraph B. Change in Control replaces Paragraph P. Change in Risk. This paragraph details in which circumstance coverage would continue in the event of a sale or acquisition.
- Paragraph D. Excess Coverage replaces Paragraph F. in your expiring policy.  The Excess Coverage condition is revised to state that for avoidance of doubt, this insurance is specifically on an excess basis of any and all crime insurance policies that may be available with respect to any Funds Transfer Fraud Event. This change represents a clarification in coverage.
- Paragraph I. Legal Action Against the Company replaces Paragraph E. Action Against Us in your expiring policy.  This paragraph requires full compliance with all terms and conditions of the Endorsement and expands the time limitation for bringing actions against the Company from 24 months to 60 months. This change represents a broadening of coverage.

Key Changes to Definitions:

- Section VIII-Definitions replaces Section II-Definitions in your expiring policy.
- In your renewal policy, many definitions are revised or newly added.
- Approval is a new definition in your renewal policy.
- Business Income Loss definition is revised to the aggregate of Extra Expenses and Reconstruction Period Net Income with a calculation of such Loss in the definition of Reconstruction Period Net Income.
- Business Interruption Event is a new definition in your renewal policy.
- Business Interruption Waiting Period is a new definition in your renewal policy.
- Circumstances is a new definition in your renewal policy.
- Claim definition is revised. The Claim definition has been broken into Third Party Claim and Regulatory Proceeding Claim.
- Claim Expenses definition is revised. The revised definition doesn't specify that PCI Fines are carved out, as PCI Fines are now part of first party Losses not Claims, and thus Claim Expenses would not apply to PCI Fines.
- Company is a new definition in your renewal policy.

Copy from re:SearchTX

- Computer System definition is revised with updated terminology. The definition specifies that it includes Electronic Media, Portable Devices, IOT Devices, and Peripheral Hardwired Devices, which are now also defined terms.  The definition notes that Computer System does not include a system that the Named Insured operates for others.
- Computer System Restoration Expenses is a new definition in your renewal policy.
- Corporate Information is a new definition in your renewal policy.
- Crypto currency is a new definition in your renewal policy.
- Damages definition is revised. A "judgment" has been amended to "final judgment", which is also now a defined term.  It also confirms that categories such as restitution and disgorgement are not part of Damages.
- Data Replacement Expenses is a new definition in your renewal policy.
- Defrauded Funds is a new definition in your renewal policy.
- Discovers/Discovered is a new definition in your renewal policy.
- Electronic Media definition is revised to that which is unique to the Insured, including scripts and films.
- Electronic Media Advertising is a new definition in your renewal policy.
- Endorsement is a new definition in your renewal policy.
- Endorsement Period definition is revised with editorial changes only.
- Event is a new definition in your renewal policy.
- Exploit is a new definition in your renewal policy.
- Extortion Threat Event is a new definition in your renewal policy.
- Extortion Threat Losses is a new definition in your renewal policy.
- Extra Expenses definition is revised to confirm that extra expenses are incurred during the Reconstruction Period with Approval in advance, and are in excess of the Named Insured's normal operating expenses that the Named Insured would have incurred had no Business Interruption Event occurred.
- Final Judgment is a new definition in your renewal policy.
- Funds Transfer Fraud Event is a new definition in your renewal policy.
- Funds Paid is a new definition in your renewal policy.
- Impacted Entity is a new definition in your renewal policy.
- Impacted Individuals is a new definition in your renewal policy.
- IOT Device is a new definition in your renewal policy.
- Insured definition is revised to include the Named Insured, employees while acting as such for the Named Insured, and certain employees referred to as "Knowledge Group Members".
- Knowledge Group Member(s) is a new definition in your renewal policy.
- Losses is a new definition in your renewal policy.
- Malicious Code definition is revised.  Reference to "unwanted" is removed in light of the inclusion of "unauthorized" and adds ransomware to the examples of malicious code.
- Mass Event is a new definition in your renewal policy.
- Media Wrongful Event is a new definition in your renewal policy.
- Named Insured is a new definition in your renewal policy.
- Network Disruption Event replaces the definition of Network Disruption in your expiring policy.
- Network Security Event replaces the definition of Network Security Wrongful Act in your expiring policy.
- Payment Card Services Agreement is a new definition in your renewal policy.
- PCI Claim is a new definition in your renewal policy.
- PCI Fines definition is revised to instruct that the fine is one that is actually paid.  It also specifies certain items that are not included within the scope of a PCI Fines.
- PCI Security Violation Event is a new definition in your renewal policy.
- Peripheral Hardwired Device is a new definition in your renewal policy.
- Personally Identifiable Information is a new definition in your renewal policy.
- Portable Device is a new definition in your renewal policy.

Copy from re:SearchTX

- Privacy Breach Event definition is revised to include the Unauthorized Access or Use of Protected Information, and the Named Insured's Violation of a Privacy Law as well as the theft or unauthorized disclosure of Protected Information.
- Privacy Breach Expenses definition is revised to focus solely on expenses incurred in responding to a Privacy Breach Event:  Notification, Monitoring, Investigation and Crisis Management.
- Privacy Law definition is revised to confirms that the reference to law or regulation requiring the adoption of privacy or security controls refers to such controls for Personally Identifiable Information.
- Protected Information definition is revised to reference the newly defined terms for Personally Identifiable Information and Corporate Information.
- Reconstruction Period definition is revised to be the period of time that begins at the conclusion of the Business Interruption Waiting Period and ends at the earliest of 60 days.  Your expiring policy referred to a 120-day period of time.  This represents a reduction in coverage.
- Reconstruction Period Net Income is a new definition in your renewal policy.
- Regulatory Fines definition is revised to specify that the fines assessed against the Named Insured in a Regulatory Proceeding Claim are civil or administrative fines.
- Regulatory Proceeding Claim is a new definition in your renewal policy.
- Related Claims definition is revised to re-orders the reference to same, continuous, repeated, related or substantially similar, and uses the now defined term of Circumstances.
- Related Events definition is revised to re-order the reference to same, continuous, repeated, related or substantially similar, and uses the now defined term of Circumstances.
- Related Losses is a new definition in your renewal policy.
- System Compromise Event definition is revised to specify that a System Compromise Event includes the introduction of Malicious Code or Exploit into the Computer System.
- Third Party Claims is a new definition in your renewal policy.
- Third Party Liability Event is a new definition in your renewal policy.
- Unauthorized Access or Use definition is revised to include Protected Information and Computer System.
- Vendor is a new definition in your renewal policy.
- VPN is a new definition in your renewal policy.

<u>State Amendatory Endorsements</u>

The state amendatory endorsements attached to your policy modify the **Cyber Coverage Insurance -CL IL 01 21**. The forms listed below may not pertain to every policy.

**NEW FORMS:**

- Arkansas Changes - CL IL 01 85 09 22
- Indiana Changes - CL IL 01 86 09 22
- Louisiana Changes - CL IL 01 87 09 22
- Minnesota Changes - CL IL 01 88 09 22
- Oregon Changes - CL IL 01 89 09 22
- Pennsylvania Changes - CL IL 01 90 09 22
- Vermont Changes - CL IL 01 91 09 22
- Wisconsin Changes - CL IL 01 92 09 22

**REVISED FORMS:**

- Alaska Changes- CL IL 01 39 09 22
- Georgia Changes - CL IL 01 32 09 22
- Illinois Changes - CW 35 45 09 22
- Kansas Changes - CW 35 46 09 22

**CL PN 52 10 09 22**

Copy from re:SearchTX

- Maine Changes - CL IL 01 75 09 22
- Michigan Changes - CW 35 47 09 22
- Missouri Changes - CW 35 48 09 22
- Montana Changes - CL IL 01 40 09 22
- Rhode Island Changes - CL IL 01 24 09 22
- South Dakota Changes - CW 35 50 09 22
- Texas Changes - CL IL 01 50 09 22
- Utah Changes - CL IL 01 29 09 22
- Virginia Changes - CL IL 01 46 09 22
- Washington Changes - CL IL 01 30 09 22
- Wyoming Changes - CW 35 51 09 22

**WITHDRAWN FORMS:**

- Arkansas Mandatory - Punitive and Exemplary Damage Definition - CL IL 01 48 09 18
- Maryland Changes - CL IL 01 42 01 15
- Mississippi Changes - CL IL 01 36 06 18
- New Hampshire Changes - CL IL 01 26 06 18
- New Jersey Changes - CL IL 01 44 06 18
- North Carolina Changes - CL IL 01 34 06 18
- North Dakota Changes - CW 35 49 06 18
- Cyber Coverage Insurance Third Party Claims Expense Subject to Separate Limit - CL IL 01 23 06 18
- Cyber Coverage Insurance Third Party Claims Expense Subject to Separate Limit - Montana - CL IL 01 23 06 18 MT

These changes modify coverage to comply with state specific regulations.

**PLEASE CONSULT YOUR AGENT FOR ASSISTANCE WITH ANY QUESTIONS REGARDING THIS NOTICE OR ANY OTHER INSURANCE MATTERS.**

Copy from re:SearchTX

CL PN 52 34 02 23

# ADVISORY NOTICE TO POLICYHOLDER

# LIMITATIONS ON COVERAGE FOR ROOF SURFACING

This Notice does not form part of your policy. It provides information concerning the following new exclusion which applies to your renewal policy being issued by us. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

This is to notify you that when your policy renews, the following exclusionary endorsement will be attached to your policy:

**CP 10 36 10 12, Limitations on Coverage for Roof Surfacing**

When this endorsement is attached to your policy, valuation and/or coverage of roof surfacing are amended per the Declarations or the Schedule on the endorsement.

For buildings or structures to which:

- Paragraph A apply, replacement Cost coverage (if otherwise applicable to such property) does not apply to roof surfacing. Instead, we will determine the value of roof surfacing at actual cash value as of the time of loss or damage.

- Paragraph B apply, we will not pay for cosmetic damage to roof surfacing caused by wind and/or hail. For the purpose of this endorsement, cosmetic damage means that the wind and/or hail caused marring, pitting or other superficial damage that altered the appearance of the roof surfacing, but such damage does not prevent the roof from continuing to function as a barrier to entrance of the elements to the same extent as it did before the cosmetic damage occurred.

Copy from re:SearchTX

# PRIVACY NOTICE

Tri-State Insurance Company of Minnesota (the "Company"), a member company of the W.R. Berkley Corporation ("Berkley") group of companies and each other member of the Berkley group of companies ("Affiliates")understands our customers' concern about privacy of their information collected by the Company. Our Company is dedicated to protecting the confidentiality and security of nonpublic personal information we collect about our customers in accordance with applicable laws and regulations. This notice refers to the Company by using the terms "us," "we," or "our." This notice describes our privacy policy and describes how we treat the nonpublic personal information about our customers that we receive from them ("Information").

### Why We Collect and How We Use Information.

We collect and use Information for business purposes with respect to our insurance products and services and other business relations involving our customers. We gather this Information to evaluate your request for insurance, to evaluate your insurance claims, to administer, maintain, or review your insurance policy, and to process your insurance transactions. We also accumulate certain information about you as may be required or permitted by law.

Your insurance agent or broker also collects this Information and may use it to help with your overall insurance program or to market additional products and services to you. We may also use Information to offer you other products or services that we or our Affiliates provide.

### How We Collect Information.

Most Information collected by us is provided by you or your insurance agent or broker to us. We obtain Information from (i) applications or other forms submitted by you, your insurance agent or broker or your authorized representatives to us and our Affiliates, and (ii) your transactions with us or our Affiliates. We may also obtain Information from other sources such as (i) consumer reporting agencies, (ii) other institutions or information services providers, (iii) employers, (iv) other insurers, or (v)your family members.

### Information We Disclose

We disclose any Information which we believe is necessary to conduct our business as permitted by applicable law or where required by applicable law. This disclosure may include (i) Information we receive from you on applications or other forms provided to us and our Affiliates, such as names, addresses, social security numbers, assets, employer information, salaries, etc. (ii)Information about your transactions with us and our Affiliates, such as policy overages, premiums, payment history, etc., and (iii) Information we receive from a consumer reporting agency, such as credit worthiness and credit history.

### To Whom We Disclose Information

We may, as permitted or required by applicable law, disclose your Information to nonaffiliated third parties, such as (i) your insurance agent or broker, (ii) independent claims adjusters, (iii) insurance support organizations, (iv) processing companies, (v) actuarial organizations, (vi) law firms, (vii) other insurance companies involved in an insurance transaction with you, (viii) law enforcement, regulatory, or governmental agencies, (ix) courts or parties therein pursuant to a subpoena or court order, (x) businesses with whom we have a marketing agreement, or (xi) our Affiliates.

We may share Information with our Affiliates so that they may offer you products and services from the Berkley group of companies or to analyze our book of business and to consolidate necessary information. We do not disclose Information to other companies or organizations not affiliated with us for the purpose of using Information to sell their products or services to you. For example, we do not sell your name to unaffiliated mail order or direct marketing companies.

### How We Protect Information

We require our employees to protect the confidentiality of Information as required by applicable law. Access to Information by our employees is limited to administering, offering, servicing, processing or maintaining of our products and services. We also maintain physical, electronic and procedural safeguards designed to protect Information. When we share or provide Information to other persons or organizations, we contractually obligate them, if required by law, to treat Information as confidential and conform to our privacy policy and applicable laws and regulations.

Copy from re:SearchTX

**Correction and Access to Information**

Upon our receipt of your written request to us at P.O. Box 152180, Irving, TX 75015-2180, we will, generally, make available Information for your review. If you believe the Information we have about you is incorrect or inaccurate, you may request that we make any necessary corrections, additions or deletions. If we agree with your belief, we will correct our records if required by applicable law. If we do not agree, you may submit to us a short statement of dispute, which we will include in any future disclosure by us of such Information if required by applicable law.

**Requirements for Privacy Notice**

This privacy notice is being provided due to recently enacted federal and state laws and regulations establishing new privacy standards and requires us to provide this privacy policy. For additional information regarding our privacy policy, please write to us at P.O. Box 152180, Irving, TX 75015-2180.

Adopted: June 1, 2001

Copy from re:SearchTX

# POLICYHOLDER NOTICE

## LEAD EXCLUSION

This notice has been prepared in conjunction with the implementation of an additional exclusion endorsement which may not have been part of your previous policy.  It contains a brief summary of any significant restrictions of coverage that have been made in each of the policy forms shown below. Not every form or endorsement shown below may be applicable to your policy.

This notice is a summary only.  No coverage is provided by this summary, nor can it be construed to replace any provision of the actual endorsement or your policy.  If there is a conflict between the endorsement or policy provisions and this summary, THE ENDORSEMENT AND POLICY PROVISIONS SHALL PREVAIL.

**Please read your policy, and the endorsement attached to your policy, carefully.**

**CL CG 21 45 11 10, Lead Exclusion** (Commercial General Liability Coverage Part)

**CL CG 21 46 09 16, Lead Exclusion** (Owners And Contractors Protective Liability Coverage Part)

When either of the above captioned endorsements is attached to you policy, liability coverage is excluded for:

1.  Injury, damage or reduction-in-value arising out of the actual, alleged, or threatened presence of, exposure to, ingestion of, inhalation of, absorption of, or contact with, existence of, presence of, or exposure to lead in any form;

**2.**  Loss, cost or expense arising out of any demand, judgment, obligation, request, order, settlement, or requirement that any insured or others test for, monitor, clean up, remove, contain, mitigate, treat, neutralize, remediate, or dispose of, or in any way respond to, or assess the effects of, lead in any form; or

**3.**  Loss, cost or expense arising out of any claim or suit by or on behalf of any person or any entity, including any governmental authority, for damages because of testing for, monitoring, cleaning up, removing, containing, mitigating, treating, neutralizing, remediating, disposing of, or in any way responding to, or assessing the effects of, lead in any form.

As used in the above captioned endorsements:

**a.**  "Lead" means lead in any type or form, paint containing lead, other products, goods or materials containing lead or lead products; and any harmful substances, scents, vapors, gases or by-products produced by, emanating from, or released by lead.

**b.**  "Reduction-in-value" means any claim, demand or suit that alleges diminution, impairment, or devaluation of property.

**Please refer to the endorsement for the complete text of the exclusion.**

*Other insurance companies may or may not have these exclusions and/or limitations in their current policies.*

**PLEASE CONSULT YOUR AGENT FOR ASSISTANCE WITH QUESTIONS
REGARDING THESE CHANGES OR OTHER INSURANCE MATTERS.**

Copy from re:SearchTX

# COMMERCIAL GENERAL LIABILITY

## NOTICE TO POLICYHOLDERS

## NON-CUMULATION OF LIABILITY OF EACH OCCURRENCE LIMIT AND PERSONAL AND ADVERTISING INJURY LIMIT

This notice does not form a part of your insurance contract.  It is a summary only of an additional endorsement which applies to your renewal policy.  No coverage is provided by this summary, nor can it be construed to replace any provision of the actual endorsement or your policy.  If there is a conflict between the endorsement or policy provisions and this summary, **THE ENDORSEMENT AND POLICY PROVISIONS SHALL PREVAIL**.

Please read your policy, and the endorsements attached to our policy, carefully.

**CL CG 21 74 09 12 – Non-Cumulation Of Liability Of Each Occurrence Limit And Personal And Advertising Injury Limit** (Commercial General Liability Coverage Part)

This endorsement is to clarify that:

1. If an "occurrence" that results in bodily injury or property damage includes continuous or repeated exposure to substantially the same general harmful conditions that extend over more than one policy period issued by us or any "affiliate", then the Each Occurrence Limit of this policy will be reduced by the amount of payments made by us and/or any "affiliate" under such other commercial general liability policy(ies) because of all such bodily injury and/or property damage; or

2. If "personal and advertising injury" caused by an offense(s) to which this policy applies is sustained by one person or organization and such offense(s) and/or injury(ies) or damage(s) involve more than one policy period issued to you by us or any "affiliate", then the Personal and Advertising Injury Limit of this policy will be reduced by the amount of payments made by us and/or any "affiliate" under such other policy(ies) because of all such "personal and advertising injury".

This does not represent any change in intent that:

a. A single "occurrence" access only one occurrence limit for the sum of all damages and medical expenses because of all "bodily injury" and "property damage" arising out of such "occurrence", or

b. The Personal and Advertising Injury Limit be the most that will be paid for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization,

regardless of the length of the policy period or number of consecutive policy periods.

However, to the extent that a jurisdiction may have considered the application of either the Each Occurrence Limit or the Personal and Advertising Injury Limit to be ambiguous, the attachment of this endorsement may be considered a reduction in coverage.

As used in the endorsement and/or policy:

(1) "Affiliate" means any insurer owning, owned by, controlling, controlled by, or under common ownership or control with, us at any time;

Copy from re:SearchTX

**(2)** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions; and

**(3)** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**(a)** False arrest, detention or imprisonment;

**(b)** Malicious prosecution;

**(c)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**(d)** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**(e)** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**(f)** The use of another's advertising idea in your "advertisement"; or

**(g)** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

Please refer to the endorsement for its complete text.

*Other insurance companies may or may not have this or an equivalent endorsement in their current policies.*

## PLEASE CONSULT YOUR AGENT FOR ASSISTANCE WITH QUESTIONS REGARDING THIS CHANGE OR OTHER INSURANCE MATTERS.

Copy from re:SearchTX

CL PN 20 87 10 13

**THIS NOTICE SUMMARIZES CHANGES TO YOUR POLICY.  PLEASE READ IT CAREFULLY.**

# NOTICE TO TEXAS POLICYHOLDER

# ASBESTOS EXCLUSION

This notice has been prepared in conjunction with the implementation of additional exclusion endorsements which may not have been part of your previous policy.  It contains a brief synopsis of any significant restrictions and clarifications of coverage that have been made in each of the policy forms and/or endorsements shown below.  Not every coverage form or endorsement referenced below may be applicable to your policy.

This notice is a summary only.  No coverage is provided by this summary, nor can it be construed to replace any provision of the actual endorsement or your policy. If there is a conflict between the form or endorsement provisions and this summary, THE FORM AND ENDORSEMENT PROVISIONS SHALL PREVAIL.

**Please read your policy, and the endorsements attached to your policy, carefully.**

**CL CA 01 08 02 15,** Asbestos Exclusion For Covered Autos Exposure (Auto Dealers Coverage Form, Business Auto Coverage Form, Motor Carrier Coverage Form)

**CL CA 01 18 10 13,** Asbestos Exclusion For General Liability Coverages (Auto Dealers Coverage Form)

When either or both of these endorsements is attached to your policy, liability coverage is excluded for all asbestos related claims, including but not limited to any claim, suit, judgment or settlement that alleges loss from or because of the actual or alleged presence of, contact with or exposure to asbestos in any form, and for any costs, expenses, fines or penalties arising out of the testing for, treating, cleaning up, removing, containing, neutralizing, remediating, disposing of, or in any way responding to asbestos.

Please refer to the actual endorsement for the definition of Asbestos and for other specific provisions.

*Other insurance companies may or may not have this exclusion and/or limitation in their current policies.*

## PLEASE CONSULT YOUR AGENT FOR ASSISTANCE WITH QUESTIONS REGARDING THESE FORMS OR OTHER INSURANCE MATTERS.

Copy from re:SearchTX

B IL DS 00 09 07

**Issuing Company:** Tri-State Insurance Company of Minnesota
222 W Las Colinas Blvd.
PO Box 152180
Irving, TX 75015

# COMMERCIAL LINES POLICY
# COMMON POLICY DECLARATIONS

## Renewal

| | |
|---|---|
| **Policy No.: ADV 9108666 - 13** | Billing Method: EFT |
| Previous Policy No.: 9108666-12 | Payment Plan: EF |

| **Named Insured Name and Address** | **Agency Name and Address** | 04364 |
|---|---|---|
| Brothers Car Wash Inc | (972)812-5410 | |
| dba Kwik Kar Wash of Lantana | Global Financial & Insurance Services, Inc. | |
| 7120 FM 407 | PO Box 810510 | |
| Lantana, TX 76226 | Dallas, TX 75381-0510 | |

| **POLICY PERIOD** |
|---|

Policy Period:  From 07/28/2023 to 07/28/2024 at 12:01 A.M. Standard Time at your mailing address shown above.

**Business Description:**  Car Wash

**Form of Business:** Corporation

IN RETURN FOR YOUR PAYMENT OF THE PREMIUM AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| **THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.** |
|---|

| | **Premium** |
|---|---|
| Commercial Property Coverage Part | $    15,508.00 |
| Commercial General Liability Coverage Part | $     8,629.00 |
| Employment-Related Practices Liability Insurance | $       684.00 |
| Commercial Auto Coverage Part | $     1,064.00 |
| **TOTAL:** | $    25,885.00 |

| **FORMS APPLICABLE TO ALL COVERAGE PARTS** |
|---|

*See attached "Schedule of Forms and Endorsements"*

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGES FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

Countersigned: _____    By: _____
 (Date)          (Authorized Representative)

Copy from re:SearchTX

CL IL SP 62 12 20

*INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED ON THE DECLARATIONS PAGE*

Administrative Office for the companies listed below:

Union Standard Insurance Group
222 Las Colinas Boulevard West, Suite 1300
Irving, Texas 75039-5433

**In Witness Whereof,** we have caused this policy to be executed and attested by our authorized representatives.

**TRI-STATE INSURANCE COMPANY OF MINNESOTA**
10 Roundwind Road
Luverne, MN 56156
A Stock Company

**W. Robert Berkley, Jr., President**

**Philip S. Welt, Secretary**

Union Standard Insurance Group on behalf of

Acadia Insurance Company • Continental Western Insurance Company • Firemen's Insurance Company of Washington, D.C. • Union Insurance Company • Tri-State Insurance Company of Minnesota
Refer to the policy for the applicable Insurer, each of which has sole financial responsibility for its own products and services

Copy from re:SearchTX

CL IL 00 10 05 20

# TEXAS IMPORTANT NOTICE

**Have a complaint or need help?**

If you have a problem with a claim or your premium, call your insurance company. If you can't work out the issue, the Texas Department of Insurance may be able to help.

Even if you file a complaint with the Texas Department of Insurance, you should also file a complaint or appeal through your insurance company. If you don't, you may lose your right to appeal.

**Tri-State Insurance Company of Minnesota**

To get information or file a complaint with your insurance company:

Call: "Claims" at **1-800-444-0049**, option 6

Toll-Free: **1-800-444-0049**

Email: USIGClaims@usic.com

Mail:  222 Las Colinas Blvd., Suite 1300
          Irving, Texas  75039-5433

**¿Tiene una queja o necesita ayuda?**

Si tiene un problema con una reclamación o con su prima de seguro, llame primero a su compañia de seguros. Si no puede resolver el problema, es posible que el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés) pueda ayudar.

Aun si usted presenta una queja ante el Departamento de Seguros de Texas, también debe presentar una queja a través del proceso de quejas o de apelaciones de su compañia de seguros. Si no lo hace, podria perder su derencho para apelar.

**Tri-State Insurance Company of Minnesota**

Para obtener información o para presentar una queja ante su compañia de seguros:

Llame a: "Claims" at **1-800-444-0049**,
                              option 6

Teléfono gratuito:  **1-800-444-0049**

Correo electrónico: USIGClaims@usic.com

Dirección postal:  222 Las Colinas Blvd, Suite 1300
                              Irving, Texas 75039-5433

Copy from re:SearchTX

**The Texas Department of Insurance**

To get help with an insurance question or file a complaint with the state:

Call with a question:  **1-800-252-3439**

File a complaint:  www.tdi.texas.gov

Email:  ConsumerProtection@tdi.texas.gov

Mail:  MC 111 -1A
       P. O. Box 149091
       Austin, Texas 78714-9091

**El Departamento de Seguros de Texas**

Para obtener ayuda con una pregunta relacionada con los seguros o para presentar una queja ante el estado:

Llame con sus preguntas al:
              **1-800-252-3439**

Presente una queja en:  www.tdi.texas.gov

Correo electrónico:
ConsumerProtection@tdi.texas.gov

Dirección postal:  MC 111 -1A
                   P. O. Box 149091
                   Austin, Texas 78714-9091

Copy from re:SearchTX

CL IL 00 17 09 15

## TEXAS NOTICE – NOTIFICATION OF THE AVAILABILITY OF LOSS CONTROL INFORMATION/SERVICES

Union Standard Insurance Group* provides the availability of loss control information and services, at no charge, to its Texas Commercial Automobile Liability, General Liability and Professional Liability policyholders.

For more information or to request services, please contact:

Union Standard Insurance Group at (800) 444-0049; or

e-mail:  usglosscontrol@usic.com

* Union Standard Insurance Group on behalf of:
- Acadia Insurance Company
- Continental Western Insurance Company
- Firemen's Insurance Company of Washington, D.C.
- Tri-State Insurance Company of Minnesota
- Union Insurance Company
- Union Standard Lloyds

Products and services are provided by one or more insurance company subsidiaries of W. R. Berkley Corporation.  Not all products and services are available in every jurisdiction, and the precise coverage afforded by any insurer is subject to the actual terms and conditions of the policies as issued.

CL IL 00 17 09 15                                                    Page 1 of 1

Copy from re:SearchTX

**CL LOC 09 08**

# LOCATION SCHEDULE

Location # 1          7120 FM407
                      Argyle, TX 76226

Copy from re:SearchTX

**CL IL FS 01 09 08**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

Policy Number: **ADV 9108666 - 13**

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following Declarations, Coverage Forms, Conditions, and Endorsements are applicable to:

### Commercial Common Policy

| Number | Edition | Description |
|---|---|---|
| B IL DS 00 | 09-2007 | Commercial Lines Policy Common Policy Declarations |
| CL IL 00 10 | 05-2020 | Texas Important Notice |
| CL IL 99 36 | 04-2018 | Office of Foreign Asset Control (OFAC) Exclusion Endorsement |
| CL IL FS 01 | 09-2008 | Schedule of Forms and Endorsements |
| CL IL SP 62 | 12-2020 | Tri-State Signature Page |
| CL LOC | 09-2008 | Location Schedule |
| IL 00 17 | 11-1998 | Common Policy Conditions |

### Commercial Auto Coverage Part

| Number | Edition | Description |
|---|---|---|
| CL IL 00 17 | 09-2015 | Loss Control - Texas Important Notice |
| IL 00 03 | 09-2008 | Calculation of Premium |
| IL 00 21 | 09-2008 | Nuclear Energy Liability Exclusion Endorsement - Broad Form |

### Commercial General Liability Coverage Part

| Number | Edition | Description |
|---|---|---|
| CL EP 00 01 | 03-2012 | Employment-Related Practices Liability Coverage Part |
| CL IL 00 17 | 09-2015 | Loss Control - Texas Important Notice |
| CL IL 01 21 | 09-2022 | Cyber Coverage Insurance |
| CL IL 01 50 | 09-2022 | Texas Changes |
| IL 00 03 | 09-2008 | Calculation of Premium |
| IL 00 21 | 09-2008 | Nuclear Energy Liability Exclusion Endorsement - Broad Form |
| IL 02 75 | 11-2013 | Texas Changes - Cancellation And Nonrenewal Provisions For Casualty Lines And Commercial Package Policies |
| IL 09 85 | 12-2020 | Disclosure Pursuant to Terrorism Risk Insurance Act |

### Commercial Property Coverage Part

| Number | Edition | Description |
|---|---|---|
| IL 00 03 | 09-2008 | Calculation of Premium |
| IL 09 52 | 01-2015 | Cap on Losses From Certified Acts Of Terrorism |
| IL 09 85 | 12-2020 | Disclosure Pursuant to Terrorism Risk Insurance Act |

### Employment Practices Liability Coverage Part

| Number | Edition | Description |
|---|---|---|
| CL EP 03 10 | 07-2021 | Exclusion - Confidential Or Personal Information |

**CL IL FS 01 09 08**                                                        **Page 1 of 1**

Copy from re:SearchTX

INTERLINE
CL IL 01 21 09 22

**THIS ENDORSEMENT PROVIDES INDEPENDENT COVERAGES, TERMS, AND DEFINITIONS.  PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

# CYBER COVERAGE INSURANCE

**THIS ENDORSEMENT'S AGGREGATE LIMIT OF INSURANCE WILL BE REDUCED AND MAY BE EXHAUSTED BY PAYMENT OF THE COVERAGE PROVIDED BY THIS ENDORSEMENT, INCLUDING WITHOUT LIMITATION, PAYMENTS FOR DAMAGES, CLAIMS, CLAIM EXPENSES, REGULATORY FINES, LOSSES, PRIVACY BREACH EXPENSES, DATA REPLACEMENT EXPENSES, COMPUTER SYSTEM RESTORATION EXPENSES, EXTORTION THREAT LOSSES, DEFRAUDED FUNDS, PCI FINES, AND BUSINESS INCOME LOSS.**

**FOR THE AVOIDANCE OF DOUBT, CLAIM EXPENSES ARE INCLUDED WITHIN, REDUCE, AND MAY EXHAUST THE APPLICABLE LIMITS OF LIABILITY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Various provisions in this **Endorsement** restrict coverage, and coverage is subject to certain conditions precedent set forth in this **Endorsement**.  Read the entire **Endorsement** carefully to determine what is and what is not covered, and the rights and duties of the **Named Insured** and the **Company**.

Throughout this **Endorsement** the words in **bold** are defined terms.  Please refer to Section VIII - Definitions.

Unless stated otherwise in this endorsement, none of the definitions, exclusions, conditions or other provisions in your Coverage Part apply to coverage found in this endorsement. This coverage is subject to the Common Policy Conditions and any superseding jurisdictional endorsements.

## SCHEDULE OF INSURANCE

| Coverage | Limit Of Insurance |
|---|---|
| **Endorsement Aggregate Coverage Limit** | $ 100,000 |
| **A.  Liability Coverage Limit** (Inclusive of the following Insuring Agreements)**:** | $ 100,000 |
|    **1.**  Media | |
|    **2.**  Network Security | |
|    **3.**  Data Compromise | |
|       **a.**  Privacy | |
|       **b.**  Regulatory Coverage | |
|       **c.**  Regulatory Fines (Sublimit) | $ 10,000 |
| **B.  First Party Coverage Limit** (Inclusive of the following Insuring Agreements)**:** | $ 50,000 |
|    **1.**  Privacy Breach | |
|    **2.**  System Compromise | |
|    **3.**  Extortion Threat (Sublimit) | $ 10,000 |
|    **4.**  Funds Transfer Fraud (Sublimit) | $ 10,000 |
|    **5.**  Payment Card Industry (Sublimit) | $ 10,000 |
|    **6.**  Business Interruption (Sublimit) | $ |
| **C.  Per Event Deductible** | $ 1,000 |
| **D.  Per Event Business Interruption Waiting Period** | |
| **Endorsement Premium** | $ 256 |
| **Endorsement Period:**     From 07/28/2023 to 07/28/2024<br>At 12:01 A.M. Standard Time at the address of the **Named Insured** as stated herein. | |

Copy from re:SearchTX

In consideration of the payment of the premium, in reliance on all information provided to the **Company**, and subject to all provisions of this **Endorsement**, the **Named Insured** and **Company** agree as follows:

## SECTION I - INSURING AGREEMENTS

This Section lists the coverages that apply if indicated in the Schedule of Insurance and have a Limit of Insurance on the Schedule.  If no Limit of Insurance is set forth for an Insuring Agreement in the Schedule, coverage has not been purchased for such Insuring Agreement.   For coverage under this **Endorsement**, the applicable **Event** must be first **Discovered** during the **Endorsement Period** and reported to the **Company** in accordance with Section **IV.A.**

### A.  LIABILITY COVERAGE

**1.  Media**

The **Company** will pay on the **Insured's** behalf the **Damages** resulting from a **Claim** directly arising from a **Media Wrongful Event**, provided the **Media Wrongful Event** is first **Discovered** during the **Endorsement Period**.

**2.  Network Security**

The **Company** will pay on the **Insured's** behalf the **Damages** resulting from a **Claim** directly arising from a **Network Security Event**, provided the **Network Security Event** is first **Discovered** during the **Endorsement Period**.

**3.  Data Compromise**

**a.  Privacy**

The **Company** will pay on the **Insured's** behalf the **Damages** resulting from a **Claim** directly arising from a **Privacy Breach Event**, provided the **Privacy Breach Event** is first **Discovered** during the **Endorsement Period**.

**b.  Regulatory**

The **Company** will pay on the **Insured's** behalf the **Regulatory Fines** and **Claim Expenses** resulting from a **Regulatory Proceeding Claim** directly arising from a **Privacy Breach Event**, provided the **Privacy Breach Event** is first **Discovered** during the **Endorsement Period**.

### B.  FIRST PARTY COVERAGE

**1.  Privacy Breach**

The **Company** will pay the **Named Insured** for **Privacy Breach Expenses** directly arising from a **Privacy Breach Event**, provided the **Privacy Breach Event** is first **Discovered** during the **Endorsement Period**.

**2.  System Compromise**

The **Company** will pay the **Named Insured** for **Data Replacement Expenses** and **Computer System Restoration Expenses** directly arising from a **System Compromise Event**, provided the **System Compromise Event** is first **Discovered** during the **Endorsement Period**.

**3.  Extortion Threat**

The **Company** will pay the **Named Insured** for **Extortion Threat Losses** directly arising from an **Extortion Threat Event**, provided the **Extortion Threat Event** is first **Discovered** during the **Endorsement Period**.

**4.  Funds Transfer Fraud**

The **Company** will pay the **Named Insured** for **Defrauded Funds** first transferred during the **Endorsement Period** and directly arising from a **Funds Transfer Fraud Event**, provided the **Funds Transfer Fraud Event** is first **Discovered** during the **Endorsement Period**.

**5.  Payment Card Industry**

The **Company** will pay the **Named Insured** for **PCI Fines** resulting from a **PCI Claim** directly arising from a **PCI Security Violation Event,** provided the **PCI Security Violation Event** is first **Discovered** during the **Endorsement Period**.

**6.  Business Interruption**

The **Company** will pay the **Named Insured** for the **Business Income Loss** incurred during a **Reconstruction Period** and directly arising from a **Business Interruption Event**, provided the **Business Interruption Event** is first **Discovered** during the **Endorsement Period**.

## SECTION II - LIMITS OF INSURANCE AND DEDUCTIBLE

### A.  LIMITS OF INSURANCE

**1.  Endorsement Aggregate Coverage Limit of Insurance**

The Endorsement Aggregate Coverage Limit of Insurance for the **Endorsement Period** set forth in the Schedule is the maximum aggregate limit of the **Company's** liability under all Insuring Agreements in this **Endorsement** combined, regardless of the number of **Claims**, the number of **Losses**, the number of claimants, and the number of Insuring Agreements triggered.

Copy from re:SearchTX

The Liability Coverage Limits, including sublimits, and the First Party Coverage Limits, including sublimits, listed in the Schedule are all part of, and not in addition to, the Endorsement Aggregate Coverage Limit of Insurance set forth in the Schedule.

**2. Liability Limit Of Insurance**

If a Limit of Insurance is set forth in the Schedule under the heading "Liability Coverage Limit" for an Insuring Agreement in Section **I.A.** of this Endorsement, then such Limit of Insurance is the maximum limit of the **Company's** liability for all **Damages** from all **Claims** and **Related Claims** in the aggregate under that Insuring Agreement, which amount is part of, and not in addition to, the Liability Coverage Limit and the Endorsement Aggregate Coverage Limit of Insurance for the **Endorsement Period** set forth in the Schedule.

**3. First Party Coverage Limit Of Insurance**

If a Limit of Insurance is set forth in the Schedule under the heading "First Party Coverage Limit" for an Insuring Agreement in Section **I.B.** of this Endorsement, then such Limit of Insurance is the maximum limit of the **Company's** liability for all **Loss** and **Related Losses** in the aggregate under that Insuring Agreement, which amount is part of, and not in addition to, the First Party Coverage Limit and the Endorsement Aggregate Coverage Limit of Insurance for the **Endorsement Period** set forth in the Schedule.

**B. DEDUCTIBLE**

**1.** The **Company** shall only be liable for the amount of **Damages** or **Loss** which is in excess of the applicable Deductible set forth in the Schedule. Such Deductible shall solely be the obligation of the **Named Insured**. The **Company** has no obligation to the **Named Insured** or to any other person or entity to pay all or any portion of any Deductible amount for or on behalf of the **Named Insured**.

**2.** For the purpose of applying the Deductible, the **Named Insured** shall pay one single Deductible amount for **Damages** and **Loss** arising from the same **Event** or **Related Events**, regardless of whether there is more than one **Claim** or **Loss** arising from the same **Event** or **Related Events**.

**C. RELATED EVENTS, RELATED CLAIMS, RELATED LOSS**

**1.** Each **Event** and all its **Related Events** shall be treated as a single **Event**.

**2.** Each **Claim** and all its **Related Claims** shall be treated as a single **Claim**.

**3.** Each **Loss** and all its **Related Losses** shall be treated as a single **Loss**.

**D. ENDORSEMENT PERIODS**

In no event will any **Event** or **Related Event**, **Claim** or **Related Claim**, or **Loss** or **Related Loss** constitute an **Event**, **Claim**, or **Loss** (as applicable) in more than one **Endorsement Period**.

**SECTION III - DEFENSE AND SETTLEMENT**

**A. DUTY TO DEFEND**

**1. Duty to Defend**

The **Company** has the right and duty to defend any **Claim** against the **Insured** seeking **Damages** under this **Endorsement**, even if any of the allegations are groundless, false, or fraudulent. The **Company** has no duty to defend any **Claim** or pay any **Damages** for a **Claim**:

**a.** Arising from an **Event** not first **Discovered** during the **Endorsement Period**;

**b.** Which is not covered by this **Endorsement**; or

**c.** Seeking relief not covered by this **Endorsement**.

**2. Termination of Duty to Defend**

**a.** The **Company's** right and duty to defend ends when the Endorsement Aggregate Coverage Limit of Insurance or applicable Limit of Insurance is exhausted by the **Company's** payments or the **Company** deposits the remaining portion of the Endorsement Aggregate Coverage Limit of Insurance or applicable Limit of Insurance with a court of competent jurisdiction.

**b.** The **Company's** right and duty to defend ends when the **Company** makes any of the following determinations: (i) the **Claim** arises from an **Event** not first **Discovered** during the **Endorsement Period**, (ii) the **Claim** is not covered by this **Endorsement**, or (iii) the **Claim** seeks relief that is not covered by this **Endorsement**.

**3. Selection of Counsel**

The **Company** shall have the right to select and appoint counsel to defend any **Claim**. The **Insured** shall not appoint counsel to

Copy from re:SearchTX

defend any **Claim** without **Approval** in advance. Any costs incurred by an **Insured** for work performed by counsel, when that counsel was not **Approved**, shall be borne by the **Insured** and shall not erode the applicable Deductible set forth in the Schedule or be recoverable under this **Endorsement**. The **Company** shall have the right to substitute its chosen counsel for any counsel previously selected by the **Insured** without **Approval** unless otherwise prohibited by applicable law.

**B. SETTLEMENT**

The **Company** has the right to investigate, direct the defense of, and/or settle any **Claim** as the **Company** deems expedient.

**C. COMPANY'S APPROVAL REQUIRED**

It is a condition precedent for coverage under this **Endorsement** that the **Insured** shall not admit any liability, make any payment, assume any obligation, incur any expense, enter into or negotiate any settlement, stipulate to any judgment or award, or dispose of any **Claim** without **Approval**.

**SECTION IV - REPORTING REQUIREMENTS**

**A. INSURED'S DUTY TO REPORT**

**1. Notice Is A Condition Precedent To Coverage**

It is a condition precedent to coverage under this **Endorsement** that if a **Knowledge Group Member** first **Discovers** during the **Endorsement Period** any **Event** (including each **Related Event**, if any), **Claim** (including each **Related Claim**, if any), **Loss** (including each **Related Loss**, if any), or **Circumstances**, an **Insured** must provide written notice to the **Company** of such **Event**, **Claim**, **Loss** or **Circumstances**, such notice to include the information set forth in Section **IV.A.2.** below, and to be provided as soon as practicable, but in all cases no later than thirty (30) days after first **Discovered**.

It is a condition precedent to coverage under this **Endorsement** that if the **Company** sends written notice to the **Named Insured** that this **Endorsement** is being cancelled for non-payment of premium, the **Named Insured** must provide written notice to the **Company** of any **Event**, **Claim**, **Loss** or **Circumstances** in accordance with the prior paragraph, but in any event no later than the earlier of: (i) thirty (30) days after such **Event**, **Claim**, **Loss** or **Circumstances** is

first **Discovered**, and (ii) prior to the effective date of the cancellation.

Such notices must be sent to the **Company**. Notice to any **Vendor** (including lawyers, experts, and litigation support staff) does not constitute notice to the **Company** of an **Event**, **Claim**, **Loss** or **Circumstances** under this **Endorsement**.

**2. Information To Be Included In Notices**

In providing the notice under **A.1.**, of this Section **IV**, each notice must include a written report with the following information:

**a.** If notice is of an **Event**, then a description of the **Event**, when and how the **Knowledge Group Member** first **Discovered** the **Event**, the **Circumstances** giving rise to the **Event**, and any **Claim** or **Loss** reasonably expected to arise from that **Event**.

**b.** If notice is of a **Claim**, or of an **Event** or **Circumstances** reasonably likely to give rise to a **Claim**, then a description of the **Claim**; when and how the **Knowledge Group Member** first **Discovered** the **Claim**; the names of the claimant or potential claimant, the **Impacted Individuals**, the **Impacted Entities**, and any other persons or entities involved; the specific **Third Party Liability Event** or **Regulatory Proceeding** which may form the basis of the **Claim**; all pleadings and other documents setting forth the **Claim** or notifying an **Insured** of the **Claim**; the **Circumstances** giving rise to the **Claim**; and the nature and extent of any potential **Damages**.

**c.** If notice is of a **Loss**, or of an **Event** or **Circumstances** reasonably likely to give rise to a **Loss**, then a description of the **Loss**, when and how the **Knowledge Group Member** first **Discovered** the **Loss**, the **Circumstances** giving rise to the **Loss**, and the nature and extent of any potential **Loss**.

**d.** If the notice is of **Circumstances**, then, in addition to the information in **A.2.a.**, **b.**, and **c.** above, a description of the **Circumstances**, when and how the **Knowledge Group Member** first **Discovered** the **Circumstances**, the reason the **Knowledge Group Member** believes such **Circumstances** are reasonably likely to result in an **Event**, **Claim** or **Loss**, and the nature and extent of any potential **Damages** or **Loss**.

Copy from re:SearchTX

**3. Reports Of Malicious Codes and Exploits**

For **Network Security Events**, **System Compromise Events**, and **Extortion Threat Events** based upon, arising out of, attributable to, caused by or resulting from **Malicious Code** or **Exploit**, the **Named Insured** must provide the **Company** as soon as possible with (a) any identifying characteristics, markers, or other information which may identify the **Malicious Code** or **Exploit** involved in the **Event**, and (b) a written report by a forensic **Vendor** which identifies the **Malicious Code** or **Exploit** involved in the **Event**, such report be provided to the **Company** no later than thirty (30) days after the first **Discovery** of such **Event**.

For all other **Events**, such a report must be provided at the **Company's** request.

**B. NO COVERAGE**

**1.** No coverage under this **Endorsement** will be provided for:

**a.** Any **Damages** incurred or paid prior to the time the **Company** is notified of the **Claim** or any **Related Claim** pursuant to Section **IV.A.**; or

**b.** Any **Loss** incurred or paid prior to the time the **Company** is notified of the **Loss** or any **Related Loss** pursuant to Section **IV.A.** However, this prior notice requirement does not apply to (i) **Defrauded Funds** if notice of the **Funds Transfer Event** is provided in compliance with Section **IV.A.**, or to (ii) **Business Income Loss**, if notice of the **Business Interruption Event** is provided in compliance with Section **IV.A.**

**2.** No coverage under this **Endorsement** will be provided if any **Insured** reports any matter knowing or having reason to know it to be false or fraudulent.

**C. DETERMINATION OF FIRST DISCOVERY**

**1.** Each **Claim** and all its **Related Claims**, whenever made, will be deemed a single **Claim** first **Discovered** on the earlier of the following:

**a.** When the **Event** giving rise to the **Claim** was first **Discovered**, or could have been **Discovered** through the exercise of due diligence; and

**b.** When the earliest of the **Related Claims** was first **Discovered**, or could have

been **Discovered** through the exercise of due diligence.

This Section **IV.C.1.** applies regardless of the following:

**a.** The number of **Related Claims**;

**b.** The number or identity of **Impacted Individuals**, **Impacted Entities**, or any other persons, entities, or claimants involved;

**c.** Whether the **Related Claims** are asserted in a class action or otherwise; or

**d.** The timing of the **Related Claims**, even if the **Related Claims** were received or **Discovered** in more than one **Endorsement Period**.

**2.** **Loss** and all its **Related Losses**, whenever occurring, will be deemed a single **Loss** first **Discovered** on the earlier of the following:

**a.** When the **Event** giving rise to the **Loss** was first **Discovered**, or could have been **Discovered** through the exercise of due diligence; and

**b.** When the earliest of the **Related Losses** was first **Discovered**, or could have been **Discovered** through the exercise of due diligence.

This Section **IV.C.2.** applies regardless of the following:

**a.** The number of **Related Losses**;

**b.** The number or identity of **Impacted Individuals**, **Impacted Entities**, or any other persons or entities involved; or

**c.** The timing of the **Related Losses**, even if the **Related Losses** occurred or were **Discovered** in more than one **Endorsement Period**.

**3.** Each **Event** and all its **Related Events**, whenever occurring, will be deemed a single **Event** first **Discovered** on the earliest of the following:

**a.** When the **Event** was first **Discovered**, or could have been **Discovered** through the exercise of due diligence;

**b.** When the earliest of the **Related Events** was first **Discovered**, or could have been **Discovered** through the exercise of due diligence; and

**c.** When the earliest **Circumstances** were first **Discovered**, or could have been

Copy from re:SearchTX

**Discovered** through the exercise of due diligence.

This Section **IV.C.3.** applies regardless of the following:

**a.** The number of **Related Events** or **Circumstances**;

**b.** The number or identity of **Impacted Individuals**, **Impacted Entities**, or any other persons, entities, or claimants involved; or

**c.** The timing of the **Related Events** or **Circumstances**, even if the **Related Events** or **Circumstances** occurred or were **Discovered** in more than one **Endorsement Period**.

For purposes of this Section **IV.C.**, due diligence includes but is not limited to compliance with Section **V**.

## SECTION V - DUE DILIGENCE AND COOPERATION

### A.  DUE DILIGENCE REQUIREMENTS

**1.** It is a condition precedent to coverage under this **Endorsement** that the **Named Insured** must, at its sole cost and expense, use due diligence to prevent and mitigate against any **Damages** or **Loss**, and to protect and monitor the security of **Protected Information** and its **Computer System**. This includes, but is not limited to:

**a.** Providing and maintaining appropriate physical security for the **Named Insured's** premises and the **Computer System**;

**b.** Performing and installing all available software updates and patches as soon as practicable but in no event later than thirty (30) days from the time the update or patch becomes available;

**c.** Installing, maintaining, monitoring, and updating firewalls, virus scans and anti-virus software, and ensuring that the foregoing are active and in use for the **Computer System**;

**d.** Providing and running a data backup system at appropriate intervals, including without limitation performing a full backup of the **Computer System** at least once every thirty (30) days;

**e.** Providing and maintaining password protection and encryption for all **IOT Devices**, **Portable Devices** and **Peripheral Hardwired Devices**;

**f.** Providing and maintaining encryption for **Protected Information** and financial transactions such as credit card, debit card, and check processing; and

**g.** Providing and maintaining secure disposal procedures for files containing **Protected Information** no longer needed for use.

**2.** It is a condition precedent to coverage under this **Endorsement** for any **Funds Transfer Fraud Event** that the **Named Insured** must have a written policy in place which requires a **Knowledge Group Member** to contact the party identified as requesting the funds transfer to confirm the requested amount and the payment instructions (payee name, address and account number, and routing number, if applicable) either in person or by phone, using a phone number obtained from a source other than the funds transfer request communication, when the funds transfer request is for a new payee or when the request includes or has been recently preceded by any change in payment instructions from previous requests.

### B.  COOPERATION

The **Insured** agrees not to take any action, or fail to take any requested action, that prejudices the **Insured's** rights or the **Company's** rights with respect to a **Claim** or **Loss**. In the event of a **Claim** or a **Loss**, the **Insured** must do the following upon the **Company's** request:

**1.** Fully assist and cooperate with the **Company** in the conduct, defense, investigation, negotiation, and settlement of a **Loss** or **Claim** or investigation of coverage of a **Loss** or **Claim**;

**2.** Submit to an examination under oath; provide the **Company** with written statements; attend meetings and negotiations; produce and make available all information, books, records, documents, and other materials which the **Company** deems relevant; and authorize the **Company** to obtain records and other information;

**3.** Take additional steps to protect the **Computer System** and **Protected Information** from further loss or damage and keep a record of the expenses necessary to do so;

**4.** Attend hearings, depositions, proceedings, trials, and appeals;

**5.** Assist the **Company** in effecting settlements, securing and giving evidence, obtaining the attendance of witnesses, and pursuing or

Copy from re:SearchTX

enforcing any right of contribution or indemnity against a person or entity who may be liable to the **Insured**;

6. Accept the **Company's** assignment of counsel unless otherwise prohibited by applicable law; and

7. Provide reports of forensic **Vendors** that identify the **Malicious Code** or **Exploit** involved in the **Event** as soon as possible; provided that this provision supplements, and does not replace, the reporting requirements set forth in Section **IV.A.**

## SECTION VI - EXCLUSIONS

A. The **Company** shall not be liable to pay, indemnify or reimburse for any **Claim**, **Damages** or **Losses** based upon, arising out of, attributable to, caused by or resulting from, whether actual or alleged:

1. Any of the following:

    a. Intentional creation or distribution of **Malicious Code** or **Exploit** by any **Insured**;

    b. Unauthorized tampering with any **Computer System** by any **Insured**; or

    c. Any dishonest, fraudulent, criminal, malicious, or willful act, error, or omission by any **Insured**.

2. Any **Mass Event**.

3. Any of the following:

    a. Failure, interruption of service, or defect by third parties;

    b. Misconfiguration of information technology systems, including but not limited to domain name system configuration changes and domain name hijacking, by third parties;

    c. Unauthorized access or unauthorized use of a third party's computer system;

    d. Malicious insider activity of or by third parties; or

    e. Distribution of **Malicious Code** or **Exploit** by third parties,

    in each case that impact the **Computer System** and cause **Claims, Losses** or **Damages.** For the purposes of this exclusion third parties shall refer to (i) any cloud service provider; (ii) any other entity providing to an **Insured**, or servicing for an **Insured**, any hardware or software over the internet; or (iii) any other entity providing

software as a service, infrastructure as a service, managed security as a service, platform as a service, or any form of cloud data storage as a service to an **Insured**.

4. Any mechanical or service failure, interruption of service, or defect of:

    a. Telephone, communications or data transmission lines, equipment or infrastructure;

    b. Internet system, internet service provider or cloud service provider, device or computer system (other than a **Computer System**, or an internet system owned or leased by and operated under the control of the **Named Insured**); or

    c. Electricity (including but not limited to power interruption, surge, brownout or blackout), gas, water or other utilities or their equipment or infrastructure (including, but not limited to power lines).

5. Shortcomings, errors or mistakes in any set of instructions (oral, written or electronic), scripts, program, code or software that is executed, run or installed on the **Computer System** either (a) during the course of a legitimate and authorized upgrade, update or maintenance process of any software, firmware or hardware on or part of a **Computer System**, or (b) that are present within the firmware or hardware of a **Computer System** as a result of the manufacturing process, in each case for (a) and (b), for the purposes of this exclusion, that directly causes **Claims**, **Losses** or **Damages**.

6. Any of the following:

    a. Bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time;

    b. Physical injury to tangible property, including all resulting loss of use of that property; or

    c. Loss of use of tangible property that is not physically injured.

    This exclusion shall not apply to a **Claim** for mental injury, mental anguish, or emotional distress directly resulting from a **Privacy Breach Event** or a **Media Wrongful Event**. For purposes of this exclusion, electronic data is not considered tangible property.

7. Any of the following:

Copy from re:SearchTX

    **a.** Nuclear reaction, nuclear radiation, radioactive contamination, radioactive substance, electromagnetic field, electromagnetic radiation, or electromagnetism;

    **b.** Pathogenic or poisonous biological or chemical materials, whether or not man-made, including communicable disease events;

    **c.** War, invasion, acts of foreign enemies, hostilities (whether war is declared or not), riot, civil unrest, rebellion, revolution, insurrection, war-like action, coup, usurped powers or military power, including but not limited to those by state-sponsored actors, and action taken by government authority in hindering or defending against any of these; or

    **d.** Fire, flood, earthquake, volcanic eruption, explosion, lightning, wind, hail, tidal wave, landslide, act of God or other physical event.

**8.** Any unlawful or unauthorized obtaining, gathering, collecting, acquiring, sharing, using, distribution or sale by an **Insured** of any **Protected Information**. Provided, however, this exclusion shall not apply to **Privacy Breach Expenses**, **Regulatory Proceedings Claims**, or **PCI Claims**, in each case directly arising from a **Privacy Breach Event**, and which are otherwise covered under this **Endorsement**.

**9.** The unsolicited dissemination of any communication to actual or prospective customers of the **Named Insured**, or to any other third party.

**10.** Any violation of the Telecommunications Act, the CAN-SPAM Act, or any other federal, state or local legislation, regulation or law or common law, either: (a) protecting a person's or entity's right of seclusion or privacy (other than a **Privacy Law**), or (b) addressing the unsolicited distribution, transmission or dissemination of any communication.

**11.** Any gaining of any profit or advantage for which the **Insured** is not legally entitled.

**12.** Any patent infringement or theft, copying, display, or publication of any patent, process, or trade secret.

**13.** Any breach of contract, agreement, understanding, warranty (including but not limited to product warranty), or other guarantee or promise. This exclusion shall not apply to the following:

    **a.** Solely with respect to actual or alleged breach of contract, liability that would have attached to the **Named Insured** in the absence of such contract; or

    **b.** **PCI Fines**.

**14.** Any liability or obligation the **Named Insured**, or anyone acting on behalf of the **Named Insured**, assumes under any contract, agreement, understanding, warranty (including but not limited to product warranty), or other guarantee or promise. This exclusion shall not apply to the following:

    **a.** Liability that would have attached to the **Named Insured** in the absence of any such contract, agreement, understanding, warranty or other guarantee or promise; or

    **b.** **PCI Fines**.

**15.** Any seizure, nationalization, confiscation, destruction, deletion or expropriation of any **Protected Information** or any **Computer System** held or used by an **Insured** by order of any governmental authority.

**16.** Any of the following:

    **a.** Violation of any federal, state, local, foreign legislation, regulation, or law prohibiting any restraint of trade or antitrust activity;

    **b.** Any price fixing, price discrimination, monopoly or monopolization, predatory pricing, unfair competition, collusion, or conspiracy;

    **c.** Any unfair, false, misleading, or deceptive trade or business practice; or

    **d.** Any false, misleading, deceptive, or fraudulent statement or representation in advertising or promoting the products, services, or business of the **Named Insured**; provided, however, that this exclusion will not apply to a **Claim** directly arising from a **Media Wrongful Event**.

**17.** Any of the following:

    **a.** Discrimination of any kind; or

    **b.** Wrongful employment practice of any kind.

**18.** Any **Circumstances**, **Claim**, **Event**, or **Loss**:

    **a.** That was the subject of notice to another insurer or potential indemnitor prior to the Effective Date of this **Endorsement**; or

Copy from re:SearchTX

**b. Discovered** prior to the Effective Date of this **Endorsement,** or could have been **Discovered** through the exercise of due diligence prior to the Effective Date of this **Endorsement**.

19. The presence, discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, oil or other petroleum substances or derivatives, waste materials or other irritants, contaminants, pollutants or any other substances, including asbestos, fungus, mold and lead, which are or may be injurious to public health, property or the environment ("hazardous substances"), including but not limited to:

a. The cost of cleanup or removal of hazardous substances;

b. The cost of such actions as may be necessary to monitor, assess and evaluate, the presence, discharge, dispersal, escape, release, or threat of same, of hazardous substances;

c. The cost of disposal of hazardous substances or the taking of such other action as may be necessary to temporarily or permanently prevent, minimize, or mitigate damage to the public health or welfare or to property or the environment, which may otherwise result; or

d. Any cost, based upon, arising out of, attributable to, caused by or resulting from, or involving in any way any government direction or request that the **Named Insured** test for, monitor, clean up, remove, contain, treat, detoxify or neutralize hazardous substances.

**B.** The **Company** shall not be liable to pay for any **Claim** or **Damages** based upon, arising out of, attributable to, caused by or resulting from any **Claim** or **Damages**, whether actual or alleged, by any of the following:

1. Any **Insured** against another **Insured**, except for an otherwise covered **Claim** by an **Insured** under Section **I.A.3.a.**;

2. Solely in the case of a **Privacy Breach Event**, by any person or entity other than an **Impacted Individual**, an **Impacted Entity**, or (solely in the case of a **Regulatory Proceeding Claim**) a federal or state regulatory body or regulator;

3. Any entity owned or controlled by, or which is under common ownership or control with, the

**Named Insured**;

4. Any person or entity which owns or controls the **Named Insured**; or

5. Any independent contractor of the **Named Insured**.

**SECTION VII - GENERAL CONDITIONS**

**A. TERMINATION**

The cancellation and nonrenewal provisions of the policy to which this **Endorsement** is attached shall apply to this **Endorsement**. This **Endorsement** shall remain in effect until the expiration of the **Endorsement Period** unless:

1. The policy to which this **Endorsement** is attached is cancelled or non-renewed prior to the expiration of the **Endorsement Period**; or

2. This **Endorsement** is removed at the request of the **Named Insured**, such removal to be confirmed by further endorsement to the policy.

**B. CHANGE IN CONTROL**

1. For purposes of this **Endorsement**, a "Sale Transaction" means either of the following that occurs during the **Endorsement Period**:

a. The **Named Insured** consolidates or merges with or into, or sells more than 50% of its assets to, any other person or entity or group of persons or entities acting in concert, such that the **Named Insured** is not the surviving entity; or

b. Any person or entity or group of persons or entities acting in concert acquire more than 50% of the issued and outstanding voting equity securities of the **Named Insured** or control voting rights representing the right to vote for election of or to appoint more than 50% of the directors or trustees of the **Named Insured**.

In the event of a Sale Transaction, this **Endorsement** shall continue in full force and effect as to any **Event** first **Discovered** prior to the Sale Transaction. There shall be no coverage under this **Endorsement** for any **Event** first **Discovered** after the Sale Transaction. The **Named Insured** shall give the **Company** written notice of the Sale Transaction as soon as practicable but not later than thirty (30) days after the Sale Transaction.

2. For purposes of this **Endorsement**, an "Acquisition Transaction" means any of the

Copy from re:SearchTX

following that occurs during the **Endorsement Period**:

**a.** The **Named Insured** consolidates or merges with any other person or entity or group of persons or entities acting in concert such that the **Named Insured** is the surviving entity;

**b.** The **Named Insured** acquires the assets of any other person or entity or group of persons or entities acting in concert, where such assets represent a market value, as of the date of such acquisition, of 10% or greater of the **Named Insured's** market value;

**c.** The **Named Insured** acquires or creates a new entity or subsidiary such that the **Named Insured** holds more than 50% of the issued and outstanding voting equity securities or controls voting rights representing the right to vote for election of or to appoint more than 50% of the directors or trustees of such entity or subsidiary; or

**d.** The subsequent addition of another entity or person as a **Named Insured** in addition to the entity or person listed at the time of the commencement of the **Endorsement Period** as the **Named Insured** on the Policy Declarations to which this **Endorsement** is attached.

In the event of an Acquisition Transaction, then there is coverage under this **Endorsement** for such additional entity, subsidiary or person for any **Claim**, **Loss**, **Event**, or **Circumstances** first **Discovered** within the sixty (60) day period immediately following the Acquisition Transaction or until the end of the **Endorsement Period**, whichever occurs first. There is no coverage for such additional entity, subsidiary or person after that time period unless (i) as soon as practicable but no later than thirty (30) days after the Acquisition Transaction, the **Named Insured** provides the **Company** with notice and the particulars of such Acquisition Transaction; (ii) the **Company** agrees to extend the coverage of this **Endorsement** to such surviving **Named Insured**, newly acquired or created entity or subsidiary, or additional entity or person, as applicable, and the **Company** amends the terms of this **Endorsement** accordingly; and (iii) the **Named Insured** pays any additional premium when due. Such extended coverage does not apply to any **Claim**, **Loss**, **Event**, or **Circumstances** first **Discovered** or that could have been first **Discovered** (either by

a **Knowledge Group Member** or equivalent in such additional entity or subsidiary) through the exercise of due diligence (including but not limited to in compliance with Section V) before the Acquisition Transaction.

**C. BANKRUPTCY**

Bankruptcy or insolvency of the **Named Insured** will not relieve any **Insured** or the **Company** of any obligations nor deprive the **Company** of its rights and defenses under this **Endorsement** unless such obligations are in violation of applicable law.

**D. EXCESS COVERAGE**

This insurance shall be excess of any other insurance that applies to any **Claim**, **Event**, **Loss**, **Circumstances** or **Damages** covered hereunder and shall not contribute with any or all other insurance, including any deductible or retention, whether collectible or not. For avoidance of doubt, this insurance is specifically on an excess basis of any or all crime insurance policies that may be available with respect to any **Funds Transfer Fraud Event**.

**E. ASSIGNMENT**

This **Endorsement** and any and all interests and rights hereunder are not assignable without **Approval**.

**F. TERMS TO CONFORM TO APPLICABLE LAW**

Where necessary, the **Company** shall amend the terms and conditions of this **Endorsement** to conform to applicable law.

**G. TERRITORY**

This **Endorsement** applies to acts committed or **Losses** occurring anywhere in the world except as set forth under "Sanctions" in Section **VII.H.**; provided, however, that any **Claim** must be brought in the United States.

**H. SANCTIONS**

This Endorsement does not apply, and the **Company** shall not be liable to provide coverage or provide any benefit hereunder, to the extent that the provision of such coverage, payment of such claim or provision of such benefit would be in violation of any trade or economic sanctions law or regulation applicable to the **Company's** jurisdiction of domicile or those of another jurisdiction with which the **Company** is legally obligated to comply, including without limitation any trade or economic sanctions or embargo by the United States.

**I. LEGAL ACTION AGAINST THE COMPANY**

Copy from re:SearchTX

1. No legal action or claim may be brought against the **Company** based upon, arising out of, attributable to, caused by or resulting from this Endorsement unless the following criteria are met:

   a. There has been full compliance by the **Insureds** with all the terms and conditions of this **Endorsement**; and

   b. The action is brought within the limit of time provided under applicable law, but in no event later than sixty (60) months from the date the **Knowledge Group Member** first **Discovers** the earliest of any **Circumstances**, **Claim**, **Event** or **Loss** pertaining to such action.

2. In the event that the requirements set forth in Section **VII.I.1.** have been complied with, with respect to a legal action or claim against the **Company**, the amount of damages and losses shall be limited to the following:

   a. The amount of a non-appealable order of a court or other tribunal (e.g., arbitral panel) resolving such dispute on the merits; or

   b. The amount for which the legal action or claim was settled, provided that the settlement was agreed to in accordance with the terms and conditions of this **Endorsement**.

**J. NO JOINDER**

No individual or entity shall have any right under this **Endorsement** to join the **Company** as a party to any **Claim** to determine the liability of the **Insured**, nor shall the **Company** be impleaded by the **Insured** or the **Insured's** legal representative in any such **Claim**.

**K. SUBROGATION**

In the event of any payment under this **Endorsement**, the **Company** shall be subrogated to the extent of such payment to all the **Insured's** rights of recovery thereof, and the **Insured** shall execute all papers required and shall do everything that may be necessary to preserve and secure such rights, including the execution of such documents necessary to enable the **Company** to effectively bring suit in the name of the **Insured**.

The **Company** assumes no duty to recover any amounts paid under this **Endorsement**; however, any amounts as may be recovered pursuant to the exercise of the **Company's** rights of subrogation shall be applied as follows: (i) to the repayment of expenses incurred by the **Company** in exercising any rights of subrogation; (ii) to **Damages** and **Losses** incurred by the **Named Insured** in excess of the Limits of Liability hereunder; and (iii) to **Damages** and **Losses** paid by the **Company**.

**L. HEADINGS**

The titles of paragraphs, sections, provisions, or endorsements of or to this **Endorsement** are intended solely for convenience and reference, and are not deemed in any way to limit or expand the provisions to which they relate and are not part of the **Endorsement**.

**SECTION VIII - DEFINITIONS**

Except where this Endorsement expressly or by implication indicates otherwise, the plural of any term includes the singular, and the singular of any term includes the plural. To the extent of any conflict between defined terms in this **Endorsement** and the policy to which this **Endorsement** is attached, then the definitions set forth in this **Endorsement** shall prevail.

A. **Approval** and **Approved** means the **Company's** written approval, including in response to a written request for approval by the **Named Insured**. Where **Approval** is required in this **Endorsement** the **Named Insured** must promptly submit such written request for **Approval** to the **Company**.

B. **Business Income Loss** means the aggregate of **Extra Expenses** and **Reconstruction Period Net Income**.

C. **Business Interruption Event** means a total or partial disruption in the **Named Insured's** business operation directly arising from a **System Compromise Event**.

D. **Business Interruption Waiting Period** means the **Business Interruption Waiting Period** specified in the Schedule. The **Business Interruption Waiting Period** begins at the time each and every **Business Interruption Event** is first **Discovered**.

E. **Circumstances** means facts, subjects, situations, decisions, causes, persons, transactions, events, acts, errors or omissions, or class of persons or events, in each case which could reasonably be likely to give rise to a **Claim**, **Loss**, or **Event**, as applicable.

F. **Claim** means each of the following:

   1. For the purposes of **Third Party Liability Events**, a **Third Party Claim**; and

   2. For the purposes of Section **I.A.3.b.**, the REGULATORY INSURING AGREEMENT, a

Copy from re:SearchTX

Regulatory Proceeding Claim.

**G. Claim Expenses** means each of the following, with respect to any **Claim**:

1. Reasonable and necessary fees, costs and expenses charged by any **Vendor** and **Approved**, such **Vendor Approved** in advance (including lawyers, experts, and litigation support staff) for the investigation, adjustment, settlement and/or defense of such **Claim**;

2. Post-judgment interest which accrues after a **Final Judgment**; and

3. The premiums for appeal, attachment, or similar bonds, but only for bond amounts **Approved** and within the remaining applicable Limits of Insurance. The **Company** does not have any obligation to furnish these bonds.

**Claim Expenses** do not include the following:

1. Salaries, wages, fees, remuneration, overhead, benefits, or expenses of the **Company** or the **Insureds**;

2. Fees, costs, and expenses incurred prior to the time that a **Claim** was reported to the **Company**;

3. Fees, costs, and expenses incurred without **Approval**;

4. Fees, costs, and expenses incurred to improve or upgrade the **Computer System** beyond what it was prior to the **Claim**; or

5. Fees, costs, and expenses to comply with any injunctive or other non-monetary equitable, declaratory, regulatory, or administrative relief.

**H. Company** means the Insurer as titled on the Schedule page of this **Endorsement**.

**I. Computer System** means a computer or series of interconnected computers owned or leased by and operated under the control of the **Named Insured**. **Computer System** also includes the following, but only if owned or leased by and operated under the control of the **Named Insured**:

1. **Electronic Media**;

2. **Portable Devices**;

3. **IOT Devices**; and

4. **Peripheral Hardwired Devices**.

**Computer System** does not include a computer system the **Named Insured** operates for others.

**J. Computer System Restoration Expenses** means the reasonable and necessary fees, costs and expenses charged by a **Vendor** designated in writing or **Approved** in advance to restore the software in the **Computer System**, if damaged by a **System Compromise Event**, to its operating performance immediately before the **System Compromise Event**, including costs to reinstall, or replace the software, or the configuration or correction of the configuration of the **Computer System**. If such software cannot reasonably be restored, the term **Computer System Restoration Expenses** means the reasonable and necessary costs and expenses incurred by the **Vendor** to reach this determination.

**Computer System Restoration Expenses** does not include any of the following:

1. The cost of new or replacement hardware;

2. Salaries, wages, fees, remuneration, overhead, benefits, or expenses of the **Company** or the **Insureds**;

3. Fees, costs or expenses to enhance, upgrade or otherwise modify, or improve the **Computer System** beyond the level that existed immediately prior to the occurrence of a **System Compromise Event**, including but not limited to costs and expense to replace, remediate or improve the **Computer System,** or identify or remove software programs errors, malware, computer viruses or vulnerabilities or create or develop software or trade secrets; or

4. Any costs in excess of the cash value of the **Computer System** as of the date of the **System Compromise Event**.

**K. Corporate Information** means any business information of a third party, which is not available to the general public and is provided to an **Insured** subject to a mutually executed written confidentiality agreement with the **Named Insured**, or which the **Named Insured** is legally required to maintain in confidence. The **Corporate Information** must be in the direct care, custody or control of the **Named Insured** in the ordinary course and scope of its business operations. The term **Corporate Information** does not include **Personally Identifiable Information**.

**L. Crypto currency** means a digital or virtual currency that uses crypto currency for security and uses encryption techniques to regulate the generation of units of currency and verify the transfer of funds, operating independently of a central bank.

Copy from re:SearchTX

**M. Damages** means each of the following:

**1.** With respect to a **Third Party Claim**, **Claim Expenses** and the following monetary amounts the **Insured** becomes legally obligated to pay resulting from a **Final Judgment** or settlement:

    **a.** Compensatory damages;

    **b.** Attorney's fees and other litigation costs included in any **Final Judgment**; and

    **c.** Pre-Judgment interest included in any **Final Judgment**.

**2.** With respect to a **Regulatory Proceeding Claim**, **Claim Expenses** and only the **Regulatory Fines** the **Insured** becomes legally obligated to pay.

**Damages** does not include any of the following:

**1.** Any monetary amount which the **Insured** is not legally obligated to pay;

**2.** Any monetary amount which is not insurable under the applicable law or jurisdiction pursuant to which the **Endorsement** is construed;

**3.** Past, present and future earned and unearned royalties, profits, fees, costs, expenses, or commissions, or the return of royalties, profits, fees, costs, expenses, commissions, and profits unjustly held or obtained;

**4.** Consideration charged by, paid to or owed to the **Insured**, including but not limited to restitution, disgorgement, reduction, or return of any consideration;

**5.** Fees, costs, and expenses required to comply with any injunctive or other non-monetary equitable, declaratory, regulatory, or administrative relief;

**6.** Discounts, prizes, awards, coupons, or other incentives offered to the **Insured's** clients, **Impacted Individuals**, or **Impacted Entities**;

**7.** Civil or criminal fines or penalties imposed by law, except **Regulatory Fines**;

**8.** Punitive and exemplary damages;

**9.** The multiple portion of any multiplied damages; or

**10.** Taxes, loss of tax benefit or fines, tax penalties or sanctions imposed against the **Named Insured**.

**N. Data Replacement Expenses** means the reasonable and necessary fees, costs and expenses charged by a **Vendor** designated in writing or **Approved** in advance to research, re-create or replace electronic data on the **Computer System** that is damaged by a **System Compromise Event**, provided that such research, re-creation or replacement must be from written records or electronic backup of such electronic data.  If such electronic data cannot reasonably be researched, recreated or replaced, the term **Data Replacement Expenses** means the reasonable and necessary costs and expenses incurred by such **Vendor** to reach this determination.

**Data Replacement Expenses** does not include any of the following:

**1.** Salaries, wages, fees, remuneration, overhead, benefits, or expenses of the **Company** or the **Insureds**;

**2.** Fees, costs or expenses to enhance, upgrade or otherwise modify, or improve the **Computer System** beyond the level that existed immediately prior to the occurrence of a **System Compromise Event**, including but not limited to updating, upgrading or enhancing electronic data or replacing, remediating or improving any **Computer System**, or improving networks and data security practices, procedures or policies;

**3.** Re-creation or replacement of software programs or operating systems that are not commercially available; or

**4.** Re-creation or replacement of data that is obsolete, unnecessary or useless to the **Named Insured**.

**O. Defrauded Funds** means the value of funds that are transferred by the **Named Insured** (with the approval of a **Knowledge Group Member**) to a third party directly in response to a **Funds Transfer Fraud Event**, that are in the form of check, wire transfer, credit card payment, debit card payment or **Crypto currency**.  **Defrauded Funds** excludes cash payments.

**P. Discovers** or **Discovered** means the time a **Knowledge Group Member** receives, receives notice of, or becomes aware of any of the following: (i) any **Event**; (ii) any **Circumstances**; or (iii) any **Claim** or **Loss** or potential **Claim** or **Loss**, regardless of the potential amount of the **Claim** or **Loss**.

**Q. Electronic Media** means any electronic data which is unique to the **Named Insured**, including audio or visual information, ready-for-use applications, programs, and other content in machine-readable format.

Copy from re:SearchTX

**R. Electronic Media Advertising** means **Electronic Media** which advertises or promotes the **Named Insured's** products or services.

**S. Endorsement** means this Endorsement issued by the **Company**.

**T. Endorsement Period** means the **Endorsement Period** set forth in the Schedule.

**U. Event** means a **Media Wrongful Event**, a **Network Security Event**, a **Privacy Breach Event**, a **System Compromise Event**, an **Extortion Threat Event**, a **Funds Transfer Fraud Event**, a **PCI Security Violation Event**, or a **Business Interruption Event**.

**V. Exploit** means a vulnerability in a **Computer System** or software through which **Malicious Code**, or software designed to find, create, or take advantage of such vulnerability, can enter such **Computer System**.

**W. Extortion Threat Event** means a credible threat, or a series of credible threats, by a third party, to cause or continue to cause one or more (i) **System Compromise Events** or (ii) the **Unauthorized Access or Unauthorized Use** of **Protected Information**, in each case accompanied by a demand by such third party for money (including **Crypto Currency**) from the **Named Insured** or a **Knowledge Group Member** where the payment of such money is a condition of mitigation or removal of such threat or series of threats.

**X. Extortion Threat Losses** means the **Funds Paid** by the **Named Insured** (with the approval of a **Knowledge Group Member**) in response to an **Extortion Threat Event** to the party that made the **Extortion Threat Event**, and the reasonable and necessary fees, costs, and expenses charged by a **Vendor** (including lawyers, experts, and litigation support staff) to respond to, confirm, negotiate or pay an **Extortion Threat Event**.

**Y. Extra Expenses** means the amount of (i) reasonable and necessary expenses that the **Named Insured** directly incurs during a **Reconstruction Period**, with **Approval** in advance, to reduce or avoid **Reconstruction Period Net Income** as a result of a **Business Interruption Event**, in excess of (ii) its actual normal operating expenses that the **Named Insured** would have incurred during the same period had no **Business Interruption Event** occurred.

**Extra Expenses** do not include any of the following:

**1.** Any contractual penalties; or

**2.** Any costs to update or upgrade the

**Computer System** beyond the level that existed prior to the occurrence of the **Business Interruption Event**.

**Z. Final Judgment** means a non-appealable order of a court or other tribunal (e.g., arbitral panel) resolving, on the merits, a dispute between an **Insured** and a third party (including government agencies), as to which either no further appeal is possible or a decision is made with **Approval** not to appeal further.

**AA. Funds Transfer Fraud Event** means the intentional deception of an **Insured** by a third party intended to cause an **Insured** to transfer funds under the **Named Insured's** control (with the approval of a **Knowledge Group Member**) to a third party not authorized to receive such funds.

**BB. Funds Paid** means the value of the funds paid that are in the form of check, wire transfer, credit card payment, debit card payment or **Crypto currency**. **Funds Paid** excludes cash payments. For **Funds Paid** in **Crypto currency**, the value of the **Funds Paid** shall be the value of the **Crypto currency**, in U.S. dollars, at the time of payment.

**CC. Impacted Entities** means any business, entity or organization whose **Corporate Information** is lost, stolen, unintentionally or unknowingly disseminated, or accidentally published by a **Privacy Breach Event** covered under this **Endorsement**. This definition is subject to all of the following provisions:

**1. Impacted Entity** does not include any **Impacted Individual**; and

**2. Impacted Entity** may be domiciled anywhere in the world.

**DD. Impacted Individuals** means any person whose **Personally Identifiable Information** is lost, stolen, unintentionally or unknowingly disseminated, or accidentally published by a **Privacy Breach Event** covered under this **Endorsement**. This definition is subject to all of the following provisions:

**1. Impacted Individual** does not include any **Impacted Entity**. Only an individual person may be an **Impacted Individual**; and

**2. Impacted Individual** may reside anywhere in the world.

**EE. IOT Device** means any electronic device (other than a **Portable Device**) or hardwire connected device, that connects to the **Computer System** directly or through a **VPN**. **IOT Devices** include, but are not limited to, smart printers, industrial control systems, security systems,

Copy from re:SearchTX

smart speakers, smart televisions and smart appliances.

**FF.** **Insured** means the **Named Insured**, **Knowledge Group Members**, and the **Named Insured's** employees but only while such employees are acting within their capacity as such for the **Named Insured**.

**GG.** **Knowledge Group Member(s)** mean the **Named Insured's** principals, officers, directors, and risk managers, but only while acting in their capacity as such for the **Named Insured**.

**HH.** **Loss(es)** means **Privacy Breach Expenses**, **Data Replacement Expenses**, **Computer System Restoration Expenses**, **Extortion Threat Losses**, **PCI Fines**, **Defrauded Funds**, and **Business Income Loss**.

**Loss(es)** do not include:

1. Costs and expenses required to comply with any injunctive or other non-monetary equitable, declaratory, regulatory, or administrative relief, including but not limited to costs to remove electronic data from a website or social media site;

2. Any monetary amount which is not insurable under the applicable law or jurisdiction pursuant to which the **Endorsement** is construed;

3. Discounts, prizes, awards, coupons, or other incentives offered to the **Insured's** clients, **Impacted Individuals**, or **Impacted Entities**;

4. Consideration charged by, paid to or owed to the **Insured,** including but not limited to restitution, disgorgement, reduction, royalties or licensing fees, or return of any consideration;

5. Any costs, fees or expenses incurred or paid by the **Insured** in establishing the existence of or amount of **Loss**, other than to a **Vendor** (including lawyers, experts, and litigation support staff) designated in writing or **Approved** in advance;

6. Fines, taxes, penalties, loss of tax benefits or sanctions, except for **PCI Fines**; or

7. Indirect or consequential losses.

**II.** **Malicious Code** means an unauthorized or harmful program, code, or script, including but not limited to any virus, Trojan horse, worm, time, logic bomb, spyware, ransomware, or malware.

**JJ.** **Mass Event** means the original and any variant of a **Malicious Code** or **Exploit** that is both:

1. The subject of an alert by, or is identified by a name or designation that is assigned by, any (i) United States (federal or state) government entity or agency or (ii) computer security, forensics, threat intelligence, or anti-virus entity, service provider or vendor (including but not limited to CrowdStrike, Juniper Networks, Mandiant/FireEye, Norton, Malwarebytes, McAfee, Kaspersky, Digital Shadows, RiskIQ, Recorded Future, Flashpoint, Anomali, Mimecast, Proofpoint, Palo Alto Networks, RSA, Seculert/Radware, Symantec, or Verizon); and

2. Publicized (meaning reported on in two or more news or technology media or publications, including but not limited to The New York Times, Washington Post, Los Angeles Times, Financial Times, FOX Corporation, CNN, The Wall Street Journal, NBC News, ABC News, CBS News, VICE Motherboard, Data Breach Today, Krebs on Security, Dark Reading, ZD NET, Wired, PC World, The Register, or CSO Online);

in each case, prior to an **Insured** providing notice of an **Event**, **Loss**, **Claim** or **Circumstances**, whichever is earliest, pursuant to Section **IV.A.**

**KK.** **Media Wrongful Event** means any or all of the following that is unintentionally or unknowingly caused by **Electronic Media Advertising** first published or disseminated during the **Endorsement Period**:

1. Libel, slander or other defamation; or

2. Infringement of copyright, trademark, title, slogan, trade name, trade dress, service mark, service name, or misappropriation of ideas.

**LL.** **Named Insured** means the person(s) and/or entity(ies) listed on the Policy Declarations, to which this Endorsement is attached.

**MM.** **Network Disruption Event** means an interruption, disruption, failure, suspension, or delay in the performance of the **Computer System** directly caused by **Unauthorized Access or Unauthorized Use** of, or the introduction of **Malicious Code** or **Exploit** into, the **Computer System**.

**NN.** **Network Security Event** means any one or more of the following directly caused by a **Network Disruption Event**:

1. The inability of an **Insured** or authorized third party user to access the **Computer System**;

Copy from re:SearchTX

**2.** An **Insured's** transmittal or distribution of **Malicious Code** or **Exploit** to, or the failure or corruption of, a third party's computer system or network; or

**3.** The perpetuation of a denial of service attack on a third party's computer system or network.

**OO. Payment Card Services Agreement** means an agreement between the **Named Insured** and a financial institution, credit card or debit card company or credit or debit card processor, enabling the **Named Insured** to accept credit card, debit card, prepaid card or other payment cards for payments.

**PP. PCI Claim** means the notification of the **Named Insured's** failure to comply with or violation of any Payment Card Industry Data Security Standards established by the PCI Security Standards Council, which notification is by a party who has entered into a **Payment Card Services Agreement** with the **Named Insured**.

**QQ. PCI Fines** means the fines paid which are explicitly defined as a "fine" in, and which the **Named Insured** is contractually obligated to pay pursuant to, a **Payment Card Services Agreement** due to a breach of a **Payment Card Services Agreement** caused by a **PCI Security Violation Event**. **PCI Fines** do not include (i) subsequent fines arising out of continued noncompliance or the same breach, (ii) any increased transaction costs, or (iii) any chargebacks.

**RR. PCI Security Violation Event** means the act or omission of the **Named Insured** that violated the Payment Card Industry Data Security Standards as determined in accordance with the terms of the **Payment Card Services Agreement**.

**SS. Peripheral Hardwired Devices** means non-portable devices connected by hardwire to the **Computer System**, including but not limited to printers, scanners, and routers.

**TT. Personally Identifiable Information** means any non-public information about a person that allows such person to be uniquely and reliably identified, or allows access to the person's financial account or medical records information, and for which notification of unauthorized access is required by a **Privacy Law**. The term **Personally Identifiable Information** does not include publicly available information that is lawfully made available to the general public (including, without limitation, being made available by such person on social media or other public sites), or **Corporate Information**. The **Personally Identifiable**

**Information** must be in the direct care, custody or control of the **Named Insured** in the ordinary course and scope of its business operations.

**UU. Portable Device** means an electronic portable device such as a computer, smart phone, smart wearable or other similar device that connects to the **Computer System** either directly or through a **VPN**.

**VV. Privacy Breach Event** means the following actual or alleged events:

**1.** Theft, loss, unintentional or unknowing dissemination, or accidental publication of **Protected Information**;

**2.** Unauthorized **Access** or **Unauthorized Use** of **Protected Information**; or

**3.** The **Named Insured's** violation of a **Privacy Law**.

**WW. Privacy Breach Expenses** means the following reasonable and necessary fees, costs and expenses directly incurred for or by the **Named Insured**, and **Approved** in advance, in responding to a **Privacy Breach Event**:

**1. Notification Expenses**:

Notification fees and expenses charged by a **Vendor** (including lawyers, experts, and litigation support staff) to notify an **Impacted Individual** and any regulator required to be notified by applicable law that: (i) a **Privacy Breach Event** occurred, and (ii) there was, may have been or may be **Unauthorized Access** or **Unauthorized Use** of the **Personally Identifiable Information**.

**2. Monitoring Expenses**:

Fees and expenses charged by a **Vendor** (including lawyers, experts, and litigation support staff) to provide credit monitoring, identity theft, or fraud resolution services to an **Impacted Individual** affected by a **Privacy Breach Event**.

**3. Cyber Investigation Expenses**:

Fees and expenses charged by a **Vendor** (including lawyers, experts, and litigation support staff) to investigate any or all of the following:

**a.** Whether **Protected Information** has been accessed; or

**b.** Whether the **Named Insured** has an obligation to provide notice under a **Privacy Law**.

**4. Crisis Management Expenses**:

Copy from re:SearchTX

**a.** Fees and expenses charged by an **Approved** public relations firm, law firm or crisis management firm to perform crisis management services to minimize the potential harm to the **Named Insured's** business from a **Privacy Breach Event**; and

**b.** Fees and expenses charged by a call center designated in writing or **Approved** in advance to assist in managing incoming calls during and concerning a **Privacy Beach Event**.

**Privacy Breach Expenses** shall not include the following:

**1.** Salaries, wages, fees, remuneration, overhead, benefits, or expenses of the **Company** or the **Insureds**; or

**2.** Fees, costs or expenses to enhance, upgrade or otherwise modify, or improve the **Computer System** beyond the level that existed immediately prior to the occurrence of a **Privacy Breach Event**.

**XX. Privacy Law** means any law or regulation governing the protection of **Personally Identifiable Information**, provided that the text of the law or regulation expressly requires one or more of the following:

**1.** Posting privacy policies;

**2.** Adopting specific privacy or security controls for **Personally Identifiable Information**; or

**3.** Notifying **Impacted Individuals** if their **Personally Identifiable Information** has potentially been accessed or disclosed without authorization.

**YY. Protected Information** means **Personally Identifiable Information** or **Corporate Information**.

**ZZ. Reconstruction Period** means the period of time that begins at the conclusion of the **Business Interruption Waiting Period** and ends at the earliest of:

**1.** <u>60</u> days;

**2.** The date that data restoration, data re-creation and system restoration directly related to the **Business Interruption Event** has been completed in order to permit the **Named Insured** to resume business operations; and

**3.** The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and prompt good faith effort.

**AAA. Reconstruction Period Net Income** means the measurable difference between (1) the actual net income (net profit or loss) before taxes, calculated on an hourly basis and based on actual historical financial numbers (specifically the twenty-four (24) months prior to the **Business Interruption Event**) that the **Named Insured** would have earned or incurred during the **Reconstruction Period** had no **Business Interruption Event** occurred, <u>minus</u> (2) the actual net income (net profit or loss) before taxes, earned or incurred by the **Named Insured** during the **Reconstruction Period**; provided that **Reconstruction Period Net Income** shall not be based on, shall not include, and no coverage shall be provided for (a) any net profit that could have or likely would have been earned as a result of an increase in the volume of the **Named Insured's** business during the **Reconstruction Period** (other than increases consistent with actual historical financial numbers (specifically the twenty-four (24) months prior to the **Business Interruption Event**)), or (b) any instances where the measurable difference calculated in this paragraph is less than $0.00.

**BBB. Regulatory Fines** means the civil or administrative fines or penalties assessed against a **Named Insured** in a **Regulatory Proceeding Claim**, if such fines and penalties are insurable under the applicable law and the **Named Insured** is legally obligated to pay such fines and penalties, in all cases arising from a **Privacy Breach Event**.

**CCC. Regulatory Proceeding Claim** means each of the following that alleges the failure to comply with a U.S. federal or state **Privacy Law**:

**1.** A written demand to the **Named Insured** for documentation or information commenced by service of a complaint or similar pleading brought by a federal or state regulatory body or regulator; or

**2.** An investigation or civil proceeding brought against the **Named Insured** by a federal or state regulatory body or regulator.

**DDD. Related Claims** mean all **Claims** that are based upon, arising from, in consequence of, directly or indirectly resulting from, or involving the same, continuous, repeated,

Copy from re:SearchTX

related, or substantially similar **Circumstances**, or a same, continuous, repeated, related, or substantially similar series of **Circumstances**.

EEE. **Related Events** means all **Events** that are based upon, arising from, in consequence of, directly or indirectly resulting from, or involving the same, continuous, repeated, related, or substantially similar **Circumstances**, or a same, continuous, repeated, related, or substantially similar series of **Circumstances**.

FFF. **Related Losses** mean all **Losses** that are based upon, arising from, in consequence of, directly or indirectly resulting from, or involving the same, continuous, repeated, related, or substantially similar **Circumstances**, or a same, continuous, repeated, related, or substantially similar series of **Circumstances**.

GGG. **System Compromise Event** means the **Unauthorized Access or Unauthorized Use** of the **Computer System**, or the introduction of **Malicious Code** or **Exploit** into the **Computer System**, that materially degrades or damages the performance of the **Computer System** or corrupts or destroys any **Electronic Media** in the **Computer System**.

HHH. **Third Party Claims** means a written demand or assertion of a legal right for monetary damages or services, including the service of a civil complaint or similar proceeding, or request for arbitration or mediation, brought against an **Insured**, in each case directly arising from a **Third Party Liability Event**. For the avoidance of doubt, **Third Party Claims** do not include **Regulatory Proceeding Claims**.

III. **Third Party Liability Event** means any or all of the following:

1. **Media Wrongful Event**;

2. **Network Security Event**; or

3. **Privacy Breach Event**.

JJJ. **Unauthorized Access or Unauthorized Use** means the access to or use of the **Computer System** or **Protected Information** by a person or entity not authorized to do so, or the access to or use of the **Computer System** or **Protected Information** by an authorized person or entity in an unauthorized manner.

KKK. **Vendor** means a third party person or entity that provides services to the **Named Insured**

that the **Company** has either (i) designated in writing, or (ii) **Approved**. Where indicated, the term **Vendor** may include lawyers, experts, and litigation support staff.

LLL. **VPN** means a virtual private network.

Copy from re:SearchTX

**INTERLINE**
**CL IL 01 50 09 22**

**THIS ENDORSEMENTS CHANGES THE POLICY.  PLEASE  READ  IT CAREFULLY.**

# TEXAS CHANGES

This endorsement modifies insurance provided under the following:

CYBER COVERAGE INSURANCE

**A.** The following is added to paragraph **B.** of **SECTION III - DEFENSE AND SETTLEMENT**:

The **Company** will notify the **Named Insured** in writing of any offer, not later than the tenth (10th) day after the date the initial offer to settle a **Claim** against the **Insured** is received. The **Company** will notify the **Named Insured** in writing of any settlement, not later than the thirtieth (30th) day after the date a **Claim** is settled.

**B.** Paragraph **A.1.** of **SECTION IV - REPORTING REQUIREMENTS** is replaced by the following:

**A. INSURED'S DUTY TO REPORT**

**1. Notice Is A Condition Precedent To Coverage**

It is a condition precedent to coverage under this **Endorsement** that if a **Knowledge Group Member** first **Discovers** during the **Endorsement Period** any **Event** (including each **Related Event**, if any)**, Claim** (including each **Related Claim**, if any)**, Loss** (including each **Related Loss**, if any), or **Circumstances**, an **Insured** must provide written notice to the Company of such **Event**, **Claim**, **Loss** or **Circumstances**, such notice to include the information set forth in Section **IV.A.2.** below and be provided as soon as practicable during the **Endorsement Period,** but in all cases no later than thirty (30) days after first **Discovered**.

It is a condition precedent to coverage under this **Endorsement** that, if the **Company** sends written notice to the **Named Insured** that this **Endorsement** is being cancelled for non-payment of premium, the **Named Insured** must provide written notice to the **Company** of any **Event**, **Claim**, **Loss** or **Circumstances** in accordance with the prior paragraph, but in any event no later than the earlier of (i) thirty (30) days after such **Event**, **Claim Loss** or **Circumstances** is first **Discovered** and

(ii) prior to the effective date of the cancellation.

Such notices must be sent to the **Company**. Notice to any **Vendor** (including lawyers, experts, and litigation support staff) does not constitute notice to the **Company** of an **Event**, **Claim**, **Loss**, or **Circumstances** under this **Endorsement**.

If the **Named Insured** gives notice of a **Claim** to the **Company**, but not in accordance with the above requirements, the **Company** will not be entitled to deny coverage solely on the basis of late notice unless, and then only to the extent that, the **Company** proves by final, non-appealable adjudication in any action or proceeding that the **Company** was materially prejudiced by the late notice.

**C.** Paragraph **C.2.** of **SECTION IV - REPORTING REQUIREMENTS** is replaced by the following:

No coverage under this **Endorsement** will be provided if the **Named Insured** knowingly and with the intent to defraud, misrepresents any fact material to the **Company's** liability that misleads the **Company** and causes the **Company** to waive or lose a valid defense to the **Endorsement**.

**D.** The following is added to paragraph **B.2. of SECTION V - DUE DILIGENCE AND COOPERATION**:

A parent or guardian may be present during any examination of a minor.

Copy from re:SearchTX

INTERLINE
CL IL 99 36 04 18

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# OFFICE OF FOREIGN ASSET CONTROL (OFAC) EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART

No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that Insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or the United States.

Copy from re:SearchTX

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Copy from re:SearchTX

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc.,  1998

□

Copy from re:SearchTX

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

A. Under any Liability Coverage, to "bodily injury" or "property damage":

   (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property threat.

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

Copy from re:SearchTX

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copy from re:SearchTX

IL 01 68 03 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – DUTIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added to the **Duties** Condition:

We will notify the first Named Insured in writing of:

1. An initial offer to settle a claim made or "suit" brought against any insured ("insured") under this coverage. The notice will be given not later than the 10th day after the date on which the offer is made.

2. Any settlement of a claim made or "suit" brought against the insured ("insured") under this coverage. The notice will be given not later than the 30th day after the date of the settlement.

Copy from re:SearchTX

IL 02 75 11 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – CANCELLATION AND NONRENEWAL PROVISIONS FOR CASUALTY LINES AND COMMERCIAL PACKAGE POLICIES

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY
> FARM COVERAGE PART – FARM LIABILITY COVERAGE FORM
> LIQUOR LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This endorsement also modifies insurance provided under the following when written as part of a Commercial Package Policy:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

   **2.** We may cancel this policy:

   **a.** By mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

However, if this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then the notice of cancellation, as described above, will be provided to the first Named Insured 30 days before the effective date of cancellation. We will also provide 30 days' written notice to each unit-owner to whom we issued a certificate or memorandum of insurance, by mailing or delivering the notice to each last mailing address known to us.

          © Insurance Services Office, Inc., 2013

Copy from re:SearchTX

**b.** For the following reasons, if this policy does not provide coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two-family dwellings:

**(1)** If this policy has been in effect for 60 days or less, we may cancel for any reason except that, under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official.

**(2)** If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

    **(a)** Fraud in obtaining coverage;

    **(b)** Failure to pay premiums when due;

    **(c)** An increase in hazard within the control of the insured which would produce an increase in rate;

    **(d)** Loss of our reinsurance covering all or part of the risk covered by the policy; or

    **(e)** If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

**c.** For the following reasons, if this policy provides coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two-family dwellings:

**(1)** If this policy has been in effect for less than 90 days, we may cancel coverage for any reason.

**(2)** If this policy has been in effect for 90 days or more, or if it is a renewal or continuation of a policy issued by us, we may cancel coverage, only for the following reasons:

    **(a)** If the first Named Insured does not pay the premium or any portion of the premium when due;

    **(b)** If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

    **(c)** If the Named Insured submits a fraudulent claim; or

    **(d)** If there is an increase in the hazard within the control of the Named Insured which would produce an increase in rate.

**B.** The following condition is added and supersedes any provision to the contrary:

**Nonrenewal**

**1.** We may elect not to renew this policy except that, under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

**2.** This paragraph, **2.,** applies unless the policy qualifies under Paragraph **3.** below.

If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

**3.** If this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then we will mail or deliver written notice of nonrenewal, at least 30 days before the expiration or anniversary date of the policy, to:

**a.** The first Named Insured; and

**b.** Each unit-owner to whom we issued a certificate or memorandum of insurance.

We will mail or deliver such notice to each last mailing address known to us.

**4.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**5.** The transfer of a policyholder between admitted companies within the same insurance group is not considered a refusal to renew.

© Insurance Services Office, Inc., 2013

Copy from re:SearchTX

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Copy from re:SearchTX

POLICY NUMBER:  ADV 9108666 - 13

**IL 09 85 12 20**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE - PART I |
|---|
| **Terrorism Premium (Certified Acts) $**      101 |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| **All Coverage Forms other than Commercial Auto, Crime Coverage, Employment-Related Practices Liability and Farm Multi-Peril Coverages** |
| **Additional information, if any, concerning the terrorism premium:** |
| **The premium shown above is subject to change if the policy or any portion of it is subject to premium audit or if changes are made to the policy during its term.  When coverage for certified acts of terrorism has been rejected under a policy subject to Standard Fire Policy statutes, the premium shown applies only to direct loss or damage by fire to covered property.** |
| SCHEDULE - PART II |
| **Federal share of terrorism losses        80   %** |
| (Refer to Paragraph **B.** in this endorsement.) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

Copy from re:SearchTX

**A.    Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B.  Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

Copy from re:SearchTX

COMMERCIAL PROPERTY
B CP DS 01 10 00

**Issuing Company:** Tri-State Insurance Company of Minnesota

# COMMERCIAL PROPERTY DECLARATIONS

**Policy No.:** ADV  9108666 - 13
Previous Policy No.: 9108666-12

| NAMED INSURED AND ADDRESS | AGENCY NAME AND ADDRESS | 04364 |
|---|---|---|
| Brothers Car Wash Inc | (972)812-5410 | |
| dba Kwik Kar Wash of Lantana | Global Financial & Insurance Services, Inc. | |
| 7120 FM 407 | PO Box 810510 | |
| Lantana, TX 76226 | Dallas, TX 75381-0510 | |

**POLICY PERIOD**

Policy Period:  From 07/28/2023 to 07/28/2024 at 12:01 A.M. Standard Time at your mailing address shown above.

| TOTAL ADVANCE PREMIUM | $15,508 |
|---|---|

**DESCRIPTION OF PREMISES AND COVERAGES PROVIDED**

| Description Of Property | Limit | Cause Of Loss | Coinsurance | Valuation | Inflation Guard |
|---|---|---|---|---|---|
| **LOCATION: #  1** | **Deductible:** | **$1,000** | | | |
| | **W/H-Ded:** | **1%** | | | |
| 7120 FM407 | | | | | |
| Argyle, TX 76226 | | | | | |
| **BUILDING # 1** | | | | | |
| 1 Story Non-Combustible Building | | | | | |
| Occupied As Car Wash - other than self-service | | | | | |
| Building | 1,784,475 | SPECIAL | 90% | RC | |
| Business Personal Property | 556,973 | SPECIAL | 90% | RC | |
| Business Income | | | | | |
| Including Extra Expense - | | | | | |
| Actual Loss Sustained | | SPECIAL | | | |
| Includes Rental Value | | | | | |
| **BUILDING # 2** | | | | | |
| 1 Story Non-Combustible Building | | | | | |
| Occupied As Car Wash - other than self-service | | | | | |
| Building | 237,930 | SPECIAL | 90% | RC | |
| Business Personal Property | 278,486 | SPECIAL | 90% | RC | |
| Business Income | | | | | |
| Including Extra Expense - | | | | | |
| Actual Loss Sustained | | SPECIAL | | | |
| Includes Rental Value | | | | | |
| **BUILDING # 3** | | | | | |
| 1 Story Non-Combustible Building | | | | | |
| Occupied As Car Wash - other than self-service | | | | | |
| Building | 237,930 | SPECIAL | 90% | RC | |
| Business Income | | | | | |
| Including Extra Expense - | | | | | |
| Actual Loss Sustained | | SPECIAL | | | |

Copy from re:SearchTX

Policy No.:     ADV  9108666 - 13

Includes Rental Value

KEY:  ACV = Actual Cash Value   AV = Agreed Value   FBV = Functional Building Valuation   RC = Replacement Cost
MR = Monthly Reporting

**COVERAGES APPLICABLE TO ALL LOCATIONS**

Advantage Property Endorsement

| | Additional Limit |
|---|---|
| Accounts Receivable | 25,000 |
| Back Up of Sewers, Drains and Sumps | 10,000 |
| Brands and Labels | 15,000 |
| Building Ordinance or Law - Demolition Cost and Increased Cost of Construction | 25,000 |
| Debris Removal | 25,000 |
| Computers, Software and Telephone Systems | 50,000 |
| Employee Dishonesty | 25,000 |
| Fine Arts at Market Value | 25,000 |
| Fire Department Service Charge | 25,000 |
| Forgery and Alteration | 25,000 |
| Money Orders and Counterfeit Currency | 25,000 |
| Money & Securities Inside the premises or a banking premises | 25,000 |
| Non-Owned Detached Trailers | 15,000 |
| Outdoor Property - Outdoor fences and radio or television antennas (including satellite dishes) | 15,000 |
| Outdoor Property - Trees, Shrubs, Plants | 5,000 |
| Retaining Walls | 2,500 |
| Outdoor Signs | 25,000 |
| Personal Effects of Others | 25,000 |
| Spoilage | 10,000 |
| Valuable Papers and Records (other than Electronic Data) | 25,000 |
| Utility Service - Direct Damage | 10,000 |

**MORTGAGE HOLDER(S)**

Location #  1       Building #  1       Texas First Bank
                                        3000 FM 1764
                                        La Marque, TX 77568

Location #  1       Building #  1       U S Small Business Administration      Loan Number: 7930388106
                                        c/o Greater Texas Capital Corporation
                                        PO Box 8274
                                        Tyler, TX 75711

Location #  1       Building #  2       Texas First Bank
                                        3000 FM 1764
                                        La Marque, TX 77568

Location #  1       Building #  2       U S Small Business Administration      Loan Number: 7930388106
                                        c/o Greater Texas Capital Corporation
                                        PO Box 8274
                                        Tyler, TX 75711

Location #  1       Building #  3       U S Small Business Administration      Loan Number: 7930388106
                                        c/o Greater Texas Capital Corporation

Copy from re:SearchTX

**Policy No.:**    ADV  9108666 - 13

PO Box 8274
Tyler, TX 75711

Location #  1        Building #  3        Texas First Bank
3000 FM 1764
La Marque, TX 77568

**FORMS APPLICABLE**

*See attached "Schedule of Forms and Endorsements"*

**B CP DS 01 10 00**    Includes copyrighted material of Insurance Services Offices, Inc., with its permission    **Page 3 of 3**

Copy from re:SearchTX

COMMERCIAL PROPERTY
CL CP FS 01 09 08

Policy Number: **ADV 9108666 - 13**

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following Declarations, Coverage Forms, Conditions, and Endorsements are applicable to:

## **Commercial Property**

| Number | Edition | Description |
|--------|---------|-------------|
| B CP DS 01 | 10-2000 | Commercial Property Declarations |
| CL CP FS 01 | 09-2008 | Schedule of Forms and Endorsements |
| CL CP 00 04 | 12-2017 | Equipment Breakdown Coverage Endorsement |
| CL CP 01 29 | 09-2015 | Advantage Business Income (And Extra Expense) - Actual Loss Sustained |
| CL CP 04 58 | 10-2018 | Advantage Property Endorsement |
| CL CP 04 58 DS | 10-2018 | Advantage Property Schedule |
| CL CP 99 16 | 07-2021 | Cyber Incident Exclusion |
| CL PN 50 10 | 09-2015 | Commercial Prop Cov Part Multistate Rev of Forms and Ends Advisory Notice to Policyholders |
| CP 00 10 | 10-2012 | Building and Personal Property Coverage Form |
| CP 00 30 | 10-2012 | Business Income (And Extra Expense) Coverage Form |
| CP 00 90 | 07-1988 | Commercial Property Conditions |
| CP 01 40 | 07-2006 | Exclusion of Loss Due to Virus or Bacteria |
| CP 01 42 | 03-2012 | Texas Changes |
| CP 03 21 | 10-2012 | Windstorm Or Hail Percentage Deductible |
| CP 10 30 | 09-2017 | Causes Of Loss - Special Form |
| CP 10 36 | 10-2012 | Limitations on Coverage For Roof Surfacing |
| CP 12 18 | 10-2012 | Loss Payable Provisions |

Copy from re:SearchTX

**COMMERCIAL PROPERTY**
**CL CP 00 04 12 17**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
COMMERCIAL PROPERTY CONDITIONS
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

Subject to all terms and conditions provided by the **Commercial Property Coverage Part**, the following Additional Coverage is added:

**A.** We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from "Equipment Breakdown".

  **1.** "Equipment Breakdown" loss or damage must be caused by, resulting from, or consisting of:

    **a.** Mechanical breakdown;

    **b.** Electrical or electronic breakdown and "electronic equipment deficiency";

    **c.** Rupture, bursting, bulging, implosion, or steam explosion; or

    **d.** Artificially generated electrical current, including electrical arcing, that disturbs electrical devices, appliances, or wires.

    If covered electrical equipment requires drying out as a result of a flood we will pay for the direct expenses of such drying out.

  **2.** "Equipment Breakdown" does not include:

    **a.** Physical loss or damage caused by or resulting from any of the following:

      **(1)** Wear and tear;

      **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any other quality in property that causes it to damage or destroy itself;

      **(3)** Smog;

      **(4)** Settling, cracking, shrinking or expansion;

      **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by birds, rodents or other animals;

      **(6)** Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;

      **(7)** Marring or scratching.

    However, if loss or damage not otherwise excluded results, then we will pay for such resulting damage.

    **b.** Any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following Causes of Loss:

      Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

**CL CP 00 04 12 17**          Includes copyrighted material of Insurance Services Office, Inc., with its permission          **Page 1 of 7**

Copy from re:SearchTX

**B.** With respect to the **Building And Personal Property Coverage Form**, **Condominium Association Coverage Form** and **Condominium Commercial Unit-Owners Coverage Form**, the following apply:

**1.** With respect to the coverage provided by this endorsement, the following is added to Paragraph **A.4.d. Pollutant Clean-up And Removal**:

We will pay for the Pollutant Clean-up And Removal for loss resulting from an "Equipment Breakdown". The most we will pay for the Pollutant Clean-up And Removal is $250,000, unless a higher limit is shown on the Equipment Breakdown Deductible And Limits Exceptions Schedule.

**2.** With respect to the coverage provided by this endorsement, the following extensions are added to Paragraph **A.5. Coverage Extensions**:

**h. Expediting Expense**

We will pay for the expediting expense loss resulting from an "Equipment Breakdown" with respect to your damaged Covered Property. We will pay the "reasonable extra cost" to:

**(1)** Make temporary repairs;

**(2)** Expedite permanent repairs; and

**(3)** Expedite permanent replacement.

**i. Refrigerant Contamination**

We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity control equipment at the premises described in the Declarations as a result of "Equipment Breakdown".

The most we will pay for loss or damage under this coverage is $250,000, unless a higher limit is shown in the Equipment Breakdown Deductible And Limits Exceptions Schedule.

**j. Spoilage Coverage**

We will pay for loss of "perishable goods" due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by "Equipment Breakdown".

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following Causes of Loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

The most we will pay for loss or damage under this coverage is $250,000, unless a different limit is shown on the Equipment Breakdown Deductible And Limits Exceptions Schedule.

**k. CFC Refrigerants**

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances.

Additional costs mean those in excess of what would have been required to repair or replace covered property, had no CFC refrigerant been involved. We also pay for additional loss, as described under the Spoilage Coverage or loss of income coverages provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We pay no more than the least of the following:

**(1)** The cost to repair the damaged property and replace any lost CFC refrigerant;

**(2)** The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or

**(3)** The cost to replace the system with one using a non-CFC refrigerant.

**l. Computer Equipment**

We will pay for loss or damage to your "computer equipment" caused by an "Equipment Breakdown".

**m. Media Or Data**

**(1)** We will pay for loss or damage to your "Media" or "Data" caused by an "Equipment Breakdown". We will pay for your cost to research, replace, restore all forms of electronic and magnetic tapes, disks, and "data", and the costs to reprogram instructions, for use in any covered electronic computer or electronic data processing equipment.

Copy from re:SearchTX

We will not pay to reproduce:

**(a)** Software programs or operating systems that are not commercially available; or

**(b)** "Data" that is obsolete, unnecessary or useless to you.

The most we will pay for loss or damage under this coverage for "Media" and "Data" is $100,000, unless a higher limit is shown on the Equipment Breakdown Deductible And Limits Exceptions Schedule.

**(2)** If "Media" is damaged or "Data" is lost or corrupted, we will pay your actual loss of Business Income and/or Extra Expense during the time necessary to:

**(a)** Research, replace or restore the damaged "Media" or lost or corrupted "Data"; and

**(b)** Reprogram instructions used in any covered "Computer Equipment".

There shall be no coverage for any "Media" or "Data" that we determine is not, or cannot, be replaced or restored.

Unless a higher limit is shown in the Declarations, we will pay the lesser of your actual loss of Business Income and/or Extra Expense up to 30 days after the "Period of Restoration" or $100,000.

**n. Service Interruption**

Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by an "Equipment Breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks, data transmission or "cloud computing". The equipment must meet the definition of "Equipment Breakdown" except that it is not Covered Property.

**o. Valuable Papers And Records - Cost To Research Valuable Papers And Records (Other Than Electronic Data)**

We will pay for your reasonable and necessary cost to research, replace and restore the lost information on electronic media and records as a result of an "Equipment Breakdown".

This will be part of, and not in addition to, the limits provided by the **Valuable Papers And Records (Other Than Electronic Data)** Coverage Extension under the property form to which this endorsement is attached.

**p. Temperature Fluctuation**

We will pay for loss of "perishable goods" only caused by or resulting from any condition or event to Covered Property that can be resolved by calibrating, resetting, tightening, adjusting or cleaning.

However, we will not pay for loss of "perishable goods" as a result of resetting the power supply to the Covered Property containing the "perishable goods".

The most we will pay for this Temperature Fluctuation is $5,000 including any insurance provided for Business Income or Extra Expense.

**q. Unauthorized Instruction**

We will pay for loss or damage to your "computer equipment" caused by an "unauthorized instruction" which results in an "Equipment Breakdown".

**r. Risk Improvement**

If Covered Property suffers direct physical loss or damage due to an "Equipment Breakdown", we will pay for the insured to improve the "power quality" of the electrical system or equipment at the loss location where the "Equipment Breakdown" occurred.

We will pay the reasonable extra cost to improve "power quality" for the following electrical systems and/or equipment improvements:

**(1)** Installation of surge protection devices (SPD's) which are installed at the loss location's line disconnect, load disconnect, or on specific pieces of equipment and that are certified by Underwriter Laboratories (UL) or has an equivalent certification. However SPD's do not include any SPD's which are cord-connected surge strips, direct plug-in SPD's or receptacle SPD's;

Copy from re:SearchTX

**(2)** An upgrade and/or replacement of; electrical panels, switchgear and/or circuit breakers; or

**(3)** Electrical wire and wiring improvements which include installation of; flexible conduit, junction boxes and/or ground wiring.

We will not pay more than 10%, to a maximum limit of $10,000, of the loss amount paid. An invoice for implementation of this Additional Coverage must be sent to us within 180 days after the payment of the loss is received.

**s.** **Off-premises Coverage**

We will pay for loss or damage to Covered Property resulting from a covered "Equipment Breakdown" while temporarily at a premises or location that is not a premises described in the Declarations.

The most we will pay for Off-premises Coverage is $25,000.

**3.** With respect to the coverage provided by this endorsement, the following is added to Paragraph **F. Additional Conditions**:

**Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement.  Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension / coverage reinstatement to:

**a.** Your last known address; or

**b.** The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**4.** **Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.  We do not warrant that conditions are safe or healthful.

**5.** **Environmental, Safety And Efficiency Improvements**

If Covered Property requires replacement due to an "Equipment Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more efficient than the equipment being replaced.

However, we will not pay more than 150% of what the cost would have been to repair or replace with like kind and quality.  This condition does not apply to any property to which Actual Cash Value applies.

**6.** **Green Environmental And Efficiency Improvements**

**a.** If Covered Property requires repair or replacement due to an "Equipment Breakdown", we will pay;

**(1)** The lesser of the reasonable and necessary additional cost incurred by the Insured to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "Green". "Like kind and quality" includes similar size and capacity.

**(2)** The additional reasonable and necessary fees incurred by the Insured for an accredited professional certified by a "Green Authority" to participate in the repair or replacement of physically damaged Covered Property as "Green".

**(3)** The additional reasonable and necessary cost incurred by the Insured for certification or recertification of the repaired or replaced Covered Property as "Green".

**(4)** The additional reasonable and necessary cost incurred by the Insured for "Green" in the removal, disposal or recycling of damaged Covered Property.

**(5)** The business interruption (if covered within the Policy to which this **Equipment Breakdown Coverage Endorsement** is attached) loss during the additional time required for repair or replacement of Covered Property, consistent with "Green", in the coverages above.

**b.** We will not pay more than 150%, to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs, and any business interruption loss incurred as stated above.

Copy from re:SearchTX

**c. Green Environmental And Efficiency Improvements** does not cover any of the following:

**(1)** Covered Property does not include stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which the Insured is legally liable, or personal property of others.

**(2)** Any loss adjusted on any valuation basis other than a repair or replacement basis as per the Valuation section of this policy.

**(3)** Any loss covered under any other section of this policy.

**(4)** Any cost incurred due to any law or ordinance with which the Insured was legally obligated to comply with prior to the time of the "Equipment Breakdown".

**C.** With respect to the coverage provided by this endorsement, the **Causes Of Loss - Basic Form**, **Causes Of Loss - Broad Form** and **Causes Of Loss - Special Form** are amended as follows:

**1. Changes to the Causes Of Loss - Basic Form**

**a.** The following is added as a Covered Cause of Loss:

**12.** "Equipment Breakdown".

**b.** Exclusions **B.2.d.** and **B.2.e.** do not apply with respect to the coverage provided by this endorsement.

**c.** Exclusion **B.2.a.** is deleted and replaced by the following:

Magnetic or electromagnetic energy that disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purposes of this exclusion, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(b)** Pulse of electromagnetic energy; or

**(c)** Electromagnetic waves or microwaves.

However, if damage results causing an "Equipment Breakdown", we will pay for the loss or damage caused by that "Equipment Breakdown". But if fire results, we will pay for the loss or damage caused by that fire.

**2. Changes to the Causes Of Loss - Broad Form**

**a.** The following is added as a Covered Cause of Loss:

**15.** "Equipment Breakdown".

**b.** Exclusions **B.2.b.** and **B.2.c.** do not apply with respect to the coverage provided by this endorsement.

**c.** Exclusion **B.2.a.** is deleted and replaced by the following:

Magnetic or electromagnetic energy that disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purposes of this exclusion, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(b)** Pulse of electromagnetic energy; or

**(c)** Electromagnetic waves or microwaves.

However, if damage results causing an "Equipment Breakdown", we will pay for the loss or damage caused by that "Equipment Breakdown". But if fire results, we will pay for the loss or damage caused by that fire.

**3. Changes to the Causes Of Loss - Special Form**

**a.** Covered Cause of Loss also means "Equipment Breakdown".

**b.** Exclusions **B.2.d.(6)** and **B.2.e.** do not apply with respect to the coverage provided by this endorsement.

Copy from re:SearchTX

**c.** Exclusion **B.2.a.** is deleted and replaced by the following:

Magnetic or electromagnetic energy that disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purposes of this exclusion, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(b)** Pulse of electromagnetic energy; or

**(c)** Electromagnetic waves or microwaves.

However, if damage results causing an "Equipment Breakdown", we will pay for the loss or damage caused by that "Equipment Breakdown". But if fire results, we will pay for the loss or damage caused by that fire.

**d.** Limitations **C.1.a.** and **C.1.b.** do not apply with respect to the coverage provided by this endorsement.

**e.** The following is added to the "Specified causes of loss" in Definitions paragraph **G.2.**:

"Specified causes of loss" also means "Equipment Breakdown".

**D. Changes to the Commercial Property Conditions**

With respect to this endorsement only, section **G. Other Insurance** of the **Commercial Property Conditions**, is deleted and replaced by the following:

If more than one coverage of this policy insures the same loss, we pay no more than the actual claims, loss or damage sustained.

The insurance provided under this endorsement shall be considered primary insurance and any similar insurance offered under this policy, shall be considered excess.

**E. Definitions**

**1.** "Cloud computing" means on-demand network access to a shared pool of computing resources via networks, servers, storage, applications and services provided by an organization with whom you have a contract

with using the following service models: Software as a Service (SaaS), Platform as a Service (PaaS) and Infrastructure as a Service (IaaS) on the following deployment models: public cloud, community cloud, hybrid cloud and private cloud.

**2.** "Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment, and electronic media and records.

**3.** "Data" as respects the coverage Media Or Data means information or instructions used by computers or computerized equipment.

**4.** "Electronic equipment" means devices which operate using many small electrical parts such as, but not limited to, microchips, transistors or circuits.

**5.** "Electronic equipment deficiency" means the quality or condition inside of "electronic equipment" which renders this equipment unexpectedly inoperable and which is operable again once a piece of "electronic equipment" has been replaced.

However, "electronic equipment deficiency" does not include replacement of "electronic equipment" for any condition that could have been resolved without replacement of the "electronic equipment" including but not limited to "computer equipment" maintenance or the reinstallation or incompatibility of software.

**6.** "Equipment Breakdown" means the following:

**a.** Physical loss or damage, both originating within:

**(1)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

**(a)** Waste disposal piping;

**(b)** Any piping forming part of a fire protective system;

**(c)** Furnaces; and

**(d)** Any water piping other than:

**(i)** Boiler feed water piping between the feed pump and the boiler;

**(ii)** Boiler condensate return piping; or

**(iii)** Water piping forming part of a refrigerating or air

Copy from re:SearchTX

conditioning system used for cooling, humidifying or space heating purposes.

   **(2)** All mechanical, electrical, "electronic equipment" or fiber optic equipment.

**7.** "Green" means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**8.** "Green Authority" means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

**9.** "Media" as respects the coverage Media Or Data means material on which "Data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

**10.** "Perishable Goods" means stock preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

**11.** "Power quality" means the conditions that allow electrical systems or equipment to operate as intended by limiting voltage fluctuations and other power influences that would adversely affect the operational performance and/or reduce the reliability, or the life-span of the electrical system.

**12.** "Production machinery" means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

**13.** "Reasonable extra cost" shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation. This will be a part of, and not in addition to, the limit per loss.

**14.** "Unauthorized instruction" means a virus, harmful code or similar instruction introduced into or enacted on a computer system or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

Copy from re:SearchTX

COMMERCIAL PROPERTY
CL CP 01 29 09 15

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADVANTAGE BUSINESS INCOME (AND EXTRA EXPENSE) - ACTUAL LOSS SUSTAINED

This endorsement modifies insurance provided under the following:

**BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM**

**A.** The Coverage Section is amended as follows:

**1.** The Additional Coverages in the Coverage Section are amended as follows:

**b.** The Interruption Of Computer Operations Limit of Insurance is increased from $2,500 to $25,000.

**2.** The Coverage Extension in the Coverage Section is deleted and replaced by the following:

You may extend the insurance provided by this coverage part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report the values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**B.** The Limits Of Insurance Section is deleted and replaced by the following:

**Limits Of Insurance**

We will only pay for loss of Business Income you sustain and necessary Extra Expense you incur during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage.

**C.** The Additional Condition - Coinsurance Section is deleted.

**D.** The Optional Coverages Section is deleted.

**E.** Paragraph 3. of the Definitions Section is deleted and replaced by the following:

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income coverage; or

**(2)** Immediately after the time of direct physical damage of loss for Extra Expense coverage; caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Copy from re:SearchTX

COMMERCIAL PROPERTY
CL CP 01 29 09 15

described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location; or

**(3)** 12 consecutive months after the date of direct physical loss or damage.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**a.** Regulates the construction, use or repair, or requires the tearing down of any property; or

**b.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

Includes copyrighted material of Insurance Services Office, Inc., with its permission

CL CP 01 29 09 15

Copy from re:SearchTX

# ADVANTAGE PROPERTY SCHEDULE

This Schedule provides supplementary information to be used with the following:

ADVANTAGE PROPERTY ENHANCEMENT

**Schedule of Coverage Limits**

The following schedule is a summary of the Limits of Insurance for the various Causes of Loss provided by this endorsement.  No coverage is provided by this schedule.  This summary is subject to the provisions, conditions, and exclusions of the policy to which it is attached.

| Coverage | Limits of Insurance |
|---|---|
| Accounts Receivable (Per Premises) | $25,000 |
| Accounts Receivable in Transit or Temporarily Stored | $25,000 |
| Appurtenant Buildings and Structures | $50,000 |
| Brands and Labels | $15,000 |
| Broadened Premises Boundary | 1,000 Feet |
| Business Personal Property - Seasonal Increase | 35% |
| Computer and Funds Transfer Fraud | $25,000 |
| Computers, Software and Telephone Systems | $50,000 |
| Laptops and Mobile Device(s) (subject to $5,000 any one item) | $25,000 |
| Credit Card Forgery | $10,000 |
| Credit Card Slip Theft, Disappearance or Destruction | $10,000 |
| Debris Removal | $25,000 |
| Discharge from Sewers, Drains or Sumps | $10,000 |
| Employee Theft (Including ERISA) | $25,000 |
| Expediting Expenses | $25,000 |
| Fine Arts at Market Value | $25,000 |
| Fire Department Service Charge | $25,000 |
| Fire Protection Equipment Recharge or Refill | $10,000 |
| Forgery and Alteration | $25,000 |
| Fraudulent Impersonation | $5,000 |
| Leasehold Interest - Improvements and Betterments | $25,000 |
| Loss Data Preparation Cost | $10,000 |
| Lost Key Consequential Loss (Lock & Key Coverage) | $5,000 |
| Money Orders and Counterfeit Money | $25,000 |
| Money and Securities (Including Authorized Business Card Use) | |
| Inside the "Premises" or a "Financial Institution" | $25,000 |
| While in the Care and Custody of a "Messenger" | $25,000 |
| Unauthorized Business Card Use | $5,000 |
| Newly Acquired or Constructed Property | |
| Buildings | $1,000,000 |
| Business Personal Property | $500,000 |

Copy from re:SearchTX

| Coverage (Cont'd) | Limits of Insurance (Cont'd) |
|---|---|
| Non-Owned Detached Trailers | $15,000 |
| Ordinance or Law | |
|     Undamaged Portion of Building | Included in Building Limit |
|     Demolition Cost and Increased Cost of Construction | $25,000 |
| Outdoor Property | |
|     Outdoor Fences and Radio or Television Antennas (Including Satellite Dishes) | $15,000 |
|     Trees, Shrubs, Plants (Subject to $1,000 max. any one tree, shrub or plant) | $5,000 |
|     Retaining Walls (Not Part of Building) | $2,500 |
| Outdoor Signs | $25,000 |
| Personal Effects and Property of Others | $25,000 |
| Pollutant Clean Up and Removal | $25,000 |
| Preservation of Property | 90 Days |
| Property in Care, Custody and Control of Salespersons | $10,000 |
| Property Off-Premises and In Transit (Including Client or Virtual Office Premises) | $25,000 |
| Reward Payment | $10,000 |
| Spoilage | $10,000 |
| Temporary Relocation of Property | $50,000 |
| Tenant's Exterior Building Glass | Included in Building Personal Property Limit of the Described Premises |
| Tenant Building and Business Personal Property Coverage - Required By Lease | $10,000 |
| Theft Damage to Leased Buildings | $5,000 |
| Theft of Furs | $5,000 |
| Theft of Jewelry, Precious and Semi-Precious Metals/Stones | $5,000 |
| Theft of Patterns, Dies, Molds and Forms | $5,000 |
| Theft of Stamps, Tickets (Including Lottery Tickets Held For Sale) and Letters of Credit | $500 |
| Utility Services - Direct Damage (Does Not Include Overhead Lines) | $10,000 |
| Valuable Papers and Records (Other Than Electronic Data) | $25,000 |
| Valuable Papers and Records In Transit or Temporarily Stored | $25,000 |

Includes copyrighted material of Insurance Services Offices, Inc., with its permission

CL CP 04 58 DS 10 18

Copy from re:SearchTX

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADVANTAGE PROPERTY ENHANCEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
COMMERCIAL PROPERTY CONDITIONS

The provisions of the **Building And Personal Property Coverage Form, Condominium Association Coverage Form, Condominium Commercial Unit-Owners Coverage Form, Causes Of Loss - Special Form** and the **Commercial Property Conditions** apply except as otherwise provided in this endorsement.  All numbers and letters used to designate paragraphs in this endorsement are specific to this endorsement only.  They do not reference paragraphs in the Coverage Forms.

**I.** **Changes To The Building And Personal Property Coverage Form, Condominium Association Coverage form and Condominium Commercial Unit-Owners Coverage Form**

**A.** **Broadened Premises Boundary**

Any reference to distance from the described premises is changed from 100 feet to 1,000 feet.

**B.** The following is added to Your Business Personal Property in the Coverage section:

**Tenant's Exterior Building Glass**

If you are a tenant and no Limit of Insurance is shown in the Declarations for Building property, we will pay for direct physical loss or damage to exterior building glass:

**a.** Owned by you; or

**b.** Your contractual responsibility to insure; or

**c.** Your contractual responsibility to pay for loss or damage.

The value of exterior building glass will be determined in accordance with the Valuation Loss Condition applicable under this Coverage Form or Policy, or at the amount for which you are liable under contract, whichever is less. If required by law, the exterior building glass is covered at the cost of replacement with safety glazing material.

**C.** The **Additional Coverages** in the Coverage section are amended as follows:

**1.** **Debris Removal**

The additional amount for Debris Removal is increased to the limit shown in the Advantage Property Schedule.

**2.** **Preservation of Property**

The number of days is increased to the days shown in the Advantage Property Schedule.

**3.** **Fire Department Service Charge**

The Fire Department Service Charge Limit of Insurance is increased to the limit shown in the Advantage Property Schedule.

**4.** **Pollutant Clean Up and Removal**

The Pollutant Clean Up And Removal Limit of Insurance is increased to the limit shown in the Advantage Property Schedule.

**5.** **Increased Cost of Construction**

The Additional Coverage, Increased Cost of Construction is deleted and replaced by Additional Coverage, Ordinance or Law.

**6.** The **Additional Coverage, Electronic Data** is deleted and replaced by **Coverage Extensions, Computers, Software and Telephone Systems**.

**7.** **Reward Payment** is added as follows:

**a.** We will reimburse you for rewards to an "eligible person" for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss to Covered Property from a Covered Cause of Loss.

Copy from re:SearchTX

**b.** The most we will pay under this Additional Coverage, regardless of the number of persons that may be designated as eligible for a reward by law enforcement is the limit shown in the Advantage Property Schedule.

**8. Discharge from Sewers, Drains or Sumps** is added as follows:

**a.** We will pay for direct physical loss of or damage to Covered Property, caused by or resulting from discharge of water or waterborne material from a sewer, drain or sump, or other type of system designed to remove subsurface water which is drained from the foundation area, provided such discharge is not induced by flood or flood related conditions.

For the purpose of this Additional Coverage, the term drain includes a roof drain and related fixtures.

**b.** The aforementioned references to flood include surface water, waves (including tidal wave and tsunami), tides, tidal water, and overflow of any body of water, including storm surge.

**c.** There is no coverage under this Additional Coverage if:

**(1)** The discharge results from an insured's failure to perform routine maintenance or repair necessary to keep a sewer or drain or a sump, sump pump or related equipment free from obstruction and in proper working condition. This limitation does not apply to sudden mechanical breakdown of a sump pump or its related equipment, provided the breakdown is not the result of an insured's negligence; or

**(2)** Sump pump failure is caused by or results from failure of power, unless this policy is endorsed to cover power failure affecting the premises described in the Declarations.

**d.** To the extent that the Water Exclusion would conflict with the provisions of this Additional Coverage, the Water Exclusion does not apply to such coverage.

**e.** We will not pay the cost of repairing or replacing a sewer, drain, sump, sump pump or any related parts or equipment.

**f.** The most we will pay under this Additional Coverage, for the total of all covered loss and expense, is the total aggregate limit per policy period limit shown in the Advantage Property Schedule.

**9. Brands and Labels** is added as follows:

**a.** If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value. If so, you may:

**(1)** Stamp "salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

**(2)** Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

**b.** We will pay reasonable costs you incur to perform the activity described in a.(1) or a.(2) above, but the most we will pay for loss in any one occurrence under this Additional Coverage is the limit shown in the Advantage Property Schedule.

**10. Temporary Relocation of Property** is added as follows:

**a.** If Covered Property is removed from the premises described in the Declarations and stored temporarily at a location you do not own, lease or operate while the described premises is being renovated or remodeled, we will pay for direct physical loss caused by or resulting from a Covered Cause of Loss.

**b.** Coverage provided by this Additional Coverage will end when either of the following first occurs:

**(1)** This policy expires; or

**(2)** After 90 consecutive days of storage.

**c.** The most we will pay for loss or damage in any one occurrence is the limit shown in the Advantage Property Schedule.

**11. Ordinance or Law** is added as follows:

**a.** The Ordinance or Law Coverages provided in this Additional Coverage apply only if both Subparagraphs (1) and (2) below are satisfied and are then subject to the qualifications set forth in Subparagraph (3) below:

**(1)** The ordinance or law:

Copy from re:SearchTX

**(a)** Regulates the demolition, construction or repair of buildings or Tenants' Improvement and Betterments, or establishes zoning or land use requirements at the premises described in the Declarations; and

**(b)** Is in force at the time of loss; or the ordinance or law is enacted within 90 days after the time of covered loss or prior to the commencement of reconstruction or repair, whichever occurs first; and

**(c)** Provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

**(2)** The building or Tenants' Improvement and Betterments sustains:

**(a)** Direct physical damage that is covered under this policy and as a result of such damage you are required to comply with the ordinance or law; or

**(b)** Both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building or Tenants' Improvement and Betterments damage in its entirety you are required to comply with the ordinance or law.

But if the building or Tenants' Improvement and Betterments sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if

the building has also sustained covered direct physical damage.

**(3)** In the situation described in Paragraph (2)(b) above, we will not pay the full amount of loss otherwise payable under the terms of Paragraph d. below. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Paragraph d. below.

**b.** Under this Additional Coverage, we will not pay for:

**(1)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(2)** Any costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**c.** Under this Additional Coverage, we will not pay for loss due to any ordinance or law that:

**(1)** You were required to comply with before the loss, even if the building or Tenants' Improvement and Betterments was undamaged; and

**(2)** You failed to comply with.

**d.** With respect to the building or Tenants' Improvement and Betterments that has sustained covered direct physical damage, the following apply:

Copy from re:SearchTX

**(1) Loss to Undamaged Portion of the Building**

We will pay for loss in value of the undamaged portion of the building or Tenants' Improvement and Betterments as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building;

**(2) Demolition Cost**

We will pay the cost to demolish and clear the site of undamaged parts of the same building or Tenants' Improvement and Betterments, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

**(3) Increased Cost of Construction**

We will pay the increased cost to:

**(a)** Repair or reconstruct damaged portions of that building or Tenants' Improvement and Betterments; and/or

**(b)** Reconstruct or remodel undamaged portions of that building or Tenants' Improvement and Betterments, whether or not demolition is required; when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

However,

**(a)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law; and

**(b)** We will not pay for the increased cost of construction under this coverage:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**e. Loss Payment**

**(1)** All the following loss payment provisions are subject to the apportionment procedures set forth in paragraph a.(3) above.

**(2)** Under this Additional Coverage, we will pay for the loss in value to the Undamaged Portion of the Building or Tenants' Improvement and Betterments as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building. Coverage is included within the Limit of Insurance shown in the Declarations as applicable to the covered building or Tenants' Improvement and Betterments. With respect to loss in value of an undamaged portion of the building or Tenants' Improvement and Betterments, including damaged and undamaged portions, the following loss payment provisions apply:

**(a)** If the property is being repaired or replaced, on the same or another premises, we will not pay more than the amount you would actually spend to repair, rebuild or reconstruct the building or Tenants' Improvement and Betterments on the same premises and to the same height, floor area, style and comparable quality of the original property insured.

**(b)** If the property is not being repaired or replaced, or if the Replacement Cost Option does not apply, we will not pay more than the actual cash value of the building or Tenants' Improvement and Betterments at the time of the loss.

The most we will pay for the combined total of all covered losses for Demolition Cost and for Increased Cost of Construction is the limit of insurance shown in the Advantage Property Schedule.

Copy from re:SearchTX

Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

**(a)** With respect to demolition costs, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**(b)** With respect to Increased Cost of Construction:

**(i)** We will not pay for the increased cost of construction:

Until the property is actually repaired or replaced, at the same or another premises; and unless the repairs or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(ii)** If the building or Tenants' Improvement and Betterments is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(iii)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**f.** The terms of this **Additional Coverage** apply separately to each building or Tenants' Improvement and Betterments to which this Additional Coverage applies.

**g.** **(1)** The coverage provided for the loss to the undamaged portion of the building or Tenants' Improvement and Betterments does not increase the Limit of Insurance shown in the

Declarations as applicable to the covered building.

**(2)** The coverage provided for demolition costs and for increased cost of construction is in addition to the Limits Of Insurance. The Additional Condition, Coinsurance, does not apply to either coverage.

**12. Employee Theft (Including ERISA)** is added as follows:

**a.** We will pay for loss or damage to "money", "securities" and "other property" resulting from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this coverage, "theft" shall also include forgery.

**b.** With respect to loss sustained or "discovered" by any Employee Benefit Plan, 12.a. is replaced with the following:

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, sole proprietor, partner or "member" acting alone or in collusion with other persons while such "employee", sole proprietor, partner or "member" is handling "money", "securities" or "other property" of an "employee benefit plan(s)".

**c.** The most we will pay for a loss or damage under this Additional Coverage in any "occurrence" is the limit shown in the Advantage Property Schedule.

**d.** We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no limit of insurance cumulates from year to year or period to period.

**e.** We will pay only for covered loss or damage sustained during the policy period and "discovered" no later than one year from the end of the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

Copy from re:SearchTX

**f.** You may extend this coverage to apply to losses caused by any "employee" while temporarily outside the Coverage Territory for a period of not more than 90 days.

**13. Expediting Expenses** is added as follows:

**a.** We will pay the Expediting Expenses that you incur as a result of direct physical loss or damage to Covered Property.

**b.** Expediting Expenses are reasonable extra costs for temporary repairs of and for expediting the repairs or replacement of Covered Property damaged by a Covered Cause of Loss. Expediting Expenses include overtime wages and the extra cost of express or other rapid means of transportation. Expediting Expenses do not include the cost incurred for the temporary rental of property, temporary replacement of damaged property, or expenses recoverable elsewhere in the Building and Personal Property Coverage Form or this Endorsement.

**c.** The most we will pay under this Additional Coverage for all such expenses arising from an occurrence is the limit shown in the Advantage Property Schedule.

**14. Fire Protection Equipment Recharge or Refill** is added as follows:

**a.** We will pay:

**(1)** Expenses you incur for the recharging or refilling of your automatic fire extinguishing equipment after such equipment is discharged as a result of a fire to your Covered Property;

**(2)** For loss or damage to Covered Property if caused by the accidental discharge of fire suppressant chemicals from your automatic fire extinguishing system. This limit may be used to cover the additional expense you incur to recharge such systems following a covered accidental discharge; or

**(3)** The cost you incur to recharge or refill portable fire extinguishing equipment after being used to fight a fire to your Covered Property.

**b.** The most we will pay for each occurrence at your described premises is the limit shown in the Advantage Property Schedule.

**15. Forgery Or Alteration** is added as follows:

**a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, credit card, debit card, or charge card or similar written promises of payment orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

Or that are purported to have been so made or drawn.

For the purposes of this Additional Coverage, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

**b.** If you are sued for refusing to pay any instrument covered in paragraph 15.a., on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**c.** The most we will pay for any loss, including legal expenses, under this Additional Coverage is the Limit of Insurance shown in the Advantage Property Schedule. The Limit of Insurance shown for Credit Card Forgery is in addition to, not part of, the limit for Forgery or Alteration.

**16. Loss Data Preparation Cost** is added as follows:

**a.** We will pay the reasonable costs you incur, up to the limit shown in the Advantage Property Schedule, in collecting and preparing loss data required by applicable policy conditions and requested by us.

**b.** This includes the cost of taking inventory, getting appraisals, and preparing other data in order to determine the extent of the loss.

**c.** This coverage does not apply to:

**(1)** Costs incurred under the Appraisal provision under the Loss Conditions section.

**(2)** Expenses and fees billed by and/or payable to public

Copy from re:SearchTX

insurance adjusters, loss consultants, or any of their subsidiaries or associated entities.

**(3)** Expenses to prepare claims not covered under this Coverage Part.

**17. Lost Key Consequential Loss** is added as follows:

**a.** If a master or grand master key, for a location listed in the Declarations, is lost or damaged by a Covered Cause of Loss, we will pay for the actual cost of keys, the cost of adjusting locks to accept new keys, or the cost of new locks, if required, of the like kind and quality including the cost of their installation.

**b.** The most we will pay under the Additional Coverage for all amounts incurred is the limit shown in the Advantage Property Schedule.

**18. Money Orders and Counterfeit Money** is added as follows:

**a.** We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation: or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

**b.** The most we will pay for any loss under this Additional Coverage is the Limit of Insurance shown in the Advantage Property Schedule.

**19. Money And Securities (Including Unauthorized Business Card Use)** is added as follows:

**a.** We will pay for loss of "money" and "securities" used in your business caused by theft (meaning any act of stealing), disappearance or destruction.

**b.** The most we will pay for loss in any one "occurrence" under this Additional Coverage is:

**(1)** The Limit of Insurance shown in the Advantage Property Schedule for "money" and "securities" while inside the "premises" or a "financial institution".

**(2)** The Limit of Insurance shown in the Advantage Property Schedule for "money" and "securities" while in the care and custody of a "messenger".

**(3)** The Limit of Insurance shown in the Advantage Property Schedule for Unauthorized Business Card Use is in addition to the limit shown for Money and Securities.

**c.** To the extent that coverage for "money" and "securities" is provided by this Additional Coverage, the Property Not Covered Provision in the Coverage section does not apply.

**d.** You must keep records of all "money" and "securities" so we can verify the amount of loss or damage.

**e.** The following is added to the Valuation provision under the Loss Conditions section:

**(1)** For "money", at face value, or, at our option, its dollar equivalent (if from a country other than the United States) based on exchange rates in effect when the loss occurred.

**(2)** For "securities", the value of the "securities" as of the close of business on the day when the loss occurred, or the value of replacing the "securities" in kind, whichever is less.  If replaced in kind, you must assign to us all your rights, title and interest in and to those "securities".  We will not pay for the loss of income, interest, or dividends that occur as a result of the loss of "securities".

**20. Computer And Funds Transfer Fraud** is added as follows:

**a.** We will pay for:

**(1)** Loss resulting directly from a fraudulent:

**(a)** Entry of "electronic data" or "computer program" into; or

**(b)** Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to Paragraphs 20.a(1)(a) and 20.a.(1)(b):

Copy from re:SearchTX

**(i)** "Money", "securities" or "other property" to be transferred, paid or delivered; or

**(ii)** Your account at a "financial institution" to be debited or deleted.

**(2)** Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to transfer, pay or deliver "money" and "securities" from your "transfer account".

**b.** The following exclusion is added to the Additional Coverage, Money and Securities (Including Unauthorized Business Card Use):

Damage to "money" and "securities" following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described "premises", bank or savings institution:

**(1)** To a person (other than a messenger) outside those "premises"; or

**(2)** To a place outside those "premises".

**c.** The most we will pay for loss of or damage per each occurrence under this Additional Coverage is the Limit of Insurance shown in the Advantage Property Schedule.

**21. Credit Card Forgery** is added as follows:

**a.** We will pay for loss resulting directly from forgery or alteration of any credit, debit or charge card used by your customers in payment of services offered by you.

**b.** To the extent that coverage for "money" and "securities" is provided by this Additional Coverage, the Property Not Covered provision in the Building and Personal Property Coverage Form does not apply.

**c.** All loss caused by any person, or in which that person is involved, is considered one occurrence.

**d.** The most we will pay under this Additional Coverage for loss in any one occurrence is the limit shown in the Advantage Property Schedule.

**22. Credit Card Slip Theft, Disappearance or Destruction** is added as follows:

**a.** We will pay for the theft, disappearance or destruction of credit, debit or charge slips while:

**(1)** Inside the "premises" or a "financial institution"; or

**(2)** In the care and custody of a "messenger"

**b.** The most we will pay under this Additional Coverage for loss in any one occurrence is the limit shown in the Advantage Property Schedule. The Limit of Insurance shown for Credit Card Slip Theft, Disappearance or Destruction is in addition to, not part of, the limit for Money and Securities (Including Unauthorized Business Card Use).

**23. Leasehold Interest - Improvements And Betterments** is added as follows:

**a.** If your lease is cancelled in accordance with a valid lease provision as the direct result of a Covered Cause of Loss to property at the location in which you are a tenant, and you cannot legally remove your improvements and betterments, we will extend the insurance that applies to your Covered Property to your interest in tenant's improvements and betterments that remain and that you were forced to abandon.

**b.** Leasehold Improvements and Betterments means your interest as a tenant in improvements and betterments, which are not damaged, but which are not recoverable by you due to the cancellation of your lease caused by or resulting from a covered cause of loss.

**c.** Improvements and betterments are fixtures, alterations, installations or additions:

**(1)** Made a part of the building or structure you occupy but do not own; and

**(2)** You acquired or made at your expense but cannot legally remove.

**d.** We will calculate the value of your interest in the improvements and betterments as though they had been damaged or destroyed and not repaired or replaced promptly, as provided in the Valuation Loss Condition as follows:

The value of property will be the least of the following amounts:

Copy from re:SearchTX

**(1)** The actual cash value of that property;

**(2)** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**(3)** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

**e.** The most we will pay for loss under this Additional Coverage for loss in any one occurrence is the limit shown in the Advantage Property Schedule.

**24. Tenant Building and Business Personal Property Coverage - Required by Lease** is added as follows:

**a.** We will pay for direct physical loss of or damage to Building and Business Personal Property for which you have a contractual responsibility to insure, at the premises described in the declarations caused by or resulting from any Covered Cause of Loss. This includes building fixtures, machinery and equipment.

**b.** The most we will pay under this Additional Coverage for all such expenses arising from an occurrence is the limit shown in the Advantage Property Schedule.

**25. Fraudulent Impersonation** is added as follows:

**a.** We will pay for loss resulting directly from your having, in good faith, transferred "money", "securities" or "other property" in reliance upon a "transfer instruction" purportedly issued by an "employee", or any of your partners, "members", "managers", officers, directors or trustees, or you (if you are a sole proprietorship), but which "transfer instruction" proves to have been fraudulently issued by an imposter without the knowledge or consent of the person.

**b.** We will pay for loss resulting directly from your having, in good faith, transferred "money", "securities" or "other property" in reliance upon a "transfer instruction" purportedly issued by your "customer" or "vendor", but which "transfer instruction" proves to have been fraudulently issued by an imposter without the knowledge or consent of the "customer" or "vendor".

**c.** The most we will pay for any loss, including legal expenses, under this Additional Coverage is the limit shown in the Advantage Property Schedule.

**d.** Changes to the Commercial Property Conditions; with respect to this coverage, section H.2. Policy Period, Coverage Territory is replaced by the following:

**(1)** We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world.

**26. Utility Services - Direct Damage** is added as follows:

**a.** We will pay for loss of or damage to Covered Property caused by an interruption in utility service to the described premises. The interruption in utility service must result from the direct physical loss or damage by a Covered Cause of Loss to property that provides the services shown below in paragraph b.

Coverage for loss of or damage to Covered Property does not apply to loss or damage to electronic data, including destruction or corruption of electronic data.

The term Electronic Data has the meaning described under Property Not Covered in the Building and Personal Property Coverage Form.

**b.** Utility Services include:

**(1)** Water Supply Services, meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

---

Copy from re:SearchTX

**(c)** Microwave radio relays except satellites.

It does not include overhead transmission or distribution lines.

**(3)** Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

It does not include overhead transmission or distribution lines.

**c.** As used in this Additional Coverage, the term transmission line includes all lines which serve to transmit communication, service, or power, including lines which may be identified as distribution lines.

**d.** The most we will pay for loss under this Additional Coverage in any one occurrence is the limit shown in the Advantage Property Schedule.

**D.** The **Coverage Extensions** in the Coverage section is amended as follows:

**1. Newly Acquired Or Constructed Property** is amended as follows:

**a.** The most we will pay for loss or damage under this Coverage Extension for each Building is the limit shown in the Advantage Property Schedule.

This does not apply to Condominium Commercial Unit Owners Coverage Form.

**b.** The most we will pay for loss or damage under this Coverage Extension for Your Business Personal Property at each building is increased to the limit shown in the Advantage Property Schedule.

**c.** The number of days under Period of Coverage is increased to 180 days.

**2. Personal Effects and Property of Others** is replaced by the following:

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal Effects owned by you, your officers, your partners or "members", your "managers" or your employees. This includes

tools owned by your employees that are used in your business while such tools are located in or on building(s) or structure(s) described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the premises described in the Declarations, whichever distance is greater; and.

**(2)** "Personal property of others" in your care, custody or control. This includes property that you have sold which is awaiting delivery or installation.

With respect to "Personal Property of Others" in your care, custody or control the owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary.

**b.** For "personal property of others", the Extension Of Replacement Cost To Personal Property Of Others in the Optional Coverages section is applicable.

**c.** The most we will pay for loss or damage under this Coverage Extension at each described premises, is the limit shown in the Advantage Property Schedule. Our payment for loss of or damage to "personal property of others" will only be for the account of the owner of the property.

**3. Valuable Papers And Records (Other Than Electronic Data)** is replaced by the following:

**a.** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to valuable papers and records that you own or that are in your care, custody, and control caused by or resulting from a Covered Cause of Loss. This Coverage Extension included the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Coverage Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered in the Building and Personal property Coverage Form.

**b.** The most we will pay to replace or restore the lost information at each

Copy from re:SearchTX

described premises under this Coverage Extension is the limit shown in the Advantage Property Schedule. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Business Personal Property and therefore coverage of such costs is not additional insurance.

c.  The most we will pay for loss or damage in any one occurrence under this Coverage Extension while in transit or temporarily stored away from the described premises is the limit shown in the Advantage Property Schedule.

4.  **Property Off-premises** is deleted and replaced the following:

   **Property Off-premises and In Transit (including Client or Virtual Office Premises)**

   a.  You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "Laptops and Mobile Device(s)" while it is away from the described premises, if it is:

   (1)  In transit;

   (2)  Temporarily at a location that you do not own, lease or operate;

   (3)  In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

   (4)  At any fair, trade show or exhibition.

   b.  You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "Laptops and Mobile Device(s)" while such property is located at a "client or virtual office premises",

   (1)  This coverage extension also applies to Property Off-premises or In Transit that is:

      (a)  Owned by you;

      (b)  Owned by an "employee" and used for your business.

(2)  This coverage does not apply to property otherwise covered under:

   (a)  Accounts Receivable

   (b)  Valuable Papers and Records

   (c)  Fine Arts at Market Value

   (d)  Electronic Data; or

   (e)  Property in the Care, Custody and Control of Salespersons.

c.  The most we will pay for loss or damage in any one occurrence is the limit shown in the Advantage Property Schedule.

5.  **Outdoor Property** is replaced by the following:

   You may extend the insurance provided by this Coverage Form to loss or damage caused by or resulting from a Covered Cause of Loss to the following outdoor property located on the described premises:

   a.  Outdoor fences and radio or television antennas (including satellite dishes). The most we will pay for loss or damage, including debris removal expense, under this Coverage Extension in any one occurrence, regardless of the types or number of items lost or damaged in that occurrence, is the limit shown in the Advantage Property Schedule.

   b.  Trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof). The most we will pay for loss or damage, including debris removal expense, under this Coverage Extension in any one occurrence and for any one tree, shrub or plant is the limit shown in the Advantage Property Schedule.

   c.  Retaining walls that are not part of a building. With respects to the coverage provided by this Coverage Extension, retaining walls that are not part of a building under Property Not Covered in the Coverage section does not apply. The most we will pay for loss or damage under this Coverage Extension in any one occurrence, including debris removal expense, is the limit shown in the Advantage Property Schedule.

   A $250 deductible applies to this Coverage Extension. The amount

Copy from re:SearchTX

payable under this Coverage Extension is additional insurance.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**6. Non-owned Detached Trailer**

The most we will pay for loss or damage under Non-Owned Detached Trailers Coverage Extension is the limit shown in the Advantage Property Schedule.

**7. Appurtenant Buildings and Structures** is added as follows:

**a.** You may extend the insurance that applies to your Building(s) described in the Declarations to apply to direct physical loss or damage to incidental appurtenant buildings or structures, within 1,000 feet of the described premises, caused by or resulting from a Covered Cause of Loss.

This does not apply to the Condominium Commercial Unit Owners Coverage Form.

**b.** You may extend the insurance that applies to Your Business Personal Property at a premises described in the Declarations to apply to direct physical loss or damage to Your Business Personal Property within incidental appurtenant buildings or structures, within 1,000 feet of the described premises, caused by or resulting from a Covered Cause of Loss.

**c.** The most we will pay for loss or damage under this Coverage Extension in any one occurrence for any combined loss regardless of the number of described premises involved, is the limit shown in the Advantage Property Schedule.

**d.** The amount payable under this Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Coverage Extension.

**8. Accounts Receivable** is added as follows:

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** All amounts due from your customers that you are unable to collect;

**(2)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(3)** Collection expenses in excess of your normal collection expenses that are made necessary by "loss" or damage; and

**(4)** Other reasonable expenses that you incur to reestablish your records of accounts receivable; that result from Covered Causes of Loss to your records of accounts receivable located at the "premises" shown in the Declarations.

**b.** If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage from a Covered Cause of Loss, we will pay for accidental loss or damage while they are:

**(1)** At a safe place away from your "premises"; or

**(2)** Being taken to or returned from that place.

**c.** The following is added to the Valuation Provision under the Loss Conditions section:

**(1)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of "loss" or damage, the following method will be used:

**(a)** Determine the total of the average monthly amount of accounts receivable for the 12 months immediately preceding the month in which the "loss" or damage occurs; and

**(b)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the "loss" or damage occurred or for any demonstrated variance from the average for that month.

**(2)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

Copy from re:SearchTX

**(a)** The amount of accounts for which there is no "loss" or damage;

**(b)** The amount of the accounts that you are able to reestablish or collect;

**(c)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(d)** All unearned interest and service charges.

**d.** The most we will pay for "loss" or damage in any one occurrence under this Coverage Extension is:

**(1)** The per premises limit shown in the Advantage Property Schedule.

**(2)** The limit for accounts receivables in transit or temporarily stored away from the "premises" Shown in the Advantage Property Schedule.

**9. Computers, Software and Telephone Systems** is added as follows:

**a.** When a Limit of Insurance is shown for Business Personal Property at a described premises in the Declarations, you may extend that insurance that applies to direct physical loss or damage to "computer equipment", "telecommunications equipment", "electronic data" and "media":

**(1)** Owned by you (other than your "stock");

**(2)** Owned by others, but leased to you; or

**(3)** Owned by others but in your care, custody or control (other than your "stock")

**b.** With respect to "computer equipment", coverage may be extended for portable computers ("laptops and mobile device(s)") to include coverage while in transit or temporarily away from the premises described in the Declarations.

**c.** Under this Coverage Extension the following additional Causes of Loss are covered:

**(1)** Changes in your electrical power supply, including interruption, power surge, blackout or brownout;

**(2)** Dampness or dryness of atmosphere or changes in or extremes of temperature.

**(3)** Short circuit, blowout, or other electrical disturbance within the "computer equipment";

**(4)** Electrical or magnetic injury, disturbance, or erasure of electronic recordings;

**(5)** Floods, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; and

**(6)** Earth movement, such as an earthquake, landslide or earth sinking, rising or shifting. All loss by a single earthquake shall constitute a single claim. If more than one earthquake shock shall occur within 168 hours during the term of this policy, such earthquake shocks shall be deemed to be a single earthquake.

The additional Causes of Loss provided in this Coverage Extension are not applicable to the Business Income and/or Extra Expense coverage form(s).

**d.** Subparagraph (1) of the Water Exclusion does not apply to the coverage provided by this Coverage Extension.

**e.** We will determine the value of Covered Property, in the event of covered direct physical loss or damage, as follows:

**(1)** "Computer equipment", "laptops and mobile device(s) and "telecommunications equipment" at replacement cost as of the time and place of loss, without deduction for physical deterioration, depreciation, obsolescence or depletion. However, in the event replacement of "computer equipment", "laptops and mobile device(s)" and "telecommunications equipment" with identical property is impossible, the replacement cost will be the cost of items that are similar to the damaged or destroyed equipment and intended to perform the same function, but which may include technological advances.

Copy from re:SearchTX

"Computer equipment", "laptops and mobile device(s)" and "telecommunications equipment" that is obsolete or no longer used by you will be valued at actual cash value.

**(2)** "Electronic data" and "media" for which duplicates do not exist will be valued as follows:

**(a)** The cost of blank "media"; and

**(b)** Your cost to research, replace or restore the lost, damaged or destroyed "electronic data" and "media" but only if the lost "electronic data" and "media" are actually replaced or restored.

**(3)** Duplicate "electronic data" and "media" at the cost of:

**(a)** Blank "media"; and

**(b)** Labor to copy the "electronic data", but only if the "electronic data" is actually copied.

**f.** To the extent that coverage for "electronic data" is provided by this Coverage Extension, the Property Not Covered Provision in the Coverage section does not apply.

**g.** The most we will pay under this Coverage Extension for direct physical loss or damage to:

**(1)** "Computer equipment", "telecommunications equipment", "electronic data" and "media", while in transit or at a premises other than the premises described in the Declarations, in any one occurrence is $25,000 but no more than $5,000 for any one item ("laptops and mobile device(s)").

**(2)** Duplicates of your "electronic data" and "media", while stored at a separate premises from where your original "electronic data" and "media" are kept, is $25,000 in any one occurrence.

**(3)** "Computer equipment", "telecommunications equipment", "electronic data" and "media" at a newly acquired premises, is $25,000 in any one occurrence at each newly acquired premises. With respect to insurance provided under this Coverage Extension on newly acquired

premises "computer equipment", "telecommunications equipment", "electronic data" and "media", coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the "computer equipment", "telecommunications equipment", "electronic data" and "media"; or

**(c)** You report the values to us.

**(4)** "Electronic data" and "media" caused by or resulting from "virus", in any one occurrence is $25,000, regardless of the number of premises involved.

**(5)** "Computer equipment", "telecommunications equipment", "electronic data" and "media", at the premises described in the Declarations, in any one occurrence is limit shown in the Advantage Property Schedule.

**(6)** "Laptops and mobile device(s)" limit of insurance, in any one occurrence, is limit shown in the Advantage Property Schedule but no more than $5,000 for any one item ("laptops and mobile device(s)").

**10. Fine Arts At Market Value** is added as follows:

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to "fine arts" that you own or that belongs to others and are in your care, custody or control. The valuation for "fine arts" is based on "market value".

**b.** Any loss or damage must occur at the premises described in the Declarations and be caused by or result from a Covered Cause of Loss.

**c.** The most we will pay for loss or damage under this Coverage Extension is the limit shown in the Advantage Property Schedule.

**11. Outdoor Signs** is added as follows:

**a.** We will pay for loss or damage caused by a Covered Cause of Loss to outdoor signs, whether or not attached to a building, at the premises described in the Declarations:

(1) Owned by you; or

Copy from re:SearchTX

(2) Owned by others in your care, custody or control.

**b.** The provisions of this Coverage Extension supersede all other outdoor signs coverage references in the Building and Personal Property Coverage Form.

**c.** The most we will pay for loss or damage under this Coverage Extension in any one occurrence, is the limit shown in the Advantage Property Schedule.

**12. Spoilage** is added as follows:

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss of or damage to "perishable stock" caused by or resulting from:

(1) Breakdown or Contamination, meaning:

    (a) A change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling, heating, or humidity control apparatus or equipment, but only while such apparatus or equipment is at the described premises; or

    (b) Contamination by the refrigerant resulting from the mechanical breakdown or mechanical failure of refrigerating or cooling equipment at the described premises.

(2) Complete or partial interruption or failure of power or other utility service either on or off the premises described in the Declarations, due to conditions beyond your control.

**b.** We will determine the value of "perishable stock" in the event of loss or damage at:

(1) The selling price, as if no loss or damage had occurred;

(2) Less discounts and expenses that you otherwise would have had.

**c.** We will not pay for loss or damage caused by or resulting from:

(1) The disconnection of any refrigerating, cooling, heating, or humidity control equipment or

systems from the source of power;

(2) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electric power or current or other utility service;

(3) The inability of an electric power company or other utility service to provide sufficient power or service due to lack of fuel or Governmental order;

(4) The inability of a power source or other utility at the premises described in the Declarations to provide sufficient power or service due to lack of generating or operating capacity to meet demand; or

(5) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**d.** Coverage does not include power outage or interruption due to damage to above ground overhead transmission or distribution lines.

**e.** The most we will pay for loss or damage under this Coverage Extension is the limit shown in the Advantage Property Schedule. This insurance is excess over any other applicable spoilage coverage.

**13. Property in the Care, Custody and Control of Salespersons** is added as follows:

**a.** You may extend the insurance that applies to Your Business Personal Property to apply while such property is 1,000 feet or more way from the premises described in the Declarations in the care, custody or control of your direct employee salespersons, or yourself while acting as a salesperson or while in transit in or on a vehicle while away from your premises described in the Declarations.

**b.** The most we will pay for loss or damage in the custody of one covered salesperson, under this Coverage Extension is the limit shown in the Advantage Property Schedule.

**14. Theft Damage to Leased Buildings** is added as follows:

Copy from re:SearchTX

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage caused by theft or attempted theft to:

**(1)** A building the you do not own and that contains Your Business Personal Property; or

**(2)** Personal property not owned by you, within such building, and that is used to maintain or service the building, structure or the premises described in the Declarations.

**b.** This Coverage Extension only applies to a location where you are a tenant and the terms of your lease make you liable for damage caused by theft or attempted theft.

**c.** The most we will pay for loss or damage in any one occurrence is the limit shown in the Advantage Property Schedule.

**E.** When coverage under this endorsement applies, the **Limits Of Insurance** section is deleted and replaced by the following:

**1.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the **Declarations** or the **Advantage Property Schedule** for the applicable coverage.

**2.** The amounts of insurance stated for the following **Additional Coverages** and **Coverage Extensions** apply in accordance with the terms of such coverage. These amounts of insurance are separate from, and in addition to the Limits of Insurance shown in the Declarations for any other coverage. Also, the **Additional Condition, Coinsurance**, does not apply to the following:

**a.** Brands and Labels;

**b.** Expediting Expenses;

**c.** Fire Department Service Charge

**d.** Pollutant Clean Up and Removal

**e.** Fire Protection Equipment Recharge or Refill

**f.** Loss Data Preparation Cost

**g.** Lost Key Consequential Loss

**h.** Money Orders and Counterfeit Paper Currency;

**i.** Money and Securities;

**j.** Reward Payment

**k.** Discharge from Sewers, Drains or Sumps;

**l.** Ordinance or Law - Demolition Costs and Increased Cost of Construction;

**m.** Employee Theft (Including ERISA);

**n.** Forgery or Alteration;

**o.** Accounts Receivable;

**p.** Fine Arts at Market Value;

**q.** Computers, Software and Telephone Systems;

**r.** Outdoor Signs;

**s.** Property in Care, Custody and Control of Salespersons;

**t.** Spoilage.

Payments under the Additional Coverage, Preservation of Property will not increase the applicable Limit of Insurance.

**3.** **Business Personal Property - Seasonal Increase**

**a.** To provide for seasonal variations, the Limit of Insurance for Your Business Personal Property will automatically increase by the percentage shown in the Advantage Property Schedule.

**b.** This increase will apply only if the Limit of Insurance shown for Your Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**(1)** The 12 months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

**F.** The **Deductible** section is amended as follows:

**1.** No deductible applies to the following Additional Coverages or Coverage Extensions:

**a.** Reward Payment

**b.** Fire Protection Equipment Recharge or Refill

**c.** Forgery or Alteration

**d.** Loss Data Preparation Cost

**e.** Lost Key Consequential Loss

**f.** Money Orders and Counterfeit Paper Currency.

Copy from re:SearchTX

**2.** With respect to Money and Securities (Including Unauthorized Business Card Use), Outdoor Signs and Property in the Care, Custody and Control of a Salespersons, a $250 deductible applies.

**3.** With respect to Employee Theft (Including ERISA), a $250 deductible applies, however, this deductible does not apply to loss sustained by any "employee benefit plan(s)".

**4.** Unless otherwise specified in 1., 2. or 3. above, a $500 deductible applies to loss or damage caused by a Covered Cause of Loss to each Additional Coverage or Coverage Extension in this endorsement.

   **a.** If an occurrence is caused by a Covered Cause of Loss and results in the application of one or more Additional Coverages or Coverage Extensions and without involving a loss to a building or business personal property, the deductible will apply once to all covered losses under this endorsement, or;

   **b.** If a Building and/or Business Personal Property loss occurs due to a Covered Cause of Loss and results in a loss to an Additional Coverage or coverage Extension in this endorsement, only the highest deductible amount will apply.

**II. Changes To The Causes Of Loss - Special Form**

   **A.** The **Ordinance Or Law** exclusion in the **Exclusions** section does not apply to the **Additional Coverage, Ordinance Or Law** provision in this endorsement.

   **B.** With respect to the coverage provided by **Coverage Extension, Valuable Papers And Records**, the **Causes of Loss - Special Form** is amended as follows:

   **1.** Section B. Exclusions does not apply to this Coverage Extension, except for the following paragraphs:

      **a.** B.1.c. Governmental Action;

      **b.** B.1.d Nuclear Hazard;

      **c.** B.1.f. War And Military Action;

      **d.** B.2.h. Dishonest or Criminal act (including theft);

      **e.** B.2.i. False Pretense; and

      **f.** B.3., including items 3.a through 3.c

   **2.** The following additional exclusions apply to the Coverage Extension, Valuable Papers And Records:

We will not pay for loss or damage caused by or resulting from:

   **a.** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

      **(1)** Programming errors or faulty machine instructions; or

      **(2)** Faulty installation or maintenance of data processing equipment or component parts;

      But we will pay for direct loss or damage caused by lightning.

   **b.** Errors or omissions in processing or copying. But if errors or omissions in processing or copying result in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion.

   **c.** The Utility Services exclusion in the Exclusions section does not apply to the Additional Coverage, Utility Services - Direct Damage provision in this endorsement.

   **C.** With respect to the Computer and Funds Transfer Fraud, Credit Card Forgery, Credit Card Slip Theft, Disappearance and Destruction, Employee Theft (Including ERISA), Forgery or Alteration, Fraudulent Impersonation, Money Orders and Counterfeit Money, and Money and Securities (Including Unauthorized Business Card Use) provisions in this endorsement, the following additional exclusions apply:

   **1. Acts committed by you, your partners or your members**

      Loss resulting from "theft" or any other dishonest or fraudulent act committed by:
      **a.** You; or

      **b.** Any of your partners or "members";

      Whether acting alone or in collusion with other persons, except while handling money, securities or other property of the "employee benefit plan(s)".

   **2. Acts committed by your employees learned of by you prior to the Policy Period**

      Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any or your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of such "theft" or dishonest act

Copy from re:SearchTX

prior to the Policy Period shown in the Declarations.

**3. Acts Committed by your employees, managers, directors, trustees or representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**a.** Whether acting alone or in collusion with other persons; or

**b.** While performing services for you or otherwise;

Except when covered under Employee Theft (Including ERISA).

**4. Confidential or Personal Information Loss resulting from:**

**a.** The disclosure or use of another person's or organization's confidential or personal information, except as provided n Paragraph b.; or

**b.** The disclosure of your or an "employee benefit plan(s)" participant's confidential or personal information. However, this Paragraph does not apply to loss otherwise covered under this insurance that results directly from the use of your or an "employee benefit plan(s)" participant's confidential or personal information.

For the purposes of this exclusion, confidential or personal information includes, but is not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information, retirement or health savings account information or any other type of nonpublic information.

**5. Data Security Breach**

Fees, costs, fines, penalties and other expenses incurred by you which are related to the access to or disclosure of another person's or organization's confidential or personal information, including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**6. Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this endorsement including, but not limited to, loss resulting from:

**a.** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**b.** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

**c.** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**7. Legal Fees, Costs and Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Employee Theft (Including ERISA).

**8. Virtual Currency**

Loss involving virtual currency of any kind, by whatever name know, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

**D.** With respect to the **Money and Securities (Including Unauthorized Business Card Use)** coverage in this endorsement, the following additional exclusions apply:

**1. Accounting or Arithmetical Errors or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

**2. Exchanges or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**3. Fire**

Loss or damage resulting from fire, however caused, except:

**a.** Loss of or damage to "money" and "securities"; and

**b.** Loss from damage to a safe or vault.

**4. Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**5. Motor Vehicles or Equipment and Accessories**

Loss of or damage to motor vehicles, trailers or semitrailers or equipment and accessories attached to them.

Copy from re:SearchTX

6. **Transfer or Surrender of Property**

  **a.** Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "financial institution premises";

    **(1)** On the basis of unauthorized instructions; or

    **(2)** As a result of a threat including, but not limited to:

      **(a)** A threat to do bodily harm to any person;

      **(b)** A threat to do damage to any property;

      **(c)** A threat to introduce a denial of service attack into any "computer system";

      **(d)** A threat to introduce a virus or other malicious instruction into any "computer system" which is designed to damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system'";

      **(e)** A threat to contaminate, pollute or render substandard your products or goods; or

      **(f)** A threat to disseminate, divulge or utilize:

        **(i)** Your confidential information;

        **(ii)** Confidential or personal information of another person or organization; or

        **(iii)** Weaknesses in the source code within any "computer system".

  **b.** However, this exclusion does not apply under when covered under Money and Securities (Including Unauthorized Business Card Use) to loss of "money" or "securities" while outside the "premises" in the care and custody of a "messenger" if you:

    **(1)** Had no knowledge of any threat at the time the conveyance began; or

    **(2)** Had no knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

7. **Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

8. **Voluntary Parting of Title to or Possession of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**E.** With respect to the **Employee Theft (Including ERISA)** provision in this endorsement, the following additional exclusions apply:

1. **Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

a. An inventory computation; or

b. A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

2. **Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

Except when covered under an "employee benefit plan(s)".

3. **Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

Except when covered under an "employee benefit plan(s)".

**F.** With respect to the **Computer Funds Transfer Fraud** provision in this endorsement, the following additional exclusions apply:

1. **Authorized Access**

Loss resulting from a fraudulent:

a. Entry of "electronic data" or "computer program" into; or

b. Change of "electronic data" or "computer program" within;

Copy from re:SearchTX

Any "computer system" owned, leased or operated by you by a person or organization with authorized access to that "computer system", except when covered under Additional Coverage; Coverage Section, C.20.a.(1)(b).

**2.  Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**3.  Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**4.  Fraudulent Instructions**

Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

a.  Transfer, pay or deliver "money", "securities" or "other property; or

b.  Debit or delete your account;

Which instruction proves to be fraudulent, except when covered under Additional Coverage; Coverage Section, C.20.a.(2).

**5.  Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

a.  An inventory computation; or

b. A profit and loss computation.

**G.**  The **Exclusions** section does not apply to the **Coverage Extension, Accounts Receivable** of this endorsement, except for the following exclusions:

**1.**  Governmental Action;

**2.**  Nuclear Hazard;

**3.**  War And Military Action;

**4.**  Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more;

**5.**  Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**a.**  You do your best to maintain heat in the building or structure; or

**b.**  You drain the equipment and shut off the supply if the heat is not maintained;

**6.**  Dishonest or criminal act by you, any of your partners, "members", officers, "managers", "employees" (including leased "employees"), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**a.**  Acting alone or in collusion with others; or

**b.**  Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your "employees" (including leased "employees"); but theft by "employees" (including leased "employees") is not covered; and

**7.**  We will not pay for loss or damage caused by or resulting from any of the following, a. through c.  But if an excluded cause of loss that is listed in a. through c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.**  Weather conditions.  But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in any of the following exclusions to produce the loss or damage:

**(1)**  Ordinance or Law;

**(2)**  Earth Movement;

**(3)**  Governmental Action;

**(4)**  Nuclear Hazard;

**(5)**  Utility Services;

**(6)**  War And Military Action;

**(7)**  Water; and

**(8)**  "Fungus", Wet Rot, Dry Rot And Bacteria.

**b.**  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.**  Faulty, inadequate or defective:

**(1)**  Planning, zoning, development, surveying, siting;

**(2)**  Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)**  Materials used in repair, construction, renovation or remodeling; or

Copy from re:SearchTX

**(4)** Maintenance; of part or all of any property on or off the premises described in the Declarations.

**H.** The following additional exclusions apply only to the **Accounts Receivable Coverage Extension** in **Section I.** of this endorsement:

We will not pay for:

**1.** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking, or withholding or "money", "securities", or other property.

This exclusion applies only to the extent of the wrongful giving, taking, or withholding.

**2.** Bookkeeping, accounting or billing errors or omissions.

**3.** Electrical or magnetic injury, disturbance, or erasure of electronic recordings that is caused by or results from:

**a.** Programming errors or faulty machine instructions;

**b.** Faulty installation or maintenance of data processing equipment or component parts;

**c.** An occurrence that took place more than 1,000 feet from your "premises"; or

**d.** Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 1,000 feet from your "premises".

**4.** Unauthorized instructions to transfer property to any person or to any place.

**5.** "Loss" or damage that requires any audit of records or any inventory computation to prove its factual existence.

**I.** The following exclusions in the **Exclusions** section do not apply to loss or damage to the **Computers, Software and Telephone Systems Coverage Extension** in **Section I.** of this endorsement:

**1.** Earth Movement;

**2.** Utility Services - Direct Damage;

**3.** Artificially Generated Electricity;

**4.** Mechanical breakdown;

**5.** Dampness or dryness of atmosphere, changes in or extremes of temperature and marring or scratching;

**J.** The following additional exclusions apply only to the **Computers, Software and Telephone**

**Systems Coverage Extension** in Section I. of this endorsement:

We will not cover loss resulting directly or indirectly from:

**1.** Errors, omissions or incorrect instructions in programming or processing "electronic data" and "media". But if errors, omissions or incorrect instructions in programming result in a "Specified Causes of Loss" or mechanical breakdown of "computer equipment", we will pay for the loss or damage caused by that "Specified Cause of Loss" or mechanical breakdown of "computer equipment".

**2.** Errors or deficiency in design, installation, maintenance, repair or modification of your computer system or any computer system or network to which your system is connected or on which your system depends, including "electronic data" and "media".

**3.** Manipulation of your computer system, including "electronic data" and "media", by an "employee", volunteer worker or contractor, for the purpose of diverting "electronic data" and "media" or causing fraudulent or illegal transfer of any property.

**4.** Unauthorized viewing, copying or use of "electronic data" and "media", or any proprietary or confidential information or intellectual property in any form by any person, even if such activity is characterized as theft.

**5.** Unexplained or indeterminable failure, malfunction or slowdown of a computer system, including "electronic data" and "media" or the inability to access or properly manipulate "electronic data" and "media".

**6.** "Virus", except as provided for in Paragraph g.(4) of the Computers, Software and Telephone Systems Coverage Extension in Section I. of this endorsement.

**K.** The Exclusions section does not apply to the **Coverage Extension, Outdoor Signs** of this endorsement, except for the following exclusions:

**1.** Governmental Action;

**2.** Nuclear Hazard;

**3.** War And Military Action;

**4.** Wear and tear;

**5.** Rust, or other corrosion, decay, deterioration, hidden or latent defect or

Copy from re:SearchTX

any quality in property that causes it to damage or destroy itself; and

6. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

L. The following additional exclusions apply only to the **Coverage Extension, Outdoor Signs** of this endorsement:

We will also not pay for loss or damage caused by or resulting from any of the following:

1. Dampness or dryness of atmosphere;

2. Changes in extremes of temperature;

3. Marring or scratching; or

4. Rain, snow, ice or sleet.

M. The special limits in Paragraph 3. of the **Limitations** section are amended as follows:

1. The special limit for theft of furs, fur garments, and garments trimmed in fur is increased from $2,500 to the limit shown in the Advantage Property Schedule.

2. The special limit for theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum, and other precious alloys or metals is increased from $2,500 to the limit shown in the Advantage Property Schedule.

3. The special limit for theft of patterns, dies, molds and forms is increased from $2,500 to the limit shown in the Advantage Property Schedule.

4. The special limit for theft of stamps, tickets, including lottery tickets held for sale, and letters of credit is increased from $250 to the limit shown in the Advantage Property Schedule.

III. **Changes to the Commercial Property Conditions**

A. With respect to this endorsement only, section **G. Other Insurance** of the **Commercial Property Conditions**, is deleted and replaced by the following:

If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance shown on the Advantage Property Schedule.

B. With respect to the **Computer and Funds Transfer Fraud, Credit Card Forgery, Credit Card Slip Theft, Disappearance and**

Destruction, Employee Theft (Including ERISA), Forgery or Alteration, Fraudulent Impersonation, Money Orders and Counterfeit Money and Money and Securities (Including Unauthorized Business Card Use) provisions in this endorsement, the following additional Conditions apply:

1. **Additional Premises or Employees**

If, while this endorsement is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liability of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" is not required, and no additional premium will be charged for the remainder of the Policy Period shown in the Declarations.

2. **Extended Period to Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

a. No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

b. No later than one year from the date of that cancellation with regard to any "employee benefit plan(s)"

3. **Joint Insured**

a. If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

b. If any Insured, or partner, "member", "manager", officer, director or trustee of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

Copy from re:SearchTX

**c.** An "employee" of any Insured is considered to be an "employee" of every Insured.

**d.** If this insurance or any of its coverages are cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

**(1)** No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than one year from the date of that cancellation with regard to any "employee benefit plan(s)"

**e.** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one insured.

**f.** Payment by us to the first Named Insured for loss sustained by any Insured, or payment by us to any "employee benefit plan(s)" for loss sustained by that Plan, shall fully release us on account of such loss.

**4. Loss Sustained During Prior Insurance** Issued by us or any Affiliate

**a.** Loss Sustained Partly During This Insurance and Partly During Prior Insurance.

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

**(1)** Partly during the Policy Period shown in the Declarations; and

**(2)** Partly during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

And this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

**b.** Loss Sustained Entirely During Prior Insurance.

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the Policy Period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(1)** This insurance became effective at the time of cancellation of the prior insurance; and

**(2)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

**c.** In settling loss subject to this Condition under 4.(a) and 4.(b):

**(1)** The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(2)** We will apply the applicable Deductible Amount shown in this endorsement to the amount of loss sustained under this endorsement. If no loss was sustained under this endorsement, we will apply the Deductible Amount shown in this endorsement to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

Copy from re:SearchTX

We will not apply any other Deductible Amount that may have been applicable to the loss.

**5. Loss Sustained During Prior Insurance Not Issued by us or any Affiliate**

a. If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the policy period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance provided:

(1) This insurance became effective at the time of cancellation of the prior insurance; and

(2) The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

b. In settling loss subject to this condition:

(1) The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

(2) We will apply the applicable Deductible Amount shown in this endorsement to the amount of loss sustained under the prior cancelled insurance.

c. The insurance provided under this condition is subject to the following:

(1) If loss covered under this condition is also partially covered under 4. above, the amount recoverable under this condition is part of, not in addition to, the amount recoverable under 4. above.

(2) For loss covered under this condition that is not subject to Paragraph 5.c.1., the amount recoverable under this condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this endorsement and is limited to the lesser of the amount recoverable under:

(a) This endorsement as of its effective date; or

(b) The prior cancelled insurance had it remained in effect.

**6. Ownership of Property; Interests Covered**

The property covered under this insurance is limited to property:

a. That you own or lease;

b. That is held by you in any capacity; or

c. For which you are legally liable, provided you were liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**7. Records**

You must keep records of all property, including but not limited to "money" and "securities" and "other property", under this insurance so we can verify the amount of any loss.

**8. Armored Motor Vehicle Companies**

We will only pay for the amount of loss you cannot recover:

a. Under your contract with the armored motor vehicle company; and

b. From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**C.** With respect to the **Employee Theft (Including ERISA)** provision in this endorsement, the following additional **Conditions** apply:

**1. Employee Benefit Plans**

The "employee benefit plan(s)" (hereinafter referred to as Plan) are included as Insureds under this endorsement, subject to the following:

a. If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator is responsible for selecting a Limit of Insurance for this provision that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required under ERISA as if each Plan were separately insured.

b. If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

Copy from re:SearchTX

**c.** If two or more Plans are insured under this insurance, any payment we make for loss:

**(1)** Sustained by two or more Plans; or

**(2)** Of commingled "money", "securities" or "other property" of two or more Plans;

Resulting directly from an "occurrence", will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required under ERISA for each Plan bears to the total of those limits.

**2. Termination as to any Employee**

The coverage provided under Employee Theft (Including ERISA) terminates as to any "employee":

**a.** As soon as:

**(1)** You; or

**(2)** Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee":

Learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you; or

**b.** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**D.** With respect to the **Credit Card Forgery, Forgery or Alteration and Fraudulent Impersonation** provisions in this endorsement, the following additional Conditions apply:

**1. Electronic and Mechanical Signatures**

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

**2. Proof of Loss**

You must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**IV. Definitions**

**A.** **"Client or Virtual Office Premises"** means the interior of that portion of any building occupied by an "employee", including:

**1.** An "employee's" residence; or

**2.** A client's business location.

Client or virtual office premises does not include any location that is described in the Declarations or reported to or accepted by us for coverage under this endorsement.

**B.** **"Computer Equipment"** means:

**1.** Computer "hardware" and related component parts capable of accepting information, processing it according to instructions and producing the results in a desired form.

Component parts include but are not limited to modems, printers, keyboards and scanners.

**2.** Computer control systems including uninterruptible power supply systems, line conditioner and voltage regulator, and

However, "computer equipment" does not include "telecommunications equipment", air conditioning equipment, fire protection equipment, or web site servers.

**C.** **"Computer Programs"** mean a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

Computer programs, as in the definition of "electronic data", mean a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. Computer programs do not mean your "stock" of prepackaged software.

**D.** **"Computer System"** means:

**1.** Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components.

**2.** Systems and applications software; and

**3.** Related communications networks;

By which "electronic data" is collected, transmitted, processed, stored or retrieved.

**E.** **"Counterfeit money"** means an imitation of "money" which is intended to deceive and to be taken as genuine.

Copy from re:SearchTX

**F. "Customer"** means an entity or individual to whom you sell goods or provide services under a written contract.

**G. "Discover"** or **"discovered"** means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount of details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

**H. "Electronic data"**, , means information, facts, images, sounds or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on "media". "Electronic data" does not mean that which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security systems.

**I. "Eligible person"** means that person designated by a law enforcement agency as being the first to voluntarily provide the information leading to the recovery of stolen Covered Property or the arrest and conviction of any person or persons committing a crime resulting in a covered loss, and who is not:

1. You;

2. Your partner, an officer or an employee or any family "members" thereof;

3. An employee of a law enforcement agency;

4. An employee of a business engaged in property protection;

5. A person who had custody of the Covered Property at the time the theft was committed; or

6. A person involved in the crime.

**J. "Employee"** or **"Employees"** as respects the coverage provided for Computer and Funds Transfer Fraud; Credit Card Forgery and Credit Card Slip Theft, Disappearance or Destruction and Fraudulent Impersonation only means:

1. Any natural person(s):

   a. While in your service or for 30 days after termination of service, immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

   b. Whom you compensate directly by salary, wages or commissions; and

   c. Whom you have the right to direct and control while performing services for you;

2. Any natural person(s) who is furnished temporarily to you:

   a. To substitute for a permanent "employee" as defined in Paragraph J.(1), who is on leave; or

   b. To meet seasonal or short term work load conditions;

   while that person is subject to your direction and control and performing services for you;

3. Any natural person(s) who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph J.(2) above;

4. Any natural person(s) who is:

   a. A trustee, officer, employee, administrator or "manager", except an administrator or "manager" who is an independent contractor, of any "employee benefit plan(s)" insured under this policy; and

   b. Your director or trustee while that person is handling "money", "securities" or "other property" of any "employee benefit plan(s)".

5. Any natural person(s) who is a former "employee", partner, "member", "manager", director or trustee retained as a consultant while performing services for you; or

6. Any natural person(s) who is a guest student or intern pursuing studies or duties.

7. Any natural person(s) employed by an entity merges or consolidated with you prior to the effective date of this insurance; and

8. Any natural person(s) who is your "manager", director or trustee while:

   a. Performing acts within the scope of the usual duties of an "employee;" or

   b. Acting as a "member" of any committee duly elected or appointed by resolution of your board of directors or board of trustees to

Copy from re:SearchTX

perform specific, as distinguished from general, directorial acts on your behalf.

**9.** "Employee" or "Employees" does not mean:

    **a.** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**K.** **"Employee"** or **"Employees"** as respects the coverage provided for the Additional Coverage, Employee Theft (Including ERISA) only, means:

    **1.** Any natural person(s):

        **a.** While in your service (and for 30 days after termination of service); and

        **b.** Whom you compensate directly by salary, wages or commissions; and

        **c.** Whom you have the right to direct and control while performing services for you; or

    **2.** Any natural person(s) employed by an employment contractor while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises"; or

    **3.** Any natural person(s) who is:

        **a.** A trustee, officer, "employee", administrator or "manager", except an administrator or "manager" who is an independent contractor, of any "employee benefit plan(s)"; and

        **b.** A director or trustee of yours while that person is engaged in handling "money", "securities" or "other property" of any "employee benefit plan(s)".

But "employee" or "employees" does not mean any:

**1.** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**2.** Director or trustee except while performing acts coming within the scope of the usual duties of an "employee".

**L.** **"Employee benefit plan(s)"** means any welfare or pension benefit plan that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**M.** "**Financial Institution**" means a bank, savings bank, savings and loan association, trust company, credit union or similar depository institution.

**N.** "**Financial Institution Premises**" means the interior of that portion of any building occupied by a "financial institution".

**O.** **"Fine Arts"** means antiques, rare articles and other works of art, including paintings, etchings, drawings, pictures, tapestries, art glass windows, valuable rugs, sculptures, statuary, marbles, bronzes, porcelains and bric-a-brac and similar property or rarity, historical value or artistic merit that is not your "stock".

**P.** **"Forgery"** means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity for any purpose.

**Q.** **"Fraudulent instruction"** means:

    **1.** An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

    **2.** A written instruction issued by you, which was forged or altered by someone other than you without your knowledge or consent, or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

    **3.** An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

**R.** **"Hardware"** means an assemblage of electronic machine components capable of accepting instructions and information, according to the instructions, and producing desired results.

**S.** **"Laptops and Mobile Device(s)"** means "computer equipment" and accessories that are designed to function with it that can easily be carried and operated without wire and is designed to be used at more than one location.

**T.** **"Loss"** as respects the coverage provided for in the Accounts Receivable Coverage

Copy from re:SearchTX

Extension only, means accidental loss or damage.

**U.** "**Manager**" or "**Managers**" mean a natural person(s) serving in a directorial capacity for a limited liability company.

**V.** "**Market value**" means the price which the property might be expected to realize if offered for sale in a fair market.

**W.** "**Member**" or "**Members**" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

**X.** "**Messenger**" means you, any of your partners or any "employee" while having care and custody of the property outside the "premises".

**Y.** "**Money**" means:

**1.** Currency, coins and bank notes in current use and having a face value; and

**2.** Traveler's checks and money orders held for sale to the public; and

**3.** Deposits in your account at any "financial institution."

**Z.** "**Occurrence**", as respects the coverage provided for in:

**1.** Employee Theft (including ERISA), means:

**a.** An individual act;

**b.** The combined total of all separate acts whether or not related; or

**c.** A series of acts whether or not related;

Committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under the Additional Conditions Loss Sustained During Prior Insurance Issued by us or any Affiliate or Loss Sustained During Prior Insurance Not Issued by us or any Affiliate.

**2.** Forgery or Alteration, means:

**a.** An individual act;

**b.** The combined total of all separate acts whether or not related; or

**c.** A series of acts whether or not related;

Committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under the Additional Conditions Loss Sustained During Prior Insurance Issued by us or any Affiliate or

Loss Sustained During Prior Insurance Not Issued by us or any Affiliate.

**3.** Money Orders and Counterfeit Money, Money and Securities (Including Unauthorized Credit Card Use) and Fraudulent Impersonation, means:

**a.** An individual act or event;

**b.** The combined total of all separate acts or events whether or not related; or

**c.** A series of acts or events whether or not related;

Committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under the Additional Conditions Loss Sustained During Prior Insurance Issued by us or any Affiliate or Loss Sustained During Prior Insurance Not Issued by us or any Affiliate.

**AA.** "**Operations**" means your business activities occurring at the premises described in the Declarations; and the tenantability of the insured locations.

**AB.** "**Other property**", means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property specifically excluded under this policy with the following exception:

As respects the coverage provided for in Employee Theft (including ERISA), Forgery or Alteration (Including Credit Card Forgery), Money Orders and Counterfeit Money and Money and Securities (Including Unauthorized Business Card Use), means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded.

**AC.** "**Perishable stock**" means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

**AD.** "**Personal property of others**" means personal property that you do not own. It does not include:

**1.** Personal property that belongs to you, your officers, your partners or "members", your "managers" or your employee(s); or

**2.** Business personal property leased from others.

**AE.** "**Premises**", as respects the coverage provided for the Accounts Receivable, Forgery or Alteration (Including Credit Card

Copy from re:SearchTX

Forgery), Credit Card Slip Theft Disappearance or Destruction, Computer And Funds Transfer Fraud, and Money and Securities (Including Unauthorized Business Card Use), means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

**AF. "Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or "other property" and includes:

1. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) whether or not in current use; and

2. Evidences of debt issued in connection with credit or charge cards, which are not of your own issue; but does not include "money".

**AG. "Stock"** means merchandise held in storage or for sale, raw materials and in process or finished goods, including supplies used in their packing or shipping.

**AH. "Telecommunications Equipment"** means telephones, telephone switchgear (including PBX systems), facsimile transmission equipment, video conferencing equipment, and other related telephone equipment and component parts whose function is the transmission of communications (including computers dedicated to voice mail).

**AI. "Theft"** means the unlawful taking of property to the deprivation of the Insured.

**AJ. "Transfer Account"** means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities":

1. By means of computer, telefacsimile, telephone or other electronic instructions; or

2. By means of written instructions (other than those covered under Forgery or Alteration) establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds system.

**AK. "Transfer instruction"** means an instruction directing you to transfer "money", "securities" or "other property".

**AL "Vendor"** means an entity or individual from whom you purchase goods or receive services under a written contract.

**AM. "Virus"** means any acts by persons, other than an employee(s), involving any of the following:

1. Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems; or

2. Unauthorized computer code or program that:

   **a.** Deletes, distorts, corrupts or manipulates computer programs, content, instructions or other electronic or digital data, or otherwise results in damage to computers or computer systems or networks to which it is introduced;

   **b.** Replicates itself, impairing the performance of computers or computer systems or networks; or

   **c.** Gains remote control access to data and programming within computers or computer systems or networks to which it is introduced, for users other than those intended for authorized users of the computers or computer systems or networks.

Copy from re:SearchTX

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY**

**A.** The exclusion set forth in Paragraph **B.** below applies to all coverage under all forms and endorsements that comprise this Coverage Part or this Policy, including but not limited to forms or endorsements that cover loss of or damage to buildings or business personal property, forms or endorsements that cover business income, extra expense or action of civil authority, and any Additional Coverages or Coverage Extensions in this Coverage Part, this Policy or Endorsement(s) attached to this Coverage Part or Policy.

**B.** The following exclusion is added to the Commercial Property Coverage Part or Policy:

We will not pay for loss, damage, costs, or expenses caused directly or indirectly by a "Cyber Incident" as defined herein. Such loss, damage, cost or expense is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, costs, or expenses.

**C. Exceptions And Limitations**

**1. Privacy Breach Expense Coverage Insurance**

If the Privacy Breach Expense Coverage Insurance endorsement is attached and part of this Coverage Part or this Policy, the exclusion in Paragraph **B.** above does not apply to the extent that coverage is provided in the Privacy Breach Expense Coverage Insurance endorsement.

**2. Fire Or Explosion**

If a "Cyber Incident" results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion, subject to all applicable terms and conditions of this Coverage Part or this Policy.

**3. Additional Coverages and Coverage Extensions**

**a.** The exclusion in Paragraph **B.** above does not apply to the extent that coverage is provided in the following Additional Coverages and Coverage Extensions:

**(1)** Electronic Data and Electronic Processing Hardware, Electronic Data and Media;

**(2)** Computers, Software and Telephone Systems;

**(3)** Computer Equipment Including Electronic Data; or

**(4)** Interruption Of Computer Operations.

**b.** The most we will pay for loss, damage, costs or expenses under **C.3.a.** above caused by any "Cyber Incident(s)" that occur during the policy term is an annual aggregate limit of $25,000. This is the most we will pay in any one policy term regardless of the number of "Cyber Incident(s)" that may occur during the policy term or the number of Additional Coverages or Coverage Extensions where coverage may apply.

This limit supersedes and replaces the limit shown in the Declarations or any Property Schedule within this Coverage Part or Policy for the Additional Coverages and Coverage Extensions.

This limit is part of, and not in addition to, the limit shown in the Declarations or any Property Schedule within this Coverage Part or this Policy for the Additional Coverages and Coverage Extensions.

However, the exception(s) in **C.1.** and **C.3.a.** above do not apply if such coverage is not included or attached in this Coverage Part, this Policy or Endorsement(s) or such coverage is excluded under any other part of this Coverage Part, Policy or Endorsement(s).

**D. Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under this Coverage Part or this Policy and if applicable to the premises described in the Declarations:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Copy from re:SearchTX

Vandalism does not include a "Cyber Incident" as described in Paragraph **B.** of this Exclusion.

**E.** **Definitions** is amended to add the following:

"Cyber Incident" means:

**1.** Unauthorized access to or use of any computer system (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, uploaded, downloaded, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**F.** The terms of the exclusion in Paragraph **B.** of this Exclusion, or the inapplicability of this Exclusion to particular loss, damage, costs, or expenses do not serve to create coverage for any loss, damage, cost or expense that would otherwise not be covered under this Coverage Part or Policy to which this Exclusion is attached.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
CL CP 99 16 07 21

Copy from re:SearchTX

# COMMERCIAL PROPERTY COVERAGE PART
# MULTISTATE REVISION OF FORMS AND
# ENDORSEMENTS ADVISORY
# NOTICE TO POLICYHOLDERS

This is a summary of the major changes in your Commercial Property insurance. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THIS POLICY SHALL PREVAIL.**

The areas within the policy that broaden or reduce coverage, and other changes, are highlighted below. This notice does not reference every editorial change made in your policy.

The material in this notice makes reference to form and endorsement numbers; **however, not all forms and endorsements may be included in your policy.**

## COVERAGE FORMS, CAUSES OF LOSS FORMS AND RELATED ENDORSEMENTS

1. **Broadenings In Coverage**

   - **Debris Removal (CP 00 10, CP 00 17, CP 00 18)**

     The additional Limit of Insurance for debris removal expense is increased from $10,000 to $25,000. (That additional limit may apply when basic coverage for debris removal expense is exhausted or inapplicable.)

     Further, coverage for debris removal is expanded to include the expense of removing debris of certain property of others. The total expense for all debris removal is subject to the limitations stated in the policy concerning amount of coverage, including the aforementioned additional Limit of Insurance. However, when no Covered Property sustains direct physical loss or damage, coverage for the removal of debris of others' property is limited to $5,000.

     The Outdoor Property Coverage Extension is revised to include debris removal expense for trees, shrubs and plants that are the property of others, except trees, shrubs and plants owned by the landlord of an insured tenant.

   - **Extended Business Income, Extended Period Of Indemnity (CP 00 30)**
     The number of days' coverage under the Extended Business Income provision is increased from 30 to 60 days. Accordingly, the Extended Period Of Indemnity option, if applicable, is revised to begin after 60 days.

   - **Coverage Radius For Business Personal Property And Personal Property Of Others  (CP 00 10, CP 00 18)**
     These forms are revised to extend coverage for business personal property and personal property of others to such property when located within 100 feet of the building or 100 feet of the described premises, whichever distance is greater.

   - **Property In Storage Units (CP 00 10, CP 00 17, CP 00 18)**
     A Coverage Extension for Business Personal Property Temporarily In Portable Storage Units is introduced. Under this Coverage Extension, a 90-day coverage period is provided for business personal property temporarily stored in a portable storage unit located within 100 feet of the described premises, subject to a

Copy from re:SearchTX

sub-limit of $10,000 regardless of the number of storage units.

- **Entrusted Property (CP 10 30)**
  In the Causes Of Loss – Special Form **CP 10 30,** the exclusion of dishonest or criminal acts is revised to distinguish between those who have a role in the insured's business (partners, managers, employees, etc.) and others to whom property may be entrusted (a category that includes tenants and bailees, for example). With respect to the latter category, the exclusion is narrowed to apply only to theft. Further, the exception to the exclusion (which enables coverage for acts of destruction) is revised to extend applicability to authorized representatives.

- **Vegetated Roofs (CP 00 10, CP 00 17, CP 10 10, CP 10 20, CP 10 30)**
  Property Not Covered is revised to make an exception for lawns, trees, shrubs and plants which are part of a vegetated roof, thereby treating such property as an insured part of the building, so that an existing vegetative roof can be replaced with like kind in the event of a loss, subject to policy terms and certain limitations. Accordingly, lawns, trees, shrubs and plants which are part of a vegetated roof are no longer covered under the more limited Outdoor Property Coverage Extension.

- **Electronic Data In Building Equipment (CP 00 10, CP 00 17, CP 00 18, CP 00 30)**
  The property damage and related Coverage Forms **(CP 00 10, CP 00 17, CP 00 18)** are revised to remove the $2,500 limitation on electronic data with respect to loss or damage to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system. Coverage for such electronic data will be considered part of the coverage on the building. Further, under property damage forms, the $2,500 limitation will no longer apply to stock of prepackaged software. Coverage for prepackaged software will be subject to the Limit of Insurance otherwise applicable to such personal property.

  The business interruption Coverage Form **(CP 00 30)** is revised so that the $2,500 limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system. A business interruption caused by loss or damage to such electronic data will be subject to the coverage otherwise applicable to a covered business interruption.

- **Specified Causes Of Loss – Water Damage (CP 10 30)**
  Coverage for water damage under the definition of "specified causes of loss" is expanded to include accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of certain off-premises systems due to wear and tear.

## 2. Reduction Of Coverage

- **Newly Acquired Property (CP 00 10, CP 00 17, CP 00 18)**
  Under the Newly Acquired Property Extension, the provision which extends an additional Limit of Insurance to newly acquired business personal property at the described premises is removed. There is no change to the coverage for newly acquired business personal property at newly acquired locations or at newly constructed or acquired buildings at the described location.

## 3. Other Changes

- **Earth Movement (CP 10 10, CP 10 20, CP 10 30)**
  The Earth Movement Exclusion now makes explicit reference to earth movement caused by an act of nature or otherwise caused. In addition, the term earthquake now incorporates tremors and aftershocks. With respect to coverage for Volcanic Action (which is a limited exception to the exclusion of volcanic eruption), all such eruptions that occur within any 168-hour period constitute a single occurrence.

- **Fire Department Service Charge (CP 00 10, CP 00 17, CP 00 18)**

Copy from re:SearchTX

ADVANTAGE
COMMERCIAL PROPERTY
CL PN 50 10 09 15

The Fire Department Service Charge Coverage is revised to specify that the amount of such coverage ($1,000 or a designated higher limit) applies to each premises described in the Declarations. Further, the language of the coverage provision is revised to make it explicit that the designated limit applies regardless of the number of responders or the number or type of services performed.

- **Business Personal Property And Personal Property Of Others In Described Structures (CP 00 10, CP 00 17, CP 00 18)**
  The coverage provisions for Your Business Personal Property and Personal Property Of Others are revised to make it explicit that such property is covered when located in the building or structure described in the Declarations.

- **Coverage Radius With Respect To Business Interruption (CP 00 30)**
  In part, the coverage criteria for business interruption coverage relate to loss or damage to personal property in the open or in a vehicle within a certain distance from the described premises. The language relating to the coverage radius is revised to achieve more similarity between the radius outlined for insureds who are occupants of the entire premises and those who occupy only a part of the premises, and to use terminology similar to that used in property damage forms.

- **Water Exclusion (CP 10 10, CP 10 20, CP 10 30)**
  The Water Exclusion provided by Endorsement **CP 10 32** is incorporated into the aforementioned forms. As a result, Endorsement **CP 10 32** is no longer added to the policy.

- **Ordinance Or Law Exclusion (CP 00 10, CP 00 17, CP 00 18, CP 00 30, CP 10 10, CP 10 20, CP 10 30)**
  The language of the Ordinance Or Law Exclusion, which relates to enforcement of an ordinance or law, is revised to also refer to compliance with an ordinance or law.

  Similar references are revised in the policy's Increased Cost Of Construction (ICC) Additional Coverage, Loss Payment and Valuation Conditions, and Replacement Cost Optional Coverage, and in the Period of Restoration definition in the business interruption forms. Further, the ICC coverage grant is revised to explicitly refer to compliance with the minimum standards of an ordinance or law.

- **Risk Of Loss (CP 10 30)**
  The term "risk of" is removed from the provisions related to insured perils in the  Causes Of Loss – Special Form **CP 10 30.**

- **Miscellaneous Changes**
  Editorial changes were made to various forms. The revisions are summarized below:

  - Condominium Association Coverage Form **CP 00 17** is revised to include a definition of "stock", which is "merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping".

  - Causes Of Loss – Basic Form **CP 10 10** and Causes Of Loss – Broad Form **CP 10 20** are revised to specify that words and phrases which appear in quotation marks have special meaning and to refer to the Definitions section.

## OTHER ENDORSEMENTS

1. **Broadenings In Coverage**

   - **Increase In Rebuilding Expenses Following Disaster (Additional Expense Coverage On Annual  Aggregate Basis) Endorsement CP 04 09**

Copy from re:SearchTX

ADVANTAGE
COMMERCIAL PROPERTY
CL PN 50 10 09 15

This new endorsement provides limited coverage for the situation in which the cost of repair/replacement of property exceeds the Limit of Insurance due to increases in the cost of labor and/or materials following a disaster.

- **Dependent Properties – Business Interruption (CP 15 01, CP 15 08, CP 15 09,)**
  Under the following revised endorsements, secondary contributing locations and secondary recipient locations are covered if so indicated in the Schedule of the endorsement. Such locations are defined in the endorsement.

  - **CP 15 01** – Business Income From Dependent Properties – Limited International Coverage
  - **CP 15 08** – Business Income From Dependent Properties – Broad Form
  - **CP 15 09** – Business Income From Dependent Properties – Limited Form

- **Flood Coverage Endorsement CP 10 65**
  Under the Flood Coverage Endorsement, there is no coverage for loss resulting from a flood which begins before or within 72 hours after the inception date of the endorsement. This endorsement is revised to provide that the aforementioned 72-hour waiting period will not apply when the prior policy included flood coverage and the policy periods are consecutive without a break in coverage. Further, the similar 72-hour waiting period for an increase in the Limit of Insurance will not apply to an increase executed at the time of renewal.

  Also, this endorsement is revised to add drains and sumps to the provision which covers back-up and overflow from a sewer when such discharge occurs within 72 hours after a flood recedes.

- **Theft Of Building Materials And Supplies (Other Than Builders Risk) Endorsement CP 10 44**
  This new endorsement extends coverage to encompass theft of building materials and supplies that are located on or within 100 feet of the premises when such property is intended to become a permanent part of the building or structure.

- **Condominium Commercial Unit-owners Optional Coverages Endorsement CP 04 18**
  This endorsement is revised to provide the means for selecting a limitation (sub-limit) over $1,000 for assessments that result from a deductible in the insurance purchased by the condominium association. Coverage is broadened if a sub-limit over $1,000 is entered in the Schedule of the endorsement.

- **Utility Services – Time Element Endorsement CP 15 45**
  This endorsement is revised to provide the means to select a new category of utility service: wastewater removal property. With respect to the coverage provided under this endorsement, wastewater removal property is a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water.

- **Food Contamination (Business Interruption And Extra Expense) Endorsement CP 15 05**
  This new endorsement covers certain extra expenses and business income losses arising out of food contamination. Separate limits apply to advertising expense and all other coverages under the endorsement. These limits apply on an annual aggregate basis.

- **Specified Property Away From Premises Endorsement CP 04 04**
  This new endorsement provides coverage for business personal property temporarily away from the described premises in the course of daily business activities, while in the care, custody or control of the insured or an employee of the insured.

2. **Reduction Of Coverage**

- **Deductibles By Location Endorsement CP 03 29**
  This new endorsement provides for selected deductibles to apply at each designated building or

Copy from re:SearchTX

designated location that has sustained loss or damage. Thus, under this endorsement, multiple deductibles would apply in the event of an occurrence that affects multiple buildings or locations. Under the prior policy, the applicable deductible applied once per occurrence regardless of the number of buildings or locations involved in the loss occurrence (except with respect to special deductibles such as wind or earthquake percentage deductibles, if any).

- **Limitations On Coverage For Roof Surfacing Endorsement CP 10 36**
  This new endorsement includes provisions for covering roof surfacing at actual cash value on a building otherwise subject to replacement cost valuation, and for excluding cosmetic damage by wind to roof surfacing. One or both of these limitations may be indicated on the Schedule of the endorsement.

3. **Other Changes**

- **Outdoor Trees, Shrubs And Plants Endorsement CP 14 30**
  This endorsement is revised to specify that the applicable Limit of Insurance for loss or damage to outdoor trees, shrubs and plants includes debris removal expense. Accordingly, the endorsement states that the Outdoor Property Coverage Extension and Debris Removal Additional Coverage do not apply to property covered under **CP 14 30;** such provision avoids duplication of coverage.

- **Flood Coverage Schedule CP DS 65**
  The Flood Coverage Schedule is revised so that the Underlying Insurance Waiver can be made applicable by location. The Underlying Insurance Waiver is a provision in Flood Coverage Endorsement **CP 10 65;** the waiver applies to a location only if so indicated in the Flood Coverage Schedule.

- **Exclusion Of Loss Due To By-products Of Production Or Processing Operations (Rental Properties) Endorsement CP 10 34**
  This new endorsement, which applies to policies issued to owners and tenants of rental premises, reinforces that property damage and business interruption coverages do not apply to loss or damage to the described premises caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the rental units identified in the Schedule of the endorsement. But loss or damage by fire or explosion that results from the release of a byproduct of the production or processing operation is not excluded.

- **Utility Services – Overhead Transmission Lines (CP 04 17, CP 15 45)**
  Endorsements **CP 04 17** Utility Services – Direct Damage and **CP 15 45** Utility Services – Time Element are revised to make it explicit that transmission lines include all lines which serve in the transmission of power or communication service, including lines which may be identified as distribution lines.

- **Ordinance Or Law Coverage (CP 04 38, )**
  The coverage grant of Endorsement CP 04 38 Functional Building Valuation is revised to remove reference to enforcement of an ordinance or law, in favor of referring to a requirement to comply with an ordinance or law.

- **Building Glass – Tenant's Policy Endorsement CP 14 70**
  This endorsement is revised to add a line item for a deductible in the Schedule of the endorsement. A deductible will apply to building glass coverage only if a deductible amount is entered in the Schedule..

- **Theft Exclusion Endorsement CP 10 33**
  This endorsement is revised to include a Schedule to facilitate display of the location(s) to which the exclusion applies.

- **Dependent Properties – Business Interruption (CP 15 01, CP 15 08, CP 15 09,)**
  The definition of dependent property excludes various utility providers; the list of utilities is updated to make reference to wastewater removal services. With respect to business interruption coverage, loss caused by

Copy from re:SearchTX

interruption in utility service is addressed in Endorsement **CP 15 45.** Refer to the item titled Utility Services – Time Element Endorsement **CP 15 45.**

- **Payroll Limitation Or Exclusion Endorsement CP 15 10**
  This endorsement is revised to provide the means to limit or exclude coverage for the payroll expense of any category of employee or individual employee. Since applicability of the endorsement will no longer be restricted to nonmanagerial employees, the term "ordinary payroll expense" and its definition are removed from the endorsement. In addition, the title of the endorsement is revised to remove the word "Ordinary".

- **Earthquake Sprinkler Leakage Deductible CP 10 40**
  Earthquake And Volcanic Eruption Endorsement and **CP 10 45** Earthquake And Volcanic Eruption Endorsement (Sub-Limit Form) are revised to specify that the Earthquake percentage deductible does not apply when Earthquake Coverage is limited only to Earthquake Sprinkler Leakage (EQSL) Coverage. Instead, the deductible for Fire Coverage applies to EQSL Coverage.

- **Protective Safeguards**
  Endorsement **CP 04 11** Protective Safeguards replaces **IL 04 15** Protective Safeguards. The new endorsement contains the same provisions as **IL 04 15** and adds a symbol and description to recognize hood-and-duct fire extinguishing systems.

- **Increased Cost Of Loss And Related Expenses For Green Upgrades Endorsement CP 04 02**
  The Schedule of this endorsement is revised to facilitate identification of personal property (when not all personal property is to be covered for Green Upgrades) and to facilitate the entry of different percentage selections for the building and personal property.

  Subparagraphs **A.1.a.** and **A.1.b.** are revised to simplify the calculation described therein, with no change in the outcome. Subparagraph **A.1.d.** is added to explicitly address the situation in which the property loss is less than the deductible.

  The provisions of former Paragraph **A.9.,** concerning vegetated roofs, are incorporated into the underlying policy forms, as discussed in the item titled Vegetated Roofs.

- **Windstorm Or Hail Percentage Deductible Endorsement CP 03 21**
  Paragraph **D.1.** of this endorsement is editorially revised.

---

## CHANGES TO PROPRIETARY ENDORSEMENTS

---

**Enhancements and Endorsements being withdrawn**

**Valuation Limitation - Actual Cash Value for Roofs CW 26 92**
- o   ISO form CP 10 36 - Limitations on Coverage for Roof Surfacing - will now  apply.

**Exclusion - Cosmetic Damage to Roof Coverings Caused by Hail CW 26 98**
- o   ISO form CP 10 36 - Limitations on Coverage for Roof Surfacing - will now apply

**Advantage Restaurant Property Endorsement  CL CP 04 60**
- o   Coverage have been incorporated into Form CL CP 04 58 Advantage Property Endorsement

**Advantage Health Care Services Expanded BII and EE Endorsement CL CP 04 65**
- o   Replaced with Form CL CP 01 47 Advantage Business Income Endorsement

**New Enhancement and Endorsements being introduced**

Copy from re:SearchTX

Waiver of Coinsurance CL CP 01 44
Advantage Foundations, Underground Pipes, Flues and Drains Endorsement CL CP 01 45
Advantage Business Income and Extra Expense Endorsement CL CP 01 47
Additional Insured Provisions Property Coverage  CW 23 61

**Other Form Changes**

1. **Broadenings in Coverage**

   **Advantage Property Endorsement CL CP 04 58**

   o  "Back up of Sewer, Drain or Sump" label has changed to "Discharge from Sewer, Drain or Sump"
   o  Business Personal Property - Seasonal Increase Percentage is amended from 25% to 35%.
   o  Computer Fraud coverage is added at a limit of $25,000.
   o  "Laptop" under Computers, Software and Telephone Systems now include "Mobile Device(s)".
   o  Laptops and Mobile Device(s) limit is increased from a $3,500 any one item to $5,000 any one item.
   o  Credit Card Forgery coverage is added at a limit of $10,000.
   o  Credit Card Slip Theft, Disappearance or Destruction coverage is added at a limit of $10,000.
   o  Leasehold Interest - Improvements and Betterments coverage is added at a limit of $25,000.
   o  Loss Data Preparation Cost coverage is added at a limit of $10,000.
   o  Money and Securities Inside the "premises" or a "banking premises" limit is increased from $10,000 to $25,000.
   o  Money and Securities while in the care and custody of a "messenger" limit is increased from $5,000 to $25,000.
   o  Theft Damage to Leased Building coverage is added at a limit of $5,000.
   o  Unauthorized Business Card Use coverage is added at a limit of $5,000.


   **Equipment Breakdown Coverage Endorsement CL CP 00 04**

   **Equipment Breakdown Deductible and Limits Exceptions Schedule CL CP 00 12**

   o  Service Interruption extension is added if business income coverage exists on your policy.  A $250,000 limitation no longer applies.
   o  Valuable Papers and Records – Cost to Research Valuable Papers and Records (other than electronic data) is added.
   o  Environmental, Safety and Efficiency Improvements – coverage is increased from 125% to 150% of what the cost would have been to repair or replace with like kind and quality.
   o  Green Environmental and Efficiency Improvements – coverage is added for repair or replacement of defined green items when loss or damage occurs due to equipment breakdown.

2. **Other Changes**

   **Advantage Hotel and Motel Property Endorsement CL CP 04 59**
   o  Computer Fraud, Credit Card Forgery and Credit Card Slip Theft, Disappearance or Destruction coverage was deleted from this endorsement and added to CL CP 04 58 Advantage Property Endorsement. No coverage reduction.

Copy from re:SearchTX

3. **The following endorsements are revised for editorial clarifications. Not all forms may be applicable to your policy.**

Advantage Business Income (And Extra Expense) Actual Loss Sustained CL CP 01 29
Advantage Restaurant Food Contamination CL CP 04 61
Advantage Restaurant Business Income From Dependent Properties CL CP 04 62
Advantage Cameras and Related Equipment CL CP 04 66
Advantage Property Endorsement - Vermont Amendatory Endorsement CL CP 01 40
Advantage Property Endorsement - New York Amendatory Endorsement CL CP 01 42
New Hampshire Equipment Breakdown Deductible & Limit Schedule CL CP 45 10

Copy from re:SearchTX

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

© Insurance Services Office, Inc., 2011

Copy from re:SearchTX

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

Copy from re:SearchTX

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Copy from re:SearchTX

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 – $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |
| ($10,000 is 20% of $50,000.) | | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 – $500) | |
| Debris Removal Expense: | $ | 40,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

Copy from re:SearchTX

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

Copy from re:SearchTX

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

Copy from re:SearchTX

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

Copy from re:SearchTX

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Copy from re:SearchTX

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit;

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

Copy from re:SearchTX

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $     250 |
| Limit of Insurance – Building 1: | $   60,000 |
| Limit of Insurance – Building 2: | $   80,000 |
| Loss to Building 1: | $   60,100 |
| Loss to Building 2: | $   90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$   60,100
–      250
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $   70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $   90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $   60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $   80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

Copy from re:SearchTX

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

Copy from re:SearchTX

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

   © Insurance Services Office, Inc., 2011

Copy from re:SearchTX

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $  40,000 |

Step **(1)**: $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 ÷ $200,000 = .50

Step **(3)**: $40,000 x .50 = $20,000

Step **(4)**: $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $  40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

Copy from re:SearchTX

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When:  The value of the property is:

| | |
|---|---:|
| Building at Location 1: | $  75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $  75,000 |
| | $ 250,000 |

| | |
|---|---:|
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| The Deductible is: | $    1,000 |

The amount of loss is:

| | |
|---|---:|
| Building at Location 2: | $  30,000 |
| Personal Property at Location 2: | $  20,000 |
| | $  50,000 |

Step **(1):**  $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):**  $180,000 ÷ $225,000 = .80

Step **(3):**  $50,000 x .80 = $40,000

Step **(4):**  $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

Copy from re:SearchTX

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | The applicable Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

Copy from re:SearchTX

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copy from re:SearchTX

**COMMERCIAL PROPERTY**
**CP 00 30 10 12**

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

Copy from re:SearchTX

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

© Insurance Services Office, Inc., 2011

Copy from re:SearchTX

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

Copy from re:SearchTX

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

Copy from re:SearchTX

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

Copy from re:SearchTX

**3. Loss Determination**

   **a.** The amount of Business Income loss will be determined based on:

     **(1)** The Net Income of the business before the direct physical loss or damage occurred;

     **(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

     **(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

     **(4)** Other relevant sources of information, including:

       **(a)** Your financial records and accounting procedures;

       **(b)** Bills, invoices and other vouchers; and

       **(c)** Deeds, liens or contracts.

   **b.** The amount of Extra Expense will be determined based on:

     **(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

       **(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

       **(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

     **(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

   **c.** **Resumption Of Operations**

     We will reduce the amount of your:

     **(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

     **(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

   **d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

   We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

   **a.** We have reached agreement with you on the amount of loss; or

   **b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

   **a.** The Net Income (Net Profit or Loss before income taxes), and

   **b.** Operating expenses, including payroll expenses,

   that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Copy from re:SearchTX

Instead, we will determine the most we will pay using the following steps:

Step **(1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1);** and

Step **(3):** Multiply the total amount of loss by the figure determined in Step **(2).**

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

   **(1)** Prepaid freight – outgoing;

   **(2)** Returns and allowances;

   **(3)** Discounts;

   **(4)** Bad debts;

   **(5)** Collection expenses;

   **(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

   **(7)** Cost of merchandise sold (including transportation charges);

   **(8)** Cost of other supplies consumed (including transportation charges);

   **(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

   **(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

   **(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

   **(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

When:    The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been:    $ 400,000

The Coinsurance percentage is:    50%

The Limit of Insurance is:    $ 150,000

The amount of loss is:    $  80,000

Step **(1):** $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $150,000 ÷ $200,000 = .75

Step **(3):** $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

When:    The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been:    $ 400,000

The Coinsurance percentage is:    50%

The Limit of Insurance is:    $ 200,000

The amount of loss is:    $  80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

   If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

   **1. Maximum Period Of Indemnity**

      **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

Copy from re:SearchTX

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**Example**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1):** $100,000 ÷ $200,000 = .50

Step **(2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

Copy from re:SearchTX

## F. Definitions

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   **a.** Your business activities occurring at the described premises; and

   **b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   **a.** Begins:

   **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

   **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

   caused by or resulting from any Covered Cause of Loss at the described premises; and

   **b.** Ends on the earlier of:

   **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   **(2)** The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

   **(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

   **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   **b.** Continuing normal operating expenses incurred in connection with that premises, including:

   **(1)** Payroll; and

   **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   **a.** The slowdown or cessation of your business activities; or

   **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

Copy from re:SearchTX

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

  **a.** During the policy period shown in the Declarations; and

  **b.** Within the coverage territory.

**2.** The coverage territory is:

  **a.** The United States of America (including its territories and possessions);

  **b.** Puerto Rico; and

  **c.** Canada.

Copy from re:SearchTX

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   **a.** Someone insured by this insurance;

   **b.** A business firm:

      **(1)** Owned or controlled by you; or

      **(2)** That owns or controls you; or

   **c.** Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc.,  1983, 1987

**CP 00 90 07 88**     ☐

Copy from re:SearchTX

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

  **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

  **2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

Copy from re:SearchTX

COMMERCIAL PROPERTY
CP 01 42 03 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part is replaced by the term Policy.

**B. Legal Action Against Us**

**1.** The **Legal Action Against Us** Commercial Property Condition is replaced by the following, except as provided in **B.2.** below:

**Legal Action Against Us**

**a.** Except as provided in Paragraph **b.,** no one may bring a legal action against us under this Coverage Part unless:

**(1)** There has been full compliance with all of the terms of this Coverage Part; and

**(2)** The action is brought within two years and one day from the date the cause of action first accrues. A cause of action accrues on the date of the initial breach of our contractual duties as alleged in the action.

**b.** With respect to loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, no one may bring a legal action against us under this Coverage Part unless:

**(1)** There has been full compliance with all the terms of this Coverage Part; and

**(2)** The action is brought within the earlier of the following:

**(a)** Two years and one day from the date we accept or reject the claim; or

**(b)** Three years and one day from the date of loss or damage that is the subject of the claim.

**2.** Paragraph **B.1.** above does not apply to the Legal Action Against Us Loss Condition in the Legal Liability Coverage Form **CP 00 40.**

**C. Appraisal**

**1.** Except as provided in **C.2.** below, the **Appraisal** Loss Condition in the:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM;
BUILDERS RISK COVERAGE FORM;
CONDOMINIUM ASSOCIATION COVERAGE FORM;
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM;
EXTRA EXPENSE COVERAGE FORM;
LEASEHOLD INTEREST COVERAGE FORM;
TOBACCO SALES WAREHOUSES COVERAGE FORM; and
STANDARD PROPERTY POLICY

is replaced by the following:

**Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand. The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. Each appraiser will state the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding as to the amount of loss. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal:

**a.** You will still retain your right to bring a legal action against us, subject to the provisions of the Legal Action Against Us Commercial Property Condition; and

**b.** We will still retain our right to deny the claim.

Copy from re:SearchTX

**2.** The **Appraisal** Condition in the:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM; and BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

is replaced by the following:

**Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand. The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense and the amount of loss.

If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding as to the amount of loss. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal:

**a.** You will still retain your right to bring a legal action against us, subject to the provisions of the Legal Action Against Us Commercial Property Condition; and

**b.** We will still retain our right to deny the claim.

**D.** Under the **Duties In The Event Of Loss Or Damage** Loss Condition:

**a.** Paragraph **a.(2)** is replaced by the following:

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved. However, with respect to loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, any claim must be filed with us not later than one year after the date of the loss or damage that is the subject of the claim, except that a claim may be filed after the first anniversary of the date of the loss or damage for good cause shown by the person filing the claim.

**b.** The provision requiring signed, sworn proof of loss is replaced by the following:

Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 91 days after our request. We will supply you with the necessary forms.

**E.** Under the Loss Payment Condition, the provisions pertaining to notice of our intentions and the time period for payment of claims are deleted and replaced by the following:

**1. Claims Handling**

**a.** Within 15 days after we receive written notice of claim, we will:

**(1)** Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

**(2)** Begin any investigation of the claim; and

**(3)** Request a signed, sworn proof of loss, specify the information you must provide and supply you with the necessary forms. We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

**b.** We will notify you in writing as to whether:

**(1)** The claim or part of the claim will be paid;

**(2)** The claim or part of the claim has been denied, and inform you of the reasons for denial;

**(3)** More information is necessary; or

**(4)** We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need.

We will provide notification, as described in **b.(1)** through **b.(4)** above, within:

**(1)** 15 business days after we receive the signed, sworn proof of loss and all information we requested; or

**(2)** 30 days after we receive the signed, sworn proof of loss and all information we requested, if we have reason to believe the loss resulted from arson.

If we have notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice.

Copy from re:SearchTX

**2.** We will pay for covered loss or damage within five business days after:

   **a.** We have notified you that payment of the claim or part of the claim will be made and have reached agreement with you on the amount of loss; or

   **b.** An appraisal award has been made.

However, if payment of the claim or part of the claim is conditioned on your compliance with any of the terms of this Coverage Part, we will make payment within five business days after the date you have complied with such terms.

The following paragraphs are added:

   **3. Catastrophe Claims**

   If a claim results from a weather related catastrophe or a major natural disaster, the claim handling and claim payment deadlines described in **E.1.** and **E.2.** above are extended for an additional 15 days.

   Catastrophe or Major Natural Disaster means a weather related event which:

    **a.** Is declared a disaster under the Texas Disaster Act of 1975; or

    **b.** Is determined to be a catastrophe by the State Board of Insurance.

   **4.** The term "business day", as used in the Loss Payment Condition, means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

**F.** The following is added to the **Valuation** Loss Condition:

   **Chapter 862 – Subsection 862.053. Policy A Liquidated Demand.** A fire insurance policy, in case of total loss by fire of property insured, shall be held and considered to be a liquidated demand against the Company for the full amount of such policy. This subsection does not apply to personal property.

**G.** Paragraphs **d.** and **f.** of the **Mortgageholders** Additional Condition are replaced by the following:

   **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

    **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

    **(2)** Submits a signed, sworn proof of loss within 91 days after receiving notice from us of your failure to do so; and

    **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of this Coverage Part will then apply directly to the mortgageholder.

   **f.** If this policy is cancelled, we will give the mortgageholder named in the Declarations written notice of cancellation.

   If we cancel this policy, we will give written notice to the mortgageholder at least:

    **(1)** 14 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   If you cancel the policy, we will give the mortgageholder notice of cancellation to be effective on the date stated in the notice. The date of cancellation cannot be before the 10th day after the date we mail the notice.

**H.** The following is added to Paragraph **D.1.** in the **Duties In The Event Of Accident, Claim Or Suit** Loss Condition in the Legal Liability Coverage Form:

   We will notify the first Named Insured in writing of:

   **1.** An initial offer to settle a claim or "suit" brought against the insured under this coverage. The notice will be given not later than the 10th day after the date on which the offer is made.

   **2.** Any settlement of a claim made or "suit" brought against the insured under this coverage. The notice will be given not later than the 30th day after the date of the settlement.

Copy from re:SearchTX

POLICY NUMBER: ADV 9108666-13

**COMMERCIAL PROPERTY**
**CP 03 21 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Windstorm Or Hail Deductible Percentage - Enter 1%, 2% Or 5% |
|:---:|:---:|:---:|
| 1 | 1 | 1% |
| 1 | 2 | 1% |
| 1 | 3 | 1% |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) Of Insurance are shown in the Declarations.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATIONS**

**A. Calculation Of The Deductible - All Policies**

  **1.** A Deductible is calculated separately for, and applies separately to:

   **a.** Each building that sustains loss or damage;

   **b.** The personal property at each building at which there is loss or damage to personal property; and

   **c.** Personal property in the open.

   If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

  **2.** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; or any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

Copy from re:SearchTX

3. When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B. Calculation Of The Deductible - Specific Insurance Other than Builders' Risk**

1. **Property Not Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

2. **Property Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the latest value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**C. Calculation Of The Deductible - Blanket Insurance Other Than Builders' Risk**

1. **Property Not Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is that shown in the most recent Statement of Values on file with us.

2. **Property Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

**D. Calculation Of The Deductible - Builders' Risk Insurance**

1. **Builders' Risk Other Than Reporting Form**

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

2. **Builders' Risk Reporting Form**

   In determining the amount, if any, that we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the actual cash value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

**Examples - Application Of Deductible**

**Example 1 - Specific Insurance (B.1.)**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

© Insurance Services Office, Inc., 2011

Copy from re:SearchTX

The actual Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1)**:  $70,000 ÷ $80,000 = .875

Step **(2)**:  $60,000 x .875 = $52,500

Step **(3)**:  $70,000 x 1% = $700

Step **(4)**:  $52,500 - $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

**Example 2 - Specific Insurance (B.1.)**

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore, no Coinsurance penalty).

The Deductible is 2%.

**Building**

Step **(1)**:  $80,000 x 2% = $1,600

Step **(2)**:  $60,000 - $1,600 = $58,400

 **Personal Property**

Step **(1)**:  $64,000 x 2% = $1,280

Step **(2)**:  $40,000 - $1,280 = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

**Example 3 - Blanket Insurance (C.1.)**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit Of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore, no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $20,000 (Building 2).

The Deductible is 2%.

**Building 1**

Step **(1)**:  $500,000 x 2% = $10,000

Step **(2)**:  $40,000 - $10,000 = $30,000

**Building 2**

Step **(1)**:  $500,000 x 2% = $10,000

Step **(2)**:  $20,000 - $10,000 = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to application of the Deductible is $20,000.

**Example 4 - Blanket Insurance (C.1.)**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Personal Property at Building 1 ($250,000) and Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit Of Insurance covering Buildings 1 and 2 and Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore, there is no Coinsurance penalty.

Building 1 and Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 5%.

**Building**

Step **(1)**:  $500,000 x 5% = $25,000

Step **(2)**:  $95,000 - $25,000 = $70,000

**Personal Property**

Step **(1)**:  $250,000 x 5% = $12,500

The loss, $5,000, does not exceed the Deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the personal property.

Copy from re:SearchTX

COMMERCIAL PROPERTY
CP 10 30 09 17

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

Copy from re:SearchTX

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

Copy from re:SearchTX

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

h. **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

Copy from re:SearchTX

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   (1) You do your best to maintain heat in the building or structure; or

   (2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

   This exclusion:

   (1) Applies whether or not an act occurs during your normal hours of operation;

   (2) Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, including any of the following conditions of property or any part of the property:

   (1) An abrupt falling down or caving in;

   (2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

   (3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

   But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

   (a) To the extent that coverage is provided under the Additional Coverage, Collapse; or

   (b) To collapse caused by one or more of the following:

      (i) The "specified causes of loss";

      (ii) Breakage of building glass;

      (iii) Weight of rain that collects on a roof; or

      (iv) Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) Materials used in repair, construction, renovation or remodeling; or

      (4) Maintenance;

Copy from re:SearchTX

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

Copy from re:SearchTX

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

Copy from re:SearchTX

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

Copy from re:SearchTX

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

(2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

a. A "specified cause of loss" other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

Copy from re:SearchTX

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

Copy from re:SearchTX

**3. Glass**

   **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

   **1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

   **2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   **(1)** The cost of filling sinkholes; or

   **(2)** Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss or damage to:

   **(1)** Personal property in the open; or

   **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **c.** Water damage means:

   **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

   **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of a potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

   But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

   To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

Copy from re:SearchTX

COMMERCIAL PROPERTY
CP 10 36 10 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATIONS ON COVERAGE FOR ROOF SURFACING

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number | Indicate Applicability (Paragraph A. and/or Paragraph B.) |
|---|---|---|
| 1 | 1 | Paragraph B |
| 1 | 2 | Paragraph B |
| 1 | 3 | Paragraph B |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |||

**A.** The following applies with respect to loss or damage by a **Covered Cause of Loss (including wind and hail if covered)** to a building or structure identified in the Schedule as being subject to this Paragraph **A.:**

Replacement Cost coverage (if otherwise applicable to such property) does not apply to roof surfacing. Instead, we will determine the value of roof surfacing at actual cash value as of the time of loss or damage.

**B.** The following applies with respect to loss or damage by **wind and/or hail** to a building or structure identified in the Schedule as being subject to this Paragraph **B.:**

We will not pay for cosmetic damage to roof surfacing caused by wind and/or hail. For the purpose of this endorsement, cosmetic damage means that the wind and/or hail caused marring, pitting or other superficial damage that altered the appearance of the roof surfacing, but such damage does not prevent the roof from continuing to function as a barrier to entrance of the elements to the same extent as it did before the cosmetic damage occurred.

**C.** For the purpose of this endorsement, roof surfacing refers to the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface for moisture protection, as well as roof flashing.

Copy from re:SearchTX

COMMERCIAL PROPERTY
CP 12 18 10 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Location Number:<br>1 | Building Number:<br>1 | Applicable Clause<br>(Enter C.1., C.2., C.3. or C.4.):<br>C.2. |
|---|---|---|
| **Description Of Property:** | | |
| **Loss Payee Name:**    Texas First Bank | | |
| **Loss Payee Address:**    3000 FM 1764<br>La Marque TX 77568 | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest

in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

© ISO Properties, Inc., 2011

Copy from re:SearchTX

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**3. Contract Of Sale Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

**b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**c.** The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

**b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Copy from re:SearchTX

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Location Number:<br>1 | Building Number:<br>1 | Applicable Clause<br>(Enter C.1., C.2., C.3. or C.4.):<br>C.2. |
|---|---|---|
| **Description Of Property:**  7930388106 | | |
| **Loss Payee Name:**  U S Small Business Administration | | |
| **Loss Payee Address:**  c/o Greater Texas Capital Corporation PO Box 8274<br>Tyler TX 75711 | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

   **1. Loss Payable Clause**

   For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

    **a.** Adjust losses with you; and

    **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

   **2. Lender's Loss Payable Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

    **(1)** Warehouse receipts;

    **(2)** A contract for deed;

    **(3)** Bills of lading;

    **(4)** Financing statements; or

    **(5)** Mortgages, deeds of trust, or security agreements.

   **b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

    **(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

    **(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

    **(3)** If we deny your claim because of your acts or because you have failed to

Copy from re:SearchTX

comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**3. Contract Of Sale Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

**b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**c.** The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

**b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Copy from re:SearchTX

COMMERCIAL PROPERTY
CP 12 18 10 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Location Number:<br>1 | Building Number:<br>2 | Applicable Clause<br>(Enter C.1., C.2., C.3. or C.4.):<br>C.2. |
|---|---|---|
| **Description Of Property:** | | |
| **Loss Payee Name:**    Texas First Bank | | |
| **Loss Payee Address:**    3000 FM 1764<br>La Marque TX 77568 | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to

Copy from re:SearchTX

comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**3. Contract Of Sale Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

**b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**c.** The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

**b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Copy from re:SearchTX

COMMERCIAL PROPERTY
CP 12 18 10 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Location Number:<br>1 | Building Number:<br>2 | Applicable Clause<br>(Enter C.1., C.2., C.3. or C.4.):<br>C.2. |
|---|---|---|
| Description Of Property:  7930388106 | | |
| Loss Payee Name:  U S Small Business Administration | | |
| Loss Payee Address:  c/o Greater Texas Capital Corporation PO Box 8274<br>Tyler TX 75711 | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to

CP 12 18 10 12                  © ISO Properties, Inc., 2011                  Page 1 of 2

Copy from re:SearchTX

comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**3. Contract Of Sale Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

**b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**c.** The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

**b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Copy from re:SearchTX

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Location Number:<br><br>1 | Building Number:<br><br>3 | Applicable Clause<br>(Enter C.1., C.2., C.3. or C.4.):<br>C.2. |
|---|---|---|
| **Description Of Property:**  7930388106 | | |
| **Loss Payee Name:**  U S Small Business Administration | | |
| **Loss Payee Address:**  c/o Greater Texas Capital Corporation PO Box 8274<br>Tyler TX 75711 | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to

Copy from re:SearchTX

comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**3. Contract Of Sale Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

**b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**c.** The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

**b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Copy from re:SearchTX

COMMERCIAL GENERAL LIABILITY
B CG DS 01 10 01

**Issuing Company:** Tri-State Insurance Company of Minnesota

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

**Policy No.:** ADV  9108666 - 13
Previous Policy No.: 9108666-12

| NAMED INSURED AND ADDRESS | AGENCY NAME AND ADDRESS | 04364 |
|---|---|---|
| Brothers Car Wash Inc | (972)812-5410 | |
| dba Kwik Kar Wash of Lantana | Global Financial & Insurance Services, Inc. | |
| 7120 FM 407 | PO Box 810510 | |
| Lantana, TX 76226 | Dallas, TX 75381-0510 | |

**POLICY PERIOD**

Policy Period:  From 07/28/2023 to 07/28/2024 at 12:01 A.M. Standard Time at your mailing address shown above.

Form of Business:
Individual_____    Partnership_____    Joint Venture___    Trust____    Limited Liability Company_____
Organization, including a corporation (but not including a partnership, joint venture or limited liability
company)__X__

**TOTAL ADVANCE PREMIUM          $  8,629**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $  1,000,000 | |
|    Damage to Premises Rented to You Limit | $  300,000 | Any One Premises |
|    Medical Expense Limit | $  10,000 | Any One Person |
| Personal & Advertising Injury Limit | $  1,000,000 | Any One Person or Organization |
| General Aggregate Limit | $  2,000,000 | |
|    (Other Than Products-Completed Operations) | | |
| Products-Completed Operations Aggregate Limit | $  2,000,000 | |

**Location of All Premises You Own, Rent or Occupy:**

*See attached "Schedule of Locations"*

Copy from re:SearchTX

Policy No.:     ADV  9108666 - 13

| CLASSIFICATION & PREMIUM |
| --- |

The Premium & Classifications are subject to change by audit.  Audit period:  ANNUALLY

| Classification | Code No. | Premium Base | Rate Prem/ Ops | Rate Prod/ Comp Ops | Advance Premium Prem/ Ops | Advance Premium Prod/ Comp Ops | Other |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Texas** | | | | | | | |
| **Location #1** | | | | | | | |
| Car Washes - other than self-service Products-completed operations are subject to the General Aggregate Limit | 10367 | 1,195,846 Gross Sales | 6.932 | | $8,290 | | |
| Premium for Endorsements | | | | | | | **$306** |
| Premium for Terrorism | | | | | | | **$33** |
| **Total Advance Premium** | | | | | | $8,629 | |

## FORMS ATTACHED TO THIS POLICY

*See attached "Schedule of Forms and Endorsements"*

Cyber Coverage Insurance - see form CL IL 01 21

Copy from re:SearchTX

EMPLOYMENT-RELATED PRACTICES LIABILITY
B EP DS 04 07 21

**ISSUING COMPANY: Tri-State Insurance Company of Minnesota**

# EMPLOYMENT-RELATED PRACTICES LIABILITY DECLARATIONS

**THIS INSURANCE PROVIDES CLAIMS MADE AND REPORTED COVERAGE. DEFENSE COSTS APPLY AGAINST THE LIMITS OF INSURANCE AND ARE SUBJECT TO THE DEDUCTIBLE.**

Policy Number:    ADV 9108666-13

Agency Name & Address:

Global Financial & Insurance Services, Inc.
PO Box 810510
Dallas,  TX    75381-0510

1.  Named Insured and Address:

> Brothers Car Wash Inc
> dba Kwik Kar Wash of Lantana
> 7120 FM 407
> Lantana, TX 76226

2. Policy Period:        From:   07/28/2023     to:    07/28/2024
                         at 12:01 A.M. Standard Time at your mailing address above.

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE APPLICABLE TERMS OF THIS COVERAGE PART, WE AGREE WITH YOU TO PROVIDE THE INSURANCE COVERAGE STATED IN THIS POLICY.**

3.  Limits of Insurance:
> Aggregate Limit            $ 50,000
> Each "Claim" Limit        $ 50,000

4.  Deductible:
> Each "Claim"              $ 2,500

5.  Retroactive Date:              07/28/2020

> (Enter date or "none" if there is no retroactive date. If left blank, the entry will be deemed the same as "From" in Item 2. above.)

6.  Form of Business:

> Individual ____  Limited Liability Company ____  Partnership ____  Joint Venture ____
> Organization (Other than Limited Liability Company, Partnership or Joint Venture)    X

7.  Premium:  $ 684

Copy from re:SearchTX

8.   Declarations, Forms and Endorsements applicable to this Coverage Part:

      See attached Schedule of Forms and Endorsements.


**COUNTERSIGNED BY:**  _____    _____

                    **(Authorized Representative)**           **Date**

Copy from re:SearchTX

**COMMERCIAL GENERAL LIABILITY**
**CL CG FS 01 09 08**

Policy Number: **ADV 9108666 - 13**

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following Declarations, Coverage Forms, Conditions, and Endorsements are applicable to:

### Commercial General Liability

| Number | Edition | Description |
|---|---|---|
| IL 01 68 | 03-2012 | Texas Changes - Duties |
| B CG DS 01 | 10-2001 | Commercial General Liability Declarations |
| B EP DS 04 | 07-2021 | Employment-Related Practices Liability Declarations |
| CL CG FS 01 | 09-2008 | Schedule of Forms and Endorsements |
| CG 00 01 | 04-2013 | Commercial General Liability Coverage Form |
| CG 01 03 | 06-2006 | Texas Changes |
| CG 20 11 | 12-2019 | Additional Insured - Managers Or Lessors Of Premises |
| CG 21 09 | 06-2015 | Exclusion - Unmanned Aircraft |
| CG 21 32 | 05-2009 | Communicable Disease Exclusion |
| CG 21 71 | 01-2015 | Exclusion of Other Acts of Terrorism Committed Outside The United States; Cap on Losses From Certified Acts of Terrorism |
| CG 21 76 | 01-2015 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| CG 21 96 | 03-2005 | Silica Or Silica - Related Dust Exclusion |
| CG 22 68 | 09-1997 | Operation Of Customers Autos On Particular Premises |
| CG 26 39 | 12-2007 | Texas Changes - Employment - Related Practices Exclusion |
| CG 26 46 | 04-1999 | Texas Abuse/Molestation Exclusion |
| CL CG 01 14 | 09-2016 | Primary and Noncontributory - Other Insurance Condition (Additional Insured) |
| CL CG 04 92 | 10-2018 | General Liability Ultra Plus Endorsement |
| CL CG 21 08 | 11-2010 | Asbestos Exclusion |
| CL CG 21 45 | 11-2010 | Exclusion - Lead Exclusion |
| CL CG 21 74 | 09-2012 | Non-Cumulation of Liability of Each Occurrence Limit and Personal and Advertising Injury Limit |
| CL CG 22 49 | 01-2022 | Exclusion - Cyber Incident |
| CL CG 24 01 | 09-2016 | Bodily Injury Redefined |

Copy from re:SearchTX

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

   **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

   **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   **b.** This insurance applies to "bodily injury" and "property damage" only if:

   **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

   **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© Insurance Services Office, Inc., 2012

Copy from re:SearchTX

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

Copy from re:SearchTX

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

Copy from re:SearchTX

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

Copy from re:SearchTX

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

Copy from re:SearchTX

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

Copy from re:SearchTX

**i.  Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.  Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.  Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.  Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.  Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.  Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.  War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.  Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Copy from re:SearchTX

## COVERAGE C – MEDICAL PAYMENTS

**1. Insuring Agreement**

   **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

   **(1)** On premises you own or rent;

   **(2)** On ways next to premises you own or rent; or

   **(3)** Because of your operations;

   provided that:

   **(a)** The accident takes place in the "coverage territory" and during the policy period;

   **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

   **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

   **(1)** First aid administered at the time of an accident;

   **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

   **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

   We will not pay expenses for "bodily injury":

   **a. Any Insured**

   To any insured, except "volunteer workers".

   **b. Hired Person**

   To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   **c. Injury On Normally Occupied Premises**

   To a person injured on that part of premises you own or rent that the person normally occupies.

   **d. Workers' Compensation And Similar Laws**

   To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   **e. Athletics Activities**

   To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

   **f. Products-Completed Operations Hazard**

   Included within the "products-completed operations hazard".

   **g. Coverage A Exclusions**

   Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   **a.** All expenses we incur.

   **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   **e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

Copy from re:SearchTX

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

Copy from re:SearchTX

**2.** Each of the following is also an insured:

   **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

     **(1)** "Bodily injury" or "personal and advertising injury":

       **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

       **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

       **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

       **(d)** Arising out of his or her providing or failing to provide professional health care services.

     **(2)** "Property damage" to property:

       **(a)** Owned, occupied or used by;

       **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

     you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   **c.** Any person or organization having proper temporary custody of your property if you die, but only:

     **(1)** With respect to liability arising out of the maintenance or use of that property; and

     **(2)** Until your legal representative has been appointed.

   **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

   **a.** Medical expenses under Coverage **C;**

   **b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   **c.** Damages under Coverage **B.**

Copy from re:SearchTX

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A;** and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

Copy from re:SearchTX

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

Copy from re:SearchTX

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

### 7. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

### 8. Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

### 9. When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

### SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

Copy from re:SearchTX

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

Copy from re:SearchTX

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      **(a)** When all of the work called for in your contract has been completed.

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

Copy from re:SearchTX

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

Copy from re:SearchTX

**COMMERCIAL GENERAL LIABILITY**
**CG 01 03 06 06**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** With regard to liability for Bodily Injury, Property Damage and Personal And Advertising Injury, unless we are prejudiced by the insured's or your failure to comply with the requirement, no provision of this Coverage Part requiring you or any insured to give notice of "occurrence", claim or "suit", or forward demands, notices, summonses or legal papers in connection with a claim or "suit" will bar coverage under this Coverage Part.

Copy from re:SearchTX

POLICY NUMBER: ADV 9108666-13

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 12 19**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| | |
|---|---|
| **Designation Of Premises (Part Leased To You):** | |
| 7120 FM 407 Lantana, TX 76226 | |
| **Name Of Person(s) Or Organization(s) (Additional Insured):** | |
| Texas First Bank | |
| 3000 FM 1764 | |
| La Marque, TX 77568 | |
| **Additional Premium:** $50 | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by you or those acting on your behalf in connection with the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

**CG 20 11 12 19**          © Insurance Services Office, Inc.,2018          **Page 1 of 1**

Copy from re:SearchTX

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

Copy from re:SearchTX

**(e)** "Bodily injury" or "property damage" arising out of:

**(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2014

**CG 21 09 06 15**

Copy from re:SearchTX

**COMMERCIAL GENERAL LIABILITY**
**CG 21 32 05 09**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

Copy from re:SearchTX

COMMERCIAL GENERAL LIABILITY
CG 21 71 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in U.S. dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

  **a.** Physical injury that involves a substantial risk of death; or

  **b.** Protracted and obvious physical disfigurement; or

  **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

Copy from re:SearchTX

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

  **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

  **b.** The act resulted in damage:

   **(1)** Within the United States (including its territories and possessions and Puerto Rico); or

   **(2)** Outside of the United States in the case of:

    **(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

    **(b)** The premises of any United States mission; and

  **c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

**CG 21 71 01 15**

Copy from re:SearchTX

**COMMERCIAL GENERAL LIABILITY**
**CG 21 76 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

Copy from re:SearchTX

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

Copy from re:SearchTX

COMMERCIAL GENERAL LIABILITY
CG 22 68 09 97

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OPERATION OF CUSTOMERS AUTOS ON PARTICULAR PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **g.** of Paragraph **2., Exclusions** of **Coverage A – Bodily Injury And Property Damage Liability (Section I – Coverages)** does not apply to any "customer's auto" while on or next to those premises you own, rent or control that are used for any of the following businesses:

**1.** Auto Repair or Service Shops;

**2.** Car Washes;

**3.** Gasoline Stations;

**4.** Tire Dealers;

**5.** Automobile Quick Lubrication Services.

**B.** The following definition is added to the Definitions Section:

"Customer's auto" means an "auto" on those premises for the purpose of receiving the services normally provided in connection with those businesses but does not include an "auto" owned by or rented or loaned to any insured.

Copy from re:SearchTX

COMMERCIAL GENERAL LIABILITY
CG 26 39 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or to repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

Copy from re:SearchTX

COMMERCIAL GENERAL LIABILITY
CG 26 46 04 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

  **a.** Employment;

  **b.** Investigation;

  **c.** Supervision;

  **d.** Reporting to the proper authorities, or failure to so report; or

  **e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

For the purposes of this endorsement, abuse means an act which is committed with the intent to cause harm.

Copy from re:SearchTX

**COMMERCIAL GENERAL LIABILITY**
CL CG 01 14 09 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION (ADDITIONAL INSURED)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **(v)** is added to Paragraph **(1)(a)** of Paragraph **b. Excess Insurance** under Paragraph **4. Other Insurance** of **Section IV – Commercial General Liability Conditions**, as follows:

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(v)** That is available to any person or organization who has been added as an additional insured to this policy by endorsement.

However, with respect to an additional insured added by endorsement for liability caused, in whole or in part:

**1.** By your acts or omissions, or the acts or omissions of those acting on your behalf:

**(a)** In the performance of your ongoing operations; or

**(b)** In connection with your premises;

**2.** By your maintenance, operation or use of equipment leased to you by such person or organization; or

**3.** By "your work" performed for that additional insured and included in the "products-completed operations hazard";

this insurance shall be primary to and will not seek contribution from the additional insured's own insurance if you and such additional insured have agreed prior to loss in a written contract or written agreement, in effect during this policy period, that this insurance be primary and noncontributory as respects liability described in Subparagraph **(1)(a)(v)1., (1)(a)(v)2.** or **(1)(a)(v)3.** above.  However, this insurance, in all cases, is excess over any other liability insurance available to the additional insured to which such person or organization has been added as an additional insured.

Copy from re:SearchTX

COMMERCIAL GENERAL LIABILITY
CL CG 04 92 10 18

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GENERAL LIABILITY ULTRA PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SUMMARY OF COVERAGE EXTENSIONS

| Provision | Name Of Coverage Extension | Included or Limit of Insurance |
|:---:|---|:---:|
| **A.** | Miscellaneous Additional Insureds | Included |
| **B**. | Expected Or Intended Injury Or Damage | Included |
| **C.** | Knowledge Of Occurrence | Included |
| **D.** | Legal Liability – Damage To Premises Rented To You (Fire, Lightning, Explosion, Smoke, Or Leakage From Automatic Fire Protective Systems) | $300,000 |
| **E**. | Medical Payments | See Declarations |
| **F.** | Mobile Equipment Redefined | Included |
| **G.** | Newly Formed Or Acquired Organization, Partnership Or Limited Liability Company And Extended Period Of Coverage | Included |
| **H.** | Who Is An Insured – Amendment | Included |
| **I.** | Non-Owned Watercraft (Increased to maximum length of less than 51 feet) | Included |
| **J.** | Supplementary Payments – Increased Limits | |
| | **1.** Bail Bonds | $ 3,000 |
| | **2.** Loss Of Earnings | $ 1,000 |
| **K.** | Unintentional Omission Or Unintentional Error In Disclosure | Included |
| **L.** | Waiver Of Transfer Of Rights Of Recovery Against Others | Included |
| **M.** | Liberalization Clause | Included |
| **N.** | Incidental Medical Malpractice | Included |

The above is a summary only. Please consult the specific provisions that follow for complete information on the extensions provided.

The provisions of the Commercial General Liability Coverage Part apply except as otherwise provided in this endorsement. This endorsement applies only if such Coverage Part is included in this policy.

## A. MISCELLANEOUS ADDITIONAL INSUREDS

1. **Section II – Who Is An Insured** is amended to include as an insured any person or organization (referred to as an additional insured below) described in Paragraphs **A.1.c.(1)** through **A.1.c.(9)** below when you and such person or organization have agreed

in writing in a contract or agreement that such person or organization be added as an additional insured on your policy, provided that:

**a.** The written contract or written agreement is:

**(1)** Currently in effect or becoming effective during the term of this policy; and

**(2)** Fully executed by you and the additional insured prior to the "bodily

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission

Copy from re:SearchTX

injury", "property damage" or "personal and advertising injury".

**b.** The insurance afforded by this provision does not apply to any person or organization included as an additional insured by a separate endorsement issued by us and made a part of this policy or coverage part.

**c.** Only the following persons or organizations are additional insureds under this provision, with coverage for such additional insureds limited as provided herein:

**(1) Persons or Organizations For Whom Operations Are Performed**

**(a)** Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured to your policy; and

**(b)** Any other person or organization you are required to add as an additional insured under the contract or agreement described in paragraph **(a)** above.

**(c)** Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**(i)** Your acts or omissions; or

**(ii)** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

**(d)** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**(i)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**(1.1)** The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(1.2)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**(ii)** "Bodily injury" or "property damage" occurring after:

**(1.1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(1.2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**(2) Managers Or Lessors Of Premises**

A manager or lessor of premises but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to

Copy from re:SearchTX

you and subject to the following additional exclusions:

This insurance does not apply to:

**(a)** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**(b)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**(3) Mortgagee, Assignee Or Receiver**

A mortgagee, assignee, or receiver but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of a covered premises by you.

This insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**(4) Owners Or Other Interests From Whom Land Has Been Leased**

An owner or other interest from whom land has been leased to you but only with respect to liability arising out of the ownership, maintenance or use of that part of the land leased to you and subject to the following additional exclusions:

This insurance does not apply to:

**(a)** Any "occurrence" which takes place after you cease to lease that land.

**(b)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**(5) Lessor Of Leased Equipment**

Any person(s) or organization(s) from whom you lease equipment but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

A person's or organization's status as an additional insured under this endorsement ends when their written contract or written agreement with you for such leased equipment ends.

This insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**(6) State, Municipality, Governmental Agency Or Subdivision Or Other Political Subdivision – Permits Or Authorizations Relating To Premises**

Any state, municipality, governmental agency or subdivision or other political subdivision subject to the following additional provisions:

**(a)** This insurance applies only with respect to:

**(i)** The following hazards for which the state, municipality, governmental agency or subdivision or other political subdivision has issued a permit or authorization in connection with premises you own, rent or control and to which this insurance applies:

**(1.1)** The existence, maintenance, repair, construction, erection or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners or decorations and similar exposures; or

**(1.2)** The construction, erection or removal of elevators; or

**(1.3)** The ownership, maintenance or use of any elevators covered by this insurance.

**(ii)** Operations performed by you or on your behalf for which the state, municipality, governmental agency or subdivision or other political subdivision has issued a permit or authorization.

Copy from re:SearchTX

**(b)** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the state, municipality, governmental agency or subdivision or other political subdivision.

**(7) Controlling Interest**

Any person(s) or organization(s) with a controlling interest in the Named Insured but only with respect to their liability arising out of:

**(a)** Their financial control of you; or

**(b)** Premises they own, maintain or control while you lease or occupy these premises.

This insurance does not apply to structural alterations, new construction or demolition operations performed by or for such person(s) or organization(s).

**(8) Co-Owner Of Insured Premises**

A co-owner of a premises co-owned by you and covered under this insurance but only with respect to the co-owner's liability as co-owner of such premises.

**(9) Vendors**

**(a)** Any person(s) or organization(s) (referred to as vendor), but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business.

The insurance afforded the vendor does not apply to:

**(i)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a written contract or written agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the written contract or written agreement;

**(ii)** Any express warranty unauthorized by you;

**(iii)** Any physical or chemical change in the product made intentionally by the vendor;

**(iv)** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(v)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

**(vi)** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

**(vii)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

**(viii)** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

**(1.1)** The exceptions contained in Sub-paragraphs **(iv)** or **(vi)**; or

**(1.2)** Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make

Copy from re:SearchTX

in the usual course of business, in connection with the distribution or sale of the products.

**(b)** This insurance does not apply to any insured person or organization, from whom you have acquired products, or any ingredient, part or container, entering into, accompanying or containing such products.

**2.** With respect to coverage provided by this Provision **A. Miscellaneous Additional Insureds**, the following additional provisions apply:

**a.** Any insurance provided to an additional insured designated under Paragraphs **A.1.c.(1)** through **A.1.c.(8)** above does not apply:

**(1)** To "bodily injury" or "property damage" included within the "products-completed operations hazard"; or

**(2)** To "bodily injury", "property damage" or "personal and advertising injury" arising out of the sole negligence of such additional insured.

**b.** The insurance afforded to such additional insured only applies to the extent permitted by law.

**c.** The insurance afforded to such additional insured will not be broader than that which you are required to provide by the written contract or written agreement.

**3.** With respect to the insurance afforded to the additional insureds within this Provision **A. Miscellaneous Additional Insureds**, the following is added to **Section III – Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the written contract or written agreement; or

**b.** Available under the applicable Limits Of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

## B. EXPECTED OR INTENDED INJURY OR DAMAGE

Exclusion **2.a. Expected Or Intended Injury** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is deleted and replaced by the following:

**a. Expected Or Intended Injury Or Damage**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

## C. KNOWLEDGE OF OCCURRENCE

Paragraph **2.a. Duties In The Event Of Occurrence, Offense, Claim Or Suit** of **Section IV – Commercial General Liability Conditions** is deleted and replaced by the following:

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim only when the "occurrence" or offense is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership;

**(3)** A manager, if you are a limited liability company; or

**(4)** An "executive officer" or the "employee" designated by you to give such notice, if you are an organization other than a partnership or a limited liability company.

To the extent possible, notice should include:

**(i)** How, when and where the "occurrence" or offense took place;

**(ii)** The names and addresses of any injured persons and witnesses; and

**(iii)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

## D. LEGAL LIABILITY – DAMAGE TO PREMISES RENTED TO YOU (Fire, Lightning, Explosion, Smoke, Or Leakage From Automatic Fire Protective Systems)

If damage to premises rented to you is not otherwise excluded from this policy or coverage part, then the following provisions apply:

**1.** Under **Section I – Coverage A – Bodily Injury And Property Damage Liability**, the last paragraph (after the exclusions) is deleted and replaced by the following:

Copy from re:SearchTX

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, "smoke", or leakage from automatic fire protective systems while rented to you or temporarily occupied by you with the permission of the owner. A separate limit of insurance applies to this coverage as described in **Section III – Limits Of Insurance**.

**2.** The paragraph immediately after Subparagraph **j.(6)** of Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is deleted and replaced by the following:

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, "smoke", or leakage from automatic fire protective systems) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III – Limits Of Insurance.**

**3.** Paragraph **6.** of **Section III – Limits Of Insurance** is deleted and replaced by the following:

**6.** Subject to Paragraph **5.** above, the greater of:

**a.** $300,000; or

**b.** The Damage To Premises Rented To You Limit shown in the Declarations,

is the most we will pay under **Coverage A** for damages because of "property damage" to premises while rented to you, or in the case of damage by fire, lightning, explosion, "smoke", or leakage from automatic fire protective systems, while rented to you or temporarily occupied by you with permission of the owner.

This limit will apply to all damage proximately caused by the same event, whether such damage results from fire, lightning, explosion, "smoke", leakage from automatic fire protective systems, or other covered causes of loss or any combination thereof.

**4.** Subparagraph **b.(1)(a)(ii)** of Paragraph **4. Other Insurance** of **Section IV – Commercial General Liability Conditions** is deleted and replaced by the following:

**(ii)** That is fire, lightning, explosion, "smoke" or leakage from automatic fire protective systems insurance for premises rented to

you or temporarily occupied by you with permission of the owner;

**5.** Subparagraph **a.** of Definition **9.** "Insured contract" of **Section V – Definitions** is deleted and replaced by the following:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, "smoke" or leakage from automatic fire protective systems to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract".

**6.** As used in this Provision **D. Legal Liability – Damage To Premises Rented To You**:

"Smoke" does not include smoke from agricultural smudging, industrial operations or "hostile fire".

**E. MEDICAL PAYMENTS**

The Medical Expense Limit is changed, subject to the terms of **Section III – Limits Of Insurance**, to the Medical Expense Limit shown in the Declarations.

**F. MOBILE EQUIPMENT REDEFINED**

Subparagraph **f.(1)** of Definition **12.** "Mobile equipment" of **Section V – Definitions** is deleted and replaced by the following:

**(1)** Equipment with a gross vehicle weight of 1,000 pounds or more and designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**G. NEWLY FORMED OR ACQUIRED ORGANIZATION, PARTNERSHIP OR LIMITED LIABILITY COMPANY AND EXTENDED PERIOD OF COVERAGE**

Paragraph **3.** of **Section II – Who Is An Insured** is deleted and replaced by the following:

**3.** Any organization you newly acquire or form, other than a joint venture, and over which you maintain ownership or:

**a.** Majority interest of more than 50% if you are a corporation;

**b.** Majority interest of more than 50% as a general partner of a newly acquired or formed partnership; and/or

Copy from re:SearchTX

**c.** Majority interest of more than 50% as an owner of a newly acquired or formed limited liability company;

will qualify as a Named Insured if there is no other similar insurance available to that organization. However, for these organizations:

**(i)** Coverage under this provision is afforded only until the next anniversary date of this policy's effective date after you acquire or form the organization, partnership or limited liability company, or the end of the policy period, whichever is earlier;

**(ii)** **Section I – Coverage A – Bodily Injury And Property Damage Liability** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization, partnership or limited liability company;

**(iii)** **Section I – Coverage B – Personal And Advertising Injury Liability** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization, partnership or limited liability company;

**(iv)** Coverage applies only when operations of the newly acquired organization, partnership or limited liability company are the same or similar to the operations of insureds already covered under this insurance;

**(v)** Coverage only applies for those limited liability companies who have established a date of formation as recorded within the filed state articles of organization, certificates of formation or certificates of organization; and

**(vi)** Coverage only applies for those partnerships who have established a date of formation as recorded within a written partnership agreement or partnership certificate.

## H. WHO IS AN INSURED – AMENDMENT

The last paragraph of **Section II – Who Is An Insured** is deleted and replaced by the following:

No person or organization is an insured with respect to the conduct of any:

**a.** Current partnership or limited liability company, unless otherwise provided for under Paragraph **3.** of **Section II – Who Is An Insured**;

**b.** Current joint venture; or

**c.** Past partnership, joint venture or limited liability company;

that is not shown as a Named Insured in the Declarations.

## I. NON-OWNED WATERCRAFT

Subparagraph **(2)** of **Exclusion 2.g. Aircraft, Auto Or Watercraft** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is deleted and replaced by the following:

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons or property for a charge.

## J. SUPPLEMENTARY PAYMENTS – INCREASED LIMITS

**Section I – Supplementary Payments – Coverages A And B** is changed as follows:

**1.** The limit shown in Paragraph **1.b.** for the cost of bail bonds is changed from $250 to $3,000; and

**2.** The limit shown in Paragraph **1.d.** for loss of earnings because of time off from work is changed from $250 a day to $1,000 a day.

## K. UNINTENTIONAL OMISSION OR UNINTENTIONAL ERROR IN DISCLOSURE

The following provision is added to Paragraph **6. Representations** of **Section IV – Commercial General Liability Conditions**:

However, the unintentional omission of, or unintentional error in, any information given or provided by you shall not prejudice your rights under this insurance.

This provision does not affect our right to collect additional premium or to exercise our right of cancellation or non-renewal.

## L. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Commercial General Liability Conditions**:

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" and included in the "products-completed operations hazard" when you have agreed in a written contract or written agreement that any right of recovery is waived for such person or organization.   This waiver applies only to the

Copy from re:SearchTX

person(s) or organization(s) agreed to in the written contract or written agreement and is subject to those provisions.

This waiver does not apply unless the written contract or written agreement has been executed prior to the "bodily injury" or "property damage".

However, if any person or organization is separately scheduled on a separate waiver of transfer of rights of recovery which is attached to this policy, then this waiver does not apply.

## M. LIBERALIZATION CLAUSE

The following is added to **Section IV – Commercial General Liability Conditions:**

If we adopt a mandatory attachment form change which broadens coverage under this edition of the Commercial General Liability CG0001 for no additional charge, and those changes are intended to apply to all insureds under this edition of CG0001, that change will automatically apply to your insurance as of the date we implement the change in your state. This liberalization clause does not apply to changes implemented through introduction of a subsequent edition of the Commercial General Liability form CG0001.

## N. INCIDENTAL MEDICAL MALPRACTICE

1. Paragraph **2.a.(1)(d)** of **Section II – Who Is An Insured** does not apply to a physician, nurse practitioner, physician assistant, nurse, emergency medical technician or paramedic employed by you if you are not in the business or occupation of providing medical, paramedical, surgical, dental, x-ray or nursing services.

2. This provision is excess over any other valid and collectible insurance whether such insurance is primary, excess, contingent or on any other basis. Any payments by us will follow Paragraph **4.b.** of **Section IV – Commercial General Liability Conditions**.

Copy from re:SearchTX

**COMMERCIAL GENERAL LIABILITY**
**CL CG 21 08 11 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following is added to Paragraph **2.** Exclusions of both **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Asbestos**

**a.** "Bodily injury", "property damage", "personal and advertising injury" or "reduction in value" related, in whole or in part, to the actual, alleged, or threatened presence of, or exposure to "asbestos" in any form, or to harmful substances emanating from "asbestos". This includes ingestion of, inhalation of, absorption of, contact with, existence of, presence of, or exposure to, "asbestos". Such injury from or exposure to "asbestos" also includes, but is not limited to:

   **1.** The existence, installation, storage, handling or transportation of "asbestos";

   **2.** The removal, abatement or containment of "asbestos" from any structures, materials, goods, products, or manufacturing process;

   **3.** The disposal of "asbestos";

   **4.** Any structures, manufacturing processes, or products containing "asbestos";

   **5.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage; or

   **6.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above.

   Such injury or damage is excluded regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expense, including, but not limited to payment for investigation or defense, fines, penalties and other costs or expenses, arising, in whole or in part, out of:

   **1.** Any claim, "suit", demand, judgment, obligation, order, request, settlement, or statutory or regulatory requirement that any insured or any other person or entity test for, monitor, clean up, remove, contain, mitigate, treat, neutralize, remediate, or dispose of, or in any way respond to, or assess the actual or alleged effects of "asbestos"; or

   **2.** The testing for, monitoring, cleaning up, removing, containing, mitigating, treating, neutralizing, remediating, or disposing of, or in any way responding to or assessing the actual or alleged effects of, "asbestos" by any insured or by any other person or entity; or

   **3.** Any claim, "suit", demand, judgment, obligation, or request to investigate which would not have occurred, in whole or in part, but for the actual or alleged presence of or exposure to "asbestos".

This exclusion applies regardless of who manufactured, produced, installed, used, owned, sold, distributed, handled, stored or controlled the "asbestos".

**B.** The following exclusion is added to Paragraph **2.**, Exclusions, of **Coverage C Medical Payments**:

We will not pay expenses for "bodily injury":

**Asbestos**

Due to the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of or presence of, "asbestos" in any form.

**C.** The following definitions are added to the **Definitions** Section:

   **1.** "Asbestos" means any type or form of asbestos, asbestos fibers, asbestos products, or asbestos materials, including any products, goods, or materials containing asbestos or asbestos fibers, products or materials and any gases, vapors, scents or by-products produced or released by asbestos.

   **2.** "Reduction in value" means any claim, demand or "suit" that alleges diminution, impairment or devaluation of property.

Copy from re:SearchTX

COMMERCIAL GENERAL LIABILITY
CL CG 21 45 11 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Lead**

**1.** "Bodily injury", "property damage", "personal and advertising injury", or "reduction-in-value" arising out of the actual, alleged, or threatened presence of, or exposure to, "lead", or to harmful substances emanating from "lead".  This includes ingestion of, inhalation of, absorption of, contact with, existence of, or presence of, or exposure to "lead".  Such injury or damage from, or exposure to,  "lead" also includes, but is not limited to:

   **a.** The existence, installation, storage, handling or transportation of "lead";

   **b.** The removal, abatement or containment of "lead" from any structures, materials, goods, products or manufacturing processes;

   **c.** The disposal of "lead";

   **d.** Any structures, manufacturing processes or products containing "lead";

   **e.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage; or

   **f.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with any of the above.

**2.** Any loss, cost or expense, including, but not limited to, payment for investigation or defense, fines, penalties and other costs or expenses, arising out of any:

   **a.** Demand, judgment, obligation, order, request, settlement, or statutory or regulatory requirement that any insured or any other person or entity test for, monitor, clean up, remove, contain, mitigate, treat, neutralize, remediate, or dispose of, or in any way respond to, or assess the actual or alleged effects of "lead"; or

   **b.** Testing for, monitoring, cleaning up, removing, containing, mitigating, or disposing of, or in any way responding to or assessing the actual, alleged or threatened effects of, "lead" by any insured or by any other person or entity; or

   **c.** Claim, "suit", demand, judgment, obligation, order, or request to investigate, which would not have occurred, in whole or in part, but for the actual, alleged or threatened presence of or exposure to "lead".

   This exclusion applies regardless of who manufactured, produced, installed, used, owned, sold, distributed, handled, stored or controlled the "lead".

**B. Additional Definitions**:

As used in this endorsement:

**1.** "Lead" means lead in any type or form; paint containing lead; other products, goods or materials containing lead or lead products; and any harmful substances, scents, vapors, gases or by-products produced by, emanating from, or released by lead.

**2.** "Reduction-in-value" means any claim, demand or "suit" that alleges diminution, impairment or devaluation of property.

Copy from re:SearchTX

COMMERCIAL GENERAL LIABILITY
CL CG 21 74 09 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NON-CUMULATION OF LIABILITY OF EACH OCCURRENCE LIMIT AND PERSONAL AND ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1.  The following is added to Paragraph **4.** of **SECTION III - LIMITS OF INSURANCE**:

    If "personal and advertising injury" is sustained by any one person or organization to which this policy applies and to which one or more prior and/or future commercial general liability policy(ies)/coverage part(s) issued to you by us or any "affiliate" also applies, then this policy's/coverage part's Personal and Advertising Injury Limit will be reduced by the amount of each payment made by us and/or any "affiliate" under such other policy(ies)/coverage part(s) because of such "personal and advertising injury".

2.  The following is added to Paragraph **5.** of **SECTION III - LIMITS OF INSURANCE**:

    If one "occurrence" causes "bodily injury" and/or "property damage" during this policy period and during the policy period of one or more prior and/or future commercial general liability policy(ies)/coverage part(s) issued to you by us or any "affiliate", then this policy's/coverage part's Each Occurrence Limit will be reduced by the amount of each payment made by us and/or any "affiliate" under such other policy(ies)/coverage part(s) because of such "occurrence".

3.  The final paragraph of **SECTION III - LIMITS OF INSURANCE** is replaced with the following:

    The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance. However, regardless of the length of the policy period or number of consecutive annual periods, the Each Occurrence Limit is the most we will pay for the sum of damages and medical expenses because of all "bodily injury" and "property damage" arising out of any one "occurrence" and the Personal and Advertising Injury Limit is the most we will pay for all damages sustained by any one person or organization because of "personal and advertising injury".

4.  As used in this endorsement:

    "Affiliate" means any insurer owning, owned by, controlling, controlled by, or under common ownership or control with, us at any time.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission

Copy from re:SearchTX

COMMERCIAL GENERAL LIABILITY
CL CG 22 49 01 22

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - CYBER INCIDENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following replaces **Exclusion 2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Cyber Incident**

Damages, costs and expenses, either directly or indirectly because of, caused by or arising out of:

**1.** Any:

**a.** Unauthorized access to, acquisition, use, collection, copying, processing, storage, dissemination, publication or disclosure of;

**b.** Theft, alteration, misuse, loss, misappropriation, disruption of, or damage to; or

**c.** Failure to provide access to, remove, rectify, destroy, protect or secure, including, but not limited to, failure to encrypt;

any person's or organization's "confidential information", whether it is "electronic data" or in any other form or media.

**2.** The loss, loss of use of, corruption or impairment of, damage to, disruption or destruction of, or inability to access, alter or manipulate "electronic data".

**3.** Any of the following:

**a.** Denial of service attack on;

**b.** Misappropriation, diversion, loss or misuse of; or

**c.** Denial of access to or service of, interruption of service, degradation, loss of use, alteration, failure, destruction, corruption or impairment of;

any "computer system", including any insured's or other person's or organization's "computer system".

**4.** Malicious code, virus or any other harmful code that:

**a.** Is directed at, enacted upon or introduced into "electronic data" or any "computer system"; or

**b.** Is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use, prevent or restrict access to, or otherwise disrupt the normal functioning or operation of "electronic data" or any "computer system".

**5.** Transfer, payment or delivery of money or any form of currency, including virtual currency, in response to a fraudulent instruction or demand.

**6.** Demand for a ransom payment (in money, or any form of currency, including virtual currency, or property or services), made in connection with the actual or threatened perpetuation of that which is described in paragraphs **1.** through **5.** above.

Such damages, costs or expenses are excluded regardless of any other cause or event that contributes concurrently or in any sequence to the damages, costs or expenses.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, payment card replacement costs, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or other arising out of that which is described in paragraphs **1.** through **6.** above.

This exclusion applies to any liability, damages, costs or expenses either directly or indirectly because of, caused by, or arising out of any failure (including, but not limited to, failure to timely or properly act) to notify of, disclose, prepare for, respond to, protect against, remediate, mitigate or comply with any statutory, regulatory, contractual, common law or other legal obligation relating to that described in paragraphs **1.** through **6.** above.

Copy from re:SearchTX

This exclusion applies regardless of culpability or intent, or whether the claim alleges negligence or other wrongdoing, in whole or in part, arising out of hiring, placing, managing, supervising, employing, training or monitoring of others, or the maintenance or security of any premises.

If there is any duty or obligation to defend or pay for a defense in the policy to which this endorsement is attached, the duty or obligation will not apply to any claim, suit or proceeding that alleges or is, directly or indirectly, in whole or in part, caused by, resulting from or relating to any of the above.

This exclusion does not apply to any coverage provided under endorsement **CL IL 01 21 - Cyber Coverage Insurance**, if this is part of the policy.

**B.** With respect to **Section I - Coverage B - Personal and Advertising Injury Liability**, paragraph **14.e.** of the **Definitions** section does not apply.

**C.** With respect to this endorsement, the following definitions are added under **Section V - Definitions**:

   **1.** "Computer system" means:

      **a.** Any computer hardware, including but not limited to:

         **(1)** Computers;

         **(2)** Transportable, mobile or handheld devices;

         **(3)** Data storage and data processing devices;

         **(4)** Networking equipment and backup facilities, including cloud computing devices and facilities;

         **(5)** Associated input and output devices (including, but not limited to, wireless and mobile devices);

         **(6)** Any related peripheral components; or

         **(7)** Communication networks, connected to or used in connection with such computers, equipment, facilities or devices.

      **b.** Firmware and electronic instructions that direct the operation and function of a computer or devices connected to it, which enables the computer or devices to receive, process, store or send "electronic data".

   **2.** "Confidential information" means nonpublic information, confidential information, personal information or personal data, including, but not limited to:

      **a.** Non-public information about a person that allows such person to be uniquely and reliably identified or allows access to the person's financial account or medical records information.

      **b.** Patents, trade secrets, processing methods, customer or customer-related information (including, but not limited to, customer lists); or

      **c.** Business plans or records, financial information, personally identifiable information, credit or payment card information (including, but not limited to, credit, debit or stored value cards), medical or health information or any type or combination of types of the foregoing.

   **3.** "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**CL CG 22 49 01 22**

Copy from re:SearchTX

**COMMERCIAL GENERAL LIABILITY**
**CL CG 24 01 09 16**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BODILY INJURY REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "bodily injury" in the **Definitions** section is replaced by the following:

"Bodily injury" means bodily injury, disability, sickness or disease sustained by a person, including death resulting from any of these at any time.   "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

Copy from re:SearchTX

EMPLOYMENT-RELATED PRACTICES LIABILITY
CL EP 03 10 07 21

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

**EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART**

The following exclusion is added to Paragraph **3.** of **SECTION I – COVERAGE**:

This insurance does not apply to "claims" based on, arising out of, or in any way involving with respect to confidential or personal information, including financial, health, biometric, employment or any other type of nonpublic information in any form:

**(1)** Access to or disclosure of such information; or

**(2)** Collection, acquisition, maintenance, or retention of confidential or personal information, including the failure to comply with a legal requirement to correct or delete such information, or provide individuals with the ability to consent to the collection, acquisition, maintenance, or retention of such information.

However, this exclusion shall not apply to allegations of "employment-related practices" as described in sub-paragraphs **(a)** through **(g)** of the definition of "employment-related practices".

Copy from re:SearchTX

COMMERCIAL AUTO
B CA DS 03 07 21

**Issuing Company:** Tri-State Insurance Company of Minnesota

# BUSINESS AUTO DECLARATIONS

**Policy No.:** ADV  9108666 - 13
Previous Policy No.: 9108666-12

## ITEM ONE

| NAMED INSURED AND ADDRESS | AGENCY NAME AND ADDRESS | 04364 |
|---|---|---|
| Brothers Car Wash Inc<br>dba Kwik Kar Wash of Lantana<br>7120 FM 407<br>Lantana, TX 76226 | (972)812-5410<br>Global Financial & Insurance Services, Inc.<br>PO Box 810510<br>Dallas, TX 75381-0510 | |

### POLICY PERIOD

The Policy Period is from 07/28/2023 to 07/28/2024 12:01 A.M. Standard Time at your Mailing Address shown above.

**Form of Business:**   Corporation

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**Premium Shown Is Payable At Inception**    $   1,064.00

**Audit Period (If Applicable):**

**Endorsements Attached To This Policy:**

*See attached "Schedule of Forms and Endorsements"*

| Countersignature Of Authorized Representative |
|---|
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

**Note**: Officer's facsimile signatures may be inserted here, on the policy cover or elsewhere at the company's option.

Copy from re:SearchTX

Policy No.:      ADV  9108666 - 13

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge is shown in the premium column below.  Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.**

| Coverages, Limits & Deductibles | Covered Autos | Premium |
|---|---|---|
| **Covered Autos Liability**<br>Limit = $1,000,000 | 8, 9 | $          480.00 |
| **Personal Injury Protection**<br>**(Or Equivalent No-Fault Coverage)**<br>Limit = Separately Stated In Each PIP Endorsement<br>Minus $ *Item Three Schedule* Deductible. | | $ |
| **Added Personal Injury Protection**<br>**(Or Equivalent Added No-Fault Coverage)**<br>Limit = Separately Stated In Each Added PIP Endorsement | | $ |
| **Property Protection Insurance (Michigan Only)**<br>Deductible = | | $ |
| **Auto Medical Payments**<br>Limit = $ Each Insured | | $ |
| **Medical Expense And income Loss Benefits**<br>**(Virginia Only)**<br>Limit = Separately Stated In Each Medical Expense And<br>         Income Loss Benefits Endorsement | | $ |
| **Uninsured Motorists**<br>Limit = | | $ |
| **Underinsured Motorists**<br>**(When not Included In Uninsured Motorists Coverage)**<br>Limit = | | $ |
| **Supplementary Uninsured Motorists (New York Only)**<br>Limit =<br>The maximum amount payable under SUM Coverage shall<br>be the policy's SUM limits reduced and thus offset by motor vehicle<br>bodily injury liability insurance policy or bond payments received<br>from, or on behalf of, any negligent party involved in the accident as<br>specified in the SUM endorsement. | | $ |
| **Physical Damage Comprehensive Coverage**<br>$ *Item Three Schedule* Deductible For All Perils For Each Covered<br>Auto<br>(A maximum deductible may also apply. Refer to Coverage Form<br>for details.)<br>See Item Four For Hired Or Borrowed Autos | | $ |
| **Physical Damage Specified Causes Of Loss Coverage**<br>$ *Item Three Schedule* Deductible For All Perils For Each Covered<br>Auto<br>(A maximum deductible may also apply. Refer to Coverage Form<br>for details.)<br>See Item Four For Hired Or Borrowed Autos | | $ |
| **Physical Damage Collision Coverage**<br>$ *Item Three Schedule* Deductible For Each Covered Auto.<br>See Item Four For Hired Or Borrowed Autos | | $ |
| **Physical Damage Towing and Labor**<br>Limit = $ *Item Three Schedule* For Each Disablement of a Private<br>         Passenger Auto, Light Or Medium Truck | | $ |
| **Premium For Endorsements** | | $          584 |
| **Estimated Total Premium\*** | | $        1,064.00 |

\*This Policy May Be Subject to Final Audit.

     Includes copyrighted material of Insurance Services<br>Office, Inc., with its permission     B CA DS 03 07 21

Copy from re:SearchTX

Policy No.:    ADV  9108666 - 13

**ITEM THREE - Schedule Of Covered Autos You Own**
**(Absence of a limit or deductible in a column for that vehicle means that the coverage does not apply)**

| Veh No. | DESCRIPTION | | | Original Cost New | Stated Amount |
|---|---|---|---|---|---|
| | Year | Model | VIN Number | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Veh No. | Covered Autos Liability Limits | Personal Injury Protection | | Property Protection Insurance (Michigan Only) | Auto Med Payments Limits | Medical Expense & Income Loss (VA Only) |
|---|---|---|---|---|---|---|
| | | Ded | Add'l PIP | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COVERAGES

| Veh No. | Covered Autos Liability Limits | Basic PIP | Add'l PIP | Property Protection Insurance (Michigan Only) | MCCA | ATPA | Auto Med Pay | Med Exp & Inc Loss (VA Only) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

PREMIUMS

| Veh No. | PHYSICAL DAMAGE COVERAGE | | | | PHYSICAL DAMAGE PREMIUMS | | | | Total Premium |
|---|---|---|---|---|---|---|---|---|---|
| | Deductibles | | | | | | | | |
| | Comp | Specified Causes Of Loss | Coll | Towing & Labor Limit | Comp | Specified Causes Of Loss | Coll | Towing & Labor | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Copy from re:SearchTX

**Policy No.:**    ADV  9108666 - 13

**ITEM THREE - Schedule Of Covered Autos You Own (Continued)**

<u>**SCHEDULE OF LOSS PAYEES**</u>

**Veh No.        Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee
                 Named Below According To Their Interests In The Auto At The Time Of The Loss**

Copy from re:SearchTX

**Policy No.:**    ADV  9108666 - 13

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

| Covered Autos Liability Coverage - Cost Of Hire Rating Basis For Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | |
|---|---|---|
| **Covered Autos Liability Coverage** | **Estimated Annual Cost Of Hire For All States** | **Premium** |
| **Primary Coverage** | | |
| **Excess Coverage** | | |
| | **Total Hired Auto Premiums:** | |

For "autos" used in your motor carrier operations, cost of hire means:
   1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers), and if not included therein;
   2. The total remunerations of all operators and drivers' helpers, of hired automobiles whether with a driver by lessor or an "employee" of the lessee, or any other third party; and
   3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

| Covered Autos Liability Coverage - Cost Of Hire Rating Basis For Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **Covered Autos Liability Coverage** | **State** | **Estimated Annual Cost Of Hire For Each State** | **Premium** |
| **Primary Coverage** | TX | If Any | $139MP |
| **Excess Coverage** | | | |
| | | **Total Hired Auto Premiums:** | $139 |

For "auto" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

Copy from re:SearchTX

Policy No.:     ADV  9108666 - 13

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Continued)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment - Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| | | Estimated Annual Cost Of Hire For Each State | | Premium | |
| Coverage | State | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability - Primary | | | | | |
| Covered Autos Liablity - Excess | | | | | |
| Personal Injury Protection | | | | | |
| Extraordinary Medical Benefits | | | | | |
| Auto Medical Payments | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| | | | | Total Hired Auto Premiums: | |
| Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members).  Cost of hire does not include charges for services performed by motor carriers of property or passengers. | | | | | |

| Rental Period Rating Basis - For Mobile Or Farm Equipment | | | | | |
|---|---|---|---|---|---|
| | | Estimated Number Of Days Equipment Will Be Rented | | Premium | |
| Coverage | Town And State Where The Job Site Is Located | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability - Primary | | | | | |
| Covered Autos Liability - Excess | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expenses Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| | | | | Total Hired Auto Premiums: | |

    Includes copyrighted material of Insurance Services Office, Inc., with its permission    B CA DS 03 07 21

Copy from re:SearchTX

Policy No.:      ADV  9108666 - 13

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Continued)**

**Physical Damage Coverage**

| Physical Damage Coverages - Cost Of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment) | | | | |
|---|---|---|---|---|
| **Coverage** | **State** | **Deductible** | **Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver)** | **Premium** |
| **Comprehensive** | | **$  Deductible For All Perils For Each Covered Auto** **(A maximum deductible may also apply. Refer to Coverage Form for details.)** | | |
| **Specified Causes Of Loss** | | **$  Deductible For All Perils For Each Covered Auto** **(A maximum deductible may also apply. Refer to Coverage Form for details.)** | | |
| **Collision** | | **$  Deductible For Each Covered Auto** | | |
| | | | **Total Hired Auto Premiums:** | |
| For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members).  Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver. | | | | |

Copy from re:SearchTX

**Policy No.:**    ADV  9108666 - 13

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Continued)**

**Physical Damage Coverage**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment - Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| | | | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | | Premium | |
| **Coverage** | **State** | **Deductible** | **Mobile Equipment** | **Farm Equipment** | **Mobile Equipment** | **Farm Equipment** |
| **Comprehensive** | | **$ Deductible For All Perils For Each Covered Auto** **(A maximum deductible may also apply. Refer to Coverage Form for details.)** | | | | |
| **Specified Causes Of Loss** | | **$ Deductible For All Perils For Each Covered Auto** **(A maximum deductible may also apply. Refer to Coverage Form for details.)** | | | | |
| **Collision** | | **$ Deductible For Each Covered Auto** | | | | |
| | | | | | **Total Hired Auto Premiums:** | |
| For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members).  Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver. | | | | | | |

Copy from re:SearchTX

**Policy No.:**　　ADV  9108666 - 13

**ITEM FIVE**

**Schedule For Non-ownership Covered Autos Liability**

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other Than Auto Service Operations, Partnerships Or LLCs | Number Of Employees | 10 | $341 |
| | Number Of Volunteers | | $ |
| Auto Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | $ |
| | Number Of Volunteers | | $ |
| | Number Of Partners (Active And Inactive) Or LLC Members | | $ |
| Partnerships Or LLCs | Number Of Employees | | $ |
| | Number Of Volunteers | | $ |
| | Number Of Partners (Active And Inactive) Or LLC Members | | $ |
| **Total Non-ownership Covered Autos Liability Premiums:** | | | $ 341 |

**ITEM SIX**

**Schedule For Gross Receipts Or Mileage Basis**

| Address Of Business Headquarters Location: | | |
|---|---|---|
| | | |

| **Type Of Risk** (Check One) | ☐ | **Public Autos** | ☐ | **Leasing Or Rental Concerns** |
|---|---|---|---|---|
| **Rating Basis**  (Check One) | ☐ | **Gross Receipts (Per $100)** | ☐ | **Mileage (Per Mile)** |
| **Estimated Yearly  (Gross Receipts Or Mileage):** | | | | |

| | Premiums |
|---|---|
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Auto Medical Payments | $ |
| Medical Expense and Income Loss  Benefits (VA Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing and Labor | $ |

Copy from re:SearchTX

**Policy No.:**    ADV  9108666 - 13

**ITEM SIX**

**Schedule For Gross Receipts Or Mileage Basis  (Continued)**

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross Receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross Receipts does not include:

1. Amounts you pay to air, sea or land carriers operating under their own permits.

2. Advertising revenue.

3. Taxes collected as a separate item and paid directly to the government.

4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
B CA DS 03 07 21

Copy from re:SearchTX

COMMERCIAL AUTO
CL CA FS 01 09 08

Policy Number: **ADV 9108666 - 13**

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following Declarations, Coverage Forms, Conditions, and Endorsements are applicable to:

### Commercial Auto

| Number | Edition | Description |
|---|---|---|
| B CA DS 03 | 07-2021 | Business Auto Declarations |
| CL CA FS 01 | 09-2008 | Schedule of Forms and Endorsements |
| CA 00 01 | 11-2020 | Business Auto Coverage Form |
| CA 01 96 | 11-2020 | Texas Changes |
| CA 02 43 | 11-2013 | Texas Changes Cancellation & Nonrenewal |
| CA 05 06 | 11-2020 | Texas Public Or Livery Passenger Conveyance, Transportation Network And On-Demand Delivery Services Exclusion |
| CA 23 84 | 10-2013 | Exclusion Of Terrorism |
| CA 23 94 | 10-2013 | Silica Or Silica-Related Dust Exclusion For Covered Autos Exposure |
| CA 99 37 | 10-2013 | Garagekeepers Coverage |
| CL CA 01 08 | 02-2015 | Asbestos Exclusion |
| CL CA 23 54 | 07-2022 | Exclusion - Cyber - With Limited Exception - Auto and Garagekeepers |

Copy from re:SearchTX

# BUSINESS AUTO COVERAGE FORM

Various provisions in this Policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the Policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the Policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the Policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the Policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the Policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

Copy from re:SearchTX

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this Policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|----|----|----|

## B. Owned Autos

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire after the policy period begins of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire after the policy period begins will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

3. An "auto" that is leased or rented to you without a driver, under a written agreement for a continuous period of at least six months that requires you to provide primary insurance covering such "auto", will be considered a covered "auto" you own.

## C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a registered Gross Vehicle Weight Rating of 3,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

## SECTION II – COVERED AUTOS LIABILITY COVERAGE

### A. Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   **a.** You for any covered "auto".

   **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

Copy from re:SearchTX

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

Copy from re:SearchTX

   **b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

   **a.** An "employee" of the "insured" arising out of and in the course of:

      **(1)** Employment by the "insured"; or

      **(2)** Performing the duties related to the conduct of the "insured's" business; or

   **b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

      **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

      **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

   **a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

   **b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

   **a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

   **b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

   **a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

   **b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

   **a.** Work or operations performed by you or on your behalf; and

   **b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

      **(1)** When all of the work called for in your contract has been completed;

      **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

Copy from re:SearchTX

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for a contest or activity.

**14. Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use of "unmanned aircraft".

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

Copy from re:SearchTX

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing And Labor**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" that is a private passenger type, light truck or medium truck is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $30 per day, to a maximum of $900, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the Policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   (2) Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

Copy from re:SearchTX

**(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $30 per day, to a maximum of $900.

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

  **a. Nuclear Hazard**

    **(1)** The explosion of any weapon employing atomic fission or fusion; or

    **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

  **b. War Or Military Action**

    **(1)** War, including undeclared or civil war;

    **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

  **a.** Wear and tear, freezing, mechanical or electrical breakdown.

  **b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

  **a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

  **b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

  **c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

  **d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

  **a.** Permanently installed in or upon the covered "auto";

  **b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

  **c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

  **d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

**1.** The most we will pay for:

  **a.** "Loss" to any one covered "auto" is the lesser of:

    **(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

    **(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

Copy from re:SearchTX

   **b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

     **(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

     **(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

     **(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance, provided that:

**1.** The Comprehensive or Specified Causes Of Loss Coverage deductible applies only to "loss" caused by:

   **a.** Theft or mischief or vandalism; or

   **b.** All perils.

**2.** Regardless of the number of covered "autos" damaged or stolen, the maximum deductible applicable for all "loss" in any one event caused by:

   **a.** Theft or mischief or vandalism; or

   **b.** All perils,

will be equal to five times the highest deductible applicable to any one covered "auto" on the Policy for Comprehensive or Specified Causes Of Loss Coverage. The application of the highest deductible used to calculate the maximum deductible will be made regardless of which covered "autos" were damaged or stolen in the "loss".

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

   **1. Appraisal For Physical Damage Loss**

   If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

     **a.** Pay its chosen appraiser; and

     **b.** Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we will still retain our right to deny the claim.

   **2. Duties In The Event Of Accident, Claim, Suit Or Loss**

   We have no duty to provide coverage under this Policy unless there has been full compliance with the following duties:

     **a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

       **(1)** How, when and where the "accident" or "loss" occurred;

       **(2)** The "insured's" name and address; and

       **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

     **b.** Additionally, you and any other involved "insured" must:

       **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

       **(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

© Insurance Services Office, Inc., 2019

Copy from re:SearchTX

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this Policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

Copy from re:SearchTX

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this Policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this Policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the Policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere else in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

Copy from re:SearchTX

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

Copy from re:SearchTX

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**a.** Power cranes, shovels, loaders, diggers or drills; or

**b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

**b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**a.** Equipment designed primarily for:

**(1)** Snow removal;

**(2)** Road maintenance, but not construction or resurfacing; or

**(3)** Street cleaning;

**b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury" or "property damage"; or

**2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

Copy from re:SearchTX

"Suit" includes:

    **a.**  An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.**  Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.**  "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.**  "Trailer" includes semitrailer.

**Q.**  "Unmanned aircraft" means an aircraft that is not:

    **1.**  Designed;

    **2.**  Manufactured; or

    **3.**  Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

Copy from re:SearchTX

COMMERCIAL AUTO
CA 01 96 11 20

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TEXAS CHANGES

For a covered "auto" licensed or principally garaged in Texas, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Physical Damage Coverage**

**1.** The following exclusion is added to Paragraph **B. Exclusions** in the **Physical Damage Coverage** section:

We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

**2.** Paragraphs **C.2.** and **C.3.** of the **Limits Of Insurance** provision under **Physical Damage Coverage** do not apply.

**3.** Paragraph **D. Deductible** in the **Physical Damage Coverage** section is amended by the addition of the following:

At the mutual agreement of you and us, we will not apply the deductible to "loss" to glass, if the glass is repaired rather than replaced.

**B. Changes In Conditions**

**1.** Paragraph **c.(4)** of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

**(4)** Agree to examination under oath at our request and give us a signed statement of your answers. A parent or guardian may be present during any examination of a minor.

**2.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

To the extent permitted by Sections 705.003 and 705.004 of the Texas Insurance Code, this Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

3. The **Two Or More Coverage Forms Or Policies Issued By Us** Condition is replaced by the following:

If this Coverage Form and any other Coverage Form or policy issued to you by us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us specifically to apply as excess insurance over this Coverage Form.

  © Insurance Services Office, Inc., 2013

Copy from re:SearchTX

4. The following condition is added:

**Claim-handling Procedures**

1. Within 15 days after we receive written notice of a claim, we will:

    a. Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

    b. Begin any investigation of the claim; and

    c. Specify the information you must provide in accordance with Paragraph **b.** of the Duties Condition.

    We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

2. After we receive the information we request, we will notify you in writing as to whether:

    a. The claim will be paid;

    b. The claim has been denied, and inform you of the reasons for denial;

    c. More information is necessary; or

    d. We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need.

    We will provide notification, as described in **2.a.** through **2.d.** above, within:

    a. 15 "business days"; or

    b. 30 days if we have reason to believe the "loss" resulted from arson.

    If we have notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice.

3. If a claim results from a weather-related catastrophe or a major natural disaster as defined by the Texas Department of Insurance, the claim-handling deadlines described above are extended for an additional 15 days.

4. If we notify you that we will pay your claim, or part of your claim, we will pay within five "business days" after we notify you.

    However, if payment of the claim or part of the claim is conditioned on your compliance with any of the terms under this Policy, we will make payment within five "business days" after the date you have complied with such terms.

5. We will notify the first Named Insured in writing of:

    a. An initial offer to settle a claim made or "suit" brought against any "insured" under Covered Autos Liability Coverage of this Policy. The notice will be given no later than the 10th day after the date on which the offer is made.

    b. Any settlement of a claim made or "suit" brought against the "insured" under Covered Autos Liability Coverage of this Policy. The notice will be given not later than the 30th day after the date of settlement.

    As used in this condition, "business day" means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

**C. Changes In Uninsured/Underinsured Motorists Coverage**

All references to "Uninsured Motorists Coverage" in the title or text of any Coverage Form or endorsement thereto are changed to read "Uninsured/Underinsured Motorists Coverage".

**D. Changes In Trailer Interchange Coverage**

The following exclusion is added to Paragraph **B. Exclusions** of **Section III – Trailer Interchange Coverage** in the Motor Carrier Coverage Form and to Paragraph **B.2. Exclusions** of the Motor Carrier Endorsement if attached:

**Texas Controlled Substance Act**

We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

**E. Changes In Garagekeepers Coverage**

If the Garagekeepers Coverage Endorsement or the Garagekeepers Coverage – Customers' Sound-receiving Equipment endorsement is attached, the following exclusion is added:

**Texas Controlled Substance Act**

We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

Copy from re:SearchTX

COMMERCIAL AUTO
CA 02 43 11 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraphs **2.** and **5.** of the **Cancellation** Common Policy Condition contained in Endorsement **IL 00 17** are replaced by the following:

**2.** We may cancel this policy:

**a.** By mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

**b.** For the following reasons, if this policy does not provide coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001:

**(1)** If this policy has been in effect for 60 days or less, we may cancel for any reason except, that under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official.

**(2)** If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

**(a)** Fraud in obtaining coverage;

**(b)** Failure to pay premiums when due;

**(c)** An increase in hazard within the control of the insured which would produce an increase in rate;

**(d)** Loss of reinsurance covering all or part of the risk covered by the policy; or

**(e)** If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

**c.** For the following reasons, if this policy provides coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001:

**(1)** If this policy has been in effect for less than 90 days, we may cancel this policy for any reason.

**(2)** If this policy has been in effect for 90 days or more, or if it is a renewal or continuation of a policy issued by us, we may cancel this policy, only for the following reasons:

**(a)** If the first Named Insured does not pay the premium or any portion of the premium when due;

**(b)** If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

**(c)** If the Named Insured submits a fraudulent claim; or

**(d)** If there is an increase in the hazard within the control of the Named Insured which would produce an increase in rate.

**CA 02 43 11 13**                    © Insurance Services Office, Inc., 2013                    **Page 1 of 2**

Copy from re:SearchTX

**5.** If this policy is canceled, we will send the first Named Insured any premium refund due. The refund will be pro rata, subject to the policy minimum premium. The cancellation will be effective even if we have not made or offered a refund.

**B.** The following condition is added:

**Nonrenewal**

**1.** We may elect to renew this policy except that under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

**2.** If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

© Insurance Services Office, Inc., 2013
**CA 02 43 11 13**

Copy from re:SearchTX

**COMMERCIAL AUTO**
**CA 05 06 11 20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS PUBLIC OR LIVERY PASSENGER CONVEYANCE, TRANSPORTATION NETWORK AND ON-DEMAND DELIVERY SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance, Transportation Network And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

1. As a public or livery conveyance for passengers;

2. By an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

3. By an "insured" who is logged into a "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, Paragraphs **A.2.** and **A3.** above do not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "autos" while being used:

1. As a public or livery conveyance for passengers;

2. By an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

3. By an "insured" who is logged into a "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, Paragraphs **B.2.** and **B.3.** above do not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance, Transportation Network And On-demand Delivery Services**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while being used:

1. As a public or livery conveyance for passengers;

2. By an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

3. By an "insured" who is logged into a "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, Paragraphs **C.2.** and **C.3.** above do not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

Copy from re:SearchTX

**D. Changes In Uninsured/Underinsured Motorists Coverage**

If Uninsured/Underinsured Motorists Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance, Transportation Network And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

**1.** As a public or livery conveyance for passengers;

**2.** By an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**3.** By an "insured" who is logged into a "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, Paragraphs **D.2.** and **D.3.** above do not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**E. Changes In Personal Injury Protection Coverage**

If Personal Injury Protection Coverage is attached, then the following exclusion is added:

**Transportation Network And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

However, this exclusion does not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Delivery network platform" means an online-enabled application or digital network, used to connect customers:

**a.** With drivers; or

**b.** With local vendors using drivers;

for the purpose of providing prearranged "delivery services" for compensation. A "delivery network platform" does not include a "transportation network platform".

**2.** "Delivery services" means the delivery of goods, items or products for compensation and includes courier services.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

Copy from re:SearchTX

COMMERCIAL AUTO
CA 23 84 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

  **a.** That involve the following or preparation for the following:

    **(1)** Use or threat of force or violence; or

    **(2)** Commission or threat of a dangerous act; or

    **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

  **b.** When one or both of the following apply:

    **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

© Insurance Services Office, Inc., 2013

Copy from re:SearchTX

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

　**a.** Physical injury that involves a substantial risk of death; or

　**b.** Protracted and obvious physical disfigurement; or

　**c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

Copy from re:SearchTX

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

Copy from re:SearchTX

COMMERCIAL AUTO
CA 23 94 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Covered Autos Liability Coverage:**

**Silica Or Silica-related Dust Exclusion For Covered Autos Exposure**

This insurance does not apply to:

**1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**3.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B. Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

CA 23 94 10 13                    © Insurance Services Office, Inc., 2011                    Page 1 of 1

Copy from re:SearchTX

COMMERCIAL AUTO
CA 99 37 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GARAGEKEEPERS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** | Brothers Car Wash Inc |
| | dba Kwik Kar Wash of Lantana |
| **Endorsement Effective Date:** | 07/28/2023 |

**SCHEDULE**

| Location Number | Address Where You Conduct Garage Operations (Main Location) | |
|---|---|---|
| 1 | 7120 FM407 Argyle, TX 76226 | |

| Coverages | Limit Of Insurance And Deductible | | Premium |
|---|---|---|---|
| **Comprehensive** | $ | **Limit Of Insurance** | |
| | $ | **Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism** | |
| | $ | **Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event** | |
| | | **OR** | |
| | $  100,000 | **Limit Of Insurance** | |
| | $  1,000 | **Deductible For All Perils For Each Customer's Auto** | |
| | $  5,000 | **Maximum Deductible For All Loss In Any One Event** | $   354.00 |

Copy from re:SearchTX

| Specified Causes Of Loss | $ | Limit Of Insurance | |
| | $ | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | $ | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | | **OR** | |
| | $ | Limit Of Insurance | |
| | $ | Deductible For All Perils For Each Customer's Auto | |
| | $ | Maximum Deductible For All Loss In Any One Event | $ |
| Collision | $ 100,000 | Limit Of Insurance | $  230.00 |
| | $ 1,000 | Deductible For Each Customer's Auto | |

| | |
|---|---|
| **Total Garagekeepers Premium For All Locations** | $  584 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## Direct Coverage Options

Indicate below with an "X" which, if any, Direct Coverage Option is selected.

☐ **Excess Insurance**

　If this box is checked, Garagekeepers Coverage remains applicable on a legal liability basis. However, coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest or the interest of the "customer's auto's" owner.

☒ **Primary Insurance**

　If this box is checked, Garagekeepers Coverage is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance.

**A.** This endorsement provides only those coverages:

　**1.** Where a Limit Of Insurance and a premium are shown for that coverage in the Schedule; and

　**2.** For the location shown in the Schedule.

**B. Coverage**

　**1.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "garage operations" under:

　　**a. Comprehensive Coverage**

　　　From any cause except:

　　　**(1)** The "customer's auto's" collision with another object; or

　　　**(2)** The "customer's auto's" overturn.

　**b. Specified Causes Of Loss Coverage**

　　Caused by:

　　**(1)** Fire, lightning or explosion;

　　**(2)** Theft; or

　　**(3)** Mischief or vandalism.

　**c. Collision Coverage**

　　Caused by:

　　**(1)** The "customer's auto's" collision with another object; or

　　**(2)** The "customer's auto's" overturn.

　**2.** We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "loss" to which this insurance does not apply. We may investigate and settle any claim

Copy from re:SearchTX

or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

**3. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "garage operations".

**c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "garage operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing their duties related to the conduct of your "garage operations".

**4. Coverage Extensions**

The following applies as **Supplementary Payments.** We will pay for the "insured":

**a.** All expenses we incur.

**b.** The costs of bonds to release attachments in any "suit" against an "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against an "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against an "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay, or

deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**C. Exclusions**

**1.** This insurance does not apply to any of the following:

**a. Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**b. Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**c. Defective Parts**

Defective parts or materials.

**d. Faulty Work**

Faulty "work you performed".

**2.** We will not pay for "loss" to any of the following:

**a.** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**b.** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**c.** Sound-receiving equipment designed for use as a citizens band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**d.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**3.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss":

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental

Copy from re:SearchTX

authority in hindering or defending against any of these.

**D. Limits Of Insurance And Deductibles**

**1.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Schedule for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

**a.** Collision; or

**b.** With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**2.** The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

**a.** Theft or mischief or vandalism; or

**b.** All perils.

**3.** To settle a claim or "suit", we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that part of the deductible that we paid.

**E. Additional Definitions**

As used in this endorsement:

**1.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**2.** "Loss" means direct and accidental loss or damage and includes any resulting loss of use.

**3.** "Garage operations" means the ownership, maintenance or use of locations for the purpose of a business of selling, servicing, repairing, parking or storing "customer's autos" and that portion of the roads or other accesses that adjoin these locations. "Garage operations" also includes all operations necessary or incidental to the performance of garage operations.

**4.** "Work you performed" includes:

**a.** Work that someone performed on your behalf; and

**b.** The providing of or failure to provide warnings or instructions.

Copy from re:SearchTX

COMMERCIAL AUTO
CL CA 01 08 02 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

**A.** The following exclusion is added to **Covered Autos Liability Coverage**:

This insurance does not apply to:

**Asbestos**
1. "Bodily injury", "property damage", or "diminution in value" related to the actual, alleged, or threatened presence of, or exposure to "asbestos" in any form, or to harmful substances emanating from "asbestos". This includes the ingestion of, inhalation of, absorption of, contact with, existence of, presence of, or exposure to, "asbestos". Such injury from or exposure to "asbestos" also includes, but is not limited to:

   **a.** The existence, installation, storage, handling or transportation of "asbestos";

   **b.** The removal, abatement or containment of "asbestos" from any structures, materials, goods, products, or manufacturing process;

   **c.** The disposal of "asbestos";

   **d.** Any structures, manufacturing processes, or products containing "asbestos";

   **e.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage; or

   **f.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above.

2. Any loss, cost or expense, including, but not limited to payment for investigation or defense, fines, penalties and other costs or expenses, arising out of any:

   **a.** Claim, "suit", demand, judgment, obligation, order, request, settlement, or statutory or regulatory requirement that any insured or any other person or entity test for, monitor, clean up, remove, contain, mitigate, treat, neutralize, remediate, or dispose of, or in any way respond to, or assess the actual or alleged effects of "asbestos", or

   **b.** Claim, "suit", demand, judgment, obligation, request, or settlement due to any actual, alleged, or threatened injury or damage from "asbestos" or testing for, monitoring, cleaning up, removing, containing, mitigating, treating, neutralizing, remediating, or disposing of, or in any way responding to or assessing the actual or alleged effects of, "asbestos" by any insured or by any other person or entity; or

   **c.** Claim, "suit", demand, judgment, obligation, or request to investigate which would not have occurred, in whole or in part, but for the actual or alleged presence of or exposure to "asbestos".

This exclusion applies regardless of who manufactured, produced, installed, transported, used, owned, sold, distributed, handled, stored or controlled the "asbestos".

Copy from re:SearchTX

**B.** The following definition is added to the **Definitions** Section:

"Asbestos" means any type or form of asbestos, asbestos fibers, asbestos products, or asbestos materials, including any products, goods, or materials containing asbestos or asbestos fibers, products or materials and any gases, vapors, scents or by-products produced or released by asbestos.

Copy from re:SearchTX

COMMERCIAL AUTO
CL CA 23 54 07 22

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - CYBER - WITH LIMITED EXCEPTION - AUTO AND GARAGEKEEPERS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
GARAGEKEEPERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The exclusion set forth in Paragraph **A.** below applies to all coverage under all forms and endorsements that comprise this Coverage Part or this Policy, including but not limited to forms or endorsements attached to this Coverage Part or Policy.

**A.** The following exclusion is added:

This insurance does not apply to any "loss", damages, costs and expenses, either directly or indirectly because of, caused by, arising out of, or resulting from:

**1.** Any:

**a.** Unauthorized access to, acquisition, use, collection, copying, processing, storage, dissemination, publication or disclosure of;

**b.** Theft, alteration, misuse, loss, misappropriation, disruption of, or damage to; or

**c.** Failure to provide access to, remove, rectify, destroy, protect or secure, including, but not limited to, failure to encrypt;

any person's or organization's "confidential information", whether it is "electronic data" or in any other form or media.

**2.** The loss of, loss of use of, corruption or impairment of, damage to, disruption or destruction of, or inability to access, alter or manipulate "electronic data";

**3.** Any of the following:

**a.** Denial of service attack on;

**b.** Misappropriation, diversion, loss or misuse of; or

**c.** Denial of access to or service of, interruption of service, degradation, loss of use, alteration, failure, destruction, corruption or impairment of;

any "computer system", including any insured's or other person's or organization's "computer system".

**4.** Malicious code, virus or any other harmful code that:

**a.** Is directed at, enacted upon or introduced into "electronic data" or any "computer system"; or

**b.** Is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use, prevent or restrict access to, or otherwise disrupt the normal functioning or operation of "electronic data" or any "computer system".

**5.** Transfer, payment or delivery of money or any other form of currency, including virtual currency, in response to a fraudulent instruction or demand.

**6.** Demand for a ransom payment (in money, or any form of currency, including virtual currency, or property or services) made in connection with the actual or threatened perpetuation of that which is described in paragraphs **1.** through **5.** above.

regardless of any other cause or event that contributes concurrently or in any sequence to the liability, "loss", cost, expense, damages or injury, other than as provided in paragraph **B.** below.

This exclusion applies even if damages are claimed for notification costs, credit monitoring

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Copy from re:SearchTX

expenses, payment card replacement costs, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in paragraphs **1.** through **6.** above.

**B.** If any of that which is described in paragraphs **A. 1.** through **A.6** results in:

**1.** The covered "auto's" or "customer's auto's" collision with another object;

**2.** The covered "auto's" or "customer's auto's" overturn;

**3.** The covered "auto's" or "customer's auto's" fire or explosion; or

**4.** The covered "auto's" or "customer's auto's" total theft, other than "loss" due to theft or conversion of a "customer's auto" caused in any way by you, your "employees" or by your stockholders;

We will pay the:

**(a)** Sums an "insured" legally must pay as damages because of "bodily injury", "property damage", or "covered pollution cost or expense" that is caused by an "accident" and one or more of the causes of loss specified in paragraphs **B.1.** through **B.4** above and resulting from the ownership, maintenance or use of the covered "auto" provided under Covered Autos Liability Coverage;

**(b)** "Loss" to a covered "auto" or its equipment that is caused by one or more of the causes of loss specified in paragraphs **B.1** through **B.4** above as provided under Physical Damage Coverage; and

**(c)** Sums an "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care that is caused by one or more of the causes of loss specified in paragraphs **B.1.** through **B.4** above and while the "insured" is attending, servicing, repairing, parking or storing it in your "garage operations", as provided under Garagekeepers Coverage;

but only if otherwise covered under the policy to which this endorsement is attached.

**C.** With respect to this endorsement, the following definitions are added:

**1.** "Computer system" means:

**a.** Any computer hardware, including but not limited to:

**(1)** Computers;

**(2)** Transportable, mobile or handheld devices;

**(3)** Data storage and data processing devices;

**(4)** Networking equipment and backup facilities, including cloud computing devices and facilities;

**(5)** Associated input and output devices (including, but not limited to, wireless and mobile devices);

**(6)** Any related peripheral components; or

**(7)** Communication networks, connected to or used in connection with such computers, equipment, facilities or devices.

**b.** Firmware and electronic instructions that direct the operation and function of a computer or devices connected to it, which enables the computer or devices to receive, process, store or send "electronic data".

**2.** "Confidential information" means non-public information, confidential information, personal information or  personal data, including, but not limited to:

**a.** Non-public information about a person that allows such person to be uniquely and reliably identified or allows access to the person's financial account or medical records information;

**b.** Patents, trade secrets, processing methods, customer or customer-related information (including, but not limited to, customer lists); or

**c.** Business plans or records, financial information, personally identifiable information, credit or payment card information (including, but not limited to, credit, debit or stored value cards), medical or health information or any type or combination of types of the foregoing.

**3.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services

Includes copyrighted material of Insurance Services Office, Inc., with its permission    CL CA 23 54 07 22

Copy from re:SearchTX

performed.

4.  "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Copy from re:SearchTX

# EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART

**THIS INSURANCE PROVIDES CLAIMS MADE AND REPORTED COVERAGE.  DEFENSE COSTS APPLY AGAINST THE LIMITS OF INSURANCE AND ARE SUBJECT TO THE DEDUCTIBLE.**

**PLEASE READ THIS COVERAGE CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGE AND COVERAGE RESTRICTIONS.**

**WE HAVE NO DUTY TO PROVIDE COVERAGE UNLESS THERE HAS BEEN FULL COMPLIANCE WITH ALL THE CONDITIONS WITHIN SECTION V - CONDITIONS AND ANY OTHER APPLICABLE COVERAGE CONDITIONS.**

Throughout this Coverage, the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this Coverage.  The words "we", "us" and "our" refer to the Company providing this insurance.  The word "insured" means any person or organization qualifying as such under **SECTION II - WHO IS AN INSURED**.

All words and phrases that appear in quotation marks have special meaning.  Refer to **SECTION VII - DEFINITIONS**.

## SECTION I - COVERAGE

In consideration of the payment of premium and subject to the Limits of Insurance shown in **Item 3** of the Declarations and all the definitions, exclusions, terms and conditions of this insurance, we agree with you as follows:

1. **Insuring Agreement**

    a.  We will pay on behalf of the insured for "damages" in excess of the Deductible arising out of any "employment-related practices" to which this insurance applies.

    We have no obligation under this insurance to make payments or perform acts or services except as provided for in this paragraph **1.**, in paragraph **2.** below or in paragraph **3.** of **SECTION III - LIMITS OF INSURANCE**.

    b.  This insurance applies to such "damages" only if:
    **(1)** The "damages" result from a "claim";
    **(2)** The "employment-related practices" take place in the "coverage territory";
    **(3)** Such "employment-related practices" occurred:
        **(a)** After the Retroactive Date, if any, shown in the Declarations; and
        **(b)** Before the end of the policy period; and
    **(4)** A "claim" is both:
        **(a)** First made against any insured, in accordance with paragraph **c.** below, during the policy period or any Extended Reporting Period we provide under **SECTION VI - EXTENDED REPORTING PERIODS**; and
        **(b)** Reported to us either **(i)** during the policy period or within thirty (30) days thereafter; or **(ii)** with respect to any "claim" first made during any Extended Reporting Period we provide under **SECTION VI - EXTENDED REPORTING PERIODS**, during such Extended Reporting Period.

    c.  A "claim" will be deemed to have been made at the earlier of the following times:
    **(1)** When notice of such "claim" is received and recorded by you or by us, whichever comes first; or
    **(2)** When we make settlement in accordance with paragraph **2.b.(2)** below.

Copy from re:SearchTX

**d.** All "claims" by one or more claimants for "damages" based on or arising out of:
   **(1)** One "employment-related practice"; or
   **(2)** An "interrelated" series of "employment-related practices";
   by one or more insureds shall be deemed to be one "claim" and to have been made at the time the first of those "claims" is made against any insured.

**e.** Each Payment we make for "damages" or "defense expense" reduces the Limit of Insurance available, as provided under **SECTION III - LIMITS OF INSURANCE**.

**2. Defense of Claims, Administrative Hearings & Settlement Authority**

Subject to the limits of insurance, deductible, conditions, exclusions, definitions, and other terms of this Coverage:

**a.** We have the right and duty to defend "claims" against the insured seeking "damages" to which this insurance applies and to pay for related "defense expense".

   However, when this insurance does not apply, we have no duty to:
   **(1)** Defend "claims" against the insured seeking "damages"; or
   **(2)** Pay for related "defense expense".

**b.** We may, at our sole discretion:
   **(1)** Investigate any "employment-related practice" that may result in "damages"; and
   **(2)** Settle any "claim" which may result, provided:
      **(a)** We have the insured's written consent to settle; and
      **(b)** The settlement is within the applicable Limit of Insurance available.

**c.** Our liability will be limited as described below if:
   **(1)** The insured refuses to consent to any settlement we recommend; and
   **(2)** Such recommended settlement is acceptable to the claimant.

   After such refusal, our liability under this Coverage for such "claim" shall not exceed the amount we would have paid for "damages" and "defense expense" if the insured had consented to our settlement recommendation.  The insured shall thereafter be responsible for the negotiation and defense of that "claim" at their own cost and without our involvement.

**d.** Our right and duty to defend such "claims" ends when we have used up the Limit of Insurance available, as provided under **SECTION III - LIMITS OF INSURANCE**.  This applies both to "claims" pending at that time and any that may be made.

**e.** Our and your rights and duties in the control of defense, selection of defense counsel, and payment of "defense expense":
   **(1)** When we control defense of a "claim", we will pay associated "defense expense" and choose a counsel of our choice from the panel of attorneys we have selected to deal with such "claims".

   If you give us a specific written request at the time a "claim" is first made:
   **(a)** You or any involved insured may select one of our panel of employment law attorneys; or
   **(b)** You or such insured may ask us to consider the approval of a defense attorney of your or that insured's choice who is not on our panel.

   We will then use the attorney selected in **(a)** above, or consider the request in **(b)** above, if we deem it appropriate to engage counsel for such "claim".

   **(2)** If by mutual agreement or court order the insured assumes control of the defense of a "claim" before the applicable Limit of Insurance is used up, the insured will be allowed to select defense counsel and we will reimburse the insured for reasonable "defense expense".  You and any involved insured must:
      **(a)** Continue to comply with paragraph **2. Duties In The Event Of Employment-Related Practices Or Claims** in **SECTION V - CONDITIONS**.

Includes copyrighted material of Insurance Services Office, Inc.
                                       with its permission

Copy from re:SearchTX

**(b)** Direct defense counsel to:

    **(i)** Furnish us with the additional information we request to evaluate the "claim"; and

    **(ii)** Cooperate with any counsel we may select to monitor or associate in the defense of the "claim".

If we defend any insured under a reservation of rights, both such insured's counsel and our counsel will be required to maintain records pertinent to "defense expenses".  These records will be used to determine the allocation of any "defense expenses" for which you or any insured may be solely responsible, including defense of an allegation not covered by this insurance.

We will notify you in writing when the applicable Limit of Insurance has been used up by the payment of "damages" or "defense expense".  We will also initiate and cooperate in the transfer of defense of any "claim" to an appropriate insured for whom the duty to defend has ended by reason of paragraph **2.d.** above.

**f.**  Upon notice to us and with our prior approval, the first Named Insured is authorized to act on behalf of all insureds with respect to the payment of "damages" in settlement of any Administrative Hearing or other non-judicial proceeding before the U.S. Equal Employment Opportunity Commission (EEOC), or any similar federal, state or local body or commission.  This authorization is limited to the sum of:

**(1)** "Damages" covered by this Coverage; and

**(2)** "Defense expense", as defined in paragraph **5.d.** in **SECTION VII - DEFINITIONS**;

in a total amount not to exceed two times the amount of the Deductible stated in the Declarations.

**3.**  **Exclusions**

This insurance does not apply to "claims" based on, arising out of, or in any way involving:

**a.**  **(1)** "Employment-related practices" which were the subject of any demand, suit or other proceeding which was initiated against any insured; or

    **(2)** Facts and circumstances which would cause a reasonable person to believe a "claim" would be made and which were known to any insured;

prior to the effective date of the earlier of:

    **(i)** The first Coverage of this type that we issued to you of which this Coverage was an uninterrupted renewal of this type of coverage; or

    **(ii)** This Coverage.

**b.**  Loss of any benefit conferred or loss of any obligation imposed under an express contract of employment.

**c.**  Any obligation to pay "damages" by reason of the assumption of liability in any contract or agreement.

However, this exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

**d.**  Liability arising under any of the following laws:

    **(1)** Any workers compensation, disability benefits or unemployment compensation law, or any similar law.

However, this exclusion shall not apply to any "claim" based upon, arising from or in consequence of any actual or alleged retaliatory treatment of the claimant by the insured on account of the claimant's exercise of rights pursuant to any such law;

    **(2)** Employees' Retirement Income Security Act of 1974, Public Law 93-406, (ERISA) as now or hereafter amended, or any similar state or other governmental law.  This includes:

      **(a)** Fiduciary liability;

      **(b)** Liability arising out of the administration of any employee benefit plan; and

      **(c)** Any other liability under any such laws;

    **(3)** The Fair Labor Standards Act, or any state or common law wage or hour law, including, but not limited to, laws governing minimum wages, hours worked, overtime compensation, and including any record-keeping and reporting related thereto.

This exclusion includes actions or claims brought by or on behalf of individuals or agencies seeking wages, fines, penalties, taxes, disgorgement, or other affirmative relief or compensation.

Copy from re:SearchTX

This exclusion does not include "claims" based on the Equal Pay Act or retaliation related to Equal Pay Act "claims";

**(4)** The National Labor Relations Act;

**(5)** The Worker Adjustment and Retraining Notification Act (Public Law 100-379);

**(6)** The Consolidated Omnibus Budget Reconciliation Act of 1985; or

**(7)** The Occupational Safety and Health Act.

This exclusion **d.(1) - (7)** also applies to:

**(i)** Any rules or regulations promulgated under any of the foregoing and amendments thereto;

**(ii)** Any similar provisions of any federal, state or local law;

**(iii)** That part of any "damages" awarded for the cost or replacement of any insurance benefits due or alleged to be due to any current or former "employee"; and

**(iv)** Any "claim" based upon, arising from or in consequence of any actual or alleged retaliatory treatment of the claimant by the insured on account of the claimant's exercise of rights pursuant to any such law described in this exclusion **d.**  This provision, **d.(iv)**, does not apply to the specific retaliation exceptions shown in exclusions **d.(1)** and **d.(3)** above.

**e.** Oral or written publication of material, if such material:

**(1)** Was published by or at the direction of the insured with knowledge of the material's falsity; or

**(2)** Was first published before the Retroactive Date, if any, shown in the Declarations.

**f.** Dishonest, criminal or fraudulent acts of the insured.

**g.** The willful failure by the insured or with the insured's consent to comply with any law or any governmental or administrative order or regulation relating to "employment-related practices".

Willful, as used in this exclusion **g.**, means acting with intentional or reckless disregard for such employment related laws, orders or regulations.

The enforcement of this exclusion against any insured shall not be imputed to any other insured.

**h.** "Bodily injury";

**i.** "Employment-related practices" which occur when or after:

**(1)** You file for or are placed in any bankruptcy, receivership, liquidation or reorganization proceeding; or

**(2)** Any other business entity acquires an ownership interest in you, which is greater than fifty percent.

**j.** Costs of complying with physical modifications to your premises or any changes to your usual business operations as mandated by the Americans with Disabilities Act of 1990 including any amendment thereto, or any similar federal, state or local law.

This exclusion also applies to any "claim" based upon, arising from or in consequence of any actual or alleged retaliatory treatment of the claimant by the insured on account of the claimant's exercise of rights pursuant to any such law described in this exclusion **j.**

**k.** Lockout, strike, picket line, related worker replacements or other similar actions resulting from labor disputes or labor negotiations.

This exclusion also applies to any "claim" based upon, arising from or in consequence of any actual or alleged retaliatory treatment of the claimant by the insured on account of the claimant's exercise of rights pursuant to labor disputes or labor negotiations.

## SECTION II - WHO IS AN INSURED

**1.** For purposes of this insurance, if you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

Copy from re:SearchTX

**b.** A partnership or joint venture, you are an insured.  Your current or former members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured.  Your current or former members are also insureds, but only with respect to the conduct of your business.  Your current or former managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your current or former directors are insureds, but only with respect to their duties as your directors.

**e.** A trust, you are an insured.  Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Your current or former "employees" are also insureds, but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

**3.** Any heirs, executors, administrators, assignees or legal representatives of any insured in paragraphs **1.** and **2.** above, in the event of the death, bankruptcy or incapacity of such insured, shall be insureds, but only to the extent this insurance would have been available to such insured but for their death, bankruptcy or incapacity.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization.  However:

**a.** You must provide us notice of such acquisition or formation within 30 days of the effective date of your acquisition or formation;

**b.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**c.** Coverage does not apply to any "employment-related practices" that occurred before you acquired or formed the organization; and

**d.** You must pay us any additional premium due as a condition precedent to the enforceability of this additional extension of coverage.

This paragraph **4.** does not apply to any organization after it is shown in the Declarations.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limit of Insurance stated as Aggregate Limit in the Declarations is the most we will pay for the sum of:

**a.** All "damages"; and

**b.** All "defense expense",
for all "claims" to which this Coverage applies.

Each payment we make for such "damages" or "defense expense" reduces the Aggregate Limit by the amount of the payment.

This reduced Aggregate Limit will then be the Limit of Insurance available for further "damages" and "defense expense" under this Coverage.

Copy from re:SearchTX

2. Subject to paragraph **1.** above, the Limit of Insurance stated as the Each "Claim" Limit in the Declarations is the most we will pay in excess of the Deductible, as further described in **SECTION IV - DEDUCTIBLE**, for the sum of:

   **a.** "Damages"; and

   **b.** "Defense expense",
   arising out of any one "claim".

3. In addition to the payments for "damages" and "defense expense" in paragraphs **1.** and **2.** above, we will also pay all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of paragraphs **1.** and **2.** above.

The Limits of Insurance of this Coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.


**SECTION IV - DEDUCTIBLE**

1. A deductible applies to all "damages" for injury arising from "employment-related practices" and any "defense expense" however caused.

2. Our obligation to pay "damages" and "defense expense" on behalf of any insured applies only to the sum of the amount of "damages" and "defense expense" for any one "claim" which are in excess of the Deductible state in **Item 4** of the Declarations.

3. Your obligation is to pay the Deductible applicable to Each "Claim" made against this Coverage.   That deductible applies to the sum of:

   **a.** All "damages"; and

   **b.** Applicable "defense expense",
   associated with each "claim".

   If there should be no "damages" paid for a "claim", you are still obligated to pay the applicable deductible for any "defense expense" incurred by us in connection with that "claim".

4. The terms of this insurance apply irrespective of the application of the deductible, including those with respect to:

   **a.** Our right and duty to defend any "claim"; and

   **b.** Your and any involved insured's duties in the event of a "claim".

5. We may pay any part or all of the deductible to effect settlement of any "claim" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible as we may have paid for "damages" or "defense expense".

6. The application of the deductible does not reduce the applicable Limits of Insurance.


**SECTION V - CONDITIONS**

1. **Bankruptcy**

   Subject to exclusion **3.i.(1)**, the bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this insurance.

Copy from re:SearchTX

**2.   Duties In The Event Of Employment-Related Practices Or Claims**

    **a.**  You must see to it that we are notified as soon as practicable of any specific "employment-related practices" which you believe may result in an actual "claim".  Your belief must be reasonably certain as the result of specific allegations made by a potential claimant or such potential claimant's representative, or as the result of specifically identifiable injury sustained by a potential claimant.  Notices of "employment-related practices" should include the following detailed information:

        **(1)** How, when and where such "employment-related practices" took place;

        **(2)** The names and addresses of any potential claimants and witnesses; and

        **(3)** The nature of any injury arising out of such "employment-related practices".

      Notice of such "employment-related practices" is not notice of a "claim", but preserves any insured's rights to future coverage for subsequent "claims" arising out of such "employment-related practices" as described in the Basic Extended Reporting Period of **SECTION VI - EXTENDED REPORTING PERIODS.**

    **b.**  If a "claim" is received by any insured:

        **(1)** You must immediately record the specifics of the "claim" and the date received;

        **(2)** You and any other involved insured must see to it that we receive written notice of the "claim", as soon as practicable, but in any event we must receive notice either:

            **(a)** During the policy period or within thirty (30) days thereafter; or

            **(b)** With respect to any "claim" first made during any Extended Reporting Period we provide under **SECTION VI - EXTENDED REPORTING PERIODS**, during such Extended Reporting Period.

        As a condition precedent for coverage under this insurance, notice of a "claim" must include the detailed information required in paragraphs **2.a.(1)**, **(2)** and **(3)** above; and

        **(3)** You and any other involved insured must:

            **(a)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim";

            **(b)** Authorize us to obtain records and other information;

            **(c)** Cooperate with us in the investigation, settlement or defense of the "claim"; and

            **(d)** Assist us, upon our request, in the enforcement of any right against any person or organization, which may be liable to the insured because of injury or damage to which this insurance may also apply.

    **c.**  No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent, other than those specific payments authorized under paragraph **2.f.** of **Defense of Claims, Administrative Hearings & Settlement Authority** in **SECTION I - COVERAGE.**

**3.   Legal Action Against Us**

    No person or organization has a right under this Coverage:

    **a.**  To join us as a party or otherwise bring us into a "claim" seeking "damages" from any insured; or

    **b.**  To sue us on this Coverage unless all of its terms have been fully complied with.

    Any person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial, but we will not be liable for "damages" that are not payable under the terms of this Coverage or that are in excess of the applicable Limit of Insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.   Other Insurance**

    If other valid and collectible insurance is available to the insured for "damages" or "defense expense" we cover under this Coverage, our obligations are limited as follows:

    **a.**  As this insurance is primary insurance, our obligations are not affected unless any of the other insurance is also primary.  Then, we will share with all that other insurance by the method described in paragraph **b.** below.

Copy from re:SearchTX

**b.** If all of the other insurance permits contribution by equal shares, we will follow this method also.

Under this method, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits.

Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.    Payment of Deductibles**

The first Named Insured shown in the Declarations is responsible for the payment of all deductibles.

**6.    Representations**

By accepting this Coverage you agree:

**a.** The statements in the Declarations are accurate and complete; and

**b.** Since we have issued this Coverage in reliance upon your representations, this insurance is voidable if any material fact or circumstance relating to the subject of this insurance is omitted or misrepresented.

**7.    Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom "claim" is made.

**8.    Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage, those rights are transferred to us.  The insured must do nothing after loss to impair them.  At our request, the insured will sue those responsible or transfer those rights to us and help us enforce them.

**9.    When We Do Not Renew**

If we decide not to renew this Coverage, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.  If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION VI - EXTENDED REPORTING PERIODS**

**1.** We will provide Extended Reporting Periods, as described below, if:

**a.** This Coverage is cancelled or not renewed; or

**b.** We renew or replace this Coverage with insurance that:
**(1)** Has a Retroactive Date later than the date shown in the Declarations; or
**(2)** Does not apply on a claims-made basis.

**2.** Extended Reporting Periods do not extend the policy period or change the scope of coverage provided.  They apply only to "claims" as the result of "employment-related practices" committed after the Retroactive Date, if any, shown in the Declarations and before the end of the policy period.  Once in effect, Extended Reporting Periods may not be cancelled.

Copy from re:SearchTX

3.  Extended Reporting Periods do not reinstate or increase the Limits of Insurance.

4.  A Basic Extended Reporting Period is automatically provided without additional charge.  This period starts with the end of the policy period and lasts for:

    a.  Five years with respect to "claims" arising out of "employment-related practices" which had been properly reported to us before the end of the policy period in accordance with paragraph **2.a.** of **Duties In The Event Of Employment-Related Practices Or Claims** in **SECTION V - CONDITIONS**; and

    b.  Sixty days with respect to "claims" arising from "employment-related practices" not previously reported to us.

    The Basic Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the Limit of Insurance applicable to such "claims".

5.  A Supplemental Extended Reporting Period of either twelve (12) or thirty-six (36) months duration is available, but only by endorsement and for an extra charge.  This supplemental period starts when the Basic Extended Reporting Period set forth in paragraph **4.b.** above ends.  The first Named Insured shown in the Declarations must give us a written request for the endorsement, and its length, within 30 days after the end of the policy period.  The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium when due.  We will determine the additional premium in accordance with our rules and rates.  In doing so, we may take into account the following:

    a.  The exposures insured;

    b.  Previous types and amounts of insurance;

    c.  Limits of Insurance available under this Coverage for future payment of "damages" or "defense expense"; and

    d.  Other related factors.

    The additional premium will not exceed 200% of the annual premium for this Coverage.

6.  The **Supplemental Extended Reporting Period Endorsement** we issue shall set forth the terms, not inconsistent with this **SECTION VI - EXTENDED REPORTING PERIODS**, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period begins.

## SECTION VII - DEFINITIONS

1.  **"Bodily injury"** means physical injury to the body, sickness or disease sustained by a person as the result of direct physical injury to the body, including death resulting from any of these at any time.  "Bodily injury" does not include mental anguish that results from an "employment-related practice".

2.  **"Claim"** means written or oral notice presented by:

    a.  Any "employee", "leased worker", "temporary worker", former "employee" or applicant for employment by you; or

    b.  The U.S. Equal Employment Opportunity Commission (EEOC) or any other federal, state or local administrative or regulatory agency on behalf of a person described in paragraph **2.a.** above,
    alleging that the insured is responsible for "damages" as a result of injury arising out of any "employment-related practices".

    "Claim" includes any civil proceeding in which either "damages" are alleged or fact finding will take place, when either is the result of any "employment-related practice" to which this insurance applies.  This includes:

Copy from re:SearchTX

**(i)** An arbitration proceeding in which such "damages" are claimed and to which the insured submits with our consent;

**(ii)** Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which the insured submits with our consent; or

**(iii)** Any administrative proceedings as established under federal, state or local laws applicable to "employment-related practices" covered under this insurance.

**3.** **"Coverage territory"** means:

   **a.** The United States of America (including its territories and possessions) and Puerto Rico; or

   **b.** Anywhere in the world with respect to the activities of a person whose place of employment is in the territory described in paragraph **3.a.** above, while he or she is away for a short time on your business, provided that the insured's responsibility to pay "damages" is determined in a suit on the merits (or any type of civil proceeding described under the definition of "claim") in and under the substantive law of the United States of America (including its territories and possessions) or Puerto Rico.

**4.** **"Damages"** means monetary amounts to which this insurance applies and which the insured is legally obligated to pay as judgments or awards, or as settlements to which we have agreed in writing.

   **a.** "Damages" include:
     **(1)** "Pre-judgment interest" awarded against the insured on that part of the judgment we pay;
     **(2)** Any portion of a judgment or award, to the extent allowed by law, that represents a multiple of the compensatory amounts, punitive or exemplary damages; and
     **(3)** Statutory attorney fees.

   **b.** "Damages" do not include:
     **(1)** Civil, criminal, administrative or other fines or penalties;
     **(2)** Equitable relief, injunctive relief, declarative relief or any other relief or recovery other than money; or
     **(3)** Judgments or awards because of acts deemed uninsurable by law.

**5.** **"Defense expense"** means payments allocated to a specific "claim" for its investigation, settlement, or defense, including:

   **a.** Attorney fees and all other litigation expenses.

   **b.** The cost of bonds to appeal a judgment or award in any "claim" we defend. We do not have to furnish these bonds.

   **c.** The cost of bonds to release attachments, but only for bond amounts within the Limit of Insurance available. We do not have to furnish these bonds.

   **d.** Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of any "claim", including actual loss of earnings up to $250 a day because of time off from work.

   **e.** Costs taxed against the insured in the "claim".

"Defense expense" does not include:

**(i)** Salaries and expenses of our employees or your "employees", other than:
     **(a)** That portion of our employed attorneys' fees, salaries and expenses allocated to a specific "claim" for the defense of the insured; and
     **(b)** The expenses described in paragraph **d.** above; and

**(ii)** Interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of **SECTION III - LIMITS OF INSURANCE.**

Copy from re:SearchTX

6.  **"Employee"** means:

  a.  A person employed by you for wages or salary;

  b.  A person who is a current or former member of your board of directors; or

  c.  A "temporary worker".

  However, "employee" does not include:

  **(i)**  Any independent contractor;

  **(ii)**  Any employees of any independent contractor while acting within the scope of their employment; or

  **(iii)** Any "leased worker".

7.  **"Employment-related practices"** means any of the following actual or alleged practices **(i)** which are directed against any of your "employees", "leased workers", "temporary workers", former "employees" or applicants for employment by you; and **(ii)** for which remedy is sought under any civil employment law whether federal, state or local and whether arising out of statutory or common law:

  a.  Wrongful refusal to employ a qualified applicant for employment;

  b.  Wrongful failure to promote;

  c.  Wrongful deprivation of career opportunity;

  d.  Wrongful demotion, evaluation, reassignment or discipline;

  e.  Wrongful termination of employment, including constructive discharge;

  f.  Employment related misrepresentation;

  g.  Harassment, including sexual harassment, coercion, discrimination or humiliation as a consequence of race, color, creed, national origin, marital status, medical condition, gender, age, physical appearance, physical and/or mental impairments, pregnancy, sexual orientation or sexual preference or any other protected class or characteristic established by any applicable federal, state or local statute; or

  h.  Oral or written publication of material that:
      **(1)** Slanders;
      **(2)** Defames or libels; or
      **(3)** Violates or invades a right of privacy.

8.  **"Interrelated"** means having as a common nexus any fact, circumstance, situation, event, transaction, cause or series of related facts, circumstances, situations, events, transactions or causes.

9.  **"Leased worker"** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business.  "Leased worker" does not include a "temporary worker".

10. **"Pre-judgment interest"** means interest added to a settlement, verdict, award or judgment based on the amount of time prior to the settlement, verdict, award or judgment, whether or not made part of the settlement, verdict, award or judgment.

11. **"Temporary worker"** means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

Copy from re:SearchTX

**Policy No.:  ADV 9108666 13**
Previous Policy No.: 9108666-12

| **Named Insured Name and Address** | **Agency Name and Address** | 04364 |
|---|---|---|
| Brothers Car Wash Inc | (972)812-5410 | |
| dba Kwik Kar Wash of Lantana | Global Financial & Insurance Services, Inc. | |
| 7120 FM 407 | PO Box 810510 | |
| Lantana, TX 76226 | Dallas, TX 75381-0510 | |

Copy from re:SearchTX

# EXHIBIT B

Copy from re:SearchTX

 **Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

| | | | |
|---|---|---|---|
| Insured: | Brothers Car Wash Inc | Cellular: | (972) 804-3220 |
| Property: | 7120 Justin Road | E-mail: | gateway019@yahoo.com |
| | Lantana, TX 76226 | | |

| | | | |
|---|---|---|---|
| Estimator: | Stetson Nelson | Cellular: | (770) 900-8824 |
| Position: | Senior Estimator | | |
| Business: | 400 E Las Colinas Blvd | | |
| | Irving, TX 75039 | | |

| | | | |
|---|---|---|---|
| Contractor: | | Business: | (800) 400-7663 |
| Company: | RestoreMasters Contracting LLC | | |
| Business: | 400 E Las Colinas Blvd | | |
| | Irving, TX 75039 | | |

**Claim Number:** 80 PC 000000312235    **Policy Number:** 9108666    **Type of Loss:** HAIL

| | | | |
|---|---|---|---|
| Date of Loss: | 6/11/2023 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 2/17/2025 3:50 PM |

| | |
|---|---|
| Price List: | TXDF8X_FEB25 |
| | Restoration/Service/Remodel |
| Estimate: | BROTHERS_CW |

To whom it may concern,

This is not a final invoice for the work this is an estimate only of what it will cost to get each line item completed. All of the line items are real and needed and can be verified with pictures and documentation. Once work is agreed upon for a final amount of each line item we will send an actual invoice of all work completed or to be completed. The scope of repair for this lost event is based on a visual inspection of the property. The estimated cost does not included any overtime and/or premium time for the completion of the documented scope of repair. The scope of repair quantities within this estimate are prevailing prices of building materials and labor in your area and are intended to restore the building to its pre-loss condition. The removal and/or testing of hazardous material, are not included within the scope of repairs. As with any repair project, this estimate reflects observable damage, but may require supplementation upon further inspection during the repair process. Any additions or modifications will be brought to the attention of both the building owner and/or the property manager before commencement. If you have any questions and/or concerns, please feel free to contact me at my phone number. NOTE: ALL ROOF REPLACEMENTS ARE MADE PURSUANT TO IRC AND MANUFACTURER SPECIFICATIONS REROOFING R907.1 General. Materials and methods of application used for re-covering or replacing an existing roof covering shall comply with the requirements of Chapter 9. Exception: Reroofing shall not be required to meet the minimum design slope requirement of one-quarter unit vertical in 12 units horizontal (2-percent slope) in Section R905 for roofs that provide positive roof drainage. R907.2 Structural and construction loads. The structural roof components shall be capable of supporting the roof covering system and the material and equipment loads that will be encountered during installation of the roof covering system. R907.3 Recovering versus replacement. New roof coverings shall not be installed without first removing all existing layers of roof coverings where any of the following conditions exist.

Copy from re:SearchTX



**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

### BROTHERS_CW

**BROTHERS_CW**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 📷 Site Map | | | | | | |
| Total: BROTHERS_CW | | | | 0.00 | 0.00 | 0.00 |

### Main Wash Building

**Main Wash Building**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Roof:** | | | | | | |
| 1.  Remove Standing seam metal roofing | 7,464.00 SF | 1.72 | 0.00 | 1,039.88 | 2,567.62 | 16,445.58 |

*The labor rates have been changed from DMO to RFG as we do not hire a demolition crew to tear off the roofing or dispose of the roofing materials. Instead, we hire roofing laborers to do all roofing related work. And as a requirement, we ensure that workman's comp is active.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 2.  Standing seam metal roofing | 7,837.20 SF | 0.00 | 8.98 | 5,700.62 | 14,075.62 | 90,154.30 |

*5% waste factor included.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.  Roofing felt - 30 lb. | 74.64 SQ | 0.00 | 48.10 | 290.81 | 718.04 | 4,599.03 |
| 4.  R&R Hip / Ridge cap - metal roofing | 139.25 LF | 4.00 | 7.12 | 125.42 | 309.70 | 1,983.58 |
| 5.  R&R Steel rake/gable trim - color finish | 110.67 LF | 0.72 | 6.95 | 68.76 | 169.78 | 1,087.38 |
| 6.  R&R Eave trim for metal roofing - 26 gauge | 278.50 LF | 1.01 | 6.41 | 167.39 | 413.30 | 2,647.17 |
| 7.  R&R Closure strips for metal roofing - inside and/or outside | 557.00 LF | 1.01 | 2.34 | 151.14 | 373.20 | 2,390.29 |
| *Eaves + ridges x 2* | | | | | | |
| 8.  R&R Rain cap - 8" | 8.00 EA | 6.13 | 60.52 | 43.19 | 106.64 | 683.03 |
| 9.  R&R Flat roof exhaust vent / cap - gooseneck 8" | 4.00 EA | 11.00 | 90.14 | 32.77 | 80.92 | 518.25 |
| 10.  Remove Additional charge for steep roof - 7/12 to 9/12 slope | 74.64 SQ | 17.11 | 0.00 | 103.44 | 255.42 | 1,635.95 |
| 11.  Additional charge for steep roof - 7/12 to 9/12 slope | 74.64 SQ | 0.00 | 55.24 | 333.97 | 824.62 | 5,281.70 |
| 12.  R&R Gutter / downspout - aluminum - 6" | 278.50 LF | 0.61 | 12.75 | 301.38 | 744.16 | 4,766.31 |
| 13.  R&R Downspout - half round - galvanized - 6" | 135.00 LF | 0.61 | 14.83 | 168.84 | 416.90 | 2,670.14 |
| 14.  R&R Custom bent aluminum (PER LF) | 278.50 LF | 3.07 | 22.89 | 585.61 | 1,445.98 | 9,261.46 |

*Custom bent aluminum for gutter facade.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 📷 Gutter Facade | | | | | | |
| Total: Main Wash Building | | | | 9,113.22 | 22,501.90 | 144,124.17 |

Copy from re:SearchTX



**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

### Interior Plastic

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 15. Vapor barrier - visqueen - 6mil | 7,464.00 SF | 0.00 | 0.32 | 193.46 | 477.70 | 3,059.64 |
| *Necessary to hang plastic from ceiling to protect the equipment in the car wash during removal and replacement.* | | | | | | |
| 16. Roofing - General Laborer - per hour | 8.00 HR | 0.00 | 57.95 | 37.55 | 92.72 | 593.87 |
| *Labor to hang plastic from ceiling and take it down.* | | | | | | |
| *2 laborers x 4 hours per laborer = 8 hours* | | | | | | |
| 17. Final cleaning - construction - Commercial | 7,464.00 SF | 0.00 | 0.30 | 181.38 | 447.84 | 2,868.42 |
| Totals: Interior Plastic | | | | 412.39 | 1,018.26 | 6,521.93 |
| Total: Main Wash Building | | | | **9,525.61** | **23,520.16** | **150,646.10** |

### Entry Gate

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Roof:** | | | | | | |
| 18. Remove Standing seam metal roofing | 672.00 SF | 1.72 | 0.00 | 93.62 | 231.16 | 1,480.62 |
| *The labor rates have been changed from DMO to RFG as we do not hire a demolition crew to tear off the roofing or dispose of the roofing materials. Instead, we hire roofing laborers to do all roofing related work. And as a requirement, we ensure that workman's comp is active.* | | | | | | |
| 19. Standing seam metal roofing | 705.60 SF | 0.00 | 8.98 | 513.24 | 1,267.26 | 8,116.79 |
| *5% waste factor included.* | | | | | | |
| 20. Roofing felt - 30 lb. | 6.72 SQ | 0.00 | 48.10 | 26.18 | 64.64 | 414.05 |
| 21. R&R Hip / Ridge cap - metal roofing | 27.17 LF | 4.00 | 7.12 | 24.48 | 60.44 | 387.05 |
| 22. R&R Steel rake/gable trim - color finish | 49.33 LF | 0.72 | 6.95 | 30.65 | 75.66 | 484.67 |
| 23. R&R Eave trim for metal roofing - 26 gauge | 54.33 LF | 1.01 | 6.41 | 32.65 | 80.64 | 516.42 |
| 24. R&R Closure strips for metal roofing - inside and/or outside | 153.00 LF | 1.01 | 2.34 | 41.52 | 102.50 | 656.57 |
| *Eaves + ridges x 2* | | | | | | |
| 25. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 6.72 SQ | 17.11 | 0.00 | 9.31 | 23.00 | 147.29 |
| 26. Additional charge for steep roof - 7/12 to 9/12 slope | 6.72 SQ | 0.00 | 55.24 | 30.07 | 74.24 | 475.52 |
| Totals: Entry Gate | | | | 801.72 | 1,979.54 | 12,678.98 |

Copy from re:SearchTX



**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

### Detail Bay

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Roof:** | | | | | | |
| 27. Remove Standing seam metal roofing | 2,984.00 SF | 1.72 | 0.00 | 415.73 | 1,026.50 | 6,574.71 |

*The labor rates have been changed from DMO to RFG as we do not hire a demolition crew to tear off the roofing or dispose of the roofing materials. Instead, we hire roofing laborers to do all roofing related work. And as a requirement, we ensure that workman's comp is active.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 28. Standing seam metal roofing | 3,133.20 SF | 0.00 | 8.98 | 2,279.03 | 5,627.22 | 36,042.39 |

*5% waste factor included.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 29. Roofing felt - 30 lb. | 29.84 SQ | 0.00 | 48.10 | 116.26 | 287.06 | 1,838.62 |
| 30. R&R Hip / Ridge cap - metal roofing | 124.58 LF | 4.00 | 7.12 | 112.21 | 277.06 | 1,774.60 |
| 31. R&R Steel rake/gable trim - color finish | 47.83 LF | 0.72 | 6.95 | 29.71 | 73.36 | 469.93 |
| 32. R&R Eave trim for metal roofing - 26 gauge | 249.17 LF | 1.01 | 6.41 | 149.76 | 369.78 | 2,368.38 |
| 33. R&R Closure strips for metal roofing - inside and/or outside | 498.33 LF | 1.01 | 2.34 | 135.21 | 333.88 | 2,138.49 |
| *Eaves + ridges x 2* | | | | | | |
| 34. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 29.84 SQ | 17.11 | 0.00 | 41.35 | 102.12 | 654.03 |
| 35. Additional charge for steep roof - 7/12 to 9/12 slope | 29.84 SQ | 0.00 | 55.24 | 133.51 | 329.68 | 2,111.55 |
| Totals: Detail Bay | | | | 3,412.77 | 8,426.66 | 53,972.70 |

### General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Labor:** | | | | | | |
| 36. Equipment Operator - per hour | 36.00 HR | 0.00 | 85.78 | 250.14 | 617.62 | 3,955.84 |

*111.19 total squares/25 squares per day x 8 hours per work day = 36 hours*

| **Equipment:** | | | | | | |
|---|---|---|---|---|---|---|
| 37. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 4.00 EA | 685.93 | 0.00 | 222.24 | 548.74 | 3,514.70 |
| 38. Telehandler/forklift (per day) - no operator | 5.00 DA | 0.00 | 508.68 | 206.02 | 508.68 | 3,258.10 |
| 39. Temporary toilet (per month) | 1.00 MO | 0.00 | 234.62 | 19.01 | 46.92 | 300.55 |
| 40. Job-site cargo/storage container - 20' long (per month) | 1.00 MO | 0.00 | 164.28 | 13.31 | 32.86 | 210.45 |

*Necessary to protect material/equipment from theft since it is a high traffic area.*

BROTHERS_CW

Copy from re:SearchTX



**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

### CONTINUED - General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 41. Job-site cargo container - pick up/del. (each way) 16'-40' | 2.00 EA | 0.00 | 224.91 | 36.43 | 89.96 | 576.21 |
| *1 delivery and 1 pick-up.* | | | | | | |
| 42. Caution tape | 750.00 LF | 0.00 | 0.12 | 7.30 | 18.00 | 115.30 |
| *Caution tape necessary to put around perimeter of structures during construction.* | | | | | | |
| 43. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | 0.00 | 150.00 | 24.30 | 60.00 | 384.30 |
| *1 delivery and 1 pick-up for Telehandler/forklift.* | | | | | | |
| <u>Professional Fees:</u> | | | | | | |
| 44. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | | | | | OPEN ITEM |
| | | | | | | |
| Totals: General Conditions | | | | 778.75 | 1,922.78 | 12,315.45 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 45. Temporary repair services labor minimum | 1.00 EA | 0.00 | 131.98 | 10.69 | 26.40 | 169.07 |
| | | | | | | |
| Totals: Labor Minimums Applied | | | | 10.69 | 26.40 | 169.07 |
| **Line Item Totals: BROTHERS_CW** | | | | **14,529.54** | **35,875.54** | **229,782.30** |

Copy from re:SearchTX

 **Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 179,377.22 |
| Overhead | 17,937.77 |
| Profit | 17,937.77 |
| Comm. Rpr/Remdl Tax | 14,529.54 |
| **Replacement Cost Value** | **$229,782.30** |
| **Net Claim** | **$229,782.30** |

Stetson Nelson
Senior Estimator

Copy from re:SearchTX



**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Comm. Rpr/Remdl Tax (6.75%) | Manuf. Home Tax (5%) |
|---|---|---|---|---|
| **Line Items** | 17,937.77 | 17,937.77 | 14,529.54 | 0.00 |
| **Total** | **17,937.77** | **17,937.77** | **14,529.54** | **0.00** |

Copy from re:SearchTX

 **Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Recap by Room

**Estimate: BROTHERS_CW**

| | | |
|---|---:|---:|
| **Area: Main Wash Building** | 112,509.05 | 62.72% |
| **Interior Plastic** | 5,091.28 | 2.84% |
| | | |
| **Area Subtotal:  Main Wash Building** | 117,600.33 | 65.56% |
| **Entry Gate** | 9,897.72 | 5.52% |
| **Detail Bay** | 42,133.27 | 23.49% |
| **General Conditions** | 9,613.92 | 5.36% |
| **Labor Minimums Applied** | 131.98 | 0.07% |
| | | |
| **Subtotal of Areas** | 179,377.22 | 100.00% |
| | | |
| **Total** | 179,377.22 | 100.00% |

Copy from re:SearchTX

 **Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CLEANING | 2,239.20 | 0.97% |
| CONTENT MANIPULATION | 614.10 | 0.27% |
| GENERAL DEMOLITION | 28,094.90 | 12.23% |
| HEAVY EQUIPMENT | 5,931.48 | 2.58% |
| FLOOR COVERING - WOOD | 2,388.48 | 1.04% |
| METAL STRUCTURES & COMPONENTS | 104,850.49 | 45.63% |
| ROOFING | 22,874.17 | 9.95% |
| SIDING | 6,374.87 | 2.77% |
| SOFFIT, FASCIA, & GUTTER | 5,552.93 | 2.42% |
| TEMPORARY REPAIRS | 456.60 | 0.20% |
| O&P Items Subtotal | 179,377.22 | 78.06% |
| Overhead | 17,937.77 | 7.81% |
| Profit | 17,937.77 | 7.81% |
| Comm. Rpr/Remdl Tax | 14,529.54 | 6.32% |
| Total | 229,782.30 | 100.00% |

Closing Statement:

1. Where the existing roof or roof covering is water soaked or has deteriorated to the point that the existing roof or roof covering is not adequate as a base for additional roofing.
2. Where the existing roof covering is wood shake, slate, clay, cement or asbestos-cement tile.
3. Where the existing roof has two or more applications of any type of roof covering.

SECTION R903 WEATHER PROTECTION R903.1General. Roof decks shall be covered with approved roof coverings secured to the building or structure in accordance with the provisions of this chapter. Roof assemblies shall be designed and installed in accordance with this code and the approved manufacturer's installation instructions such that the roof assembly shall serve to protect the building or structure.

BUILDING CODE ENFORCEMENT: R104.1 General
The Building Officialis hereby authorized and directed to enforce the provisions of this code. The building official shall have the authority to render interpretations of this code and to adopt policies and procedures in order to clarify the application of its provisions. Such interpretations, policies and procedures shall be in conformance with the intent and purpose of this code. Such policies and procedures shall not have the effect of waiving requirements specifically provided for in this code.
R905.2.7.1 Ice barrier. In areas where there has been a history of ice forming along the eaves causing a backup of water as designated in Table R301.2(1), an ice barrier that consists of a least two layers of underlayment cemented together or of a self-adhering polymer modified bitumen sheet, shall be used in lieu of normal underlayment and extend from the lowest edges of all roof surfaces to a point at least 24 inches (610 mm) inside the exterior wall line of the building.
R903.2 Flashing. Flashings shall be installed in a manner that prevents moisture from entering the wall and roof through joints in copings, through moisture permeable materials and at intersections with parapet walls and other penetrations through the roof plane.
R903.2.1 Locations. Flashings shall be installed at wall and roof intersections, wherever there is a change in roof slope or direction and around roof openings. A flashing shall be installed to divert the water away from where the eave of a sloped roof intersects a vertical sidewalk Where flashing is of metal, the metal shall be corrosion resistant with a thickness of not less than

Copy from re:SearchTX

 **Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

0.019 inch (0.5 mm) (No. 26 galvanized sheet).

R903.2.2 Crickets and saddles. A cricket or saddle shall be installed on the ridge side of any chimney or penetration more than 30 inches (762 mm) wide as measured perpendicular to the slope. Cricket or saddle coverings shall be sheet metal or of the same material as the roof covering. Exception: Unit skylights installed in accordance with Section R308.6 and flashed in accordance with the manufacturer's instructions shall be permitted to be installed without a cricket or saddle. R903.3 Coping. Parapet walls shall be properly coped with noncombustible, weatherproof materials of a width no less than the thickness of the parapet wall.

SECTION R904 MATERIALS
R904.1Scope. The requirements set forth in this section shall apply to the application of roof covering materials specified herein. Roof assemblies shall be applied in accordance with this chapter and the manufacturer's installation instructions. Installation of roof assemblies shall comply with the applicable provisions of Section R9

R904.2 Compatibility of materials. Roof assemblies shall be of materials that are compatible with each other and with the building or structure to which the materials are applied.

R904.3 Material specifications and physical characteristics. Roof covering materials shall conform to the applicable standards listed in this chapter. In the absence of applicable standards or where materials are of questionable suitability, testing by an approved testing agency shall be required by the building official to determine the character, quality and limitations of application of the materials. R904.4 Product identification. Roof covering materials shall be delivered in packages bearing the manufacturer's identifying marks and approved testing agency labels when required. Bulk shipments of materials shall be accompanied by the same information issued in the form of a certificate or on a bill of lading by the manufacturer.

SECTION R905 REQUIREMENTS FOR ROOF COVERINGS

R905.1 Roof covering application. Roof coverings shall be applied in accordance with the applicable provisions of this section and the manufacturer's installation instructions. Unless otherwise specified in this section, roof coverings shall be installed to resist the component and cladding loads specified in Table R301.2(2), adjusted for height and expo¬ sure in accordance with Table R301.2(3). R905.2 Asphalt shingles. The installation of asphalt shingles shall comply with the provisions of this section. R905.2.1Sheathing requirements. Asphalt shingles shall be fastened to solidly sheathed decks. R905.2.2 Slope. Asphalt shingles shall be used only on roof slopes of two units vertical in 12 units horizontal (2:12) or greater. For roof slopes from two units vertical in 12 units horizontal (2:12) up to four units vertical in 12 units horizontal (4:12), double underlayment application is required in accordance with Section R905.2.7.

R905.2.8.2 Valleys. Valley linings shall be installed in accordance with the manufacturer's installation instructions before applying shingles.

R905.2.3 Underlayment. ...Asphalt shingle packaging shall bear a label to indicate compliance with ASTM D 7158 and the required classification in Table R905.2.4.1(1).

R806.2 Minimum area. The total net free ventilating area shall not be less than 1/150 of the area of the space ventilated except that reduction of the total area to 1/300 is permitted, provided that at least 50 percent and not more than 80 percent of the required ventilating area is provided by ventilators located in the upper portion of the space to be ventilated at least 3 feet (914 mm) above the eave or cornice vents with the balance of the required ventilation provided by eave or cornice vents.

Copy from re:SearchTX



**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309



1        Site Map                                                    Taken By: Stetson Nelson

Copy from re:SearchTX



**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309



2        Gutter Facade                                           Taken By: Stetson Nelson

Copy from re:SearchTX