# EXHIBIT D

# Request for Issuance of Service

CASE NUMBER: 25-5343-431        CURRENT COURT: Denton County, Texas 431st Judicial District

Name(s) of Documents to be served: Amended Petition, Exhibit A, Exhibit B and Summons

FILE DATE: 7/25/2025

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: Tri-State Insurance Company of Minnesota
Address of Service: 11201 Douglas Avenue
City, State & Zip: Urbandale, IA 50322-3707
Agent (if applicable): Michelle Rodemeyer

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission/Texas Department of Transportation ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY (check one):**
- [ ] ATTORNEY PICK-UP (phone) _____
- [x] E-Issuance by District Clerk (No Service Copy Fees Charged)
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by CONSTABLE
- [ ] CERTIFIED MAIL by DISTRICT CLERK

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____    Phone: _____
- [ ] OTHER, *explain* _____

**Issuance of Service Requested By:** Attorney Name: Anthony Pastor    Bar # or ID: 24144592

Mailing Addres: 6330 Manor Lane, Ste. 200, Miami, FL 33143

Phone Number: (833) 701-4110

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Anthony Pastor on behalf of Anthony Pastor
Bar No. 24144592
service@nia.law
Envelope ID: 103664444
Filing Code Description: Request for Issuance of
Filing Description: of Citation to Tri-State Insurance Company of Minnesota
Status as of 7/29/2025 8:28 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Anthony Pastor | | service@nia.law | 7/28/2025 2:31:23 PM | SENT |

Copy from re:SearchTX