# EXHIBIT E

FILED: 8/15/2025 8:02 AM
David Trantham
Denton County District Clerk
By: Shembra Allen, Deputy

IN THE DISTRICT COURT OF DENTON COUNTY, TEXAS
431ST JUDICIAL DISTRICT

| | |
|---|---|
| BROTHERS CAR WASH INC. DBA KWIK KAR WASH OF LANTANA, | GENERAL JURISDICTION |
| Plaintiff | |
| v. | |
| TRI-STATE INSURANCE COMPANY OF MINNESOTA, | CASE NO.: 25-5343-431 |
| Defendant. | |

_____/

## WAIVER OF SERVICE OF CITATION BY DEFENDANT'S COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Texas Rule of Civil Procedure 119, the undersigned attorney, duly authorized to act on behalf of Defendant TRI-STATE INSURANCE COMPANY OF MINNESOTA, hereby states as follows:

1. Counsel acknowledges receipt of a copy of the Plaintiff's Amended Petition filed in this cause on behalf of Defendant.

2. On behalf of Defendant, counsel voluntarily waived the issuance and service of citation in this cause on August 12, 2025, and Defendant hereby enters an appearance for all purposes as though duly and legally served with process in accordance with law.

3. Counsel further acknowledges and agrees that Defendant's deadline to file an answer or other responsive pleading shall be September 8, 2025, notwithstanding the waiver of formal service.

4. This waiver is made without waiving any rights, defenses, objections, or motions

Copy from re:SearchTX

permitted under the Texas Rules of Civil Procedure, except for objections to the form or manner of service of process.

5. Counsel affirms that they are authorized to execute this waiver on Defendant's behalf and that Defendant has consented to such waiver.

Dated this 15th of August, 2025.

        Respectfully submitted,

        **ZELLE, LLP**
        */s/ Todd M. Tippett*

        Bar No.: 24046977
        *Attorneys for Defendant*
        901 Main Street
        Suite 4000
        Dallas, TX 75202
        Email: TTippett@zellelaw.com
        PH: (214) 749-4261

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Anthony Pastor on behalf of Anthony Pastor
Bar No. 24144592
service@nia.law
Envelope ID: 104414530
Filing Code Description: Waiver of Service/Citation
Filing Description: by Defendant's Counsel
Status as of 8/15/2025 8:19 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Anthony Pastor | | service@nia.law | 8/15/2025 8:02:44 AM | SENT |

Copy from re:SearchTX