# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BROTHERS CAR WASH INC. DBA KWIK KAR WASH OF LANTANA | § § § § | |
| *Plaintiff,* | § § | |
| vs. | § | CIVIL ACTION NO.: 4:25-cv-00994 |
| TRI-STATE INSURANCE COMPANY OF MINNESOTA, | § § § § § | |
| *Defendant.* | § | |

**EXHIBIT G**
**LIST OF PARTIES AND COUNSEL OF RECORD**

Pursuant to L.R. CV-81, Defendant Tri- State Insurance Company of Minnesota ("Defendant") files the following List of Parties and Counsel of Record:

1. Plaintiff:

   Brothers Car Wash, Inc. d/b/a Kwik Kar Wash of Lantana

2. Defendant:

   Tri-State Insurance Company of Minnesota

3. Counsel for Plaintiff:

   Anthony Pastor
   Texas State Bar No. 24144592
   NATIONAL INSURANCE ADVOCATES, LLP
   6330 Manor Lane, Suite 200
   Miami, Florida 33143
   Telephone: (833) 701-4110
   Email: service@nia.law
   Email: anthony@nia.law

4. Counsel for Defendant:

   Todd Tippett
   Texas State Bar No. 24046977
   TTippett@zellelaw.com
   Hannah Motsenbocker
   Texas State Bar No. 24109829

      hmotsenbocker@zellelaw.com
      **ZELLE LLP**
      901 Main Street, Suite 4000
      Dallas, Texas 75202-3975
      Telephone: 214-742-3000
      Facsimile: 214-760-8994

The case is currently pending in the 431st Judicial District Court of Denton County, Texas, located at 1450 E McKinney Street, 4th Floor, Denton, TX 76209.